**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | | |
|---|---|---|
| VIRGINIA INNOVATION SCIENCES, INC., | § § § § | CIVIL ACTION NOS. 2:12-cv-00548-MSD-TEM 2:13-cv-00332-MSD-TEM |
| Plaintiff, | § § | |
| v. | § § | |
| SAMSUNG ELECTRONICS. CO., LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | § § § § § | |
| Defendants. | § § | |

**NOTICE OF APPEAL**
**(TO THE U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT)**

Notice is hereby given that Virginia Innovation Sciences, Inc., ("VIS"), plaintiff in the above named cases ("VIS I" and "VIS II," respectively), hereby appeals to the United States Court of Appeals for the Federal Circuit from the Stipulated Final Judgments (VIS I, ECF No. 583 and VIS II, ECF No. 284) entered in these actions on May 5, 2014, and all orders that are intertwined with, related to or resulted in that judgment including, but not limited to:

- Opinion and Order (VIS II, ECF No. 250) on Defendants' Motion for Partial Summary Judgment (VIS II, ECF No. 85), entered on April 11, 2014; and

- Order (VIS I, ECF No. 557 and VIS II, ECF No. 252) on Defendants' Motion in Limine No. 11 (VIS I, ECF No. 443 and VIS II, ECF No. 149), entered on April 11, 2014.

In addition, VIS appeals to the United States Court of Appeals for the Federal Circuit all opinions, orders, and rulings decided adversely to VIS concerning the issues of validity and willful infringement, which are now final, including, but not limited to:

- Opinion and Order (VIS I, ECF No. 413) on Defendants' Motion for Summary Judgment (VIS I, ECF No. 134), entered on January 8, 2014;

- Opinion and Order (VIS I, ECF No. 569) on VIS's Motion for Reconsideration (VIS I, ECF No. 416), entered on May 2, 2014; and

- All underlying decisions, orders and rulings related to, supporting, or incorporated in the above referenced orders that were decided adversely to VIS.

Included is payment of the $5 filing fee required by 28 U.S.C. § 1917 and the $450 docketing fee required by Federal Circuit Rule 52(a)(3)(A), paid to this Court pursuant to Federal Rule of Appellate Procedure 3(e) and Federal Circuit Rule 52(a)(2).

DATED:     May 12, 2014                    VIRGINIA INNOVATION SCIENCES, INC.


                                           By: _____/s/ W. Ryan Snow_____
                                           W. Ryan Snow, VSB No. 47423
                                           David C. Hartnett, VSB No. 80452
                                           CRENSHAW, WARE & MARTIN, P.L.C.
                                           150 West Main Street, Suite 1500
                                           Norfolk, Virginia 23510
                                           Telephone: (757) 623-3000
                                           Facsimile: (757) 623-5735
                                           wrsnow@cwm-law.com
                                           dhartnett@cwm-law.com

                                           Edward E. Casto, Jr., Esq. (pro hac vice)
                                           Edward R. Nelson, III, Esq. (pro hac vice)
                                           Thomas C. Cecil, Esq. (pro hac vice)
                                           Jonathan H. Rastegar, Esq. (pro hac vice)
                                           Anthony Vecchione, Esq. (pro hac vice)
                                           NELSON BUMGARDNER CASTO, P.C.
                                           3131 West 7th Street, Suite 300
                                           Fort Worth, Texas 76107
                                           Telephone: (817) 377-9111
                                           Facsimile: (817) 377-3485
                                           enelson@nbclaw.net
                                           ecasto@nbclaw.net
                                           tcecil@nbclaw.net
                                           jrastegar@nbclaw.net
                                           avecchione@nbclaw.net

                                           Timothy E. Grochocinski, Esq. (pro hac vice)
                                           INNOVALAW, P.C.
                                           1900 Ravinia Place
                                           Orland Park, Illinois 60462
                                           Telephone: (708) 675-1975
                                           teg@innovalaw.com

                                           Counsel for Virginia Innovation Sciences, Inc.

3

### CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of May 2014, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Virginia, Norfolk Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ W. Ryan Snow*

W. Ryan Snow, VSB No. 47423
David C. Hartnett, VSB No. 80452
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
wrsnow@cwm-law.com
dhartnett@cwm-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| VIRGINIA INNOVATION SCIENCES, INC., | §<br>§<br>§<br>§ | CIVIL ACTION NOS.<br>2:12-cv-00548-MSD-TEM<br>2:13-cv-00332-MSD-TEM |
| Plaintiff, | §<br>§ | |
| v. | §<br>§ | |
| SAMSUNG ELECTRONICS. CO., LTD,<br>SAMSUNG ELECTRONICS AMERICA,<br>INC., AND SAMSUNG<br>TELECOMMUNICATIONS AMERICA,<br>LLC, | §<br>§<br>§<br>§<br>§<br>§ | |
| Defendants. | § | |

## STIPULATED FINAL JUDGMENT

In the Court's April 11, 2014 Opinion and Order (VIS II, ECF No. 250) on Defendants'

Motion for Partial Summary Judgment (VIS II, ECF No. 85) and Order (VIS I, ECF No. 557) on

Defendants' Motion in Limine No. 11 (VIS I, ECF No. 443 and VIS II, ECF No. 149), the Court

made the following rulings:

(a) "Under a literal infringement theory, the accused MHL-enabled products in VIS II do not

directly infringe the asserted claims of the '268, '381, and '398 patents" because they do

not include an HDMI output from the mobile terminal;

(b) "a finding under the doctrine of equivalents that MHL is equivalent to HDMI would

essentially render the HDMI limitation meaningless and would vitiate the limitation" in the

asserted claims of the '268, '381, and '398 patents;

1

(c) Plaintiff failed to timely present a theory of infringement under the doctrine of equivalents in VIS I under Fed. R. Civ. P. 26;

(d) Plaintiff is precluded from arguing that the accused smartphones in VIS I infringe the asserted claims of '268 Patent, the '381 Patent, and the '398 Patent under the doctrine of equivalents;

(e) "a reasonable fact finder could not find MHL to be an equivalent to HDMI in the output interface limitations" of those claims;

(f) "any conversion to a display format, i.e. an uncompressed format, must occur prior to its transmission from the mobile terminal to the alternative display via an output interface. Thus, a format which requires not just decoding, but deconstruction and reassembly after it is received by the alternative display is not a 'display format'";

(g) "when the MHL signal arrives at the alternative display, the previously interleaved segments of data must be deconstructed and reassembled into the original four channels of data, and the clock channel must be divided by a factor of three, before the data can be displayed"; and

(h) "no reasonable jury could find that MHL constitutes a 'display format,' as HDMI does" (ECF No. 250).

On April 29, 2014, Plaintiff and Defendants made the following stipulations:

(a) The Court's Summary Judgment Order found that the accused MHL-enabled products of VIS II do not directly infringe the asserted claims of the '268, '381, and '398 Patents, either literally or under the doctrine of equivalents;

(b) Pursuant to the Court's determination that MHL is not an equivalent of HDMI, the MHL-enabled accused products in VIS II also cannot indirectly infringe the asserted claims of the

2

'268, '381 and '398 Patents when used in conjunction with an intermediate device because conversion to HDMI does not occur prior to transmission from the mobile terminal;

(c) The Court's Summary Judgment Order found that the accused MHL-enabled products of VIS II do not directly infringe the asserted claims of the '492, '711, and '268 Patents;

(d) Pursuant to the Court's determination that MHL is not a "display format," even drawing the inference in VIS's favor that HDMI is a display format, the MHL-enabled accused products cannot infringe the asserted claims of the '492, '711, and '268 Patents when used in conjunction with an intermediate device because conversion to a "display format" does not occur prior to transmission from the mobile terminal;

(e) Although the Court's Summary Judgment Opinion and Order (VIS II, ECF No. 250) addressed only accused products in VIS II, the accused products in VIS I cannot infringe the asserted claims for the same reasons;

(f) Plaintiff hereby dismisses without prejudice its claims against Samsung's Droid Charge as an accused product, and that product should be deleted from paragraph 37 of the Court's Amended Final Pretrial Order, which was entered on April 14, 2014. VIS I, ECF No. 560 at 4. As a result, all remaining accused products are either MHL-enabled, or are intermediate devices, and therefore governed by the Court's Summary Judgment Opinion and Order, and Plaintiff is precluded from offering evidence of infringement on any accused product remaining in either VIS I or VIS II;

(g) Defendants dismiss without prejudice their respective counterclaims for declaratory judgment of invalidity and unenforceability; and

3

(h) Defendants will not move for costs and attorneys' fees, if at all, until after resolution of the contemplated appeal, or within thirty (30) days following the deadline for filing a notice of appeal, whichever is later.

(VIS I, ECF No. 567; VIS II, ECF No. 267). These stipulations were to facilitate the immediate appeal of the Court's Final Judgment. Defendants contend that there are additional grounds for non-infringement and invalidity of all the asserted claims that are not addressed in the Court's summary judgment orders or as part of invalidity proceedings currently pending before the Patent & Trademark Office, and reserve their right to assert such additional grounds in the event that the appellate court remands the case to the District Court. Plaintiff agrees not to assert that the stipulations and corresponding appeal constitute grounds for challenging these defenses as waived in such a remand proceeding.

On April 15, 2014, the Parties indicated they were working to resolve the matter in a way that would not necessitate a trial, and the Court continued trial to May 27, 2014. (VIS I, ECF No. 566; VIS II, ECF No. 261.)

In accordance with the above, the Court hereby enters Final Judgment in this matter as follows:

1. **FINAL JUDGMENT** with respect to Plaintiff's claims of infringement of the '492 Patent against Defendants is entered against Plaintiff and in favor of Defendants, and Plaintiff shall take nothing of and from its claims of infringement of the '492 Patent against Defendants. All of Defendants counterclaims are **DISMISSED WITHOUT PREJUDICE**, without waving Defendants' right to reassert any or all of these claims in this action or another, including but not limited to in the event that the appellate court remands the case to the District Court.

4

2. **FINAL JUDGMENT** with respect to Plaintiff's claims of infringement of the '711 Patent against Defendants is entered against Plaintiff and in favor of Defendants, and Plaintiff shall take nothing of and from its claims of infringement of the '711 Patent against Defendants. All of Defendants counterclaims are **DISMISSED WITHOUT PREJUDICE**, without waving Defendants' right to reassert any or all of these claims in this action or another, including but not limited to in the event that the appellate court remands the case to the District Court.

3. *FINAL JUDGMENT* with respect to Plaintiff's claims of infringement of the '268 Patent against Defendants is entered against Plaintiff and in favor of Defendants, and Plaintiff shall take nothing of and from its claims of infringement of the '268 Patent against Defendants. All of Defendants counterclaims are **DISMISSED WITHOUT PREJUDICE**, without waving Defendants' right to reassert any or all of these claims in this action or another, including but not limited to in the event that the appellate court remands the case to the District Court.

4. **FINAL JUDGMENT** with respect to Plaintiff's claims of infringement of the '381 Patent against Defendants is entered against Plaintiff and in favor of Defendants, and Plaintiff shall take nothing of and from its claims of infringement of the '381 Patent against Defendants. All of Defendants counterclaims are **DISMISSED WITHOUT PREJUDICE**, without waving Defendants' right to reassert any or all of these claims in this action or another, including but not limited to in the event that the appellate court remands the case to the District Court.

5. **FINAL JUDGMENT** with respect to Plaintiff's claims of infringement of the '398 Patent against Defendants is entered against Plaintiff and in favor of Defendants, and Plaintiff

shall take nothing of and from its claims of infringement of the '398 Patent against Defendants. All of Defendants counterclaims are **DISMISSED WITHOUT PREJUDICE**, without waving Defendants' right to reassert any or all of these claims in this action or another, including but not limited to in the event that the appellate court remands the case to the District Court.

6. The deadline for the parties to seek recovery of costs (including filing a Notice of Application and proposed Bill of Costs) and/or attorney's fees is extended to thirty (30) days following issuance of a mandate in any appeal from this Final Judgment. To the extent no such appeal is filed, the deadline shall be thirty (30) days following the deadline for filing a notice of appeal.

7. Subject to paragraph 6, all claims between the parties have now been resolved. This is a **FINAL AND APPEALABLE JUDGMENT**.

**IT IS SO ORDERED.**

May 5, 2014
Norfolk, Virginia

/s/ Mark S. Davis
Mark S. Davis
United States District Judge

Mark S. Davis
UNITED STATES DISTRICT JUDGE

By: _W. (signature)_

W. Ryan Snow, VSB No. 47423
David C. Hartnett, VSB No. 80452
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
wrsnow@cwm-law.com
dhartnett@cwm-law.com

Edward E. Casto, Jr., Esq. (*pro hac vice*)
Edward R. Nelson, III, Esq. (*pro hac vice*)
Thomas C. Cecil, Esq. (*pro hac vice*)
Jonathan H. Rastegar, Esq. (*pro hac vice*)
Anthony Vecchione, Esq. (*pro hac vice*)
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone: (817) 377-9111
Facsimile: (817) 377-3485
enelson@nbclaw.net
ecasto@nbclaw.net
tcecil@nbclaw.net
jrastegar@nbclaw.net

Timothy E. Grochocinski, Esq. (*pro hac vice*)
INNOVALAW, P.C.
1900 Ravinia Place
Orland Park, Illinois 60462
Telephone: (708) 675-1975
teg@innovalaw.com

**Counsel for Virginia Innovation Sciences, Inc.**

By: _Robert W McFarland (signature)_

Robert W. McFarland, VSB No. 24021
rmcfarland@mcguirewoods.com
Sarah K. McConaughy, VSB No. 80674
smcconaughy@mcguirewoods.com
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3966

Brett J. Williamson (*pro hac vice*)
bwilliamson@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
Telephone: (949) 760-9600
Facsimile: (949) 823-6994

**Counsel for Defendants Samsung
Electronics Co., Ltd., Samsung Electronics
America, Inc., and Samsung
Telecommunications America, LLC**

7

APPEAL,CLOSED,JURY,PATENT

# U.S. District Court
## Eastern District of Virginia - (Norfolk)
## CIVIL DOCKET FOR CASE #: 2:12-cv-00548-MSD-TEM
## Internal Use Only

| | |
|---|---|
| Virginia Innovation Sciences, Inc. v. Samsung Electronics Co., LTD. et al | Date Filed: 10/04/2012 |
| Assigned to: District Judge Mark S. Davis | Date Terminated: 05/05/2014 |
| Referred to: Magistrate Judge Tommy E. Miller | Jury Demand: Plaintiff |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Virginia Innovation Sciences, Inc.**          represented by     **Timothy E. Grochocinski**
InnovaLaw, P. C.
1900 Ravinia Place
Orland Park, IL 60462
**NA**
(708) 675-1974
Fax: (708) 675-1786
Email: teg@innovalaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Ryan Snow**
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA 23510
(757) 623-3000
Fax: (757) 623-5735
Email: wrsnow@cwm-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Ward Purser**
InnovaLaw, P. C.
1900 Ravinia Place
Orland Park, IL 60462
NA
(708) 675-1783
Fax: (708) 675-1786
Email: apurser@innovalaw.com
*TERMINATED: 03/31/2014*
*PRO HAC VICE*

**Anthony Michael Vecchione**
Nelson Bumgardner Casto, P. C.
3131 West 7th St
Suite 300
Fort Worth, TX 76107
NA
(817) 377-9111
Fax: (817) 377-3485
Email: avecchione@nbclaw.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Claire Abernathy Henry**
Ward & Smith Law Firm
1127 Judson Rd
Suite 220
Longview, TX 75601
**NA**
(903) 757-6400
Fax: (903) 757-2323
Email: claire@wsfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Caldwell Hartnett**
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA 23510
(757) 623-3000
Fax: (757) 623-5735
Email: dhartnett@cwm-law.com
*ATTORNEY TO BE NOTICED*

**Edward E Casto , Jr**
Nelson Bumgardner Casto, P. C.
3131 West 7th St
Suite 300
Fort Worth, TX 76107
**NA**
(817) 377-9111
Fax: (817) 377-3485
Email: ecasto@nbclaw.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward R Nelson , III**
Nelson Bumgardner Casto, P. C.
3131 West 7th St
Suite 300

Fort Worth, TX 76107
**NA**
(817) 377-9111
Fax: (817) 377-3485
Email: enelson@nbclaw.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan Hart Rastegar**
Nelson Bumgardner Casto, P. C.
3131 West 7th St
Suite 300
Fort Worth, TX 76107
**NA**
(817) 377-9111
Fax: (817) 377-3485
Email: jrastegar@nbclaw.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Paul Oldaker**
InnovaLaw, P. C.
1900 Ravinia Place
Orland Park, IL 60462
**NA**
(708) 675-1975
Fax: (708) 675-1786
Email: joldaker@innovalaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas C Cecil**
Nelson Bumgardner Casto, P. C.
3131 West 7th St
Suite 300
Fort Worth, TX 76107
**NA**
(817) 377-9111
Fax: (817) 377-3485
Email: tcecil@nbclaw.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas John Ward , Jr**
Ward & Smith Law Firm
1127 Judson Rd
Suite 220
Longview, TX 75601
**NA**
(903) 757-6400

Fax: (903) 757-2323
Email: jw@wsfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung Electronics Co., LTD.**                    represented by   **Jonathan Patrick Crawford**
O'Melveny & Myers LLP
2765 Sand Hill Rd
Menlo Park, CA 94025
**NA**
(650) 473-2600
Fax: (650) 473-2601
Email: jcrawford@omm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
O'Melveny & Myers LLP
400 South Hope St
18th Floor
Los Angeles, CA 90071
**NA**
(213) 430-6000
Fax: (213) 430-6407
Email: jraphael@omm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
O'Melveny & Meyers LLP
610 Newport Center Drive17th Floor
Newport Beach, CA 92660
**NA**
(949) 760-9600
Fax: (949) 823-6994
Email: srives@omm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
O'Melveny & Meyers LLP
610 Newport Center Drive17th Floor
Newport Beach, CA 92660
**NA**
(949) 760-9600
Fax: (949) 823-6994

Email: bwilliamson@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
O'Melveny & Myers LLP
400 South Hope St
18th Floor
Los Angeles, CA 90071
**NA**
(213) 430-6000
Fax: (213) 430-6407
Email: bberliner@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
O'Melveny & Meyers LLP
610 Newport Center Drive17th Floor
Newport Beach, CA 92660
**NA**
(949) 760-9600
Fax: (949) 823-6994
Email: cwestin@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Samuel Namrow**
O'Melveny & Myers LLP (DC-NA)
1625 Eye Street NW
Washington, DC 20006
**NA**
(202) 383-5300
Fax: (202) 383-5414
Email: enamrow@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
O'Melveny & Myers LLP
400 South Hope St
18th Floor
Los Angeles, CA 90071
**NA**
(213) 430-6000
Fax: (213) 430-6407
Email: mbreverman@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
McGuireWoods LLP
101 W Main St
Suite 9000
Norfolk, VA 23510-1655
(757) 640-3700
Fax: (757) 640-3701
Email: rmcfarland@mcguirewoods.com

*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
O'Melveny & Meyers LLP
610 Newport Center Drive
17th Floor
Newport Beach, CA 92660
**NA**
(949) 760-9600
Fax: (949) 823-6994
Email: smehta@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
McGuireWoods LLP (Norfolk)
101 W Main St
Suite 9000
Norfolk, VA 23510-1655
(757) 640-3710
Fax: (757) 640-3939
Email:
smcconaughy@mcguirewoods.com
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
O'Melveny & Myers LLP
2765 Sand Hill Rd
Menlo Park, CA 94025
NA
(650) 473-2600
Fax: (650) 473-2601
Email: svankeulen@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung Electronics America, Inc.**          represented by **Jonathan Patrick Crawford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Samuel Namrow**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung Telecommunications**                represented by     **Jonathan Patrick Crawford**
**America, LLC.**                                                                (See above for address)
                                                                                *LEAD ATTORNEY*
                                                                                *PRO HAC VICE*
                                                                                *ATTORNEY TO BE NOTICED*

                                                                                **Jordan Raphael**
                                                                                (See above for address)
                                                                                *LEAD ATTORNEY*
                                                                                *PRO HAC VICE*
                                                                                *ATTORNEY TO BE NOTICED*

                                                                                **Scot Colin Rives**
                                                                                (See above for address)
                                                                                *LEAD ATTORNEY*
                                                                                *PRO HAC VICE*
                                                                                *ATTORNEY TO BE NOTICED*

                                                                                **Brett Johnston Williamson**
                                                                                (See above for address)
                                                                                *PRO HAC VICE*
                                                                                *ATTORNEY TO BE NOTICED*

                                                                                **Brian Berliner**
                                                                                (See above for address)
                                                                                *PRO HAC VICE*
                                                                                *ATTORNEY TO BE NOTICED*

                                                                                **Cameron William Westin**
                                                                                (See above for address)
                                                                                *PRO HAC VICE*
                                                                                *ATTORNEY TO BE NOTICED*

                                                                                **Eric Samuel Namrow**
                                                                                (See above for address)
                                                                                *PRO HAC VICE*
                                                                                *ATTORNEY TO BE NOTICED*

                                                                                **Marc M. Breverman**
                                                                                (See above for address)
                                                                                *PRO HAC VICE*
                                                                                *ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
O'Melveny & Myers LLP
2765 Sand Hill Rd
Menlo Park, CA 94025
**NA**
(650) 473-2600
Fax: (650) 473-2601
Email: svankeulen@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Silicon Image, Inc.**
*Non Party*

**Movant**

**MHL, LLC**
*Non-Party*

**Counter Claimant**

**Samsung Electronics America, Inc.**          represented by **Jonathan Patrick Crawford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
O'Melveny & Meyers LLP
610 Newport Center Drive17th Floor
Newport Beach, CA 92660
NA
(949) 760-9600
Fax: (949) 823-6994
Email: bwilliamson@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
O'Melveny & Myers LLP
400 South Hope St
18th Floor
Los Angeles, CA 90071
NA
(213) 430-6000
Fax: (213) 430-6407
Email: bberliner@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
O'Melveny & Meyers LLP
610 Newport Center Drive17th Floor
Newport Beach, CA 92660
NA
(949) 760-9600
Fax: (949) 823-6994
Email: cwestin@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Samuel Namrow**
O'Melveny & Myers LLP (DC-NA)
1625 Eye Street NW
Washington, DC 20006
NA
(202) 383-5300
Fax: (202) 383-5414
Email: enamrow@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
O'Melveny & Myers LLP
400 South Hope St

18th Floor
Los Angeles, CA 90071
NA
(213) 430-6000
Fax: (213) 430-6407
Email: mbreverman@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
O'Melveny & Meyers LLP
610 Newport Center Drive
17th Floor
Newport Beach, CA 92660
NA
(949) 760-9600
Fax: (949) 823-6994
Email: smehta@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Samsung Electronics Co., LTD.**          represented by    **Jonathan Patrick Crawford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Samuel Namrow**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Samsung Telecommunications America, LLC.**    represented by   **Jonathan Patrick Crawford**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Samuel Namrow**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Samsung Electronics America, Inc.**          represented by   **Jonathan Patrick Crawford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Samuel Namrow**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Samsung Electronics Co., LTD.**    represented by    **Jonathan Patrick Crawford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Samsung Telecommunications**    represented by    **Jonathan Patrick Crawford**
**America, LLC.**                                    (See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Samuel Namrow**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Samsung Electronics Co., LTD.**        represented by **Jonathan Patrick Crawford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Samuel Namrow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Samsung Electronics America, Inc.**          represented by **Jonathan Patrick Crawford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Samuel Namrow**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Samsung Telecommunications**            represented by **Jonathan Patrick Crawford**
**America, LLC.**                                       (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jordan Raphael**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Scot Colin Rives**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Brett Johnston Williamson**
                                                        (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

**Brian Berliner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Samuel Namrow**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Virginia Innovation Sciences, Inc.**            represented by **Timothy E. Grochocinski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Ryan Snow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Ward Purser**
(See above for address)
*TERMINATED: 03/31/2014*

**Anthony Michael Vecchione**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Claire Abernathy Henry**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Caldwell Hartnett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward E Casto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward R Nelson , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Hart Rastegar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Paul Oldaker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas C Cecil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas John Ward , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 10/04/2012 | 1 | COMPLAINT against Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. ( Filing fee $ 350.00, receipt number 14683031470), filed by Virginia Innovation Sciences, Inc. (received in Norfolk Clerks Office on |

| | | |
|---|---|---|
| | | 10/11/2012. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Civil Cover Sheet, # 8 Receipt)(rsim, ) (Entered: 10/12/2012) |
| 10/04/2012 | 2 | Financial Interest Disclosure Statement (Local Rule 7.1) by Virginia Innovation Sciences, Inc. (rsim, ) (Entered: 10/12/2012) |
| 10/04/2012 | 🔒 | (Court only) Abatement deadline for 2/1/2013. One of the defendants is an international company (rsim, ) . (Entered: 10/12/2012) |
| 10/04/2012 | 🔒 | (Court only) JURY and PATENT flags set. (rsim, ) (Entered: 10/12/2012) |
| 10/12/2012 | 3 | Report on the filing of an action regarding patents: 7,899,492, 8,050,711, 8,145,268,8,224,381, 7,957,733, and 8,135,398 transmitted to Director of the U.S. Patent and Trademark Office, Alexandria, VA. (rsim, ) (Entered: 10/12/2012) |
| 10/12/2012 | 4 | Three Summonses with one copy each issued as to Samsung Electronics America, Inc., Samsung Electronics Co., LTD., and Samsung Telecommunications America, LLC. and mailed to counsel for service. (Attachments: # 1 Magistrate Judge Notice & Judge's Instructions)(rsim, ) (Entered: 10/12/2012) |
| 10/25/2012 | 5 | NOTICE of Appearance by W. Ryan Snow on behalf of Virginia Innovation Sciences, Inc. (Snow, W. Ryan) (Entered: 10/25/2012) |
| 10/25/2012 | 6 | NOTICE of Appearance by David Caldwell Hartnett on behalf of Virginia Innovation Sciences, Inc. (Hartnett, David) (Entered: 10/25/2012) |
| 10/26/2012 | 7 | Consent MOTION to Withdraw as Attorney by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Reilly, Craig) (Entered: 10/26/2012) |
| 10/30/2012 | | MOTION REFERRED to Magistrate Judge Douglas E. Miller. 7 Consent MOTION to Withdraw as Attorney (rsim, ) (Entered: 10/30/2012) |
| 10/30/2012 | 8 | ORDER granting 7 Motion to Withdraw as Attorney; that the Clerk of the Court shall strike his appearance and to remove him from the CM/ECF service list in this matter; that parties need not serve any further pleadings, motions, or other papers on Craig C. Reilly in this matter. Attorney Craig Crandall Reilly terminated. Signed by Magistrate Judge Douglas E. Miller and filed on 10/30/2012. (rsim, ) (Entered: 10/30/2012) |
| 11/05/2012 | 9 | MOTION for Extension *of Time to File Responsive Pleadings* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A) (Hartnett, David) (Entered: 11/05/2012) |
| 11/06/2012 | 🔒 | (Court only) Suspense response to (9) Motion for extension of time to file due by 11/19/2012. (rsim, ) (Entered: 11/06/2012) |
| | | |

| 11/08/2012 | 10 | SUMMONS Returned Executed as to Samsung Electronics America, Inc. served on 10/23/2012; and as to Samsung Telecommunications America, LLC. served on 10/23/2012 (rsim, ) (Entered: 11/08/2012) |
|---|---|---|
| 11/08/2012 | 🔒 | (Court only) Deadline 1 Suspense Answers by Samsung Electronics America and Samsung Telecommunications America due by 11/13/2012. (rsim, ) (Entered: 11/08/2012) |
| 11/09/2012 | 🔒 | (Court only) ***Staff notes - Proposed order re: (9) Motion for Extension of Time to file received and forwarded to Judge Miller. (rsim, ) (Entered: 11/09/2012) |
| 11/09/2012 | 11 | AGREED ORDER granting 9 Motion for Extension of Time to File and that Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America LLC shall have through and including January 14, 2013 to answer, plead or otherwise respond to the Complaint filed by VIS in this action. Signed by Magistrate Judge Douglas E. Miller and filed on 11/9/2012. (rsim, ) (Entered: 11/13/2012) |
| 11/13/2012 | 🔒 | (Court only) Deadline 1 Suspense Answers by Samsung Electronics America and Samsung Telecommunications America due by 1/17/2012. (rsim, ) (Entered: 11/13/2012) |
| 11/20/2012 | 🔒 | (Court only) ***Deadlines terminated - response to (9) Motion for extension of time to file. (rsim, ) (Entered: 11/20/2012) |
| 11/20/2012 | 🔒 | (Court only) ***Deadlines terminated - abatement. (rsim, ) (Entered: 11/20/2012) |
| 11/20/2012 | 12 | Motion to appear Pro Hac Vice by Edward E. Casto, Jr. and Certification of Local Counsel W. Ryan Snow Filing fee $ 75, receipt number 0422-3293511. by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 11/20/2012) |
| 11/20/2012 | 13 | Motion to appear Pro Hac Vice by Thomas C. Cecil and Certification of Local Counsel W. Ryan Snow Filing fee $ 75, receipt number 0422-3293528. by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 11/20/2012) |
| 11/20/2012 | 14 | Motion to appear Pro Hac Vice by Edward R. Nelson, III and Certification of Local Counsel W. Ryan Snow Filing fee $ 75, receipt number 0422-3293533. by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 11/20/2012) |
| 11/20/2012 | 15 | Motion to appear Pro Hac Vice by Jonathan H. Rastegar and Certification of Local Counsel W. Ryan Snow Filing fee $ 75, receipt number 0422-3293540. by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 11/20/2012) |
| 11/21/2012 | 🔒 | (Court only) ***Staff notes - Pro Hac Vice motions for Jonathan Hart Rastegar, Edward R. Nelson, III, Thomas C. Cecil and Edward E. Casto, Jr. referred to chambers for consideration. (tlev, ) (Entered: 11/21/2012) |

| 11/26/2012 | 16 | ORDER granting 12 Motion for Edward E Casto, Jr to appear Pro Hac Vice for Virginia Innovation Sciences, Inc. Signed by District Judge Mark S. Davis and filed on 11/26/2012. (rsim, ) (Entered: 11/26/2012) |
|---|---|---|
| 11/26/2012 | 17 | ORDER granting 13 Motion for Thomas C Cecil to appear Pro Hac Vice for Virginia Innovation Sciences, Inc. Signed by District Judge Mark S. Davis and filed on 11/26/2012. (rsim, ) (Entered: 11/26/2012) |
| 11/26/2012 | 18 | ORDER granting 14 Motion for Edward R Nelson, III to appear Pro Hac Vice for Virginia Innovation Sciences, Inc. Signed by District Judge Mark S. Davis and filed on 11/26/2012. (rsim, ) (Entered: 11/26/2012) |
| 11/26/2012 | 19 | ORDER granting 15 Motion for Jonathan Hart Rastegar to appear Pro Hac Vice for Virginia Innovation Sciences, Inc. Signed by District Judge Mark S. Davis and filed on 11/26/2012. (rsim, ) (Entered: 11/26/2012) |
| 01/10/2013 | 20 | NOTICE of Appearance by Robert William McFarland on behalf of Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. (McFarland, Robert) (Entered: 01/10/2013) |
| 01/10/2013 | 21 | Motion to appear Pro Hac Vice by Brett Johnston Williamson and Certification of Local Counsel Robert W. McFarland Filing fee $ 75, receipt number 0422-3351317. by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 01/10/2013) |
| 01/10/2013 | 22 | Motion to appear Pro Hac Vice by Cameron William Westin and Certification of Local Counsel Robert W. McFarland Filing fee $ 75, receipt number 0422-3351325. by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 01/10/2013) |
| 01/10/2013 | 23 | Motion to appear Pro Hac Vice by Sanjeev Mehta and Certification of Local Counsel Robert W. McFarland Filing fee $ 75, receipt number 0422-3351333. by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 01/10/2013) |
| 01/10/2013 | 24 | Motion to appear Pro Hac Vice by Eric Samuel Namrow and Certification of Local Counsel Robert W. McFarland Filing fee $ 75, receipt number 0422-3351335. by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 01/10/2013) |
| 01/11/2013 | | (Court only) ***Staff notes - Pro Hac Vice motions for Cameron William Westin, Sanjeev Mehta, Brett Johnston Williamson and Eric Samuel Namrow referred to chambers for consideration. (tlev, ) (Entered: 01/11/2013) |
| 01/14/2013 | 25 | Financial Interest Disclosure Statement (Local Rule 7.1) by Samsung |

| | | Telecommunications America, LLC.. (McFarland, Robert) (Entered: 01/14/2013) |
|---|---|---|
| 01/14/2013 | 26 | Financial Interest Disclosure Statement (Local Rule 7.1) by Samsung Electronics Co., LTD.. (McFarland, Robert) (Entered: 01/14/2013) |
| 01/14/2013 | 27 | Financial Interest Disclosure Statement (Local Rule 7.1) by Samsung Electronics America, Inc.. (McFarland, Robert) (Entered: 01/14/2013) |
| 01/14/2013 | 28 | ANSWER to 1 Complaint,, COUNTERCLAIM S against Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC..(McFarland, Robert) (Entered: 01/14/2013) |
| 01/14/2013 | 29 | MOTION to Transfer Case by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 01/14/2013) |
| 01/14/2013 | 30 | Brief in Support to 29 MOTION to Transfer Case filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(McFarland, Robert) (Entered: 01/14/2013) |
| 01/14/2013 | 31 | Declaration re 30 Brief in Support, 29 MOTION to Transfer Case *of Christina (Eun Young) Shin* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 01/14/2013) |
| 01/14/2013 | 32 | Declaration re 30 Brief in Support, 29 MOTION to Transfer Case *of Justin Denison* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 01/14/2013) |
| 01/14/2013 | 33 | Declaration re 30 Brief in Support, 29 MOTION to Transfer Case *of James Kiczek* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 01/14/2013) |
| 01/14/2013 | 34 | Declaration re 30 Brief in Support, 29 MOTION to Transfer Case *of Travis Merrill* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 01/14/2013) |
| 01/14/2013 | 35 | Declaration re 30 Brief in Support, 29 MOTION to Transfer Case *of Robert W. McFarland* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 01/14/2013) |
| 01/15/2013 | 🔋 | (Court only) Deadline 1 Suspense due by 1/31/2013 response to 29 motion to transfer. (ldab, ) (Entered: 01/15/2013) |
| 01/15/2013 | | Refer for 16(b) (ldab, ) (Entered: 01/15/2013) |
| | | |

| | | |
|---|---|---|
| 01/16/2013 | 36 | ORDER granting 23 Motion for Pro hac vice, Appointed Sanjeev Mehta for Samsung Electronics America, Inc., for Samsung Electronics Co., LTD., and for Samsung Telecommunications America, LLC.. Signed by District Judge Mark S. Davis on 1/15/13 and filed on 1/16/13. (jcow, ) (Entered: 01/17/2013) |
| 01/16/2013 | 37 | ORDER granting 24 Motion for Pro hac vice, Appointed Eric Samuel Namrow for Samsung Electronics America, Inc., for Samsung Electronics Co., LTD., and for Samsung Telecommunications America, LLC.. Signed by District Judge Mark S. Davis on 1/15/13 and filed on 1/16/13. (jcow, ) (Entered: 01/17/2013) |
| 01/16/2013 | 38 | ORDER granting 22 Motion for Pro hac vice, Appointed Cameron William Westin for Samsung Electronics America, Inc., for Samsung Electronics Co., LTD., and for Samsung Telecommunications America, LLC.. Signed by District Judge Mark S. Davis on 1/15/13 and filed on 1/16/13. (jcow, ) (Entered: 01/17/2013) |
| 01/16/2013 | 39 | ORDER granting 21 Motion for Pro hac vice, Appointed Brett Johnston Williamson for Samsung Electronics America, Inc., for Samsung Electronics Co., LTD., and for Samsung Telecommunications America, LLC.. Signed by District Judge Mark S. Davis on 1/15/13 and filed on 1/16/13. (jcow, ) (Entered: 01/17/2013) |
| 01/23/2013 | 40 | RULE 26(f) PRETRIAL ORDER: 16(b) Scheduling Conference set for 2/12/2013 at 10:00 AM in Norfolk. Status Conference set for 2/12/2013 at 10:30 AM in Norfolk Courtroom 5 before District Judge Mark S. Davis. Signed by District Judge Mark S. Davis on 1/22/13, filed 1/23/13. (vwar) (Entered: 01/23/2013) |
| 01/28/2013 | 41 | RESPONSE in Opposition re 29 MOTION to Transfer Case filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (Snow, W. Ryan) (Entered: 01/28/2013) |
| 01/28/2013 | 🔒 | (Court only) Deadline 1 Suspense due by 2/11/2013 reply to 41 response in opposition. (ldab, ) (Entered: 01/28/2013) |
| 01/29/2013 | 42 | ANSWER to Counterclaim re 28 Answer to Complaint, Counterclaim,, by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 01/29/2013) |
| 01/29/2013 | 43 | Motion to appear Pro Hac Vice by Timothy E. Grochocinski and Certification of Local Counsel David C. Hartnett Filing fee $ 75, receipt number 0422-3375919. by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 01/29/2013) |
| 01/29/2013 | 44 | Motion to appear Pro Hac Vice by Aaron Ward Purser and Certification of Local Counsel David C. Hartnett Filing fee $ 75, receipt number 0422-3375975. by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 01/29/2013) |
| 01/30/2013 | 🔒 | (Court only) ***Staff notes - Pro Hac Vice motions for Timothy E. |

|  |  | Grochocinski and Aaron Ward Purser referred to chambers for consideration. (tlev, ) (Entered: 01/30/2013) |
|---|---|---|
| 01/30/2013 | 48 | ORDER granting 43 Motion for Pro hac vice Appointed Timothy E. Grochocinski for Virginia Innovation Sciences, Inc.. Signed by District Judge Mark S. Davis and filed on 1/30/13. (ldab, ) (Entered: 02/01/2013) |
| 01/30/2013 | 49 | ORDER granting 44 Motion for Pro hac vice Appointed Aaron Ward Purser for Virginia Innovation Sciences, Inc.. Signed by District Judge Mark S. Davis and filed on 1/30/13. (ldab, ) (Entered: 02/01/2013) |
| 01/31/2013 | 45 | NOTICE of Appearance by Sarah Kate McConaughy on behalf of Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. (McConaughy, Sarah) (Entered: 01/31/2013) |
| 01/31/2013 | 46 | Rebuttal Brief re 29 MOTION to Transfer Case filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McConaughy, Sarah) (Entered: 01/31/2013) |
| 01/31/2013 | 🔒 | (Court only) Deadline 2 Suspense due by 2/7/2013 reply to 46 rebuttal brief. (ldab, ) (Entered: 02/01/2013) |
| 02/01/2013 | 47 | Request for Hearing by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 29 MOTION to Transfer Case (McFarland, Robert) (Entered: 02/01/2013) |
| 02/04/2013 | 🔒 | (Court only) ***Staff notes notified MSD chambers about 47 request for hearing (ldab, ) (Entered: 02/04/2013) |
| 02/05/2013 | 50 | Motion to appear Pro Hac Vice by Susan van Keulen and Certification of Local Counsel Robert W. McFarland Filing fee $ 75, receipt number 0422-3384214. by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 02/05/2013) |
| 02/05/2013 |  | Motion Hearing set as to 29 MOTION to Transfer Case for 2/12/2013 at 10:30 AM in Norfolk Courtroom 5 before District Judge Mark S. Davis. (vwar) (Entered: 02/05/2013) |
| 02/06/2013 | 🔒 | (Court only) ***Staff notes - Pro Hac Vice motion for Susan van Keulen referred to chambers for consideration. (tlev, ) (Entered: 02/06/2013) |
| 02/06/2013 | 51 | Motion to appear Pro Hac Vice by Marc M. Breverman and Certification of Local Counsel Robert W. McFarland Filing fee $ 75, receipt number 0422-3387158. by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 02/06/2013) |
| 02/06/2013 | 52 | ORDER granting 50 Motion for Pro hac vice Appointed Susan van |

| | | |
|---|---|---|
| | | Keulen for Samsung Telecommunications America, LLC.. Signed by District Judge Mark S. Davis and filed on 2/6/13. (ldab, ) (Entered: 02/08/2013) |
| 02/07/2013 | 🔒 | (Court only) ***Staff notes - Pro Hac Vice motion for Marc M. Breverman referred to chambers for consideration. (tlev, ) (Entered: 02/07/2013) |
| 02/07/2013 | 53 | ORDER granting 51 Motion for Pro hac vice Appointed Marc M. Breverman for Samsung Electronics America, Inc.,Marc M. Breverman for Samsung Electronics Co., LTD.,Marc M. Breverman for Samsung Telecommunications America, LLC.. Signed by District Judge Mark S. Davis and filed on 2/7/13. (ldab, ) (Entered: 02/08/2013) |
| 02/11/2013 | | Scheduling Conference reset for 2/19/2013 at 02:00 PM in Norfolk Courtroom 5 before District Judge Mark S. Davis. Status Conference reset for 2/19/2013 at 02:30 PM in Norfolk Courtroom 5 before District Judge Mark S. Davis. (vwar) (Entered: 02/11/2013) |
| 02/11/2013 | | Motion Hearing reset as to 29 MOTION to Transfer Case for 2/19/2013 at 02:30 PM in Norfolk Courtroom 5 before District Judge Mark S. Davis. (vwar) (Entered: 02/11/2013) |
| 02/19/2013 | | Scheduling Conference - Rule 16b held on 2/19/2013. (vwar) (Entered: 02/19/2013) |
| 02/19/2013 | 54 | STATUS CONFERENCE AND MOTION HEARING held before District Judge Mark S. Davis:Paul McManus, OCR. Edward Casto, Jr. and W. Ryan Snow, present on behalf of the plaintiff. Robert McFarland, present on behalf of the defendant. Matter came on for a status conference and a hearing on defendants 29 motion to transfer case. Motion Hearing held on 2/19/2013 re 29 MOTION to Transfer Case. Argument heard from counsel on motion to transfer and on the present status of the case. Comments of the Court. Court will issue an order.Court adjourned. (vwar) (Entered: 02/20/2013) |
| 02/19/2013 | 🔒 | (Court only) ***Deadlines terminated (Status Conference held). (vwar) (Entered: 02/20/2013) |
| 02/25/2013 | 55 | Motion to appear Pro Hac Vice by Anthony M. Vecchione and Certification of Local Counsel W. Ryan Snow Filing fee $ 75, receipt number 0422-3410484. by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A)(Snow, W. Ryan) (Entered: 02/25/2013) |
| 02/25/2013 | 56 | Order Rule 16(b) Scheduling Order - Pursuant to the Rule 16(b) Conference it is ordered that the Final Pretrial Conference set for 10/25/2013 at 11:00 AM in Chambers before Magistrate Judge Douglas E. Miller. Markman Hearing set for 6/11/2013 at 10:00 AM in Norfolk Courtroom 5 before District Judge Mark S. Davis. Jury Trial set for 11/12/2013 at 10:00 AM in Norfolk Courtroom 5 before District Judge Mark S. Davis. The parties shall exchange list of claims to be construed by 3/12/13; parties shall exchange a preliminary proposed contruction of each claim term by 4/2/13; the parties shall file opening claim |

| | | construction briefs by 4/16/13; the parties shall file their reply claim construction briefs by 4/30/13; the parties shall prepare and file a joint claim construction and prehearing statements that identifies both agreed disputed terms by 5/14/13; and any dispositive motions shall be filed by 8/13/13. The following named counsel shall be responsible for signing any motion or brief related to discovery matter and arguing the discovery before the Court: Edward Casto, Jr. and Susan Van Keulen. Signed by District Judge Mark S. Davis on 2/19/13, filed 2/25/13. (vwar) (Entered: 02/25/2013) |
|---|---|---|
| 02/26/2013 | 🔒 | (Court only) ***Staff notes - Pro Hac Vice motion for Anthony Michael Vecchione referred to chambers for consideration. (tlev, ) (Entered: 02/26/2013) |
| 02/28/2013 | 57 | ORDER Granting 55 Motion for Pro hac vice Appointed Anthony Michael Vecchione for Virginia Innovation Sciences, Inc.. Signed by District Judge Mark S. Davis and filed on 2/28/13. Copies distributed to all parties 3/4/13. (ldab, ) (Entered: 03/04/2013) |
| 03/06/2013 | 58 | OPINION AND ORDER - The Court DENIES Defendants' Motion to Transfer Venue and further DENIES Defendants' alternative request for limited, venue-related discovery. IT IS SO ORDERED. Signed by District Judge Mark S. Davis and filed on 3/6/13. Copies distributed to all parties 3/6/13.(ldab, ) (Entered: 03/06/2013) |
| 04/02/2013 | 59 | MOTION to Compel *Defendants to Complete Their Responsive Production with Respect to Plaintiff's First Set of Requests for Production* by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 04/02/2013) |
| 04/02/2013 | 60 | Memorandum in Support re 59 MOTION to Compel *Defendants to Complete Their Responsive Production with Respect to Plaintiff's First Set of Requests for Production* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Declaration of Edward E. Casto, Jr., # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Proposed Order) (Hartnett, David) (Entered: 04/02/2013) |
| 04/03/2013 | 🔒 | (Court only) ***Staff notes fully endorsed proposed stipulated protective order sent to DEM chambers. (ldab, ) (Entered: 04/03/2013) |
| 04/05/2013 | 61 | PROTECTIVE ORDER entered as MODIFIED by the court on page 14, Paragraph 5(B)(4).. Signed by Magistrate Judge Douglas E. Miller and filed on 4/5/13. Copies distributed to all parties 4/5/13.(ldab, ) (Entered: 04/05/2013) |
| 04/15/2013 | 62 | Opposition to 59 MOTION to Compel *Defendants to Complete Their Responsive Production with Respect to Plaintiff's First Set of Requests for Production* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 04/15/2013) |
| 04/15/2013 | 63 | Declaration re 62 Opposition, by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications |

| | | |
|---|---|---|
| | | America, LLC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F(1), # 7 Exhibit F(2), # 8 Exhibit F(3), # 9 Exhibit F(4), # 10 Exhibit F(5), # 11 Exhibit F(6), # 12 Exhibit F(7), # 13 Exhibit F(8))(McFarland, Robert) (Entered: 04/15/2013) |
| 04/16/2013 | 64 | Claim Construction Brief filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Snow, W. Ryan) (Entered: 04/16/2013) |
| 04/16/2013 | 65 | Claim Construction Brief filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q)(McFarland, Robert) (Entered: 04/16/2013) |
| 04/18/2013 | 66 | Rebuttal Brief re 59 MOTION to Compel *Defendants to Complete Their Responsive Production with Respect to Plaintiff's First Set of Requests for Production* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 04/18/2013) |
| 04/18/2013 | 67 | Declaration re 66 Rebuttal Brief by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Snow, W. Ryan) (Entered: 04/18/2013) |
| 04/25/2013 | | Set Deadlines as to 59 MOTION to Compel *Defendants to Complete Their Responsive Production with Respect to Plaintiff's First Set of Requests for Production*. Motion Hearing set for 5/14/2013 at 12:00 PM in Chambers before Magistrate Judge Douglas E. Miller. (cdod, ) (Entered: 04/25/2013) |
| 04/25/2013 | 68 | Notice of Hearing Date set for May 14, 2013 at 12:00 p.m. EST re 59 MOTION to Compel *Defendants to Complete Their Responsive Production with Respect to Plaintiff's First Set of Requests for Production* (Hartnett, David) (Entered: 04/25/2013) |
| 04/30/2013 | 69 | Claim Construction Brief *Responsive* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1)(Hartnett, David) (Entered: 04/30/2013) |
| 04/30/2013 | 70 | Reply to 64 Claim Construction Brief filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit R, # 2 Exhibit S, # 3 Exhibit T)(McFarland, Robert) (Entered: 04/30/2013) |
| 04/30/2013 | 71 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 04/30/2013) |
| 04/30/2013 | 72 | Memorandum in Support re 71 MOTION to Seal filed by Samsung |

| | | |
|---|---|---|
| | | Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 04/30/2013) |
| 04/30/2013 | 73 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 71 MOTION to Seal (McFarland, Robert) (Entered: 04/30/2013) |
| 04/30/2013 | 🔒 | (Court only) Deadline 1 Suspense due by 5/16/2013 response to 71 motion to seal. (ldab, ) (Entered: 05/01/2013) |
| 05/01/2013 | 🔒 74 | Sealed Defendants' reply claim construction brief. (Attachments: # 1 Letter, # 2 exhibit u, # 3 exhibit v)(ldab, ) (Entered: 05/01/2013) |
| 05/10/2013 | 75 | Joint MOTION for Protective Order *Supplemental* by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 05/10/2013) |
| 05/10/2013 | 76 | Memorandum in Support re 75 Joint MOTION for Protective Order *Supplemental* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A)(Hartnett, David) (Entered: 05/10/2013) |
| 05/13/2013 | 🔒 | (Court only) ***Staff notes placed supplemental protective order endorsed by counsel of record in DEM pick-up box. (ldab, ) (Entered: 05/13/2013) |
| 05/13/2013 | 77 | Motion to appear Pro Hac Vice by Brian M. Berliner and Certification of Local Counsel Robert W. McFarland Filing fee $ 75, receipt number 0422-3513650. by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 05/13/2013) |
| 05/13/2013 | 78 | SUPPLEMENTAL PROTECTIVE ORDER. Signed by Magistrate Judge Douglas E. Miller and filed on 5/13/13. Copies distributed to all parties 5/14/13.(ldab, ) (Entered: 05/14/2013) |
| 05/14/2013 | 79 | Minute Entry for Telephonic Motion Hearing re 59 MOTION to Compel held 5/14/13 before Magistrate Judge Douglas E. Miller. The matter came before the Court on a telephone conference on the Motion to Compel (ECF 59). Edward Casto, Ryan Snow, Anthony Vecchione, Jonathan Rastegar and David Hartnett appeared on behalf of the plaintiff. Susan van Keulen and Robert McFarland appeared on behalf of the defendant. Argument by Mr. Casto. Rebuttal by Ms. van Keulen. Comments of the Court. The Court to GRANT IN PART the Motion to Compel, directing Samsung to produce remaining e-mail communications by May 20, 2013 and remaining financial data 14 days from todays date, May 28, 2013. If agreed protective order with Silicon cannot be achieved, a supplemental response to the request for production of documents must be filed.The Court to issue an Order. Court in recess. (Court Reporter Heidi Jeffreys, OCR.)(lwoo) (Entered: 05/14/2013) |
| 05/14/2013 | 🔓 80 | TRANSCRIPT of proceedings (Teleconference) held on 05/14/13, before Judge Douglas E. Miller, Court Reporter/Transcriber Heidi |

| | | Jeffreys, Telephone number 757-222-7075. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 6/13/2013. Redacted Transcript Deadline set for 7/15/2013. Release of Transcript Restriction set for 8/12/2013.(jeffreys, heidi) (Entered: 05/14/2013)** |
|---|---|---|
| 05/14/2013 | 🔒 | (Court only) ***Staff notes - Pro Hac Vice motion for Brian M. Berliner referred to chambers for consideration. (tlev, ) (Entered: 05/14/2013) |
| 05/14/2013 | 81 | ORDER Granting in part 59 Motion to Compel. Signed by Magistrate Judge Douglas E. Miller and filed on 5/14/13. Copies distributed to all parties 5/14/13. (ldab, ) (Entered: 05/14/2013) |
| 05/14/2013 | 82 | Pretrial Statement (Exhibits and Witness Lists) by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A)(Hartnett, David) (Entered: 05/14/2013) |
| 05/15/2013 | 🔒 | (Court only) ***Pro Hac Vice Attorney Brian Berliner for Samsung Electronics America, Inc.,Samsung Electronics Co., LTD. and Samsung Telecommunications America, LLC. added. (tlev, ) (Entered: 05/16/2013) |
| 05/16/2013 | 83 | ORDER granting 77 Motion for Pro hac vice for Brian M. Berliner as to Samsung Electronics Co., LTD, Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC.. Signed by District Judge Mark S. Davis on 05/15/13. (tlev, ) Modified on 5/16/2013 to correct spelling error(tlev, ). (Entered: 05/16/2013) |
| 05/21/2013 | | MOTION REFERRED to Magistrate Judge Douglas Miller 71 MOTION to Seal (ldab, ) (Entered: 05/21/2013) |
| 05/21/2013 | 84 | Amended MOTION to Seal *(Unopposed)* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 05/21/2013) |
| 05/21/2013 | 85 | Memorandum in Support re 84 Amended MOTION to Seal *(Unopposed)* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 05/21/2013) |
| 05/21/2013 | 86 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 84 |

| | | |
|---|---|---|
| | | Amended MOTION to Seal *(Unopposed)* (McFarland, Robert) (Entered: 05/21/2013) |
| 05/22/2013 | | MOTION REFERRED to Magistrate Judge Douglas Miller 84 Amended MOTION to Seal *(Unopposed)* (ldab, ) (Entered: 05/22/2013) |
| 05/23/2013 | 87 | ORDER ON MOTION TO SEAL: This matter is before the Court to resolve pending 71 Motion to Seal and an 84 Amended Motion to Seal, both filed by Defendants, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC, (collectively "Defendants"). As outlined in this Order the Court ORDERS the following documents to be maintained under seal in connection with the pending motion they support. ECF No. 74-2 - Exhibit U to Defendants' Reply Claim Construction Brief; ECF No. 74-3 - Exhibit V to Defendants' Reply Claim Construction Brief. The Amended Motion to Seal requests that the unredacted Reply Brief originally filed under seal (ECF No. 74) be unsealed. The Court therefore ORDERS the following document originally requested to be filed under seal, to be re-filed bycounsel. The unsealed version shall be filed in the public record via CM/ECF with appropriate docket references to the underlying Claim Construction argument which it supports: ECF No. 74 - Defendants' Reply Claim Construction Brief. Original redacted public version filed at ECF No. 70. (See Order for Specifics) Entered and filed 5/23/13. (Signed by Magistrate Judge Douglas E. Miller on 5/23/13). (ecav) (Entered: 05/24/2013) |
| 05/24/2013 | 88 | Reply to 64 Claim Construction Brief filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit R, # 2 Exhibit S, # 3 Exhibit T)(McFarland, Robert) (Entered: 05/24/2013) |
| 06/10/2013 | 89 | ORDER - Counsel for Plaintiff requested permission to bring certain electronic equipment into the courtroom for use during the Markman hearing scheduled in this matter on June 11, 2013. Signed by District Judge Mark S. Davis and filed on 6/10/13. Copies distributed to all parties 6/10/13.(ldab, ) (Entered: 06/10/2013) |
| 06/10/2013 | 90 | ORDER - Counsel for Defendants requested permission to bring a laptop computer and related power cords and connectors into the courtroom for use during the Markman hearing scheduled in this matter on June 11, 2013. The Court approves this request with the understanding that this equipment will not have, or will be disabled of, the capacity to record, transmit, or photograph any court proceedings. Moreover, no internet access or use will be permitted during trial. Counsel may use the Court's evidence presentation system, pursuant to the rules and information on the Court's website. It is SO ORDERED. Signed by District Judge Mark S. Davis and filed on 6/10/13. Copies distributed to all parties 6/10/13.(ldab, ) (Entered: 06/10/2013) |
| 06/11/2013 | 91 | MARKMAN HEARING held before District Judge Mark S. Davis: Paul McManus, OCR. Timothy Grochocinski, Edward Casto, Jr., W. |

| | | |
|---|---|---|
| | | Ryan Snow, David Hartnett, and Jonathan Rastegar, present on behalf of the Plaintiff. Brett Williamson, Brian Berliner, Cameron Westin, and Robert McFarland, present on behalf of the Defendants. Anthony Kahng, representative for Samsung present. Matter came on for a Markman Hearing. Markman Hearing held on 6/11/2013. Opening presentations by counsel heard. Argument of counsel re: claims to be construed by the Court. Court takes matter under advisement and will issue an opinion. Court adjourned. Lunch: 12:05 p.m. - 1:05 p.m. (vwar) (Entered: 06/12/2013) |
| 06/26/2013 | 92 | TRANSCRIPT of Markman hearing proceedings held on 6/11/2013, before Judge Mark S. Davis, Court Reporter/Transcriber Paul McManus, Telephone number 757-222-7077. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 7/26/2013. Redacted Transcript Deadline set for 8/26/2013. Release of Transcript Restriction set for 9/24/2013.**(mcmanus, paul) (Entered: 06/26/2013) |
| 07/09/2013 | 93 | MOTION to Compel *Defendants to Designate Witnesses for Certain Matters Pursuant to Federal Rule of Civil Procedure 30(b)(6)* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order Proposed Order)(Snow, W. Ryan) (Entered: 07/09/2013) |
| 07/09/2013 | 94 | Memorandum in Support re 93 MOTION to Compel *Defendants to Designate Witnesses for Certain Matters Pursuant to Federal Rule of Civil Procedure 30(b)(6) (Redacted)* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B (Redacted), # 3 Exhibit C (Redacted), # 4 Exhibit D (Redacted), # 5 Exhibit E (Redacted), # 6 Exhibit F (Redacted))(Snow, W. Ryan) (Entered: 07/09/2013) |
| 07/09/2013 | 95 | MOTION to Seal *Portions of Plaintiff's Memorandum in Support of its Motion to Compel Defendants to Designate Witnesses Pursuant to Federal Rule of Civil Procedure 30(b)(6)* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order Proposed Order)(Snow, W. Ryan) (Entered: 07/09/2013) |
| 07/09/2013 | 96 | Memorandum in Support re 95 MOTION to Seal *Portions of Plaintiff's Memorandum in Support of its Motion to Compel Defendants to Designate Witnesses Pursuant to Federal Rule of Civil Procedure 30(b)(6)* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 07/09/2013) |
| 07/09/2013 | 97 | NOTICE by Virginia Innovation Sciences, Inc. re 95 MOTION to Seal |

| | | |
|---|---|---|
| | | *Portions of Plaintiff's Memorandum in Support of its Motion to Compel Defendants to Designate Witnesses Pursuant to Federal Rule of Civil Procedure 30(b)(6)* (Snow, W. Ryan) (Entered: 07/09/2013) |
| 07/09/2013 | 98 | STIPULATION *regarding Extension of Time for Non-Party Silicon Image Inc's Response to Rule 45 Subpoenas* by Silicon Image, Inc.. (Trocki, John) (Entered: 07/09/2013) |
| 07/09/2013 | 99 | STIPULATION *regarding Extension of Time for Non-Party MHL, LLC's Response to Rule 45 Subpoenas* by MHL, LLC. (Trocki, John) (Entered: 07/09/2013) |
| 07/09/2013 | 100 | MOTION to Expedite *Briefing on Plaintiff's Motion to Compel Defendants to Designate Witnesses for Certain Matters Pursuant to Federal Rule of Civil Procedure 30(b)(6)* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 07/09/2013) |
| 07/09/2013 | 101 | Memorandum in Support re 100 MOTION to Expedite *Briefing on Plaintiff's Motion to Compel Defendants to Designate Witnesses for Certain Matters Pursuant to Federal Rule of Civil Procedure 30(b)(6)* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 07/09/2013) |
| 07/09/2013 | 102 | Request for Hearing by Virginia Innovation Sciences, Inc. re 93 MOTION to Compel *Defendants to Designate Witnesses for Certain Matters Pursuant to Federal Rule of Civil Procedure 30(b)(6) and Request for Expedited Oral Argument* (Snow, W. Ryan) (Entered: 07/09/2013) |
| 07/09/2013 | 🔒 | (Court only) Deadline 1 Suspense due by 7/25/2013 response to 95 & 100 . (ldab, ) (Entered: 07/10/2013) |
| 07/10/2013 | 🔒 103 | Sealed Exhibits re 94 Memorandum in Support,. (Attachments: # 1 Exhibit A, # 2 SEALED EXHIBIT B, # 3 SEALED EXHIBIT C, # 4 SEALED EXHIBIT D, # 5 SEALED EXHIBIT E, # 6 SEALED EXHIBIT F)(ldab, ) (Entered: 07/10/2013) |
| 07/10/2013 | | Telephone Conference set for 7/11/2013 at 03:00 PM in Chambers before Magistrate Judge Douglas E. Miller. (lwoo) (Entered: 07/10/2013) |
| 07/10/2013 | 104 | RESPONSE to Motion re 100 MOTION to Expedite *Briefing on Plaintiff's Motion to Compel Defendants to Designate Witnesses for Certain Matters Pursuant to Federal Rule of Civil Procedure 30(b)(6)* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 07/10/2013) |
| 07/11/2013 | 105 | ORDER granting in part and denying in part 100 Motion to Expedite Briefing. Defendants shall respond to Plaintiff's Motion to Compel (ECF No. 93) on or before July 19, 2013. Plaintiffs shall have three days to reply, and the Court will hear oral argument two days after |

| | | |
|---|---|---|
| | | briefing is completed. Signed by Magistrate Judge Douglas E. Miller on July 11, 2013. (Miller, Douglas) (Entered: 07/11/2013) |
| 07/11/2013 | 106 | Minute Entry for proceedings held before Magistrate Judge Douglas E. Miller:Telephone Conference held on 7/11/2013. Matter came on for telephone conference on pending Motion to Expedite Briefing on Plaintiffs Motion to Compel Defendants to Designate Witnesses For Certain Matters Pursuant to FRCP 30(b)(6) (#100). Present by telephone were W. Ryan Snow, Anthony Vecchione and Edward Casto, Jr. on behalf of the plaintiff. Brett Williamson, Rob McFarland and Sanjeev Mehta present by telephone on behalf of the defendants. Mr. Snow argues his position on the motion. Defendants respond. The Court makes a ruling on the record and grants the motion in part. The defendants shall respond to plaintiffs motion to compel (#93) on or before July 19, 2013. The plaintiffs will have three days to reply and the Court will hear oral argument two days after briefing is completed. Counsel are to contact the courtroom deputies to schedule a hearing on this matter. The hearing may be by telephone or in person. The Court will do a gavel order on this motion. Telephone conference is adjourned. (cdod, ) (Entered: 07/12/2013) |
| 07/15/2013 | 107 | ORDER - Pursuant to Local Civil Rule 83.6, counsel for the parties are DIRECTED to contact the docket clerk, at 757-222-7222, within ten (10) days next after the date of entry of this Order to schedule a settlement conference before United States Magistrate Judge Douglas E. Miller. The settlement conference shall be held at least seventy-five (75) days before trial which is currently scheduled for November 12, 2013. IT IS SO ORDERED. Signed by District Judge Mark S. Davis on 7/14/13 and filed 7/15/13. Copies distributed to all parties 7/16/13. (ldab, ) (Entered: 07/16/2013) |
| 07/16/2013 | | Motion Hearing as to 93 MOTION to Compel *Defendants to Designate Witnesses for Certain Matters Pursuant to Federal Rule of Civil Procedure 30(b)(6)* set for 7/25/2013 at 11:00 AM in Norfolk Mag Courtroom 1 w/OCR before Magistrate Judge Douglas E. Miller. (lwoo) (Entered: 07/16/2013) |
| 07/19/2013 | 108 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 07/19/2013) |
| 07/19/2013 | 109 | Memorandum in Support re 108 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 07/19/2013) |
| 07/19/2013 | 110 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 108 MOTION to Seal (McFarland, Robert) (Entered: 07/19/2013) |
| 07/19/2013 | 111 | RESPONSE to Motion re 93 MOTION to Compel *Defendants to Designate Witnesses for Certain Matters Pursuant to Federal Rule of* |

| | | |
|---|---|---|
| | | *Civil Procedure 30(b)(6) REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 07/19/2013) |
| 07/19/2013 | 112 | Declaration re 111 Response to Motion, *Declaration of Susan van Keulen* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit F, # 6 Exhibit K, # 7 Exhibit M)(McFarland, Robert) (Entered: 07/19/2013) |
| 07/19/2013 | 🔒 | (Court only) Deadline 2 Suspense to 8/2/2013 for response to Motion #108. (ecav, ) (Entered: 07/22/2013) |
| 07/22/2013 | 113 | Consent MOTION for Leave to File *First Amended Complaint* by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 07/22/2013) |
| 07/22/2013 | 114 | Memorandum in Support re 113 Consent MOTION for Leave to File *First Amended Complaint* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1 - First Amended Complaint, # 2 Exhibit 2 - Agreed Order)(Hartnett, David) (Entered: 07/22/2013) |
| 07/22/2013 | 🔒 116 | Sealed Documents re 108 MOTION to Seal . (Attachments: # 1 doc 111, # 2 Exhibit E, # 3 Exhibit G, # 4 Exhibit H, # 5 Exhibit I, # 6 Exhibit J, # 7 Exhibit L)(ldab, ) (Entered: 07/23/2013) |
| 07/23/2013 | | MOTION REFERRED to Magistrate Judge Douglas Miller 113 Consent MOTION for Leave to File *First Amended Complaint* (ldab, ) (Entered: 07/23/2013) |
| 07/23/2013 | 🔒 | (Court only) ***Deadlines terminated. Issue resolved, no need for hearing. (cdod, ) (Entered: 07/23/2013) |
| 07/23/2013 | 115 | Withdrawal of Motion by Virginia Innovation Sciences, Inc. re 93 MOTION to Compel *Defendants to Designate Witnesses for Certain Matters Pursuant to Federal Rule of Civil Procedure 30(b)(6) and Cancellation of Hearing* (Hartnett, David) (Entered: 07/23/2013) |
| 07/23/2013 | | Set Deadlines/Hearings Settlement Conference set for 8/29/2013 at 10:00 AM in Chambers before Magistrate Judge Douglas E. Miller. (afor, ) (Entered: 07/23/2013) |
| 07/24/2013 | 117 | ORDER Granting 113 Motion for Leave to File. Signed by Magistrate Judge Douglas E. Miller and filed on 7/24/13. Copies distributed to all parties 7/24/13. (ldab, ) (Entered: 07/24/2013) |
| 07/24/2013 | 118 | Settlement Conference Order. Signed by Magistrate Judge Douglas E. Miller and filed on 7/24/13. Copies distributed to all parties 7/24/13. (ldab, ) (Entered: 07/24/2013) |
| 07/24/2013 | 119 | MOTION for Leave to File Excess Pages *Unopposed Motion for Leave to Exceed Page Limits for Summary Judgment Briefing* by Samsung |

| | | Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 07/24/2013) |
|---|---|---|
| 07/24/2013 | 120 | Memorandum in Support re 119 MOTION for Leave to File Excess Pages *Unopposed Motion for Leave to Exceed Page Limits for Summary Judgment Briefing* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 07/24/2013) |
| 07/24/2013 | 121 | AMENDED COMPLAINT *(First)* against Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC., filed by Virginia Innovation Sciences, Inc..(Hartnett, David) (Entered: 07/24/2013) |
| 07/24/2013 | | MOTION REFERRED to Magistrate Judge Douglas Miller 119 MOTION for Leave to File Excess Pages *Unopposed Motion for Leave to Exceed Page Limits for Summary Judgment Briefing* (ldab, ) (Entered: 07/24/2013) |
| 07/25/2013 | 122 | ORDER Granting 119 Motion for Leave to File Excess Pages. Signed by Magistrate Judge Douglas E. Miller and filed on 7/25/13. Copies distributed to all parties 7/29/13. (ldab, ) (Entered: 07/29/2013) |
| 07/26/2013 | | MOTION REFERRED to Magistrate Judge: Douglas Miller. 95 MOTION to Seal *Portions of Plaintiff's Memorandum in Support of its Motion to Compel Defendants to Designate Witnesses Pursuant to Federal Rule of Civil Procedure 30(b)(6)* (ldab, ) (Entered: 07/26/2013) |
| 07/30/2013 | 123 | ORDER Granting 95 Motion to Seal Accordingly, the Motion to Seal is GRANTED and VIS is permitted to file under seal certain portions of the Memorandum in Support and also the Exhibits attached thereto. These documents shall be treated in accordance with the terms and conditions of the Protective Order. The Court shall retain sealed materials until forty-five (45) days after entry of a final order. If the case is not appealed, any sealed materials should then be returned to counsel for the filing party. Signed by Magistrate Judge Douglas E. Miller and filed on 7/30/13. Copies distributed to all parties 7/30/13. (ldab, ) (Entered: 07/30/2013) |
| 08/01/2013 | 124 | MOTION to Dismiss for Failure to State a Claim *and to Strike Allegations and Prayer for Relief* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 08/01/2013) |
| 08/01/2013 | 125 | Memorandum in Support re 124 MOTION to Dismiss for Failure to State a Claim *and to Strike Allegations and Prayer for Relief* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 08/01/2013) |
| 08/01/2013 | 126 | MOTION Request for Judicial Notice *and Memorandum in Support* by |

| | | Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit A)(McFarland, Robert) (Entered: 08/01/2013) |
|---|---|---|
| 08/01/2013 | 🔒 | (Court only) Deadline 2 Suspense due by 8/15/2013 response to 124 motion to dismiss & 126 miscellaneous rlief. (ldab, ) (Entered: 08/02/2013) |
| 08/02/2013 | | MOTION REFERRED to Magistrate Judge Douglas E. Miller 108 MOTION to Seal (ldab, ) (Entered: 08/02/2013) |
| 08/05/2013 | 127 | ORDER granting 108 Motion to Seal. Signed by Magistrate Judge Douglas E. Miller on 8/5/13. (afar) (Entered: 08/06/2013) |
| 08/07/2013 | 128 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 08/07/2013) |
| 08/07/2013 | 129 | Memorandum in Support re 128 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 08/07/2013) |
| 08/07/2013 | 130 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 128 MOTION to Seal (McFarland, Robert) (Entered: 08/07/2013) |
| 08/07/2013 | 131 | *REDACTED* ANSWER to Complaint *, Affirmative Defenses*, COUNTERCLAIM against Virginia Innovation Sciences, Inc. by Samsung Electronics Co., LTD., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC..(McFarland, Robert) (Entered: 08/07/2013) |
| 08/07/2013 | 🔒 132 | Sealed Document re 128 MOTION to Seal . (Attachments: # 1 Sealed Initial Answer, Affirmative Defenses, and Counterclaims to the First Amended Complaint)(bnew) (Entered: 08/08/2013) |
| 08/08/2013 | 🔒 | (Court only) Deadline 1 Suspense - Response to 128 due by 8/22/2013. (bnew) (Entered: 08/08/2013) |
| 08/12/2013 | 133 | Memorandum in Opposition re 124 MOTION to Dismiss for Failure to State a Claim *and to Strike Allegations and Prayer for Relief* filed by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 08/12/2013) |
| 08/13/2013 | 🔒 | (Court only) Suspense reply to response to (124) motion to dismiss due by 8/19/2013. (rsim, ) (Entered: 08/13/2013) |
| 08/13/2013 | 134 | MOTION for Summary Judgment *of Patent Invalidity and No Willful Infringement* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 08/13/2013) |
| 08/13/2013 | 135 | Memorandum in Support re 134 MOTION for Summary Judgment *of* |

| | | |
|---|---|---|
| | | *Patent Invalidity and No Willful Infringement REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 08/13/2013) |
| 08/13/2013 | 136 | Declaration re 134 MOTION for Summary Judgment *of Patent Invalidity and No Willful Infringement Declaration of Dr. Kevin C. Almeroth* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit Q, # 16 Exhibit T, # 17 Exhibit U) (McFarland, Robert) (Entered: 08/13/2013) |
| 08/13/2013 | 137 | Declaration re 134 MOTION for Summary Judgment *of Patent Invalidity and No Willful Infringement Declaration of Brian Berliner* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit W, # 2 Exhibit X, # 3 Exhibit Y)(McFarland, Robert) (Entered: 08/13/2013) |
| 08/13/2013 | 138 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 08/13/2013) |
| 08/13/2013 | 139 | Memorandum in Support re 138 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 08/13/2013) |
| 08/13/2013 | 140 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 138 MOTION to Seal (McFarland, Robert) (Entered: 08/13/2013) |
| 08/13/2013 | 141 | MOTION to Strike 131 Answer to Complaint, Counterclaim,, *or, in the Alternative, Motion for Summary Judgment on Defendants' Thirteenth Counterclaim Related to Inequitable Conduct* by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 08/13/2013) |
| 08/13/2013 | 142 | Memorandum in Support re 141 MOTION to Strike 131 Answer to Complaint, Counterclaim,, *or, in the Alternative, Motion for Summary Judgment on Defendants' Thirteenth Counterclaim Related to Inequitable Conduct* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 |

| | | |
|---|---|---|
| | | Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40)(Snow, W. Ryan) (Entered: 08/13/2013) |
| 08/14/2013 | 🔒 | (Court only) Deadline 3 Suspense response to (134) due by 8/29/2013. (rsim, ) (Entered: 08/14/2013) |
| 08/14/2013 | 🔒 | (Court only) Deadline4 Suspense response to (138) due by 8/29/2013. (rsim, ) (Entered: 08/14/2013) |
| 08/14/2013 | 🔒 144 | Sealed VERSION of re 135 Memorandum in Support re 134 MOTION for Summary Judgment of Patent Invalidity and No Willful Infringement by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. filed under seal. (rsim, ) (Entered: 08/15/2013) |
| 08/14/2013 | 🔒 145 | Sealed Version of EXHIBITS O, P, R, S to re 136 Declaration of Dr. Kevin C. Almeroth by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. filed under seal. (Attachments: # 1 Exhibit O, # 2 Exhibit P, # 3 Exhibit R, # 4 Exhibit S)(rsim, ) (Entered: 08/15/2013) |
| 08/14/2013 | 🔒 146 | Sealed EXHIBIT V re 137 Declaration of Brian Berliner by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. filed under seal. (Attachments: # 1 Exhibit V)(rsim, ) (Entered: 08/15/2013) |
| 08/15/2013 | 143 | REPLY to 133 Memorandum in Opposition re 124 MOTION to Dismiss for Failure to State a Claim *and to Strike Allegations and Prayer for Relief* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 08/15/2013) |
| 08/15/2013 | 🔒 | (Court only) Deadline5 Suspense response to (141) Motion to Strike due by 8/29/2013. (rsim, ) (Entered: 08/15/2013) |
| 08/19/2013 | 🔒 | (Court only) ***Staff notes referred 126 to MSD chambers (ldab, ) (Entered: 08/19/2013) |
| 08/20/2013 | 🔒 | (Court only) ***Staff notes : referred 124 motion to dismiss to MSD chambers (ldab, ) (Entered: 08/20/2013) |
| 08/21/2013 | 147 | ANSWER to Counterclaim re 131 Answer to Complaint, Counterclaim,, by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 08/21/2013) |
| 08/23/2013 | | MOTION REFERRED to Magistrate Judge Douglas E. Miller 128 MOTION to Seal (ldab, ) (Entered: 08/23/2013) |
| 08/23/2013 | 148 | Joint MOTION to Amend/Correct *The Scheduling Order with Respect to Two Expert Disclosure Dates* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A - Proposed Order)(Hartnett, David) (Entered: 08/23/2013) |

| 08/23/2013 | 149 | Memorandum in Support re 148 Joint MOTION to Amend/Correct *The Scheduling Order with Respect to Two Expert Disclosure Dates* filed by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 08/23/2013) |
| --- | --- | --- |
| 08/23/2013 | 150 | ORDER granting 148 Motion to Amend/Correct . The Court GRANTS the Joint Motion and sets the following modified case management deadlines:The service of expert disclosures intended solely to respond to, contradict or rebut evidence on the same subject matter disclosed by another party under Rule 26(a)(2)(B) or pursuant to the Scheduling Order New Deadline September 4, 2013. The service of rebuttal disclosures by the party bearing the initial burden of proof New Deadline September 17,2013. Signed by Magistrate Judge Douglas E. Miller and filed on 8/23/13. Copies distributed to all parties 8/23/13. (ldab, ) (Entered: 08/23/2013) |
| 08/26/2013 | 151 | ORDER - The Court FINDS and ORDERS that less drastic alternatives to sealing are not feasible, and therefore ORDERS that the unredacted version of Defendants' Initial Answer, Affirmative Defenses, and Counterclaims to the First Amended Complaint, (ECF No. 132), be filed under seal by the Clerk. The Court shall maintain the pleading under seal until further Order of the Court. Signed by Magistrate Judge Douglas E. Miller and filed on 8/26/13. Copies distributed to all parties 8/26/13. (ldab, ) (Entered: 08/26/2013) |
| 08/26/2013 | 152 | RESPONSE in Opposition re 141 MOTION to Strike 131 Answer to Complaint, Counterclaim,, *or, in the Alternative, Motion for Summary Judgment on Defendants' Thirteenth Counterclaim Related to Inequitable Conduct* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 08/26/2013) |
| 08/26/2013 | 153 | Declaration re 152 Response in Opposition to Motion, *Declaration of Brett Williamson* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 08/26/2013) |
| 08/26/2013 | 154 | MOTION and Memorandum in Support of Request for Judicial Notice re 152 Response in Opposition to Motion, by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 08/26/2013) |
| 08/26/2013 | 155 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 152 Response in Opposition to Motion, *Appendix of Evidence* (Attachments: # 1 Copy of the Declaration of Dr. Kevin Almeroth, # 2 Exhibit B to the Declaration of Brett Williamson, # 3 Exhibit F to the Declaration of Brett Williamson, # 4 Exhibit H to the Declaration of Brett Williamson, # 5 Exhibit I to the Declaration of Brett Williamson, # 6 Exhibit J to the Declaration of Brett Williamson, # 7 Exhibit K to the Request for Judicial Notice, # 8 Exhibit L to the Request for |

| | | |
|---|---|---|
| | | Judicial Notice, # 9 Exhibit M to the Request for Judicial Notice, # 10 Exhibit N to the Request for Judicial Notice)(McFarland, Robert) (Entered: 08/26/2013) |
| 08/26/2013 | 156 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 08/26/2013) |
| 08/26/2013 | 157 | Memorandum in Support re 156 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 08/26/2013) |
| 08/26/2013 | 158 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 156 MOTION to Seal (McFarland, Robert) (Entered: 08/26/2013) |
| 08/26/2013 | 159 | Memorandum in Opposition re 134 MOTION for Summary Judgment *of Patent Invalidity and No Willful Infringement* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit A-1, # 3 Exhibit A-2, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit D-1, # 8 Exhibit D-2, # 9 Exhibit D-3, # 10 Exhibit D-4, # 11 Exhibit D-5, # 12 Exhibit D-6, # 13 Exhibit D-7, # 14 Exhibit D-8, # 15 Exhibit D-9, # 16 Exhibit D-10, # 17 Exhibit D-11, # 18 Exhibit D-12, # 19 Exhibit D-13, # 20 Exhibit D-14, # 21 Exhibit D-15, # 22 Exhibit D-16, # 23 Exhibit D-17, # 24 Exhibit D-18, # 25 Exhibit D-19, # 26 Exhibit D-20, # 27 Exhibit D-21, # 28 Exhibit D-22, # 29 Exhibit D-23, # 30 Exhibit D-24, # 31 Exhibit D-25)(Snow, W. Ryan) (Entered: 08/26/2013) |
| 08/26/2013 | 160 | MOTION to Seal *Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment of Patent Invalidity and No Willful Infringement* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1 (Proposed Order))(Snow, W. Ryan) (Entered: 08/26/2013) |
| 08/26/2013 | 161 | Memorandum in Support re 160 MOTION to Seal *Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment of Patent Invalidity and No Willful Infringement* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 08/26/2013) |
| 08/26/2013 | 162 | NOTICE by Virginia Innovation Sciences, Inc. re 160 MOTION to Seal *Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment of Patent Invalidity and No Willful Infringement* (Snow, W. Ryan) (Entered: 08/26/2013) |
| 08/26/2013 | 🔒 | (Court only) Deadline 3 Suspense due by 9/3/2013 reply to 159 memorandum in opposition to 134 . (ldab, ) (Entered: 08/27/2013) |
| 08/26/2013 | 🔒 | (Court only) Deadline5 Suspense due by 9/3/2013 reply to 152 response in opposition to 141 motion to strike. (ldab, ) (Entered: 08/27/2013) |
| | | |

| | | |
|---|---|---|
| 08/26/2013 | 🔒 | (Court only) Suspense due by 9/12/2013 response to 154 MOTION and Memorandum in Support of Request for Judicial Notice (ldab, ) (Entered: 08/27/2013) |
| 08/26/2013 | 🔒 | (Court only) Deadline 1 Suspense due by 9/12/2013 response to 156 MOTION to Seal & 160 MOTION to Seal. (ldab, ) (Entered: 08/27/2013) |
| 08/27/2013 | 🔒 163 | Sealed Documents re 159 Memorandum in Opposition,,,. (Attachments: # 1 Letter, # 2 Exhibit A, # 3 Exhibit 1 part 1, # 4 Exhibit 1 part 2, # 5 Exhibit 2 part 1, # 6 Exhibit 2 part 2, # 7 Exhibit 2 part 3, # 8 Exhibit B, # 9 Exhibit C, # 10 Exhibit 5, # 11 Exhibit 6, # 12 Exhibit 21)(ldab, ) (Entered: 08/27/2013) |
| 08/27/2013 | 164 | Joint MOTION for Extension *of the Deadline for Filing Rebuttal Briefs to the Parties Dual Motions for Summary Judgment* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A (Proposed Order))(Hartnett, David) (Entered: 08/27/2013) |
| 08/27/2013 | 165 | Memorandum in Support re 164 Joint MOTION for Extension *of the Deadline for Filing Rebuttal Briefs to the Parties Dual Motions for Summary Judgment* filed by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 08/27/2013) |
| 08/27/2013 | 🔒 179 | Sealed Exhibits A,C,D,E, and G re 153 Declaration of Brett Williamson. (Attachments: # 1 Exhibit C, # 2 Exhibit D, # 3 Exhibit E, # 4 Exhibit G)(ldab, ) (Entered: 09/06/2013) |
| 08/28/2013 | | MOTION REFERRED to Magistrate Judge Douglas E. Miller 164 Joint MOTION for Extension *of the Deadline for Filing Rebuttal Briefs to the Parties Dual Motions for Summary Judgment* (ldab, ) (Entered: 08/28/2013) |
| 08/28/2013 | 166 | ORDER Granting 164 Motion for Extension of Time to File The Court GRANTS the Joint Motion and ORDERS both parties to file their respective rebuttal briefs on or before Wednesday, September 4, 2013. It is so ORDERED. Signed by Magistrate Judge Douglas E. Miller and filed on 8/28/13. Copies distributed to all parties 8/28/13. (ldab, ) (Entered: 08/28/2013) |
| 08/28/2013 | 🔒 | (Court only) Deadline5 Suspense due by 9/4/2013 the Court GRANTS the Joint Motion and ORDERS both parties to file their respective rebuttal briefs on or before Wednesday, September 4, 2013 as to doc 134 & 141 . (ldab, ) (Entered: 08/28/2013) |
| 08/29/2013 | | Minute Entry for proceedings held before Magistrate Judge Douglas E. Miller:Settlement Conference held on 8/29/2013. (cdod, ) (Entered: 08/29/2013) |
| 09/03/2013 | | MOTION REFERRED to Magistrate Judge Douglas E. Miller 138 MOTION to Seal (ldab, ) (Entered: 09/03/2013) |
| 09/04/2013 | 167 | Joint MOTION to Amend/Correct *the Scheduling Order and Memorandum in Support of Joint Motion to Modify the Scheduling* |

| | | |
|---|---|---|
| | | *Order* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1 (Proposed Order))(Hartnett, David) (Entered: 09/04/2013) |
| 09/04/2013 | 168 | Rebuttal Brief re 134 MOTION for Summary Judgment *of Patent Invalidity and No Willful Infringement REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 09/04/2013) |
| 09/04/2013 | 169 | Declaration re 168 Rebuttal Brief, 134 MOTION for Summary Judgment *of Patent Invalidity and No Willful Infringement* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit AA, # 2 Exhibit BB, # 3 Exhibit DD, # 4 Exhibit EE, # 5 Exhibit FF, # 6 Exhibit GG, # 7 Exhibit HH, # 8 Exhibit II, # 9 Exhibit JJ)(McFarland, Robert) (Entered: 09/04/2013) |
| 09/04/2013 | 170 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 09/04/2013) |
| 09/04/2013 | 171 | Memorandum in Support re 170 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 09/04/2013) |
| 09/04/2013 | 172 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 170 MOTION to Seal (McFarland, Robert) (Entered: 09/04/2013) |
| 09/04/2013 | 173 | Rebuttal Brief re 141 MOTION to Strike 131 Answer to Complaint, Counterclaim,, *or, in the Alternative, Motion for Summary Judgment on Defendants' Thirteenth Counterclaim Related to Inequitable Conduct* filed by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 09/04/2013) |
| 09/04/2013 | 174 | Declaration re 173 Rebuttal Brief, by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 41 (Redacted), # 2 Exhibit 42 (Redacted))(Hartnett, David) (Entered: 09/04/2013) |
| 09/04/2013 | 175 | MOTION to Seal *Portions of Plaintiff's Rebuttal Brief in Support of its Motion to Strike Defendants Thirteenth Counterclaim or, in the Alternative, Motion for Summary Judgment on Defendants Thirteenth Counterclaim Related to Inequitable Conduct* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1 (Proposed Order))(Hartnett, David) (Entered: 09/04/2013) |
| 09/04/2013 | 176 | Memorandum in Support re 175 MOTION to Seal *Portions of Plaintiff's Rebuttal Brief in Support of its Motion to Strike Defendants Thirteenth Counterclaim or, in the Alternative, Motion for Summary Judgment on Defendants Thirteenth Counterclaim Related to Inequitable Conduc filed by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 09/04/2013)* |

| 09/04/2013 | | 177 | NOTICE by Virginia Innovation Sciences, Inc. re 175 MOTION to Seal *Portions of Plaintiff's Rebuttal Brief in Support of its Motion to Strike Defendants Thirteenth Counterclaim or, in the Alternative, Motion for Summary Judgment on Defendants Thirteenth Counterclaim Related to Inequitable Conduc* (Hartnett, David) (Entered: 09/04/2013) |
|---|---|---|---|
| 09/04/2013 | 🔒 | 180 | Sealed Pleading & Exhibits Z & Exhibits CC re 171 Memorandum in Support. (Attachments: # 1 Exhibit Z, # 2 Exhibit CC)(ldab, ) (Entered: 09/06/2013) |
| 09/04/2013 | 🔒 | | (Court only) Deadline5 Suspense due by 9/19/2013 response to 170 motion to seal. (ldab, ) (Entered: 09/06/2013) |
| 09/04/2013 | 🔒 | | (Court only) Deadline 2 Suspense due by 9/19/2013 response to 175 motion to seal. (ldab, ) (Entered: 09/06/2013) |
| 09/05/2013 | | 182 | AGREED ORDER re 56 Order Rule 16(b) Scheduling Order,,,, Modification of the Scheduling Order shall not adjust the other dates set forth in the Scheduling Order, including without limitation the trial date. Signed by Magistrate Judge Douglas E. Miller and filed on 9/5/13. Copies distributed to all parties 9/8/13.(ldab, ) (Entered: 09/08/2013) |
| 09/05/2013 | 🔒 | 188 | Sealed Documents re 174 Declaration, 173 Rebuttal Brief,. (Attachments: # 1 rebuttal brief, # 2 Exhibit 41, # 3 Exhibit 42)(ldab, ) (Entered: 09/10/2013) |
| 09/06/2013 | | 178 | ORDER - Accordingly, the Clerk is DIRECTED to assign this case to Magistrate Judge Tommy E. Miller (presently assigned to the related case 2:13cv332), for purposes of resolving nondispositive or pretrial matters ordinarily referred to magistrate judges in this Court. The undersigned shall remain available to the parties for further settlement discussions and conferences as necessary with regard to both pending matters. It is further ORDERED that within one week following the issuance of an opinion regarding the parties' claim construction, counsel for the parties shall contact the Magistrate Courtroom Deputies at (757) 222-7222 to schedule a teleconference with the undersigned to discuss settlement status. Signed by Magistrate Judge Douglas E. Miller and filed on 9/6/13. Copies distributed to all parties 9/6/13.(ldab, ) (Entered: 09/06/2013) |
| 09/06/2013 | | | Case reassigned to Magistrate Judge Tommy E. Miller. Magistrate Judge Douglas E. Miller no longer assigned to the case. (ldab, ) (Entered: 09/06/2013) |
| 09/06/2013 | | 181 | ORDER Granting 156 Motion to Seal. Signed by Magistrate Judge Douglas E. Miller and filed on 9/6/13. Copies distributed to all parties 9/6/13. (ldab, ) (Entered: 09/06/2013) |
| 09/06/2013 | | | MOTION REFERRED to Magistrate Judge Tommy E. Miller 167 Joint MOTION to Amend/Correct *the Scheduling Order and Memorandum in Support of Joint Motion to Modify the Scheduling Order* (ldab, ) (Entered: 09/06/2013) |

| | | |
|---|---|---|
| 09/06/2013 | 183 | ORDER Granting 138 Motion to Seal The Court shall maintain the filings under seal until further Order of the Court. Signed by Magistrate Judge Douglas E. Miller and filed on 9/6/13. Copies distributed to all parties 9/8/13. (ldab, ) (Entered: 09/08/2013) |
| 09/06/2013 | 🔒 | (Court only) Motion No Longer Referred to Judge Tommy E. Miller: 167 Joint MOTION to Amend/Correct *the Scheduling Order and Memorandum in Support of Joint Motion to Modify the Scheduling Order* (ldab, ) (Entered: 09/09/2013) |
| 09/09/2013 | 184 | Request for Hearing by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 134 MOTION for Summary Judgment *of Patent Invalidity and No Willful Infringement* (McConaughy, Sarah) (Entered: 09/09/2013) |
| 09/09/2013 | 185 | Motion to appear Pro Hac Vice by Thomas John Ward, Jr. and Certification of Local Counsel W. Ryan Snow Filing fee $ 75, receipt number 0422-3660122. by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 09/09/2013) |
| 09/09/2013 | 186 | Motion to appear Pro Hac Vice by Joseph Paul Oldaker and Certification of Local Counsel W. Ryan Snow Filing fee $ 75, receipt number 0422-3660177. by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 09/09/2013) |
| 09/09/2013 | 187 | NOTICE by Virginia Innovation Sciences, Inc. re 159 Memorandum in Opposition,,, *Correcting Error in Memorandum* (Hartnett, David) (Entered: 09/09/2013) |
| 09/10/2013 | 🔒 | (Court only) ***Staff notes - Pro Hac Vice motions for Joseph Paul Oldaker and Thomas John Ward, Jr. referred to chambers for consideration. (tlev, ) (Entered: 09/10/2013) |
| 09/10/2013 | 189 | Request for Hearing by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 141 MOTION to Strike 131 Answer to Complaint, Counterclaim,,, *or, in the Alternative, Motion for Summary Judgment on Defendants' Thirteenth Counterclaim Related to Inequitable Conduct* (McConaughy, Sarah) (Entered: 09/10/2013) |
| 09/10/2013 | 190 | Request for Hearing by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 124 MOTION to Dismiss for Failure to State a Claim *and to Strike Allegations and Prayer for Relief* (McConaughy, Sarah) (Entered: 09/10/2013) |
| 09/10/2013 | 191 | ORDER Granting 160 Motion to Seal. Signed by Magistrate Judge Douglas E. Miller and filed on 9/10/13. Copies distributed to all parties 9/11/13. (ldab, ) (Entered: 09/11/2013) |
| 09/10/2013 | 192 | ORDER Granting 170 Motion to Seal. Signed by Magistrate Judge Douglas E. Miller and filed on 9/10/13. Copies distributed to all parties 9/11/13. (ldab, ) (Entered: 09/11/2013) |

| 09/12/2013 | 193 | ORDER granting 185 Motion for Pro hac vice for Thomas John Ward, Jr as to Virginia Innovation Sciences, Inc. Signed by District Judge Mark S. Davis on 09/12/13. (tlev, ) (Entered: 09/13/2013) |
| 09/12/2013 | 194 | ORDER granting 186 Motion for Pro hac vice for Joseph Paul Oldaker as to Virginia Innovation Sciences, Inc. Signed by District Judge Mark S. Davis on 09/12/13. (tlev, ) (Entered: 09/13/2013) |
| 09/13/2013 | 195 | ORDER Granting 175 Motion to Seal. Signed by Magistrate Judge Douglas E. Miller on 9/12/13 and filed 9/13/13. Copies distributed to all parties 9/13/13. (ldab, ) (Entered: 09/13/2013) |
| 09/16/2013 |  | MOTIONS REFERRED to Magistrate Judge Tommy E. Miller. 154 MOTION and Memorandum in Support of Request for Judicial Notice re 152 Response in Opposition to Motion, (ldab, ) (Entered: 09/16/2013) |
| 09/17/2013 | 🔒 | (Court only) Motion No Longer Referred to Magistrate Judge Tommy E. Miller. 154 MOTION and Memorandum in Support of Request for Judicial Notice re 152 Response in Opposition to Motion, (ldab, ) (Entered: 09/17/2013) |
| 09/17/2013 | 🔒 | (Court only) ***Staff notes : referred 154 motion and memorandum to MSD chambers (ldab, ) (Entered: 09/17/2013) |
| 09/18/2013 | 196 | ORDER - This matter is before the Court following a Markman hearing. In anticipation of the issuance of the Markman opinion, the Court amends the Rule 16(b) Scheduling Order as follows: All discovery of experts, and all depositions taken by the proponent of a witness for presentation in evidence in lieu of the appearance of the witness at trial, shall be concluded on or before October 4, 2013. IT IS SO ORDERED. Signed by District Judge Mark S. Davis and filed on 9/18/13. Copies distributed to all parties 9/18/13.(ldab, ) (Entered: 09/18/2013) |
| 09/25/2013 | 197 | Motion to appear Pro Hac Vice by Claire Abernathy Henry and Certification of Local Counsel David C. Hartnett Filing fee $ 75, receipt number 0422-3681964. by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 09/25/2013) |
| 09/25/2013 | 198 | OPINION AND ORDER - For the reasons set forth above, the Court issues this Opinion and Order as the construction of the disputed claim terms in the '492 patent family and the '733 patent family. It is SO ORDERED. Signed by District Judge Mark S. Davis on 9/25/13. Copies distributed to all parties 9/25/13.(ldab, ) (Entered: 09/25/2013) |
| 09/26/2013 | 🔒 | (Court only) ***Staff notes - Pro Hac Vice motion for Claire Abernathy Henry referred to chambers for consideration. (tlev, ) (Entered: 09/26/2013) |
| 09/26/2013 | 201 | ORDER granting 197 Motion for Pro hac vice for Claire Abernathy Henry as to Virginia Innovation Sciences, Inc. Signed by District Judge Mark S. Davis on 09/26/13. (tlev, ) (Entered: 10/01/2013) |

| | | |
|---|---|---|
| 09/30/2013 | 199 | Joint MOTION to Amend/Correct *the Scheduling Order* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC., Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A (Proposed Order))(McFarland, Robert) (Entered: 09/30/2013) |
| 09/30/2013 | 200 | Memorandum in Support re 199 Joint MOTION to Amend/Correct *the Scheduling Order* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC., Virginia Innovation Sciences, Inc.. (McFarland, Robert) (Entered: 09/30/2013) |
| 09/30/2013 | | Set Deadlines/Hearings Telephone Conference set for 10/3/2013 at 10:30 AM in Chambers before Magistrate Judge Douglas E. Miller. (afor) (Entered: 09/30/2013) |
| 09/30/2013 | 🔒 | (Court only) ***Staff notes : Sent TEM chambers proposed order to amend scheduling order (ldab, ) (Entered: 09/30/2013) |
| 10/01/2013 | 202 | ORDER granting 199 Motion to Amend the Scheduling Order. Signed by Magistrate Judge Tommy E. Miller and filed on 10/1/2013. (rsim, ) (Entered: 10/02/2013) |
| 10/03/2013 | | Minute Entry for proceedings held before Magistrate Judge Douglas E. Miller:Telephone Conference held on 10/3/2013. (afor) (Entered: 10/04/2013) |
| 10/09/2013 | 203 | MOTION in Limine *#1 of 10 to Exclude Evidence or Argument Regarding VIS's Improper Application of the Entire Market Value Rule* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 204 | Memorandum in Support re 203 MOTION in Limine *#1 of 10 to Exclude Evidence or Argument Regarding VIS's Improper Application of the Entire Market Value Rule REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 205 | MOTION to Seal *the unredacted version of Defendants' Memorandum in Support of Samsung's Motion in Limine # 1 of 10* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 206 | Memorandum in Support re 205 MOTION to Seal *the unredacted version of Defendants' Memorandum in Support of Samsung's Motion in Limine # 1 of 10* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/09/2013) |

| 10/09/2013 | 207 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 205 MOTION to Seal *the unredacted version of Defendants' Memorandum in Support of Samsung's Motion in Limine # 1 of 10* (McFarland, Robert) (Entered: 10/09/2013) |
|---|---|---|
| 10/09/2013 | 208 | MOTION in Limine *#2 of 10 to Exclude Evidence or Argument Regarding Irrelevant and Prejudicial Financial Information* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 209 | Memorandum in Support re 208 MOTION in Limine *#2 of 10 to Exclude Evidence or Argument Regarding Irrelevant and Prejudicial Financial Information REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 210 | MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #2 of 10* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 211 | Memorandum in Support re 210 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #2 of 10* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 212 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 210 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #2 of 10* (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 213 | MOTION in Limine *#3 of 10 to Exclude Evidence of Commercial Success* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 214 | Memorandum in Support re 213 MOTION in Limine *#3 of 10 to Exclude Evidence of Commercial Success REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 215 | MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #3 of 10* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: |

| | | 10/09/2013) |
|---|---|---|
| 10/09/2013 | 216 | Memorandum in Support re 215 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #3 of 10* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 217 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 215 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #3 of 10* (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 218 | MOTION in Limine *#4 of 10 to Exclude Irrelevant Evidence of Samsung's Non-Asserted Patent Applications* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 219 | Memorandum in Support re 218 MOTION in Limine *#4 of 10 to Exclude Irrelevant Evidence of Samsung's Non-Asserted Patent Applications* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 220 | MOTION in Limine *#5 of 10 to Exclude Evidence or Argument Regarding Alleged "Copying" by Samsung* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 221 | Memorandum in Support re 220 MOTION in Limine *#5 of 10 to Exclude Evidence or Argument Regarding Alleged "Copying" by Samsung REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 222 | MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #5 of 10* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 223 | Memorandum in Support re 222 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #5 of 10* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 224 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics |

| | | |
|---|---|---|
| | | Co., LTD., Samsung Telecommunications America, LLC. re 222 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #5 of 10* (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 225 | MOTION in Limine *#6 of 10 to Bar Uncorroborated Evidence of Alleged Conception or Priority Date Before the Application Filing Date* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 226 | Memorandum in Support re 225 MOTION in Limine *#6 of 10 to Bar Uncorroborated Evidence of Alleged Conception or Priority Date Before the Application Filing Date REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 227 | MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #6 of 10* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 228 | Memorandum in Support re 227 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #6 of 10* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 229 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 227 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #6 of 10* (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 230 | MOTION in Limine *#7 of 10 to Exclude Any Reliance by VIS's Experts on Unsupported Survey Information* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 231 | Memorandum in Support re 230 MOTION in Limine *#7 of 10 to Exclude Any Reliance by VIS's Experts on Unsupported Survey Information REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 232 | MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #7 of 10* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |

| 10/09/2013 | 233 | Memorandum in Support re 232 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #7 of 10* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/09/2013) |
| --- | --- | --- |
| 10/09/2013 | 234 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 232 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #7 of 10* (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 235 | MOTION in Limine *#8 of 10 to Exclude Television Commercials Referencing DLNA Within the Accused Products* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 236 | Memorandum in Support re 235 MOTION in Limine *#8 of 10 to Exclude Television Commercials Referencing DLNA Within the Accused Products* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 237 | MOTION in Limine *#9 of 10 to Exclude Evidence or Argument Regarding VIS's Improper Reliance on Third-Party Agreements and Licensing Information* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 238 | Memorandum in Support re 237 MOTION in Limine *#9 of 10 to Exclude Evidence or Argument Regarding VIS's Improper Reliance on Third-Party Agreements and Licensing Information REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 239 | MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #9 of 10* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 240 | Memorandum in Support re 239 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #9 of 10* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 241 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 239 |

| | | |
|---|---|---|
| | | MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #9 of 10* (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 242 | MOTION in Limine *#10 of 10 to Bar Expert Opinion Testimony Based on Testing Not Disclosed in Opening Expert Report* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 243 | Memorandum in Support re 242 MOTION in Limine *#10 of 10 to Bar Expert Opinion Testimony Based on Testing Not Disclosed in Opening Expert Report REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 244 | MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #10 of 10* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 245 | Memorandum in Support re 244 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #10 of 10* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 246 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 244 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #10 of 10* (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 247 | Declaration re 203 MOTION in Limine *#1 of 10 to Exclude Evidence or Argument Regarding VIS's Improper Application of the Entire Market Value Rule*, 220 MOTION in Limine *#5 of 10 to Exclude Evidence or Argument Regarding Alleged "Copying" by Samsung*, 218 MOTION in Limine *#4 of 10 to Exclude Irrelevant Evidence of Samsung's Non-Asserted Patent Applications*, 225 MOTION in Limine *#6 of 10 to Bar Uncorroborated Evidence of Alleged Conception or Priority Date Before the Application Filing Date*, 235 MOTION in Limine *#8 of 10 to Exclude Television Commercials Referencing DLNA Within the Accused Products*, 237 MOTION in Limine *#9 of 10 to Exclude Evidence or Argument Regarding VIS's Improper Reliance on Third-Party Agreements and Licensing Information*, 242 MOTION in Limine *#10 of 10 to Bar Expert Opinion Testimony Based on Testing Not Disclosed in Opening Expert Report*, 213 MOTION in Limine *#3 of 10 to Exclude Evidence of Commercial Success*, 230 MOTION in Limine *#7 of 10 to Exclude Any Reliance by VIS's Experts on Unsupported Survey Information*, 208 MOTION in Limine *#2 of 10 to Exclude* |

| | | |
|---|---|---|
| | | *Evidence or Argument Regarding Irrelevant and Prejudicial Financial Information* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit 7, # 2 Exhibit 9, # 3 Exhibit 14, # 4 Exhibit 15, # 5 Exhibit 16, # 6 Exhibit 21, # 7 Exhibit 23, # 8 Exhibit 25, # 9 Exhibit 28)(McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 248 | MOTION to Seal *Exhibits 1, 2, 3, 4, 5, 6, 8, 10, 11, 12, 13, 17, 18, 19, 20, 22, 24, 26, 27, and 29 to the Declaration of Susan Van Keulen in Support of Samsung's Motions in Limine Nos. 1 through 10* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 249 | Memorandum in Support re 248 MOTION to Seal *Exhibits 1, 2, 3, 4, 5, 6, 8, 10, 11, 12, 13, 17, 18, 19, 20, 22, 24, 26, 27, and 29 to the Declaration of Susan Van Keulen in Support of Samsung's Motions in Limine Nos. 1 through 10* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 250 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 248 MOTION to Seal *Exhibits 1, 2, 3, 4, 5, 6, 8, 10, 11, 12, 13, 17, 18, 19, 20, 22, 24, 26, 27, and 29 to the Declaration of Susan Van Keulen in Support of Samsung's Motions in Limine Nos. 1 through 10* (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 251 | MOTION to Exclude *the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 252 | Memorandum in Support re 251 MOTION to Exclude *the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Declaration of Susan van Keulen in Support of Samsung's Daubert Motion to Exclude the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson)(McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 253 | MOTION to Seal *(1) the Unredacted Version of Samsung's Daubert Motion to Exclude the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson and (2) Exhibits 1 through 8 to the Declaration of Susan van Keulen in Support of Samsung's Daubert Motion* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |

| | | |
|---|---|---|
| 10/09/2013 | 254 | Memorandum in Support re 253 MOTION to Seal *(1) the Unredacted Version of Samsung's Daubert Motion to Exclude the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson and (2) Exhibits 1 through 8 to the Declaration of Susan van Keulen in Support of filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)*(McFarland, Robert) *(Entered: 10/09/2013)* |
| 10/09/2013 | 255 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 253 MOTION to Seal *(1) the Unredacted Version of Samsung's Daubert Motion to Exclude the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson and (2) Exhibits 1 through 8 to the Declaration of Susan van Keulen in Support of* (McFarland, Robert) *(Entered: 10/09/2013)* |
| 10/09/2013 | 256 | MOTION to Exclude *Defendants' New Invalidity Contentions and to Preclude Defendants' Expert from Asserting Such Contentions at Trial* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 10/09/2013) |
| 10/09/2013 | 257 | Memorandum in Support re 256 MOTION to Exclude *Defendants' New Invalidity Contentions and to Preclude Defendants' Expert from Asserting Such Contentions at Trial* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8) (Snow, W. Ryan) (Entered: 10/09/2013) |
| 10/09/2013 | 258 | MOTION to Seal *Certain Exhibits to Plaintiff's Memorandum in Support of its Motion to Exclude Defendants New Invalidity Contentions and to Preclude Defendants Expert from Asserting Such Contentions at Trial* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Hartnett, David) (Entered: 10/09/2013) |
| 10/09/2013 | 259 | Memorandum in Support re 258 MOTION to Seal *Certain Exhibits to Plaintiff's Memorandum in Support of its Motion to Exclude Defendants New Invalidity Contentions and to Preclude Defendants Expert from Asserting Such Contentions at Trial* filed by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 10/09/2013) |
| 10/09/2013 | 260 | NOTICE by Virginia Innovation Sciences, Inc. re 258 MOTION to Seal *Certain Exhibits to Plaintiff's Memorandum in Support of its Motion to Exclude Defendants New Invalidity Contentions and to Preclude Defendants Expert from Asserting Such Contentions at Trial* (Hartnett, David) (Entered: 10/09/2013) |
| 10/09/2013 | 261 | MOTION to Strike *Portions of Dr. Kevin C. Almeroth's Expert Report* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 10/09/2013) |
| 10/09/2013 | 262 | Memorandum in Support re 261 MOTION to Strike *Portions of Dr.* |

| | | |
|---|---|---|
| | | *Kevin C. Almeroth's Expert Report* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Snow, W. Ryan) (Entered: 10/09/2013) |
| 10/09/2013 | 263 | MOTION to Seal *Exhibits to Plaintiff's Memorandum in Support of its Motion to Strike Portions of Dr. Kevin C. Almeroths Expert Report.* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order) (Hartnett, David) (Entered: 10/09/2013) |
| 10/09/2013 | 264 | Memorandum in Support re 263 MOTION to Seal *Exhibits to Plaintiff's Memorandum in Support of its Motion to Strike Portions of Dr. Kevin C. Almeroths Expert Report.* filed by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 10/09/2013) |
| 10/09/2013 | 265 | NOTICE by Virginia Innovation Sciences, Inc. re 263 MOTION to Seal *Exhibits to Plaintiff's Memorandum in Support of its Motion to Strike Portions of Dr. Kevin C. Almeroths Expert Report.* (Hartnett, David) (Entered: 10/09/2013) |
| 10/09/2013 | 266 | MOTION to Bifurcate by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 10/09/2013) |
| 10/09/2013 | 267 | Memorandum in Support re 266 MOTION to Bifurcate filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/09/2013) |
| 10/09/2013 | 268 | First MOTION in Limine *to Exclude Inadmissible Evidence* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order) (Snow, W. Ryan) (Entered: 10/09/2013) |
| 10/09/2013 | 269 | Memorandum in Support re 268 First MOTION in Limine *to Exclude Inadmissible Evidence* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Snow, W. Ryan) (Entered: 10/09/2013) |
| 10/09/2013 | 270 | Second MOTION in Limine *to Exclude Non-Comparable License Agreements* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 10/09/2013) |
| 10/09/2013 | 271 | Memorandum in Support re 270 Second MOTION in Limine *to Exclude Non-Comparable License Agreements* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12)(Snow, W. Ryan) (Entered: 10/09/2013) |
| 10/09/2013 | 272 | MOTION to Seal *Portions of Plaintiffs Memorandum in Support of its Second Motion in Limine to Exclude Non-Comparable License Agreements* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Hartnett, David) (Entered: 10/09/2013) |
| 10/09/2013 | 273 | Memorandum in Support re 272 MOTION to Seal *Portions of Plaintiffs Memorandum in Support of its Second Motion in Limine to Exclude* |

| | | *Non-Comparable License Agreements* filed by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 10/09/2013) |
|---|---|---|
| 10/09/2013 | 274 | NOTICE by Virginia Innovation Sciences, Inc. re 272 MOTION to Seal *Portions of Plaintiffs Memorandum in Support of its Second Motion in Limine to Exclude Non-Comparable License Agreements* (Hartnett, David) (Entered: 10/09/2013) |
| 10/09/2013 | 🔒 | (Court only) Deadline 1 Suspense due by 10/24/2013 response to 205 , 210 , 215 , 222 , 227 , 232 , 239 , 244 , 248 , 251 , 253 , 256 , 258 , 266 , & 272 . (ldab, ) (Entered: 10/11/2013) |
| 10/10/2013 | 🔒 275 | Sealed Exhibit 4 re 257 Memorandum in Support,. (ldab, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 276 | Sealed Exhibit 6 re 257 Memorandum in Support,. (ldab, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 277 | Sealed Exhibit 7 re 257 Memorandum in Support,. (ldab, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 278 | Sealed Exhibit 8 re 257 Memorandum in Support,. (Attachments: # 1 Exhibit)(ldab, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 279 | Sealed Exhibit A re 262 Memorandum in Support,. (Attachments: # 1 Exhibit)(bgra, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 280 | Sealed Exhibit B re 262 Memorandum in Support,. (Attachments: # 1 Exhibit, # 2 Exhibit)(bgra, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 281 | Sealed Exhibits 1-12 re 271 Memorandum in Support,. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit)(bgra, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 282 | Sealed Memorandum in Support re 203 MOTION in Limine *#1 of 10 to Exclude Evidence or Argument Regarding VIS's Improper Application of the Entire Market Value Rule*. (ldab, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 283 | Sealed Memorandum in Support re 208 MOTION in Limine *#2 of 10 to Exclude Evidence or Argument Regarding Irrelevant and Prejudicial Financial Information*. (ldab, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 284 | Sealed Memorandum in Support re 213 MOTION in Limine *#3 of 10 to Exclude Evidence of Commercial Success*. (ldab, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 285 | Sealed Memorandum in Support re 222 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #5 of 10*, 218 MOTION in Limine *#4 of 10 to Exclude Irrelevant Evidence of Samsung's Non-Asserted Patent Applications*. (ldab, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 286 | Sealed Memorandum in Support re 225 MOTION in Limine *#6 of 10 to Bar Uncorroborated Evidence of Alleged Conception or Priority Date* |

| | | | |
|---|---|---|---|
| | | | *Before the Application Filing Date.* (ldab, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 | 287 | Sealed Memorandum in Support re 232 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #7 of 10.* (ldab, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 | 288 | Sealed Memorandum in Support re 239 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #9 of 10,* 237 MOTION in Limine *#9 of 10 to Exclude Evidence or Argument Regarding VIS's Improper Reliance on Third-Party Agreements and Licensing Information.* (ldab, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 | 289 | Sealed Memorandum in Support re 244 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #10 of 10.* (ldab, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 | 290 | Sealed Exhibits re 247 Declaration,,,,,,. (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 5, # 4 Exhibit 6, # 5 Exhibit 8, # 6 Exhibit 10, # 7 Exhibit 11, # 8 Exhibit 12, # 9 Exhibit 13, # 10 Exhibit 17, # 11 Exhibit 18 PART ONE, # 12 Exhibit 18 PART TWO, # 13 Exhibit 19, # 14 Exhibit 20 PART ONE, # 15 Exhibit 20 PART TWO, # 16 Exhibit 20 PART THREE, # 17 Exhibit 22, # 18 Exhibit 24, # 19 Exhibit 26, # 20 Exhibit 27, # 21 Exhibit 29)(ldab, ) (Entered: 10/16/2013) |
| 10/10/2013 | 🔒 | 291 | Sealed Exhibits re 252 Memorandum in Support,. (Attachments: # 1 1, # 2 2, # 3 3 PART ONE, # 4 3 PART TWO, # 5 4, # 6 5, # 7 6, # 8 7, # 9 8 PART ONE, # 10 8 PART TWO, # 11 8 PART THREE, # 12 8 PART FOUR)(ldab, ) (Entered: 10/16/2013) |
| 10/17/2013 | | 292 | ORDER - Counsel for both parties are ORDERED to submit simultaneous briefs outlining their position on the issue of whether the Court, for judicial economy reasons, should consolidate these cases and continue the trial in Case No. 2:12cv548. Counsel are DIRECTED to submit briefs, limited to no more than 12 pages, by October 21, 2013 at 12:00 p.m. (noon). The Court's Courtroom Deputy Clerk has already scheduled a telephonic status conference for October 23, 2013 at 3:00 p.m. to discuss various logistical issues raised by the parties. The Court will entertain further argument on possible consolidation and continuation of the trial at that time, if necessary. IT IS SO ORDERED. Signed by District Judge Mark S. Davis on 10/17/13. Copies distributed to all counsel of record 10/17/13.(ldab, ) (Entered: 10/17/2013) |
| 10/17/2013 | | 293 | RESPONSE in Opposition re 218 MOTION in Limine *#4 of 10 to Exclude Irrelevant Evidence of Samsung's Non-Asserted Patent Applications* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | | 294 | MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsung's Motion in Limine # 4 of 10 to Exclude (Allegedly) Irrelevant Evidence of Samsungs Non-Asserted Patent Applications* by Virginia |

| | | Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 10/17/2013) |
|---|---|---|
| 10/17/2013 | 295 | Memorandum in Support re 294 MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsung's Motion in Limine # 4 of 10 to Exclude (Allegedly) Irrelevant Evidence of Samsungs Non-Asserted Patent Applications* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 296 | NOTICE by Virginia Innovation Sciences, Inc. re 294 MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsung's Motion in Limine # 4 of 10 to Exclude (Allegedly) Irrelevant Evidence of Samsungs Non-Asserted Patent Applications* (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 297 | RESPONSE in Opposition re 230 MOTION in Limine *#7 of 10 to Exclude Any Reliance by VIS's Experts on Unsupported Survey Information* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 298 | MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsungs Motion in Limine # 7 of 10 to Exclude Any Reliance by VISs Experts on (Allegedly) Unsupported Survey Information* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 299 | Memorandum in Support re 298 MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsungs Motion in Limine # 7 of 10 to Exclude Any Reliance by VISs Experts on (Allegedly) Unsupported Survey Information* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 300 | NOTICE by Virginia Innovation Sciences, Inc. re 298 MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsungs Motion in Limine # 7 of 10 to Exclude Any Reliance by VISs Experts on (Allegedly) Unsupported Survey Information* (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 301 | RESPONSE in Opposition re 242 MOTION in Limine *#10 of 10 to Bar Expert Opinion Testimony Based on Testing Not Disclosed in Opening Expert Report* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 302 | MOTION to Seal *Exhibit #2 to Plaintiffs Response in Opposition to Samsungs Motion in Limine # 10 of 10 to Bar Expert Testing (Allegedly) Not Disclosed in Opening Expert Report* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 303 | Memorandum in Support re 302 MOTION to Seal *Exhibit #2 to Plaintiffs Response in Opposition to Samsungs Motion in Limine # 10 of 10 to Bar Expert Testing (Allegedly) Not Disclosed in Opening* |

| | | |
|---|---|---|
| | | *Expert Report* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 304 | NOTICE by Virginia Innovation Sciences, Inc. re 302 MOTION to Seal *Exhibit #2 to Plaintiffs Response in Opposition to Samsungs Motion in Limine # 10 of 10 to Bar Expert Testing (Allegedly) Not Disclosed in Opening Expert Report* (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 305 | RESPONSE in Opposition re 203 MOTION in Limine *#1 of 10 to Exclude Evidence or Argument Regarding VIS's Improper Application of the Entire Market Value Rule,* 220 MOTION in Limine *#5 of 10 to Exclude Evidence or Argument Regarding Alleged "Copying" by Samsung,* 235 MOTION in Limine *#8 of 10 to Exclude Television Commercials Referencing DLNA Within the Accused Products* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 306 | RESPONSE in Opposition re 251 MOTION to Exclude *the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Declaration of Counsel, # 2 Exhibit 1, # 3 Exhibit 2)(Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 307 | MOTION to Seal *Portions of Plaintiff's Memorandum in Opposition to Defendants Daubert Motion to Exclude the Opinion and Testimony of Plaintiffs Damages Expert Dr. Laura Robinson* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 308 | Memorandum in Support re 307 MOTION to Seal *Portions of Plaintiff's Memorandum in Opposition to Defendants Daubert Motion to Exclude the Opinion and Testimony of Plaintiffs Damages Expert Dr. Laura Robinson* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 309 | NOTICE by Virginia Innovation Sciences, Inc. re 308 Memorandum in Support, (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 310 | Opposition to 270 Second MOTION in Limine *to Exclude Non-Comparable License Agreements REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 311 | MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Second Motion in Limine to Exclude Non-Comparable License Agreements* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 312 | Memorandum in Support re 311 MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Second Motion in Limine to* |

| | | |
|---|---|---|
| | | *Exclude Non-Comparable License Agreements* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 313 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 311 MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Second Motion in Limine to Exclude Non-Comparable License Agreements* (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 314 | Opposition to 256 MOTION to Exclude *Defendants' New Invalidity Contentions and to Preclude Defendants' Expert from Asserting Such Contentions at Trial REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 315 | MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Motion to Exclude Defendants' "New" Invalidity Contentions and to Preclude Defendants' Expert from Asserting Such Contentions at Trial* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 316 | Memorandum in Support re 315 MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Motion to Exclude Defendants' "New" Invalidity Contentions and to Preclude Defendants' Expert from Asserting Such Contentions at Trial* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 317 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 315 MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Motion to Exclude Defendants' "New" Invalidity Contentions and to Preclude Defendants' Expert from Asserting Such Contentions at Trial* (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 318 | Opposition to 266 MOTION to Bifurcate filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 319 | Opposition to 261 MOTION to Strike *Portions of Dr. Kevin C. Almeroth's Expert Report REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 320 | MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Motion to Strike Portions of Dr. Kevin C. Almeroth's Expert* |

| | | |
|---|---|---|
| | | *Report* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 321 | Memorandum in Support re 320 MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Motion to Strike Portions of Dr. Kevin C. Almeroth's Expert Report* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 322 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 320 MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Motion to Strike Portions of Dr. Kevin C. Almeroth's Expert Report* (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 323 | Opposition to 268 First MOTION in Limine *to Exclude Inadmissible Evidence REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 324 | MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Motion in Limine to Exclude Inadmissible Evidence* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 325 | Memorandum in Support re 324 MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Motion in Limine to Exclude Inadmissible Evidence* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 326 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 324 MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Motion in Limine to Exclude Inadmissible Evidence* (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 327 | RESPONSE in Opposition re 208 MOTION in Limine *#2 of 10 to Exclude Evidence or Argument Regarding Irrelevant and Prejudicial Financial Information* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Declaration of Counsel, # 2 Exhibit 1)(Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 328 | MOTION to Seal *Exhibit 1 to Plaintiffs Response in Opposition to Samsungs Motion in Limine # 2 of 10 to Exclude Evidence or Argument Regarding (Allegedly) Irrelevant and (Allegedly) Prejudicial Financial Information* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 10/17/2013) |
| | | |

| 10/17/2013 | 329 | Memorandum in Support re 328 MOTION to Seal *Exhibit 1 to Plaintiffs Response in Opposition to Samsungs Motion in Limine # 2 of 10 to Exclude Evidence or Argument Regarding (Allegedly) Irrelevant and (Allegedly) Prejudicial Financial Information* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/17/2013) |
| --- | --- | --- |
| 10/17/2013 | 330 | Declaration re 319 Opposition, 310 Opposition, 314 Opposition, 323 Opposition, 318 Opposition by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit 7, # 2 Exhibit 8, # 3 Exhibit 9, # 4 Exhibit 10, # 5 Exhibit 12, # 6 Exhibit 13, # 7 Exhibit 14, # 8 Exhibit 16, # 9 Exhibit 18, # 10 Exhibit 19, # 11 Exhibit 21, # 12 Exhibit 22, # 13 Exhibit 23, # 14 Exhibit 25, # 15 Exhibit 26, # 16 Exhibit 27, # 17 Exhibit 28, # 18 Exhibit 29, # 19 Exhibit 30, # 20 Exhibit 31, # 21 Exhibit 34)(McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 331 | NOTICE by Virginia Innovation Sciences, Inc. re 328 MOTION to Seal *Exhibit 1 to Plaintiffs Response in Opposition to Samsungs Motion in Limine # 2 of 10 to Exclude Evidence or Argument Regarding (Allegedly) Irrelevant and (Allegedly) Prejudicial Financial Information* (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 332 | MOTION to Seal *Exhibits 1, 2, 3, 4, 5, 6, 11, 15, 17, 20, 24, 32 and 33 to the Declaration of Susan van Keulen in Support of Samsung's Oppositions* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 333 | RESPONSE in Opposition re 213 MOTION in Limine *#3 of 10 to Exclude Evidence of Commercial Success* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Declaration of Counsel, # 2 Exhibit 1, # 3 Exhibit 2)(Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 334 | Memorandum in Support re 332 MOTION to Seal *Exhibits 1, 2, 3, 4, 5, 6, 11, 15, 17, 20, 24, 32 and 33 to the Declaration of Susan van Keulen in Support of Samsung's Oppositions* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 335 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 332 MOTION to Seal *Exhibits 1, 2, 3, 4, 5, 6, 11, 15, 17, 20, 24, 32 and 33 to the Declaration of Susan van Keulen in Support of Samsung's Oppositions* (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 336 | MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsungs Motion in Limine # 3 of 10 to Exclude Evidence of Commercial Success* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 337 | Memorandum in Support re 336 MOTION to Seal *Portions of |

| | | |
|---|---|---|
| | | *Plaintiff's Response in Opposition to Samsungs Motion in Limine # 3 of 10 to Exclude Evidence of Commercial Success* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 338 | NOTICE by Virginia Innovation Sciences, Inc. re 336 MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsungs Motion in Limine # 3 of 10 to Exclude Evidence of Commercial Success* (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 339 | RESPONSE in Opposition re 225 MOTION in Limine *#6 of 10 to Bar Uncorroborated Evidence of Alleged Conception or Priority Date Before the Application Filing Date* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 340 | RESPONSE in Opposition re 237 MOTION in Limine *#9 of 10 to Exclude Evidence or Argument Regarding VIS's Improper Reliance on Third-Party Agreements and Licensing Information* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Declaration of Counsel)(Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 341 | MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsungs Motion in Limine # 9 of 10 to Exclude Evidence or Argument Regarding VISs Reliance on Third-Party Agreements and Licensing Information* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 342 | Memorandum in Support re 341 MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsungs Motion in Limine # 9 of 10 to Exclude Evidence or Argument Regarding VISs Reliance on Third-Party Agreements and Licensing Information* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 343 | NOTICE by Virginia Innovation Sciences, Inc. re 341 MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsungs Motion in Limine # 9 of 10 to Exclude Evidence or Argument Regarding VISs Reliance on Third-Party Agreements and Licensing Information* (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | | (Court only) Deadline 2 Suspense due by 10/31/2013 response to 294,298,302,307,311,315,320,324,328,332,336,341,. (ldab, ) (Entered: 10/18/2013) |
| 10/17/2013 | | (Court only) Deadline 3 Suspense due by 10/24/2013 reply to 306,314,318,. (ldab, ) (Entered: 10/18/2013) |
| 10/18/2013 | 354 | ***SEALED*** re 306 Response in Opposition to Motion to Exclude the Opinion and Testimony of Plantiff's Damages Expert Dr. Laura Robinson with Exhibits 1 and 2. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(bgra, ) (Entered: 10/31/2013) |
| 10/18/2013 | 355 | ***SEALED*** re 293 Response in Opposition to Samsung's Motion in Limine #4 of 10 to Exclude (Allegedly) Irrelevant Evidence of Samsung's Non-Asserted Patent Applications with Exhibits 3, 4, and 5. |

| | | | (Attachments: # <u>1</u> Exhibit 3, # <u>2</u> Exhibit 4, # <u>3</u> Exhibit 5)(bgra) (Entered: 10/31/2013) |
|---|---|---|---|
| 10/18/2013 | 🔒 | <u>356</u> | ***SEALED*** re <u>297</u> Response in Opposition to Samsung's Motion in Limine #7 of 10 to Exclude Any Reliance by VIS's Experts on (Allegedly) Unsupported Survey Information. (Attachments: # <u>1</u> Exhibit 1)(bgra, ) (Entered: 10/31/2013) |
| 10/18/2013 | 🔒 | <u>357</u> | ***SEALED*** re <u>302</u> MOTION to Seal *Exhibit #2 to Plaintiffs Response in Opposition to Samsungs Motion in Limine # 10 of 10 to Bar Expert Testing (Allegedly) Not Disclosed in Opening Expert Report*. (Attachments: # <u>1</u> Exhibit 2)(bgra) (Entered: 10/31/2013) |
| 10/18/2013 | 🔒 | <u>358</u> | ***SEALED*** re <u>327</u> Response in Opposition to Motion in Limine #2 of 10 to Exclude Evidence or Argument Regarding Irrelevant and Prejudicial Financial Information. (Attachments: # <u>1</u> Exhibit 1)(bgra) (Entered: 10/31/2013) |
| 10/18/2013 | 🔒 | <u>359</u> | ***SEALED*** re <u>333</u> Response in Opposition to Motion in Limine #3 of 10 to Exclude Evidence of Commercial Success with Exhibits 1 and 2. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2)(bgra, ) (Entered: 10/31/2013) |
| 10/18/2013 | 🔒 | <u>360</u> | ***SEALED*** re <u>340</u> Response in Opposition to Motion in Limine #9 of 10 to Exclude Evidence or Argument Regarding VIS's Improper Reliance on Third-Party Agreements and Licensing Information with Exhibits 1 and 2. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2)(bgra, ) (Entered: 10/31/2013) |
| 10/18/2013 | 🔒 | <u>361</u> | ***SEALED*** re <u>310</u> Opposition To Plantiff's Second Motion in Limine To Exclude Non-comparable License Agreements. (bgra, ) (Entered: 10/31/2013) |
| 10/18/2013 | 🔒 | <u>362</u> | ***SEALED*** re <u>314</u> Opposition To Plaintiff's Motion To Exclude Defendants' "New" Invalidity Contentions and to Preclude Defendants' Expert From Asserting Such Contentions at Trial. (bgra, ) (Entered: 10/31/2013) |
| 10/18/2013 | 🔒 | <u>363</u> | ***SEALED*** re <u>319</u> Opposition to Plaintiff's Motion to Strike Portions of Dr. Kevin C. Almeroth's Expert Report. (bgra, ) (Entered: 10/31/2013) |
| 10/18/2013 | 🔒 | <u>364</u> | ***SEALED*** re <u>323</u> Opposition to Plaintiff's Motion in Limine to Exclude Inadmissible Evidence. (bgra, ) (Entered: 10/31/2013) |
| 10/18/2013 | 🔒 | <u>365</u> | ***SEALED*** re <u>330</u> Exhibits 1, 2, 3, 4, 5, 6, 11, 15, 17, 20, 24, 32, and 33 to the Declaration of Susan van Keulen in Support of Samsung's Oppositions. (Attachments: # <u>1</u> 1, # <u>2</u> 2, # <u>3</u> 3, # <u>4</u> 4, # <u>5</u> 5, # <u>6</u> 6, # <u>7</u> 11, # <u>8</u> 15 Part One, # <u>9</u> 15 Part Two, # <u>10</u> 17, # <u>11</u> 20, # <u>12</u> 24, # <u>13</u> 32, # <u>14</u> 33)(bgra) (Entered: 11/01/2013) |
| 10/21/2013 | | <u>344</u> | Memorandum *Requesting That Cases Not Be Consolidated And That The Forthcoming Trial Remain Set For November 12, 2013* filed by Virginia Innovation Sciences, Inc.. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> |

|  |  | Exhibit B - Declaration, # 3 Exhibit C - Declaration, # 4 Exhibit D - Declaration)(Snow, W. Ryan) (Entered: 10/21/2013) |
| --- | --- | --- |
| 10/21/2013 | 345 | Response to 292 Order,,, filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/21/2013) |
| 10/21/2013 | 346 | REPLY to Response to Motion re 266 MOTION to Bifurcate filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/21/2013) |
| 10/21/2013 | 347 | REPLY to Response to Motion re 261 MOTION to Strike *Portions of Dr. Kevin C. Almeroth's Expert Report* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/21/2013) |
| 10/21/2013 | 348 | REPLY to Response to Motion re 251 MOTION to Exclude *the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/21/2013) |
| 10/21/2013 | 349 | MOTION to Seal *Unredacted Version of Defendants' Reply Brief in Support of Samsung's Daubert Motion to Exclude the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/21/2013) |
| 10/21/2013 | 350 | Memorandum in Support re 349 MOTION to Seal *Unredacted Version of Defendants' Reply Brief in Support of Samsung's Daubert Motion to Exclude the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/21/2013) |
| 10/21/2013 | 351 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 349 MOTION to Seal *Unredacted Version of Defendants' Reply Brief in Support of Samsung's Daubert Motion to Exclude the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson* (McFarland, Robert) (Entered: 10/21/2013) |
| 10/21/2013 | 🔒 | (Court only) Deadline4 Suspense due by 11/4/2013 response to 349 motion to seal. (ldab, ) (Entered: 10/22/2013) |
| 10/22/2013 | 🔒 366 | Sealed Reply Brief re 349 MOTION to Seal *Unredacted Version of Defendants' Reply Brief in Support of Samsung's Daubert Motion to Exclude the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson*. (Attachments: # 1 Letter)(ldab, ) (Entered: 11/04/2013) |
| 10/23/2013 | 352 | TELEPHONE STATUS CONFERENCE held before District Judge |

| | | |
|---|---|---|
| | | Mark S. Davis: Paul McManus, OCR. Telephone Conference held on 10/23/2013. Present on the Telephone: Plaintiff: Timothy Grochocinski, Ryan Snow; A. Vecchione, Clarie Henry, Edward Casto, Jr., Jonathan Rastegar. Defendant: Brett Williamson, Robert McFarland, Susan Keulen. Matter came on for a status conference re: consolidation of cases 2:12cv548 and 2:13cv332. Court directed that the cases be consolidated for purposes of trial. New trial date is April 21, 2014, at 10:00 a.m. in Norfolk. A new final pretrial conference date will also be set. Oral argument on the pending motions for summary judgment will be held on November 13, 2013, at 10:30 a.m. in Norfolk. (vwar) (Entered: 10/24/2013) |
| 10/23/2013 | | Motion Hearing set as to 134 MOTION for Summary Judgment *of Patent Invalidity and No Willful Infringement for 11/13/2013 at 10:30 AM in Norfolk Courtroom 5 before District Judge Mark S. Davis. (vwar) (Entered: 10/24/2013)* |
| 10/24/2013 | | Reset Hearings: Final Pretrial Conference set for 4/10/2014 at 09:00 AM in Chambers before Magistrate Judge Tommy E. Miller. (cdod, ) (Entered: 10/24/2013) |
| 10/25/2013 | 353 | ORDER : The Court has determined pursuant to Rule 42 that the actions "involve a common question of law or fact" and that consolidation of the matters for trial would serve judicial economy and "avoid unnecessary cost or delay" without unduly prejudicing either party. Therefore, the two above referenced cases are consolidated for trial purposes only. The parties have indicated that they will work together to prepare a new discovery plan and the Court will therefore leave it to the parties to address that issue. To the extent that any further guidance is needed with regard to discovery issues, the parties are free to seek guidance from the co-assigned Magistrate Judge in this case. Furthermore, the trial of the above referenced consolidated matters is scheduled to begin on Monday April 21, 2014. Signed by District Judge Mark S. Davis on 10/24/13 and filed 10/25/13. Copies distributed to all parties 10/25/13. (ldab, ) (Entered: 10/25/2013) |
| 10/25/2013 | | Jury Trial reset for 4/21/2014 at 10:00 AM in Norfolk Courtroom 5 before District Judge Mark S. Davis. (vwar) (Entered: 10/28/2013) |
| 10/29/2013 | | MOTIONS REFERRED to Magistrate Judge: Tommy E. Miller. 253 MOTION to Seal *(1) the Unredacted Version of Samsung's Daubert Motion to Exclude the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson and (2) Exhibits 1 through 8 to the Declaration of Susan van Keulen in Support of,* 232 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #7 of 10,* 239 MOTION to Seal the *Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #9 of 10,* 215 MOTION to Seal the *Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #3 of 10,* 272 MOTION to Seal Portions of *Plaintiffs Memorandum in Support of its Second Motion in Limine to Exclude Non-Comparable License Agreements,* 244 MOTION to Seal |

| | | |
|---|---|---|
| | | *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #10 of 10,* 227 *MOTION to Seal the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #6 of 10,* 222 *MOTION to Seal the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #5 of 10,* 248 *MOTION to Seal Exhibits 1, 2, 3, 4, 5, 6, 8, 10, 11, 12, 13, 17, 18, 19, 20, 22, 24, 26, 27, and 29 to the Declaration of Susan Van Keulen in Support of Samsung's Motions in Limine Nos. 1 through 10,* 258 *MOTION to Seal Certain Exhibits to Plaintiff's Memorandum in Support of its Motion to Exclude Defendants New Invalidity Contentions and to Preclude Defendants Expert from Asserting Such Contentions at Trial,* 210 *MOTION to Seal the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #2 of 10,* 205 *MOTION to Seal the unredacted version of Defendants' Memorandum in Support of Samsung's Motion in Limine # 1 of 10 (ldab, ) (Entered: 10/29/2013)* |
| 10/29/2013 | 🔒 | (Court only) ***Staff notes : referred 251 , 256 , & 266 to MSD chambers (ldab, ) (Entered: 10/29/2013) |
| 10/29/2013 | | Motion Hearing reset as to 134 MOTION for Summary Judgment *of Patent Invalidity and No Willful Infringement* for 11/13/2013 at 10:00 AM in Norfolk Courtroom 5 before District Judge Mark S. Davis. (vwar) (Entered: 10/29/2013) |
| 11/04/2013 | | MOTIONS REFERRED to Magistrate Judge Tommy E. Miller 302 MOTION to Seal *Exhibit #2 to Plaintiffs Response in Opposition to Samsungs Motion in Limine # 10 of 10 to Bar Expert Testing (Allegedly) Not Disclosed in Opening Expert Report,* 328 MOTION to Seal *Exhibit 1 to Plaintiffs Response in Opposition to Samsungs Motion in Limine # 2 of 10 to Exclude Evidence or Argument Regarding (Allegedly) Irrelevant and (Allegedly) Prejudicial Financial Information,* 294 MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsung's Motion in Limine # 4 of 10 to Exclude (Allegedly) Irrelevant Evidence of Samsungs Non-Asserted Patent Applications,* 324 MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Motion in Limine to Exclude Inadmissible Evidence,* 315 MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Motion to Exclude Defendants' "New" Invalidity Contentions and to Preclude Defendants' Expert from Asserting Such Contentions at Trial,* 307 MOTION to Seal *Portions of Plaintiff's Memorandum in Opposition to Defendants Daubert Motion to Exclude the Opinion and Testimony of Plaintiffs Damages Expert Dr. Laura Robinson,* 341 MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsungs Motion in Limine # 9 of 10 to Exclude Evidence or Argument Regarding VISs Reliance on Third-Party Agreements and Licensing Information,* 311 MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Second Motion in Limine to Exclude Non-Comparable License Agreements,* 320 MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Motion to Strike Portions of Dr. Kevin C. Almeroth's Expert* |

| | | |
|---|---|---|
| | | *Report*, 298 MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsungs Motion in Limine # 7 of 10 to Exclude Any Reliance by VISs Experts on (Allegedly) Unsupported Survey Information*, 336 MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsungs Motion in Limine # 3 of 10 to Exclude Evidence of Commercial Success*, 332 MOTION to Seal *Exhibits 1, 2, 3, 4, 5, 6, 11, 15, 17, 20, 24, 32 and 33 to the Declaration of Susan van Keulen in Support of Samsung's Oppositions* (ldab, ) (Entered: 11/04/2013) |
| 11/05/2013 | 367 | ORDER granting 205 Motion to Seal. The Court shall retain sealed materials until further order of this Court.. Signed by Magistrate Judge Tommy E. Miller and filed on 11/5/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/05/2013 | 368 | ORDER granting 210 Motion to Seal. The Courtshall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 11/5/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/05/2013 | 369 | ORDER granting 215 Motion to Seal. The Court shall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 11/5/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/05/2013 | 370 | ORDER granting 222 Motion to Seal. The Court shall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 11/5/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/05/2013 | 371 | ORDER granting 227 Motion to Seal. The Court shall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 11/5/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/05/2013 | 372 | ORDER granting 232 Motion to Seal. The Court shall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 11/5/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/05/2013 | 373 | ORDER granting 239 Motion to Seal. The Court shall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 11/5/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/05/2013 | 374 | ORDER granting 244 Motion to Seal The Court shall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 11/5/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/05/2013 | 375 | ORDER granting 248 Motion to Seal. The Court shall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 11/5/13. Copies distributed to all parties |

| | | 11/7/13. (ldab, ) (Entered: 11/07/2013) |
|---|---|---|
| 11/05/2013 | 376 | ORDER granting 253 Motion to Seal. The Court shall retain sealed materials until further order of this Court.. Signed by Magistrate Judge Tommy E. Miller and filed on 11/5/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/05/2013 | 377 | ORDER granting 258 Motion to Seal. Accordingly, the Motion to Seal is GRANTED and VIS is permitted to file under seal Exhibits 4, 6, 7 and 8 to Plaintiffs Memorandum in Support of its Motion to Exclude Defendants' New Invalidity Contentions and to Preclude Defendants' Expert from Asserting Such Contentions at Trial. These documents shall be treated in accordance with the terms and conditions of the Protective Order. The Court shall retain sealed materials until forty-five (45) days after entry of a final order. If the case is not appealed, any sealed materials should then be returned to counsel for the filing party. Signed by Magistrate Judge Tommy E. Miller and filed on 11/5/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/05/2013 | 378 | ORDER granting 272 Motion to Seal. Accordingly, the Motion to Seal is GRANTED and VIS is permitted to file under seal portions of Plaintiffs Memorandum in Support of its Second Motion in Limine to Exclude Non- Comparable License Agreements and the Exhibits thereto. These documents shall be treated in accordance with the terms and conditions of the Protective Order. The Court shall retain sealed materials until forty-five (45) days after entry of a final order. If the case is not appealed, any sealed materials should then be returned to counsel for the filing party. Signed by Magistrate Judge Tommy E. Miller and filed on 11/5/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/06/2013 | 379 | ORDER granting 294 Motion to Seal Accordingly, the Motion to Seal is GRANTED and VIS is permitted to file under seal certain portions of its Response in Opposition to Samsung's Motion in Limine # 4 of 10 to Exclude (Allegedly) Irrelevant Evidence of Samsung's Non-Asserted Patent Applications ("Response in Opposition") and accompanying Exhibits 3, 4, and 5. These documents shall be treated in accordance with the terms and conditions of the Protective Order. The Court shall retain sealed materials until forty-five (45) days after entry of a final order. If the case is not appealed, any sealed materials should then be returned to counsel for the filing party. Signed by Magistrate Judge Tommy E. Miller and filed on 11/6/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/06/2013 | 380 | ORDER granting 298 Motion to Seal. Accordingly, the Motion to Seal is GRANTED and VIS is permitted to file under seal certain portions of its Response in Opposition to Samsung's Motion in Limine # 7 of 10 to Exclude Any Reliance by VIS's Experts on (Allegedly) Unsupported Survey Information ("Response in Opposition") and accompanying Exhibit #1. These documents shall be treated in accordance with the terms and conditions of the Protective Order. The Court shall retain sealed materials until forty-five (45) days after entry of a final order. If |

| | | |
|---|---|---|
| | | the case is not appealed, any sealed materials should then be returned to counsel for the filing party. Signed by Magistrate Judge Tommy E. Miller on 11/6/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/06/2013 | 381 | ORDER granting 302 Motion to Seal. Accordingly, the Motion to Seal is GRANTED and VIS is permitted to file under seal Exhibit #2 to Plaintiffs Response in Opposition to Samsung's Motion in Limine # 10 of 10 to Bar Expert Testing (Allegedly) Not Disclosed in Opening Expert Report. These documents shall be treated in accordance with the terms and conditions of the Protective Order. The Court shall retain sealed materials until forty-five (45) days after entry of a final order. If the case is not appealed, any sealed materials should then be returned to counsel for the filing party. Signed by Magistrate Judge Tommy E. Miller on 11/6/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/06/2013 | 382 | ORDER granting 307 Motion to Seal. Accordingly, the Motion to Seal is GRANTED and VIS is permitted to file under seal certain portions of its Memorandum in Opposition to Defendants' Daubert Motion to Exclude the Opinion and Testimony of Plaintiffs Damages Expert Dr. Laura Robinson and accompanying Exhibits 1 and 2. These documents shall be treated in accordance with the terms and conditions of the Protective Order. The Court shall retain sealed materials until forty-five (45) days after entry ofa final order. If the case is not appealed, any sealed materials should then be returned to counsel for the filing party. Signed by Magistrate Judge Tommy E. Miller and filed on 11/6/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/06/2013 | 383 | ORDER granting 311 Motion to Seal. The Court shall retain materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 11/6/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/06/2013 | 384 | ORDER granting 315 Motion to Seal. The Court shall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 11/6/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/06/2013 | 385 | ORDER granting 320 Motion to Seal. The Court shall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller on 11/6/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/06/2013 | 386 | ORDER granting 324 Motion to Seal. The Court shall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 11/6/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/06/2013 | 387 | ORDER granting 328 Motion to Seal. Accordingly, the Motion to Seal is GRANTED and VIS is permitted to file under seal Exhibit 1 to its Response in Opposition to Motion in Limine # 2 of 10 to Exclude |

| | | |
|---|---|---|
| | | Evidence or Argument Regarding (Allegedly) Irrelevant and (Allegedly) Prejudicial Financial Information ("Response in Opposition"). These documents shall be treated in accordance with the terms and conditions of the Protective Order. The Court shall retain sealed materials until forty-five (45) days after entry of a final order. If the case is not appealed, any sealed materials should then be returned to counsel for the filing party. Signed by Magistrate Judge Tommy E. Miller and filed on 11/6/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/06/2013 | 388 | ORDER granting 332 Motion to Seal. The Court shall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 11/6/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/06/2013 | 389 | ORDER granting 336 Motion to Seal These documents shall be treated in accordance with the terms and conditions of the Protective Order. The Court shall retain sealed materials until forty-five (45) days after entry of a final order. If the case is not appealed, any sealed materials should then be returned to counsel for the filing party. Signed by Magistrate Judge Tommy E. Miller and filed on 11/6/13. Copies distributed to all parties 11/8/13. (ldab, ) (Entered: 11/08/2013) |
| 11/06/2013 | 390 | ORDER granting 341 Motion to Seal. These documents shall be treated in accordance with the terms and conditions of the Protective Order. The Court shall retain sealed materials until forty-five (45) days after entry of a final order. If the case is not appealed, any sealed materials should then be returned to counsel for the filing party. Signed by Magistrate Judge Tommy E. Miller and filed on 11/6/13. Copies distributed to all parties 11/8/13. (ldab, ) (Entered: 11/08/2013) |
| 11/07/2013 | | MOTION REFERRED to Magistrate Judge: Tommy E. Miller. 349 MOTION to Seal *Unredacted Version of Defendants' Reply Brief in Support of Samsung's Daubert Motion to Exclude the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson* (ldab, ) (Entered: 11/07/2013) |
| 11/08/2013 | 391 | ORDER - The Court approves both parties' requests with the understanding that this equipment will not have, or will be disabled of, the capacity to record, transmit, or photograph any court proceedings. Moreover, no internet access or use will be permitted. Counsel may use the Court's evidence presentation system, pursuant to the rules and information on the Court's website. Signed by District Judge Mark S. Davis and filed on 11/8/13. Copies distributed to all parties 11/12/13. (Attachments: # 1 Letter 1, # 2 Letter 2)(ldab, ) (Entered: 11/12/2013) |
| 11/12/2013 | 392 | TRANSCRIPT of Telephonic Status Conference held on 10/23/2013, before Judge Mark S. Davis, Court Reporter/Transcriber Paul McManus, Telephone number 757-222-7077. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the** |

| | | |
|---|---|---|
| | | **transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 12/12/2013. Redacted Transcript Deadline set for 1/13/2014. Release of Transcript Restriction set for 2/10/2014.(mcmanus, paul) (Entered: 11/12/2013)** |
| 11/12/2013 | 393 | ORDER Granting 349 Motion to Seal. The Court FINDS and ORDERS that less drastic alternatives to sealing are not feasible, and therefore orders that the unredacted version of Defendants' Reply Brief in Support of Samsung's Daubert Motion to Exclude the Opinion and Testimony of Plaintiffs Damages Expert Dr. Laura Robinson, be filed under seal by the Clerk. The Court shall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 11/12/13. Copies distributed to all parties 11/12/13. (ldab, ) (Entered: 11/12/2013) |
| 11/13/2013 | 394 | MOTION HEARING held before District Judge Mark S. Davis: Paul McManus, OCR. Timothy Grochocinski, Jonathan Rastegar, and W. Ryan Snow, present on behalf of the Plaintiff. Brett Williamson, Cameron Westin, and Robert McFarland, present on behalf of the Defendants. Anthony Kahng and Rett Snotherly, representatives for Samsung present. Matter came on for a hearing on defendants 134 motion for summary judgment. Motion Hearing held on 11/13/2013 re 134 MOTION for Summary Judgment *of Patent Invalidity and No Willful Infringement. Argument of counsel heard. Court takes matter under advisement and will issue an opinion. Court adjourned. (vwar) (Entered: 11/13/2013)* |
| 11/15/2013 | 395 | OPINION AND ORDER granting in part and denying in part 124 Motion to Dismiss for Failure to State a Claim; granting 126 Motion. Defendants' Motion to Dismiss Count VIII, alleging willful infringement, (ECF No. 124) is GRANTED with respect to the '711, '268, and '381 patents, and DENIED with respect to the '492, '733, and '398 patents. Defendants' Motion to Strike (ECF No. 124) is DENIED. Defendants' Request for Judicial Notice (ECF No. 126) is GRANTED. IT IS SO ORDERED. Signed by District Judge Mark S. Davis and filed on 11/15/13. Copies distributed to all counsel of record 11/17/13. (ldab, ) (Entered: 11/17/2013) |
| 11/18/2013 | 396 | TRANSCRIPT of proceedings, hearing on Motion for Summary Judgment held on 11/13/2013, before Judge Mark S. Davis, Court Reporter/Transcriber Paul McManus, Telephone number 757-222-7077. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is** |

| | | |
|---|---|---|
| | | located on our website at www.vaed.uscourts.gov **Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 12/18/2013. Redacted Transcript Deadline set for 1/21/2014. Release of Transcript Restriction set for 2/18/2014.**(mcmanus, paul) (Entered: 11/18/2013) |
| 11/20/2013 | 397 | Declaration *of W. Ryan Snow Tendering Documents Presented at Argument on Defendants Motion for Summary Judgment of Patent Invalidity and No Willful Infringement* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1)(Snow, W. Ryan) (Entered: 11/20/2013) |
| 11/20/2013 | 398 | MOTION to Seal *Portions of Exhibit 1 to Declaration of W. Ryan Snow Tendering Documents Presented at Argument on Defendants Motion for Summary Judgment of Patent Invalidity and No Willful Infringement by Virginia Innovation Sciences, Inc..* by Virginia Innovation Sciences, Inc. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 11/20/2013) |
| 11/20/2013 | 399 | Memorandum in Support re 398 MOTION to Seal *Portions of Exhibit 1 to Declaration of W. Ryan Snow Tendering Documents Presented at Argument on Defendants Motion for Summary Judgment of Patent Invalidity and No Willful Infringement by Virginia Innovation Sciences, Inc..* filed by Virginia Innovation Sciences, Inc. (Snow, W. Ryan) (Entered: 11/20/2013) |
| 11/20/2013 | 400 | NOTICE by Virginia Innovation Sciences, Inc. re 398 MOTION to Seal *Portions of Exhibit 1 to Declaration of W. Ryan Snow Tendering Documents Presented at Argument on Defendants Motion for Summary Judgment of Patent Invalidity and No Willful Infringement by Virginia Innovation Sciences, Inc..* (Snow, W. Ryan) (Entered: 11/20/2013) |
| 11/20/2013 | 🔒 | (Court only) Deadline 1 Suspense due by 12/5/2013 response to 398 . (ldab, ) (Entered: 11/20/2013) |
| 11/21/2013 | 401 | Declaration *of Robert W. McFarland Tendering Documents Presented at Argument on Samsung's Motion for Summary Judgment of Patent Invalidity and No Willful Infringement* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit 1 (REDACTED))(McFarland, Robert) (Entered: 11/21/2013) |
| 11/21/2013 | 402 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 11/21/2013) |
| 11/21/2013 | 403 | Memorandum in Support re 402 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 11/21/2013) |
| | | |

| | | |
|---|---|---|
| 11/21/2013 | 404 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 402 MOTION to Seal (McFarland, Robert) (Entered: 11/21/2013) |
| 11/21/2013 | | Telephone Conference - DOCKETED IN ERROR. This entry has been removed by the Clerk (lwoo) Modified on 11/21/2013 (lwoo). (Entered: 11/21/2013) |
| 11/21/2013 | 🔒 405 | Sealed Exhibit 1 re 397 Declaration,. (Attachments: # 1 Letter)(ldab, ) (Entered: 11/29/2013) |
| 11/21/2013 | 🔒 406 | Sealed Exhibit 1 re 401 Declaration,. (Attachments: # 1 Letter)(ldab, ) (Entered: 11/29/2013) |
| 11/22/2013 | 🔒 | (Court only) Suspense response to 402 due by 12/5/2013. (rsim, ) (Entered: 11/25/2013) |
| 12/03/2013 | 🔒 | (Court only) ***Staff notes : Received proposed Agreed Dismissal Order and placed in MSD pick-up box. (ldab, ) (Entered: 12/03/2013) |
| 12/03/2013 | 407 | STIPULATION by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC., Virginia Innovation Sciences, Inc.. (McConaughy, Sarah) (Entered: 12/03/2013) |
| 12/03/2013 | 408 | AGREED DISMISSAL ORDER REGARDING U.S. PATENT NO. 7,957,733 AND U.S. PATENT NO. 8,417,290. Signed by District Judge Mark S. Davis and filed on 12/3/13. Copies distributed to all parties 12/5/13.(ldab, ) (Entered: 12/05/2013) |
| 12/09/2013 | 409 | ORDER - In support of Plaintiff's position on summary judgment, Plaintiff submitted Exhibit 1 to the Declaration of Arthur T. Brody. That exhibit references VIS 002975 at page 1. However, no such figure was submitted. There are figures on pages 2, 3 and 4 of Exhibit 1, but they all reference different VIS numbers. The parties seem to know what VIS 002975 represents, but the Court does not have access to such information. Plaintiff is ordered to immediately submit such document by filing it as a response to this Order. IT IS SO ORDERED. Signed by District Judge Mark S. Davis and filed on 12/9/13. Copies distributed to all parties 12/9/13.(ldab, ) (Entered: 12/09/2013) |
| 12/09/2013 | 410 | Response to 409 Order,, filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1)(Hartnett, David) (Entered: 12/09/2013) |
| 12/11/2013 | | MOTIONS REFERRED to Magistrate Judge Tommy E. Miller 402 MOTION to Seal , 398 MOTION to Seal *Portions of Exhibit 1 to Declaration of W. Ryan Snow Tendering Documents Presented at Argument on Defendants Motion for Summary Judgment of Patent Invalidity and No Willful Infringement by Virginia Innovation Sciences, Inc..* (ldab, ) (Entered: 12/11/2013) |
| 12/12/2013 | 411 | ORDER granting 398 Motion to Seal; and VIS is permitted to file under seal portions of Exhibit 1 to the Declaration of W. Ryan Snow Tendering Documents Presented at Argument on Defendants Motion |

| | | |
|---|---|---|
| | | for Summary Judgment of Patent Invalidity and No Willful Infringement. Signed by Magistrate Judge Tommy E. Miller and filed on 12/12/2013. (rsim, ) (Entered: 12/12/2013) |
| 12/12/2013 | 412 | ORDER re 402 Motion to Seal; that less drastic alternatives to sealing are not feasible, and therefore orders that the unredacted version of the Slide Presentation be filed under seal by the Clerk. The Court shall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 12/12/2013. (rsim, ) (Entered: 12/12/2013) |
| 01/08/2014 | 413 | OPINION AND ORDER granting in part and denying in part 134 Motion for Summary Judgment. Defendants' summary judgment motion is hereby GRANTED, in part, and DENIED, in part. ECF No.134. Defendants' motion is GRANTED as to the invalidity of claims 21, 22, 25, 28, and 29 of the '268 patent as anticipated by U.S. Patent No. 7,850,005 ("Palin"). Defendants' motion is GRANTED as to claims 15, 60, 61 and 62 of the '398 patent as anticipated by "DLNA Home Networked Device Interoperability Guidelines expanded: October 2006" (hereinafter "DLNAvl.5"). Defendants' motion is DENIED as to invalidity of claim 27 of the '268 patent. Defendants' motion is DENIED as to invalidity of all asserted claims of the '492 patent. Defendant's motion is DENIED as to invalidity of all asserted claims of the '711 patent. Defendants' motion is DENIED as to invalidity of all asserted claims of the '381 patent. Defendants' motion is DENIED as to invalidity of claims 58 and 63 of the '398 patent. Defendants' motion is GRANTED as to a finding of no willful infringement. IT IS SO ORDERED. Signed by District Judge Mark S. Davis on 1/8/14. Copies distributed to all counsel of record 1/8/14. (ldab, ) (Entered: 01/08/2014) |
| 03/06/2014 | 414 | ORDER Granting 263 MOTION to Seal Exhibits to Plaintiff's Memorandum in Support of its Motion to Strike Portions of Dr. Kevin C. Almeroths Expert Report. The Court shall retain sealed materials until forty-five (45) days after entry of a final order. If the case is not appealed, any sealed materials should then be returned to counsel for the filing party. (Signed by Magistrate Judge Tommy E. Miller and filed on 3/6/2014). (bgra) (Entered: 03/10/2014) |
| 03/11/2014 | 415 | MOTION to Withdraw as Attorney *and Brief in Support* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order Exhibit A) (Snow, W. Ryan) (Entered: 03/11/2014) |
| 03/11/2014 | | (Court only) Deadline 1 Suspense due by 3/27/2014 response to 415 . (ldab, ) (Entered: 03/13/2014) |
| 03/12/2014 | 416 | MOTION for Reconsideration re 413 Order on Motion for Summary Judgment,,,,, *in Light of the United States Patent and Trademark Offices Inter Partes Review Decisions Regarding the Patents-in-Suit* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order) (Snow, W. Ryan) (Entered: 03/12/2014) |
| | | |

| 03/12/2014 | 417 | Memorandum in Support re 416 MOTION for Reconsideration re 413 Order on Motion for Summary Judgment,,,,, *in Light of the United States Patent and Trademark Offices Inter Partes Review Decisions Regarding the Patents-in-Suit* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Declaration of Counsel, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6) (Snow, W. Ryan) (Entered: 03/12/2014) |
| --- | --- | --- |
| 03/12/2014 | 🔋 | (Court only) Deadline 2 Suspense due by 3/27/2014 response to 416 (ldab, ) (Entered: 03/13/2014) |
| 03/21/2014 | 418 | NOTICE by Virginia Innovation Sciences, Inc. re 256 MOTION to Exclude *Defendants' New Invalidity Contentions and to Preclude Defendants' Expert from Asserting Such Contentions at Trial (Withdrawing Motion)* (Snow, W. Ryan) (Entered: 03/21/2014) |
| 03/21/2014 | 419 | RESPONSE to Motion re 230 MOTION in Limine *#7 of 10 to Exclude Any Reliance by VIS's Experts on Unsupported Survey Information (Supplemental Based on New Evidence Disclosed in VIS II)* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A (under seal), # 2 Exhibit B (under seal), # 3 Affidavit)(Snow, W. Ryan) (Entered: 03/21/2014) |
| 03/21/2014 | 420 | MOTION to Exclude *Certain Improper Opinions and Testimony of Plaintiff's Technical Expert Dr. Arthur T. Brody* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 421 | MOTION to Seal *Supplemental Response to Samsung's Motion in Limine #7 of 10* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 03/21/2014) |
| 03/21/2014 | 422 | Memorandum in Support re 421 MOTION to Seal *Supplemental Response to Samsung's Motion in Limine #7 of 10* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 03/21/2014) |
| 03/21/2014 | 423 | NOTICE by Virginia Innovation Sciences, Inc. re 421 MOTION to Seal *Supplemental Response to Samsung's Motion in Limine #7 of 10* (Snow, W. Ryan) (Entered: 03/21/2014) |
| 03/21/2014 | 424 | Memorandum in Support re (420 in 2:12-cv-00548-MSD-TEM) MOTION to Exclude *Certain Improper Opinions and Testimony of Plaintiff's Technical Expert Dr. Arthur T. Brody*, (130 in 2:13-cv-00332-MSD-TEM) MOTION to Exclude *Certain Improper Opinions and Testimony of Plaintiff's Technical Expert Dr. Arthur T. Brody REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 425 | RESPONSE to Motion re 242 MOTION in Limine *#10 of 10 to Bar Expert Opinion Testimony Based on Testing Not Disclosed in Opening* |

| | | |
|---|---|---|
| | | *Expert Report (Supplemental Based on New Circumstances Presented in VIS II)* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Affidavit)(Snow, W. Ryan) (Entered: 03/21/2014) |
| 03/21/2014 | 426 | Declaration re 420 MOTION to Exclude *Certain Improper Opinions and Testimony of Plaintiff's Technical Expert Dr. Arthur T. Brody* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit 1 (Under Seal), # 2 Exhibit 2 (Under Seal), # 3 Exhibit 3 (Under Seal), # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11) (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 427 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 428 | Memorandum in Support re (427 in 2:12-cv-00548-MSD-TEM) MOTION to Seal , (133 in 2:13-cv-00332-MSD-TEM) MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 429 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 427 MOTION to Seal (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 430 | MOTION in Limine *#1 (renewed)* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 431 | MOTION in Limine *#2 (renewed)* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 432 | MOTION in Limine *#3 (renewed)* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 433 | MOTION in Limine *#5 (renewed)* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 434 | MOTION in Limine *#6 (renewed)* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 435 | MOTION in Limine *#7 (renewed)* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 436 | MOTION in Limine *#8 (renewed)* by Samsung Electronics America, |

| | | Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
|---|---|---|
| 03/21/2014 | 437 | MOTION in Limine *#9 (renewed)* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 438 | Memorandum in Support re 430 MOTION in Limine *#1 (renewed)*, 433 MOTION in Limine *#5 (renewed)*, 435 MOTION in Limine *#7 (renewed)*, 431 MOTION in Limine *#2 (renewed)*, 434 MOTION in Limine *#6 (renewed)*, 432 MOTION in Limine *#3 (renewed)*, 436 MOTION in Limine *#8 (renewed)*, 437 MOTION in Limine *#9 (renewed) Addenda to Samsung's Motions in Limine Nos. 1-3 and 5-9 (REDACTED)* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 439 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 440 | Memorandum in Support re 439 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 441 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 439 MOTION to Seal (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 442 | Withdrawal of Motion by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 242 MOTION in Limine *#10 of 10 to Bar Expert Opinion Testimony Based on Testing Not Disclosed in Opening Expert Report* (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 443 | MOTION in Limine *#11* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 444 | Memorandum in Support re (149 in 2:13-cv-00332-MSD-TEM) MOTION in Limine *#11*, (443 in 2:12-cv-00548-MSD-TEM) MOTION in Limine *#11 REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. Associated Cases: 2:13-cv-00332-MSD-TEM, 2:12-cv-00548-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 445 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 446 | Memorandum in Support re (151 in 2:13-cv-00332-MSD-TEM) |

| | | |
|---|---|---|
| | | MOTION to Seal , (445 in 2:12-cv-00548-MSD-TEM) MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 447 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 445 MOTION to Seal (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 448 | MOTION in Limine *#12* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 449 | Memorandum in Support re (448 in 2:12-cv-00548-MSD-TEM) MOTION in Limine *#12*, (154 in 2:13-cv-00332-MSD-TEM) MOTION in Limine *#12 REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 450 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 451 | Memorandum in Support re (156 in 2:13-cv-00332-MSD-TEM) MOTION to Seal , (450 in 2:12-cv-00548-MSD-TEM) MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: # 1 Proposed Order)Associated Cases: 2:13-cv-00332-MSD-TEM, 2:12-cv-00548-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 452 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 450 MOTION to Seal (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 453 | MOTION in Limine *#4 (renewed)* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 454 | Memorandum in Support re (159 in 2:13-cv-00332-MSD-TEM) MOTION in Limine *#4 (renewed)*, (453 in 2:12-cv-00548-MSD-TEM) MOTION in Limine *#4 (renewed) Addendum to Samsung's Motion in Limine #4* filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. Associated Cases: 2:13-cv-00332-MSD-TEM, 2:12-cv-00548-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 455 | MOTION in Limine *#13* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |

| 03/21/2014 | 456 | Memorandum in Support re (161 in 2:13-cv-00332-MSD-TEM) MOTION in Limine *#13*, (455 in 2:12-cv-00548-MSD-TEM) MOTION in Limine *#13* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
|---|---|---|
| 03/21/2014 | 457 | MOTION in Limine *#14* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 458 | Memorandum in Support re (163 in 2:13-cv-00332-MSD-TEM) MOTION in Limine *#14*, (457 in 2:12-cv-00548-MSD-TEM) MOTION in Limine *#14* filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. Associated Cases: 2:13-cv-00332-MSD-TEM, 2:12-cv-00548-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 459 | Declaration re 448 MOTION in Limine *#12*, 431 MOTION in Limine *#2 (renewed)*, 457 MOTION in Limine *#14*, 432 MOTION in Limine *#3 (renewed)*, 455 MOTION in Limine *#13*, 453 MOTION in Limine *#4 (renewed)*, 430 MOTION in Limine *#1 (renewed)*, 433 MOTION in Limine *#5 (renewed)*, 435 MOTION in Limine *#7 (renewed)*, 434 MOTION in Limine *#6 (renewed)*, 436 MOTION in Limine *#8 (renewed)*, 437 MOTION in Limine *#9 (renewed)*, 443 MOTION in Limine *#11* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit 1 (under seal), # 2 Exhibit 2 (under seal), # 3 Exhibit 3 (under seal), # 4 Exhibit 4 (under seal), # 5 Exhibit 5, # 6 Exhibit 6 (under seal), # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19 (under seal), # 20 Exhibit 20 (under seal), # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27)(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 460 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 459 Declaration,,,,, *Notice of Submission of Exhibits 28-47* (Attachments: # 1 Exhibit 28, # 2 Exhibit 29, # 3 Exhibit 30, # 4 Exhibit 31, # 5 Exhibit 32, # 6 Exhibit 33, # 7 Exhibit 34, # 8 Exhibit 35, # 9 Exhibit 36, # 10 Exhibit 37 (under seal), # 11 Exhibit 38 (under seal), # 12 Exhibit 39, # 13 Exhibit 40, # 14 Exhibit 41, # 15 Exhibit 42, # 16 Exhibit 43, # 17 Exhibit 44, # 18 Exhibit 45, # 19 Exhibit 46, # 20 Exhibit 47) (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 461 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 459 Declaration,,,,, *Notice of Submission of Exhibits 48-61* (Attachments: # 1 Exhibit 48, # 2 Exhibit 49, # 3 Exhibit 50, # 4 Exhibit 51, # 5 Exhibit 52, # 6 Exhibit 53, # 7 Exhibit 54, # 8 Exhibit 55, # 9 Exhibit 56, # 10 |

| | | Exhibit 57, # 11 Exhibit 58, # 12 Exhibit 59, # 13 Exhibit 60, # 14 Exhibit 61 (under seal))(McFarland, Robert) (Entered: 03/21/2014) |
|---|---|---|
| 03/21/2014 | 462 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 463 | Memorandum in Support re (168 in 2:13-cv-00332-MSD-TEM) MOTION to Seal , (462 in 2:12-cv-00548-MSD-TEM) MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 464 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 462 MOTION to Seal (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 🔒 | (Court only) Deadline 3 Suspense due by 4/4/2014 response to 420 , 421 , 427 , 439 , 445 , 450 , & 462 . (ldab, ) (Entered: 03/24/2014) |
| 03/24/2014 | 465 | Memorandum in Opposition re 416 MOTION for Reconsideration re 413 Order on Motion for Summary Judgment,,,,, *in Light of the United States Patent and Trademark Offices Inter Partes Review Decisions Regarding the Patents-in-Suit* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/24/2014) |
| 03/24/2014 | 466 | Declaration re 465 Memorandum in Opposition, by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(McFarland, Robert) (Entered: 03/24/2014) |
| 03/24/2014 | 467 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 466 Declaration, *Notice of Submission of Exhibits 9-18* (Attachments: # 1 Exhibit 9, # 2 Exhibit 10, # 3 Exhibit 11, # 4 Exhibit 12, # 5 Exhibit 13, # 6 Exhibit 14, # 7 Exhibit 15, # 8 Exhibit 16, # 9 Exhibit 17, # 10 Exhibit 18)(McFarland, Robert) (Entered: 03/24/2014) |
| 03/24/2014 | 🔒 469 | Sealed Response, Exhibit A, & Exhibit B re 421 MOTION to Seal *Supplemental Response to Samsung's Motion in Limine #7 of 10*. (Attachments: # 1 sealed response, # 2 Exhibit A Part 1, # 3 Exhibit A Part 2, # 4 Exhibit B)(ldab, ) (Entered: 03/26/2014) |
| 03/24/2014 | 🔒 470 | Sealed Documents re 428 Memorandum in Support, 427 MOTION to Seal , 429 NOTICE. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 memo in support)(ldab, ) (Entered: 03/26/2014) |
| 03/24/2014 | 🔒 471 | Sealed Documents re 441 NOTICE, 440 Memorandum in Support, 439 MOTION to Seal . (Attachments: # 1 sealed addenda)(ldab, ) (Entered: |

| | | | 03/26/2014) |
|---|---|---|---|
| 03/24/2014 | 🔒 | 472 | Sealed Documents re 445 MOTION to Seal , 446 Memorandum in Support, 447 NOTICE. (Attachments: # 1 sealed memo)(ldab, ) (Entered: 03/26/2014) |
| 03/24/2014 | 🔒 | 473 | Sealed Documents re 452 NOTICE, 451 Memorandum in Support, 450 MOTION to Seal . (Attachments: # 1 sealed memo)(ldab, ) (Entered: 03/26/2014) |
| 03/24/2014 | 🔒 | 474 | Sealed Documents re 462 MOTION to Seal , 464 NOTICE, 463 Memorandum in Support,. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 Part 1, # 4 Exhibit 3 Part 2, # 5 Exhibit 4, # 6 Exhibit 6 Part 1, # 7 Exhibit 6 Part 2, # 8 Exhibit 6 Part 3, # 9 Exhibit 19, # 10 Exhibit 20, # 11 Exhibit 37, # 12 Exhibit 38, # 13 Exhibit 61)(ldab, ) (Entered: 03/26/2014) |
| 03/25/2014 | 🔒 | | (Court only) Deadline 2 Suspense due by 3/31/2014 reply to 465 . (ldab, ) (Entered: 03/25/2014) |
| 03/25/2014 | | 468 | ORDER; The parties are directed to advise this Court by March 31, 2014 as to all completed and currently pending review proceedings, as well as all requests for same, before the USPTO that involve any of the claims at issue in this case. Furthermore, the parties are directed to immediately advise this Court of any such future review requests made to the USPTO. Signed by District Judge Mark S. Davis and filed on 3/25/14. (lhow) (Entered: 03/25/2014) |
| 03/25/2014 | 🔒 | | (Court only) Suspense #4, Parties to advise Court as to all review proceedings/requests by 3/31/2014.(see order doc #468) (lhow) (Entered: 03/25/2014) |
| 03/26/2014 | | 475 | REPLY to 465 Response in opposition to Motion re 416 MOTION for Reconsideration re 413 Order on Motion for Summary Judgment,,,,, *in Light of the United States Patent and Trademark Offices Inter Partes Review Decisions Regarding the Patents-in-Suit* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 03/26/2014) |
| 03/27/2014 | 🔒 | | (Court only) ***Staff notes referred 416 to MSD chambers (ldab, ) (Entered: 03/27/2014) |
| 03/27/2014 | | 476 | Supplemental MOTION to Exclude *the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/27/2014) |
| 03/27/2014 | | 477 | Memorandum in Support re (178 in 2:13-cv-00332-MSD-TEM) Supplemental MOTION to Exclude *the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson*, (476 in 2:12-cv-00548-MSD-TEM) Supplemental MOTION to Exclude *the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson (REDACTED)* filed by Samsung Electronics America, Inc., Samsung |

| | | |
|---|---|---|
| | | Electronics Co., Ltd, Samsung Telecommunications America LLC. Associated Cases: 2:13-cv-00332-MSD-TEM, 2:12-cv-00548-MSD-TEM(McFarland, Robert) (Entered: 03/27/2014) |
| 03/27/2014 | 478 | Declaration re 476 Supplemental MOTION to Exclude *the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit 1 (under seal), # 2 Exhibit 2 (under seal), # 3 Exhibit 3 (under seal), # 4 Exhibit 4 (under seal), # 5 Exhibit 5 (under seal), # 6 Exhibit 6 (under seal), # 7 Exhibit 7 (under seal), # 8 Exhibit 8 (under seal), # 9 Exhibit 9 (under seal), # 10 Exhibit 10 (under seal), # 11 Exhibit 11 (under seal), # 12 Exhibit 12 (under seal), # 13 Exhibit 13 (under seal)) (McFarland, Robert) (Entered: 03/27/2014) |
| 03/27/2014 | 479 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/27/2014) |
| 03/27/2014 | 480 | Memorandum in Support re 479 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 03/27/2014) |
| 03/27/2014 | 481 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 479 MOTION to Seal (McFarland, Robert) (Entered: 03/27/2014) |
| 03/27/2014 | 🔒 | (Court only) Deadline 1 Suspense due by 4/10/2014 response to 479 . (ldab, ) (Entered: 04/01/2014) |
| 03/28/2014 | 482 | Response to 453 MOTION in Limine *#4 (renewed)* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Snow, W. Ryan) (Entered: 03/28/2014) |
| 03/28/2014 | 483 | MOTION to Seal *Plaintiff's Response to Addendum to Samsung's Motion in Limine #4* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 03/28/2014) |
| 03/28/2014 | 484 | Memorandum in Support re 483 MOTION to Seal *Plaintiff's Response to Addendum to Samsung's Motion in Limine #4* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 03/28/2014) |
| 03/28/2014 | 485 | NOTICE by Virginia Innovation Sciences, Inc. re 483 MOTION to Seal *Plaintiff's Response to Addendum to Samsung's Motion in Limine #4* (Snow, W. Ryan) (Entered: 03/28/2014) |
| 03/28/2014 | 486 | Response to 443 MOTION in Limine *#11* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Snow, W. Ryan) (Entered: 03/28/2014) |
| 03/28/2014 | 487 | MOTION to Seal *Exhibit 2 to Response to Samsung's Motion in Limine* |

| | | #11 by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 03/28/2014) |
|---|---|---|
| 03/28/2014 | 488 | Memorandum in Support re 487 MOTION to Seal *Exhibit 2 to Response to Samsung's Motion in Limine #11* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 03/28/2014) |
| 03/28/2014 | 489 | NOTICE by Virginia Innovation Sciences, Inc. re 487 MOTION to Seal *Exhibit 2 to Response to Samsung's Motion in Limine #11* (Snow, W. Ryan) (Entered: 03/28/2014) |
| 03/28/2014 | 490 | Response to 455 MOTION in Limine *#13* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 03/28/2014) |
| 03/28/2014 | 491 | Response to 457 MOTION in Limine *#14* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 03/28/2014) |
| 03/28/2014 | 🔒 | (Court only) Deadline 2 Suspense due by 4/11/2014 response to 483 & 487 (ldab, ) (Entered: 04/01/2014) |
| 03/28/2014 | 🔒 525 | Sealed Document re 479 MOTION to Seal . # 1 Letter) (ldab, (Entered: 04/03/2014) |
| 03/28/2014 | 🔒 526 | Sealed Exhibits re 479 MOTION to Seal . (Attachments: # 1 sealed exhibit 1, # 2 sealed exhibit 2, # 3 sealed exhibit 3, # 4 sealed exhibit 4, # 5 sealed exhibit 5, # 6 sealed exhibit 6, # 7 sealed exhibit 7, # 8 sealed exhibit 8, # 9 sealed exhibit 9, # 10 sealed exhibit 10, # 11 sealed exhibit 11, # 12 sealed exhibit 12, # 13 sealed exhibit 13)(ldab, ) (Entered: 04/03/2014) |
| 03/28/2014 | 🔒 528 | Sealed Exhibit re 486 Response. (Attachments: # 1 sealed exhibit 2 part 1, # 2 sealed exhibit 2 part 2, # 3 sealed exhibit 2 part 3)(ldab, ) (Entered: 04/03/2014) |
| 03/31/2014 | 492 | ORDER re: 141 Motion to Strike 141 MOTION to Strike 131 Answer to Complaint, Counterclaim,, *or, in the Alternative, Motion for Summary Judgment on Defendants' Thirteenth Counterclaim Related to Inequitable Conduct*, 266 MOTION to Bifurcate , 154 MOTION and Memorandum in Support of Request for Judicial Notice re 152 Response in Opposition to Motion, ; 154 Motion ; 266 Motion to Bifurcate. For the reasons stated above, Plaintiff's motion to strike, or, in the alternative, for summary judgment with regard to Defendants' Thirteenth Counterclaim is hereby GRANTED, in part, and DENIED, in part. ECF No. 141. Defendants were permitted to add the inequitable conduct counterclaim and affirmative defense without leave of court under either the permissive or moderate interpretations of Federal Rule of Civil Procedure 15. Accordingly, Plaintiff's Motion to Strike is DENIED. ECF No. 141. Plaintiff's Motion for Summary Judgment is GRANTED. ECF No. 141. Defendants' Request for Judicial Notice is GRANTED. ECF No. 154. Plaintiff's Motion to Bifurcate is DENIED as moot. ECF No. 266. IT IS SO ORDERED. Signed by District Judge Mark S. Davis on 3/28/14 and filed 3/31/14. Copies distributed to all parties 3/31/14. (ldab, ) (Entered: 03/31/2014) |

| 03/31/2014 |  | MOTION REFERRED to Magistrate Judge Tommy E. Miller re: 415 MOTION to Withdraw as Attorney *and Brief in Support* (ldab, ) (Entered: 03/31/2014) |
|---|---|---|
| 03/31/2014 | 493 | Response to (154 in 2:13-cv-00332-MSD-TEM) MOTION in Limine *#12* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) Associated Cases: 2:13-cv-00332-MSD-TEM, 2:12-cv-00548-MSD-TEM(Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 494 | Declaration re 493 Response, by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1)(Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 495 | ORDER Granting 415 Motion to Withdraw as Attorney. On this day came Virginia Innovation Sciences, Inc., by counsel, upon its Motion for Leave to Withdraw Appearance of Aaron Purser as counsel for plaintiff, and, upon consideration thereof, it is ORDERED that the Motion is GRANTED. The Clerk shall remove Aaron Purser's name from all future service lists and indices after March 11,2014. Signed by Magistrate Judge Tommy E. Miller and filed on 3/31/14. Copies distributed to all parties 3/31/14. (ldab, ) (Entered: 03/31/2014) |
| 03/31/2014 | 496 | RESPONSE to Motion re (268 in 2:12-cv-00548-MSD-TEM) First MOTION in Limine *to Exclude Inadmissible Evidence (Supplemental Based on New Facts Arising in VIS II) (REDACTED)* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 497 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 498 | Memorandum in Support re 497 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 499 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 497 MOTION to Seal (McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 500 | Opposition to (123 in 2:13-cv-00332-MSD-TEM) Supplemental MOTION in Limine *to Exclude Inadmissible Evidence (REDACTED)* filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. Associated Cases: 2:13-cv-00332-MSD-TEM, 2:12-cv-00548-MSD-TEM(McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 501 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/31/2014) |

| 03/31/2014 | 502 | Memorandum in Support re (501 in 2:12-cv-00548-MSD-TEM) MOTION to Seal , (201 in 2:13-cv-00332-MSD-TEM) MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 03/31/2014) |
|---|---|---|
| 03/31/2014 | 503 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 501 MOTION to Seal (McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 504 | Opposition to (125 in 2:13-cv-00332-MSD-TEM) MOTION to Exclude *Defendants' Undisclosed Invalidity Contentions (REDACTED)* filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. Associated Cases: 2:13-cv-00332-MSD-TEM, 2:12-cv-00548-MSD-TEM(McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 505 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 506 | Memorandum in Support re 505 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 507 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 505 MOTION to Seal (McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 508 | Declaration re 496 Response to Motion, 504 Opposition, 500 Opposition, by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 (under seal), # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6 (under seal), # 7 Exhibit 7 (under seal), # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17 (under seal), # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20 (under seal), # 21 Exhibit 21, # 22 Exhibit 22)(McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 509 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 510 | Memorandum in Support re 509 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 511 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics |

| | | |
|---|---|---|
| | | Co., LTD., Samsung Telecommunications America, LLC. re 509 MOTION to Seal (McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 512 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC., Virginia Innovation Sciences, Inc. re 468 Order, *Joint Notice of Status of Inter Partes Proceedings of the Patents-In-Suit in the United States Patent and Trademark Office* (Attachments: # 1 Exhibit A)(McConaughy, Sarah) (Entered: 03/31/2014) |
| 03/31/2014 | 513 | Response to (144 in 2:13-cv-00332-MSD-TEM) Memorandum in Support,, *Defendants Addenda to Samsungs Motions in Limine Nos. 1-3 and 5-9* filed by Virginia Innovation Sciences, Inc.. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 514 | MOTION to Seal *Portions of Plaintiff's Response to Defendants Addenda to Samsungs Motions in Limine Nos. 1-3 and 5-9* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 515 | Memorandum in Support re 514 MOTION to Seal *Portions of Plaintiff's Response to Defendants Addenda to Samsungs Motions in Limine Nos. 1-3 and 5-9* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 516 | NOTICE by Virginia Innovation Sciences, Inc. re 514 MOTION to Seal *Portions of Plaintiff's Response to Defendants Addenda to Samsungs Motions in Limine Nos. 1-3 and 5-9* (Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 517 | Response to (420 in 2:12-cv-00548-MSD-TEM) MOTION to Exclude *Certain Improper Opinions and Testimony of Plaintiff's Technical Expert Dr. Arthur T. Brody* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 518 | MOTION to Seal *Plaintiff's Response to Defendants Daubert Motion to Exclude Certain Alleged Improper Opinions and Testimony of Plaintiffs Technical Expert Dr. Arthur T. Brody* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 519 | Memorandum in Support re 518 MOTION to Seal *Plaintiff's Response to Defendants Daubert Motion to Exclude Certain Alleged Improper Opinions and Testimony of Plaintiffs Technical Expert Dr. Arthur T. Brody* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 520 | NOTICE by Virginia Innovation Sciences, Inc. re 518 MOTION to Seal *Plaintiff's Response to Defendants Daubert Motion to Exclude* |

| | | |
|---|---|---|
| | | *Certain Alleged Improper Opinions and Testimony of Plaintiffs Technical Expert Dr. Arthur T. Brody* (Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 521 | Opposition to (476 in 2:12-cv-00548-MSD-TEM) Supplemental MOTION to Exclude *the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 3, # 2 Exhibit 4, # 3 Exhibit 5)Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 522 | MOTION to Seal *Portions of Plaintiff's Opposition to Defendants Supplemental Daubert Motion to Exclude the Opinion and Testimony of Plaintiffs Damages Expert Dr. Laura Robinson* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 523 | Memorandum in Support re 522 MOTION to Seal *Portions of Plaintiff's Opposition to Defendants Supplemental Daubert Motion to Exclude the Opinion and Testimony of Plaintiffs Damages Expert Dr. Laura Robinson* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 524 | NOTICE by Virginia Innovation Sciences, Inc. re 522 MOTION to Seal *Portions of Plaintiff's Opposition to Defendants Supplemental Daubert Motion to Exclude the Opinion and Testimony of Plaintiffs Damages Expert Dr. Laura Robinson* (Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 🔒 | (Court only) Deadline4 Suspense due by 4/14/2014 response to 497 , 505 , 509 , 514 , 518 & 522 . (ldab, ) (Entered: 04/01/2014) |
| 04/01/2014 | 🔒 539 | Sealed Document re 497 MOTION to Seal . (Attachments: # 1 sealed response)(ldab, ) (Entered: 04/07/2014) |
| 04/01/2014 | 🔒 540 | Sealed Opposition re 501 MOTION to Seal . (Attachments: # 1 Letter) (ldab, ) (Entered: 04/07/2014) |
| 04/01/2014 | 🔒 541 | Sealed Defendants' Opposition re 505 MOTION to Seal . (Attachments: # 1 Letter)(ldab, ) (Entered: 04/07/2014) |
| 04/01/2014 | 🔒 542 | Sealed Document re 509 MOTION to Seal . (Attachments: # 1 sealed exhibit 3 part 1, # 2 sealed exhibit 3 part 2, # 3 sealed exhibit 6, # 4 sealed exhibit 7, # 5 sealed exhibit 17, # 6 sealed exhibit 20)(ldab, ) (Entered: 04/07/2014) |
| 04/03/2014 | 🔒 527 | Sealed Documents re 482 Response. (Attachments: # 1 sealed exhibit 1, # 2 sealed exhibit 2, # 3 sealed exhibit 3, # 4 sealed exhibit 5, # 5 Letter)(ldab, ) (Entered: 04/03/2014) |
| 04/03/2014 | 529 | REPLY to Response to Motion re (178 in 2:13-cv-00332-MSD-TEM) Supplemental MOTION to Exclude *the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson*, (476 in 2:12-cv-00548-MSD-TEM) Supplemental MOTION to Exclude *the Opinion* |

| | | |
|---|---|---|
| | | *and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson (REDACTED)* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 04/03/2014) |
| 04/03/2014 | 530 | Declaration re 529 Reply to Response to Motion,, by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit 1 (under seal), # 2 Exhibit 2 (under seal))(McFarland, Robert) (Entered: 04/03/2014) |
| 04/03/2014 | 531 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 04/03/2014) |
| 04/03/2014 | 532 | Memorandum in Support re 531 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 04/03/2014) |
| 04/03/2014 | 533 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 531 MOTION to Seal (McFarland, Robert) (Entered: 04/03/2014) |
| 04/03/2014 | 534 | REPLY to Response to Motion re (420 in 2:12-cv-00548-MSD-TEM) MOTION to Exclude *Certain Improper Opinions and Testimony of Plaintiff's Technical Expert Dr. Arthur T. Brody*, (130 in 2:13-cv-00332-MSD-TEM) MOTION to Exclude *Certain Improper Opinions and Testimony of Plaintiff's Technical Expert Dr. Arthur T. Brody (REDACTED)* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 04/03/2014) |
| 04/03/2014 | 535 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 04/03/2014) |
| 04/03/2014 | 536 | Memorandum in Support re 535 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 04/03/2014) |
| 04/03/2014 | 537 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 535 MOTION to Seal (McFarland, Robert) (Entered: 04/03/2014) |
| 04/03/2014 | 538 | REPLY to Response to Motion re (256 in 2:12-cv-00548-MSD-TEM) MOTION to Exclude *Defendants' New Invalidity Contentions and to Preclude Defendants' Expert from Asserting Such Contentions at Trial*, (125 in 2:13-cv-00332-MSD-TEM) MOTION to Exclude *Defendants' Undisclosed Invalidity Contentions* filed by Virginia Innovation |

| | | | |
|---|---|---|---|
| | | | Sciences, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Declaration of Jon Rastegar)Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(Snow, W. Ryan) (Entered: 04/03/2014) |
| 04/03/2014 | 🔒 | | (Court only) Deadline5 Suspense due by 4/17/2014 response to 531 & 535 . (ldab, ) (Entered: 04/04/2014) |
| 04/04/2014 | 🔒 | | (Court only) ***Staff notes referred 476 to MSD chambers (ldab, ) (Entered: 04/04/2014) |
| 04/04/2014 | 🔒 | 543 | Sealed Document re 531 MOTION to Seal . (Attachments: # 1 sealed reply brief in support, # 2 sealed exhibit 1, # 3 sealed exhibit 2)(ldab, ) (Entered: 04/07/2014) |
| 04/04/2014 | 🔒 | 544 | Sealed Document re 535 MOTION to Seal . (Attachments: # 1 sealed rebuttal memorandum in support)(ldab, ) (Entered: 04/07/2014) |
| 04/07/2014 | | | MOTIONs REFERRED to Magistrate Judge Tommy E. Miller re: 462 MOTION to Seal , 427 MOTION to Seal , 439 MOTION to Seal , 421 MOTION to Seal *Supplemental Response to Samsung's Motion in Limine #7 of 10*, 445 MOTION to Seal , 450 MOTION to Seal (ldab, ) (Entered: 04/07/2014) |
| 04/08/2014 | | | Telephone Conference set for 4/8/2014 at 12:00 PM in Chambers before Magistrate Judge Tommy E. Miller. (lwoo) (Entered: 04/08/2014) |
| 04/08/2014 | | 545 | ORDER approving defendant's request to bring 2 lap top computers and related power cords and connectors into the courthouse for use during a final pretrial conference and hearing scheduled 4/10/14. Signed by District Judge Mark S. Davis on 4/8/14. (Attachments: # 1 Letter)(afar) (Entered: 04/08/2014) |
| 04/08/2014 | | 546 | ORDER approving the plaintiff's request to bring two lap top computers and related power cords and connectors into the Courthouse for use during a final pretrial conference and a hearing scheduled on 4/10/14. Signed by District Judge Mark S. Davis on 4/8/14. (Attachments: # 1 Letter) (copy given to CSO 4/8/14)(afar) (Entered: 04/08/2014) |
| 04/08/2014 | | 547 | ORDER granting (421) Motion to Seal in case 2:12-cv-00548-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 4/8/14. Copies distributed to all parties 4/9/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 04/09/2014) |
| 04/08/2014 | | 548 | ORDER granting (427) Motion to Seal in case 2:12-cv-00548-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 4/8/14. Copies distributed to all parties 4/9/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 04/09/2014) |
| 04/08/2014 | | 549 | ORDER granting (439) Motion to Seal in case 2:12-cv-00548-MSD- |

| | | |
|---|---|---|
| | | TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 4/8/14. Copies distributed to all parties 4/9/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 04/09/2014) |
| 04/08/2014 | 550 | ORDER granting (445) Motion to Seal in case 2:12-cv-00548-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 4/8/14. Copies distributed to all parties 4/9/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 04/09/2014) |
| 04/08/2014 | 551 | ORDER granting (450) Motion to Seal in case 2:12-cv-00548-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 4/8/14. Copies distributed to all parties 4/9/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 04/09/2014) |
| 04/08/2014 | 552 | ORDER granting (462) Motion to Seal in case 2:12-cv-00548-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 4/8/14. Copies distributed to all parties 4/9/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 04/09/2014) |
| 04/10/2014 | 553 | Motion Hearing before District Judge Mark S. Davis held on 4/10/2014 re 416 MOTION for Reconsideration re 413 Order on Motion for Summary Judgment,,,,, *in Light of the United States Patent and Trademark Offices Inter Partes Review Decisions Regarding the Patents-in-Suit* filed by Virginia Innovation Sciences, Inc. Attorneys Timothy Grochocinski, T. John Ward, Jr., Edward Casto, Jr., and Ryan Snow appeared on behalf of the plaintiff. Attorneys Brett Williamson, Cameron Westin, Brian Berliner, Susan Van Keulen, and Robert Mcfarland appeared on behalf of the defendants. Court conducted inquiry of counsel re: breach of obligation of the duty of candor. Argument of counsel heard re: Courts inclination to stay the proceeding pending IPR of the PTAB. Court will allow counsel to file a position on the Courts inclination to stay the entire proceedings by 5:00pm on Friday, April 11, 2014. The position shall be no more than five pages. Court will issue an order. Court adjourned. (Court Reporter Paul McManus, OCR.)(ptom) (Entered: 04/10/2014) |
| 04/10/2014 | | (Court only) Deadline 3 Suspense due by 4/11/2014. Parties position (5 pg limit) to Courts inclination to stay the case is due by 5:00pm today, 4/11/14. (ptom, ) (Entered: 04/10/2014) |
| 04/10/2014 | 554 | TRANSCRIPT of Proceedings, Hearing on Motion for Reconsideration, held on 4/10/2014, before Judge Mark S. Davis, Court Reporter/Transcriber Paul McManus, Telephone number 757-222-7077. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is** |

| | | |
|---|---|---|
| | | located on our website at **www.vaed.uscourts.gov** Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 5/12/2014. Redacted Transcript Deadline set for 6/10/2014. Release of Transcript Restriction set for 7/9/2014.(mcmanus, paul) (Entered: 04/10/2014) |
| 04/10/2014 | 555 | ORDER ON FINAL PRETRIAL CONFERENCE. Signed by Magistrate Judge Tommy E. Miller and filed on 4/10/14. Copies distributed to all parties 4/10/14. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 04/10/2014) |
| 04/11/2014 | | MOTION REFERRED to Magistrate Judge Tommy E. Miller re: 479 MOTION to Seal (ldab, ) (Entered: 04/11/2014) |
| 04/11/2014 | 556 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 553 Motion Hearing,,,, *Defendants' Position Statement Regarding Proposed Stay Pending Inter Partes Review Proceedings* (McFarland, Robert) (Entered: 04/11/2014) |
| 04/11/2014 | 557 | ORDER : (443) Motion in Limine in case 2:12-cv-00548-MSD-TEM; (149) Motion in Limine in case 2:13-cv-00332-MSD-TEM. Samsung's Motion in Limine #11 is GRANTED, in part, and DENIED, in part. Mot. in Lim. #11, ECF No. 443 (Case No. 2:12cv548), ECF No. 149 (Case No. 2:13cv332). The Court GRANTS the motion with regard to VIS I, 2:12cv548. Mot. in Lim. #11, ECF No. 443 (Case No. 2:12cv548). However, with regard to VIS II, 2:13cv332, the Court DENIES the motion as moot. Mot. in Lim. #11, ECF No. 149 (Case No. 2:13cv332). IT IS SO ORDERED. Signed by District Judge Mark S. Davis on 4/11/14. Copies distributed to all counsel of record 4/11/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 04/11/2014) |
| 04/11/2014 | 558 | NOTICE by Virginia Innovation Sciences, Inc. re 553 Motion Hearing,,,, *Plaintiff's Position Regarding Stay Pending Inter Partes Review* (Snow, W. Ryan) (Entered: 04/11/2014) |
| 04/12/2014 | 559 | NOTICE by Virginia Innovation Sciences, Inc. *Plaintiff's Withdrawal of Opposition to Stay* (Snow, W. Ryan) (Entered: 04/12/2014) |
| 04/14/2014 | 560 | AMENDED ORDER ON FINAL PRETRIAL CONFERENCE. Signed by Magistrate Judge Tommy E. Miller and filed on 4/14/14. Copies distributed to all parties 4/14/14.Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 04/14/2014) |
| 04/14/2014 | 561 | Proposed Voir Dire by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: # 1 Exhibit A)Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 04/14/2014) |

| | | |
|---|---|---|
| 04/14/2014 | 562 | Proposed Jury Instructions by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 04/14/2014) |
| 04/14/2014 | 563 | Proposed Jury Instructions by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 04/14/2014) |
| 04/14/2014 | 564 | Proposed Voir Dire by Virginia Innovation Sciences, Inc.. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(Snow, W. Ryan) (Entered: 04/14/2014) |
| 04/14/2014 | 565 | Proposed Jury Instructions by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1 - Proposed Jury Instructions With Citations, # 2 Exhibit 2 - Proposed Jury Instructions Without Citations) Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(Snow, W. Ryan) (Entered: 04/14/2014) |
| 04/14/2014 | | MOTIONS REFERRED to Magistrate Judge Tommy E. Miller 483 MOTION to Seal *Plaintiff's Response to Addendum to Samsung's Motion in Limine #4*, 487 MOTION to Seal *Exhibit 2 to Response to Samsung's Motion in Limine #11* (ldab, ) (Entered: 04/14/2014) |
| 04/15/2014 | 566 | TELEPHONE CONFERENCE held before District Judge Mark S. Davis on 4/15/2014. Present on the Telephone: Edward Casto, Jr. and W. Ryan Snow, on behalf of Plaintiff; Brett Williamson and Robert McFarland, on behalf of Defendants.Matter came on for a telephone conference. The parties indicated that they are working to resolve the matter in a way that will not necessitate a trial. The trial has been continued to May 27, 2014, at 10:00 a.m., to allow the parties time to resolve the case, such that trial will not be necessary. A Show Cause hearing is scheduled for May 2, 2014, at 11:00 a.m., for the parties to show cause why they have not reached such an agreement. If the parties reach an agreement and submit the appropriate notice to the Court prior to May 2, 2014, no hearing will be necessary. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(vwar) (Entered: 04/15/2014) |
| 04/15/2014 | | Jury Trial reset for 5/27/2014 at 10:00 AM in Norfolk Courtroom 5 before District Judge Mark S. Davis. Show Cause Hearing set for 5/2/2014 11:00 AM in Norfolk Courtroom 5 before District Judge Mark S. Davis. (vwar) (Entered: 04/15/2014) |
| 04/18/2014 | | MOTIONS REFERRED to Magistrate Judge Tommy E. Miller re: 497 MOTION to Seal , 505 MOTION to Seal , 514 MOTION to Seal *Portions of Plaintiff's Response to Defendants Addenda to Samsungs Motions in Limine Nos. 1-3 and 5-9*, 522 MOTION to Seal *Portions of Plaintiff's Opposition to Defendants Supplemental Daubert Motion to Exclude the Opinion and Testimony of Plaintiffs Damages Expert Dr. Laura Robinson*, 518 MOTION to Seal *Plaintiff's Response to* |

| | | |
|---|---|---|
| | | *Defendants Daubert Motion to Exclude Certain Alleged Improper Opinions and Testimony of Plaintiffs Technical Expert Dr. Arthur T. Brody*, 509 MOTION to Seal (ldab, ) (Entered: 04/18/2014) |
| 04/21/2014 | | MOTIONS REFERRED to Magistrate Judge Tommy E. Miller re: 535 MOTION to Seal , 531 MOTION to Seal (ldab, ) (Entered: 04/21/2014) |
| 04/29/2014 | 567 | STIPULATION *(JOINT)* by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 04/29/2014) |
| 04/29/2014 | 568 | NOTICE by Virginia Innovation Sciences, Inc. *of Stipulated Final Judgment* (Snow, W. Ryan) (Entered: 04/29/2014) |
| 04/30/2014 | | Notice of Correction re 568 NOTICE - An incorrect document was filed.. The filing user has been notified to refile their proposed order in the clerk's office instead of electronic or file a motion and attach proposed order with all signatures.(ldab, ) (Entered: 04/30/2014) |
| 05/02/2014 | 569 | OPINION AND ORDER Denying (416) Motion for Reconsideration in case 2:12-cv-00548-MSD-TEM. Signed by District Judge Mark S. Davis and filed on 5/2/14. Copies distributed to all parties 5/2/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/02/2014) |
| 05/02/2014 | 570 | NOTICE by Virginia Innovation Sciences, Inc. *OF STATUS OF INTER PARTES PROCEEDINGS REGARDING U.S. PATENT NOS. 7,899,492 AND 8,050,711* (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Snow, W. Ryan) (Entered: 05/02/2014) |
| 05/05/2014 | 571 | ORDER granting (479) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (181) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 572 | ORDER granting (483) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (185) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 573 | ORDER granting (487) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (189) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 574 | ORDER granting (497) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (197) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on |

| | | |
|---|---|---|
| | | 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 575 | ORDER granting (501) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (201) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 576 | ORDER granting (505) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (205) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 577 | ORDER granting (509) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (209) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 578 | ORDER granting (514) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (214) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 579 | ORDER granting (518) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (218) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 580 | ORDER granting (522) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (222) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 581 | ORDER granting (531) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (229) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| | | |

| 05/05/2014 | 582 | ORDER granting (535) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (233) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| --- | --- | --- |
| 05/05/2014 | 583 | STIPULATED FINAL JUDGMENT - FINAL AND APPEALABLE JUDGMENT.IT IS SO ORDERED. Signed by District Judge Mark S. Davis and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/12/2014 | 584 | NOTICE OF APPEAL by Virginia Innovation Sciences, Inc.. Filing fee $ 505, receipt number 0422-3958897. (Snow, W. Ryan) (Entered: 05/12/2014) |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | | |
|---|---|---|
| VIRGINIA INNOVATION | § | |
| SCIENCES, INC., | § | CIVIL ACTION NOS. |
| | § | 2:12-cv-00548-MSD-TEM |
| Plaintiff, | § | 2:13-cv-00332-MSD-TEM |
| | § | |
| v. | § | |
| | § | |
| SAMSUNG ELECTRONICS. CO., LTD, | § | |
| SAMSUNG ELECTRONICS AMERICA, | § | |
| INC., AND SAMSUNG | § | |
| TELECOMMUNICATIONS AMERICA, | § | |
| LLC, | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF APPEAL**
**(TO THE U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT)**

Notice is hereby given that Virginia Innovation Sciences, Inc., ("VIS"), plaintiff in the above named cases ("VIS I" and "VIS II," respectively), hereby appeals to the United States Court of Appeals for the Federal Circuit from the Stipulated Final Judgments (VIS I, ECF No. 583 and VIS II, ECF No. 284) entered in these actions on May 5, 2014, and all orders that are intertwined with, related to or resulted in that judgment including, but not limited to:

- Opinion and Order (VIS II, ECF No. 250) on Defendants' Motion for Partial Summary Judgment (VIS II, ECF No. 85), entered on April 11, 2014; and

- Order (VIS I, ECF No. 557 and VIS II, ECF No. 252) on Defendants' Motion in Limine No. 11 (VIS I, ECF No. 443 and VIS II, ECF No. 149), entered on April 11, 2014.

In addition, VIS appeals to the United States Court of Appeals for the Federal Circuit all opinions, orders, and rulings decided adversely to VIS concerning the issues of validity and willful infringement, which are now final, including, but not limited to:

- Opinion and Order (VIS I, ECF No. 413) on Defendants' Motion for Summary Judgment (VIS I, ECF No. 134), entered on January 8, 2014;

- Opinion and Order (VIS I, ECF No. 569) on VIS's Motion for Reconsideration (VIS I, ECF No. 416), entered on May 2, 2014; and

- All underlying decisions, orders and rulings related to, supporting, or incorporated in the above referenced orders that were decided adversely to VIS.

Included is payment of the $5 filing fee required by 28 U.S.C. § 1917 and the $450 docketing fee required by Federal Circuit Rule 52(a)(3)(A), paid to this Court pursuant to Federal Rule of Appellate Procedure 3(e) and Federal Circuit Rule 52(a)(2).

DATED:     May 12, 2014                    VIRGINIA INNOVATION SCIENCES, INC.


By: _____ */s/ W. Ryan Snow* _____
W. Ryan Snow, VSB No. 47423
David C. Hartnett, VSB No. 80452
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
wrsnow@cwm-law.com
dhartnett@cwm-law.com

Edward E. Casto, Jr., Esq. (*pro hac vice*)
Edward R. Nelson, III, Esq. (*pro hac vice*)
Thomas C. Cecil, Esq. (*pro hac vice*)
Jonathan H. Rastegar, Esq. (*pro hac vice*)
Anthony Vecchione, Esq. (*pro hac vice*)
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone: (817) 377-9111
Facsimile: (817) 377-3485
enelson@nbclaw.net
ecasto@nbclaw.net
tcecil@nbclaw.net
jrastegar@nbclaw.net
avecchione@nbclaw.net

Timothy E. Grochocinski, Esq. (*pro hac vice*)
INNOVALAW, P.C.
1900 Ravinia Place
Orland Park, Illinois 60462
Telephone: (708) 675-1975
teg@innovalaw.com

*Counsel for Virginia Innovation Sciences, Inc.*

3

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of May 2014, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Virginia, Norfolk Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                          */s/ W. Ryan Snow*
                                        W. Ryan Snow, VSB No. 47423
                                        David C. Hartnett, VSB No. 80452
                                        CRENSHAW, WARE & MARTIN, P.L.C.
                                        150 West Main Street, Suite 1500
                                        Norfolk, Virginia 23510
                                        Telephone: (757) 623-3000
                                        Facsimile: (757) 623-5735
                                        wrsnow@cwm-law.com
                                        dhartnett@cwm-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| VIRGINIA INNOVATION SCIENCES, INC., | § § § § | CIVIL ACTION NOS. 2:12-cv-00548-MSD-TEM 2:13-cv-00332-MSD-TEM |
| Plaintiff, | § § | |
| v. | § § | |
| SAMSUNG ELECTRONICS. CO., LTD, SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | § § § § § § | |
| Defendants. | § | |

## STIPULATED FINAL JUDGMENT

In the Court's April 11, 2014 Opinion and Order (VIS II, ECF No. 250) on Defendants' Motion for Partial Summary Judgment (VIS II, ECF No. 85) and Order (VIS I, ECF No. 557) on Defendants' Motion in Limine No. 11 (VIS I, ECF No. 443 and VIS II, ECF No. 149), the Court made the following rulings:

(a) "Under a literal infringement theory, the accused MHL-enabled products in VIS II do not directly infringe the asserted claims of the '268, '381, and '398 patents" because they do not include an HDMI output from the mobile terminal;

(b) "a finding under the doctrine of equivalents that MHL is equivalent to HDMI would essentially render the HDMI limitation meaningless and would vitiate the limitation" in the asserted claims of the '268, '381, and '398 patents;

1

(c) Plaintiff failed to timely present a theory of infringement under the doctrine of equivalents in VIS I under Fed. R. Civ. P. 26;

(d) Plaintiff is precluded from arguing that the accused smartphones in VIS I infringe the asserted claims of '268 Patent, the '381 Patent, and the '398 Patent under the doctrine of equivalents;

(e) "a reasonable fact finder could not find MHL to be an equivalent to HDMI in the output interface limitations" of those claims;

(f) "any conversion to a display format, i.e. an uncompressed format, must occur prior to its transmission from the mobile terminal to the alternative display via an output interface. Thus, a format which requires not just decoding, but deconstruction and reassembly after it is received by the alternative display is not a 'display format'";

(g) "when the MHL signal arrives at the alternative display, the previously interleaved segments of data must be deconstructed and reassembled into the original four channels of data, and the clock channel must be divided by a factor of three, before the data can be displayed"; and

(h) "no reasonable jury could find that MHL constitutes a 'display format,' as HDMI does"
(ECF No. 250).

On April 29, 2014, Plaintiff and Defendants made the following stipulations:

(a) The Court's Summary Judgment Order found that the accused MHL-enabled products of VIS II do not directly infringe the asserted claims of the '268, '381, and '398 Patents, either literally or under the doctrine of equivalents;

(b) Pursuant to the Court's determination that MHL is not an equivalent of HDMI, the MHL-enabled accused products in VIS II also cannot indirectly infringe the asserted claims of the

2

'268, '381 and '398 Patents when used in conjunction with an intermediate device because conversion to HDMI does not occur prior to transmission from the mobile terminal;

(c) The Court's Summary Judgment Order found that the accused MHL-enabled products of VIS II do not directly infringe the asserted claims of the '492, '711, and '268 Patents;

(d) Pursuant to the Court's determination that MHL is not a "display format," even drawing the inference in VIS's favor that HDMI is a display format, the MHL-enabled accused products cannot infringe the asserted claims of the '492, '711, and '268 Patents when used in conjunction with an intermediate device because conversion to a "display format" does not occur prior to transmission from the mobile terminal;

(e) Although the Court's Summary Judgment Opinion and Order (VIS II, ECF No. 250) addressed only accused products in VIS II, the accused products in VIS I cannot infringe the asserted claims for the same reasons;

(f) Plaintiff hereby dismisses without prejudice its claims against Samsung's Droid Charge as an accused product, and that product should be deleted from paragraph 37 of the Court's Amended Final Pretrial Order, which was entered on April 14, 2014. VIS I, ECF No. 560 at 4. As a result, all remaining accused products are either MHL-enabled, or are intermediate devices, and therefore governed by the Court's Summary Judgment Opinion and Order, and Plaintiff is precluded from offering evidence of infringement on any accused product remaining in either VIS I or VIS II;

(g) Defendants dismiss without prejudice their respective counterclaims for declaratory judgment of invalidity and unenforceability; and

(h) Defendants will not move for costs and attorneys' fees, if at all, until after resolution of the contemplated appeal, or within thirty (30) days following the deadline for filing a notice of appeal, whichever is later.

(VIS I, ECF No. 567; VIS II, ECF No. 267). These stipulations were to facilitate the immediate appeal of the Court's Final Judgment. Defendants contend that there are additional grounds for non-infringement and invalidity of all the asserted claims that are not addressed in the Court's summary judgment orders or as part of invalidity proceedings currently pending before the Patent & Trademark Office, and reserve their right to assert such additional grounds in the event that the appellate court remands the case to the District Court. Plaintiff agrees not to assert that the stipulations and corresponding appeal constitute grounds for challenging these defenses as waived in such a remand proceeding.

On April 15, 2014, the Parties indicated they were working to resolve the matter in a way that would not necessitate a trial, and the Court continued trial to May 27, 2014. (VIS I, ECF No. 566; VIS II, ECF No. 261.)

In accordance with the above, the Court hereby enters Final Judgment in this matter as follows:

1. **FINAL JUDGMENT** with respect to Plaintiff's claims of infringement of the '492 Patent against Defendants is entered against Plaintiff and in favor of Defendants, and Plaintiff shall take nothing of and from its claims of infringement of the '492 Patent against Defendants. All of Defendants counterclaims are **DISMISSED WITHOUT PREJUDICE**, without waving Defendants' right to reassert any or all of these claims in this action or another, including but not limited to in the event that the appellate court remands the case to the District Court.

4

2. **FINAL JUDGMENT** with respect to Plaintiff's claims of infringement of the '711 Patent against Defendants is entered against Plaintiff and in favor of Defendants, and Plaintiff shall take nothing of and from its claims of infringement of the '711 Patent against Defendants. All of Defendants counterclaims are **DISMISSED WITHOUT PREJUDICE**, without waving Defendants' right to reassert any or all of these claims in this action or another, including but not limited to in the event that the appellate court remands the case to the District Court.

3. *FINAL JUDGMENT* with respect to Plaintiff's claims of infringement of the '268 Patent against Defendants is entered against Plaintiff and in favor of Defendants, and Plaintiff shall take nothing of and from its claims of infringement of the '268 Patent against Defendants. All of Defendants counterclaims are **DISMISSED WITHOUT PREJUDICE**, without waving Defendants' right to reassert any or all of these claims in this action or another, including but not limited to in the event that the appellate court remands the case to the District Court.

4. **FINAL JUDGMENT** with respect to Plaintiff's claims of infringement of the '381 Patent against Defendants is entered against Plaintiff and in favor of Defendants, and Plaintiff shall take nothing of and from its claims of infringement of the '381 Patent against Defendants. All of Defendants counterclaims are **DISMISSED WITHOUT PREJUDICE**, without waving Defendants' right to reassert any or all of these claims in this action or another, including but not limited to in the event that the appellate court remands the case to the District Court.

5. **FINAL JUDGMENT** with respect to Plaintiff's claims of infringement of the '398 Patent against Defendants is entered against Plaintiff and in favor of Defendants, and Plaintiff

shall take nothing of and from its claims of infringement of the '398 Patent against Defendants. All of Defendants counterclaims are **DISMISSED WITHOUT PREJUDICE**, without waving Defendants' right to reassert any or all of these claims in this action or another, including but not limited to in the event that the appellate court remands the case to the District Court.

6. The deadline for the parties to seek recovery of costs (including filing a Notice of Application and proposed Bill of Costs) and/or attorney's fees is extended to thirty (30) days following issuance of a mandate in any appeal from this Final Judgment. To the extent no such appeal is filed, the deadline shall be thirty (30) days following the deadline for filing a notice of appeal.

7. Subject to paragraph 6, all claims between the parties have now been resolved. This is a **FINAL AND APPEALABLE JUDGMENT**.

**IT IS SO ORDERED.**

May 5, 2014
Norfolk, Virginia

/s/ Mark S. Davis

Mark S. Davis
**United States District Judge**

Mark S. Davis
UNITED STATES DISTRICT JUDGE

6

By: _[signature]_

W. Ryan Snow, VSB No. 47423
David C. Hartnett, VSB No. 80452
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
wrsnow@cwm-law.com
dhartnett@cwm-law.com

Edward E. Casto, Jr., Esq. (*pro hac vice*)
Edward R. Nelson, III, Esq. (*pro hac vice*)
Thomas C. Cecil, Esq. (*pro hac vice*)
Jonathan H. Rastegar, Esq. (*pro hac vice*)
Anthony Vecchione, Esq. (*pro hac vice*)
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone: (817) 377-9111
Facsimile: (817) 377-3485
enelson@nbclaw.net
ecasto@nbclaw.net
tcecil@nbclaw.net
jrastegar@nbclaw.net

Timothy E. Grochocinski, Esq. (*pro hac vice*)
INNOVALAW, P.C.
1900 Ravinia Place
Orland Park, Illinois 60462
Telephone: (708) 675-1975
teg@innovalaw.com

**Counsel for Virginia Innovation Sciences, Inc.**

By: _[signature]_

Robert W. McFarland, VSB No. 24021
rmcfarland@mcguirewoods.com
Sarah K. McConaughy, VSB No. 80674
smcconaughy@mcguirewoods.com
MCGUIREWOODS LLP
World Trade Center
101 West Main Street, Suite 9000
Norfolk, Virginia 23510-1655
Telephone: (757) 640-3716
Facsimile: (757) 640-3966

Brett J. Williamson (*pro hac vice*)
bwilliamson@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
Telephone: (949) 760-9600
Facsimile: (949) 823-6994

**Counsel for Defendants Samsung
Electronics Co., Ltd., Samsung Electronics
America, Inc., and Samsung
Telecommunications America, LLC**

APPEAL,CLOSED,JURY,PATENT

# U.S. District Court
## Eastern District of Virginia - (Norfolk)
## CIVIL DOCKET FOR CASE #: 2:12-cv-00548-MSD-TEM
## Internal Use Only

| | |
|---|---|
| Virginia Innovation Sciences, Inc. v. Samsung Electronics Co., LTD. et al | Date Filed: 10/04/2012 |
| Assigned to: District Judge Mark S. Davis | Date Terminated: 05/05/2014 |
| Referred to: Magistrate Judge Tommy E. Miller | Jury Demand: Plaintiff |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Virginia Innovation Sciences, Inc.** | represented by | **Timothy E. Grochocinski** |

InnovaLaw, P. C.
1900 Ravinia Place
Orland Park, IL 60462
**NA**
(708) 675-1974
Fax: (708) 675-1786
Email: teg@innovalaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. Ryan Snow**
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA 23510
(757) 623-3000
Fax: (757) 623-5735
Email: wrsnow@cwm-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Ward Purser**
InnovaLaw, P. C.
1900 Ravinia Place
Orland Park, IL 60462
NA
(708) 675-1783
Fax: (708) 675-1786
Email: apurser@innovalaw.com
*TERMINATED: 03/31/2014*
*PRO HAC VICE*

**Anthony Michael Vecchione**
Nelson Bumgardner Casto, P. C.
3131 West 7th St
Suite 300
Fort Worth, TX 76107
NA
(817) 377-9111
Fax: (817) 377-3485
Email: avecchione@nbclaw.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Claire Abernathy Henry**
Ward & Smith Law Firm
1127 Judson Rd
Suite 220
Longview, TX 75601
**NA**
(903) 757-6400
Fax: (903) 757-2323
Email: claire@wsfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Caldwell Hartnett**
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA 23510
(757) 623-3000
Fax: (757) 623-5735
Email: dhartnett@cwm-law.com
*ATTORNEY TO BE NOTICED*

**Edward E Casto , Jr**
Nelson Bumgardner Casto, P. C.
3131 West 7th St
Suite 300
Fort Worth, TX 76107
**NA**
(817) 377-9111
Fax: (817) 377-3485
Email: ecasto@nbclaw.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward R Nelson , III**
Nelson Bumgardner Casto, P. C.
3131 West 7th St
Suite 300

Fort Worth, TX 76107
**NA**
(817) 377-9111
Fax: (817) 377-3485
Email: enelson@nbclaw.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan Hart Rastegar**
Nelson Bumgardner Casto, P. C.
3131 West 7th St
Suite 300
Fort Worth, TX 76107
**NA**
(817) 377-9111
Fax: (817) 377-3485
Email: jrastegar@nbclaw.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Paul Oldaker**
InnovaLaw, P. C.
1900 Ravinia Place
Orland Park, IL 60462
**NA**
(708) 675-1975
Fax: (708) 675-1786
Email: joldaker@innovalaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas C Cecil**
Nelson Bumgardner Casto, P. C.
3131 West 7th St
Suite 300
Fort Worth, TX 76107
**NA**
(817) 377-9111
Fax: (817) 377-3485
Email: tcecil@nbclaw.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas John Ward , Jr**
Ward & Smith Law Firm
1127 Judson Rd
Suite 220
Longview, TX 75601
**NA**
(903) 757-6400

Fax: (903) 757-2323
Email: jw@wsfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung Electronics Co., LTD.**               represented by   **Jonathan Patrick Crawford**
O'Melveny & Myers LLP
2765 Sand Hill Rd
Menlo Park, CA 94025
\*\*NA\*\*
(650) 473-2600
Fax: (650) 473-2601
Email: jcrawford@omm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
O'Melveny & Myers LLP
400 South Hope St
18th Floor
Los Angeles, CA 90071
\*\*NA\*\*
(213) 430-6000
Fax: (213) 430-6407
Email: jraphael@omm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
O'Melveny & Meyers LLP
610 Newport Center Drive17th Floor
Newport Beach, CA 92660
\*\*NA\*\*
(949) 760-9600
Fax: (949) 823-6994
Email: srives@omm.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
O'Melveny & Meyers LLP
610 Newport Center Drive17th Floor
Newport Beach, CA 92660
\*\*NA\*\*
(949) 760-9600
Fax: (949) 823-6994

Email: bwilliamson@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
O'Melveny & Myers LLP
400 South Hope St
18th Floor
Los Angeles, CA 90071
**NA**
(213) 430-6000
Fax: (213) 430-6407
Email: bberliner@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
O'Melveny & Meyers LLP
610 Newport Center Drive17th Floor
Newport Beach, CA 92660
**NA**
(949) 760-9600
Fax: (949) 823-6994
Email: cwestin@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Samuel Namrow**
O'Melveny & Myers LLP (DC-NA)
1625 Eye Street NW
Washington, DC 20006
**NA**
(202) 383-5300
Fax: (202) 383-5414
Email: enamrow@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
O'Melveny & Myers LLP
400 South Hope St
18th Floor
Los Angeles, CA 90071
**NA**
(213) 430-6000
Fax: (213) 430-6407
Email: mbreverman@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
McGuireWoods LLP
101 W Main St
Suite 9000
Norfolk, VA 23510-1655
(757) 640-3700
Fax: (757) 640-3701
Email: rmcfarland@mcguirewoods.com

*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
O'Melveny & Meyers LLP
610 Newport Center Drive
17th Floor
Newport Beach, CA 92660
**NA**
(949) 760-9600
Fax: (949) 823-6994
Email: smehta@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
McGuireWoods LLP (Norfolk)
101 W Main St
Suite 9000
Norfolk, VA 23510-1655
(757) 640-3710
Fax: (757) 640-3939
Email:
smcconaughy@mcguirewoods.com
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
O'Melveny & Myers LLP
2765 Sand Hill Rd
Menlo Park, CA 94025
NA
(650) 473-2600
Fax: (650) 473-2601
Email: svankeulen@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung Electronics America, Inc.**      represented by    **Jonathan Patrick Crawford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Samuel Namrow**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung Telecommunications**            represented by **Jonathan Patrick Crawford**
**America, LLC.**                                          (See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Samuel Namrow**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
O'Melveny & Myers LLP
2765 Sand Hill Rd
Menlo Park, CA 94025
**NA**
(650) 473-2600
Fax: (650) 473-2601
Email: svankeulen@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Silicon Image, Inc.**
*Non Party*

**Movant**

**MHL, LLC**
*Non-Party*

**Counter Claimant**

**Samsung Electronics America, Inc.**          represented by **Jonathan Patrick Crawford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
O'Melveny & Meyers LLP
610 Newport Center Drive17th Floor
Newport Beach, CA 92660
NA
(949) 760-9600
Fax: (949) 823-6994
Email: bwilliamson@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
O'Melveny & Myers LLP
400 South Hope St
18th Floor
Los Angeles, CA 90071
NA
(213) 430-6000
Fax: (213) 430-6407
Email: bberliner@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
O'Melveny & Meyers LLP
610 Newport Center Drive17th Floor
Newport Beach, CA 92660
NA
(949) 760-9600
Fax: (949) 823-6994
Email: cwestin@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Samuel Namrow**
O'Melveny & Myers LLP (DC-NA)
1625 Eye Street NW
Washington, DC 20006
NA
(202) 383-5300
Fax: (202) 383-5414
Email: enamrow@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
O'Melveny & Myers LLP
400 South Hope St

18th Floor
Los Angeles, CA 90071
NA
(213) 430-6000
Fax: (213) 430-6407
Email: mbreverman@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
O'Melveny & Meyers LLP
610 Newport Center Drive
17th Floor
Newport Beach, CA 92660
NA
(949) 760-9600
Fax: (949) 823-6994
Email: smehta@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Samsung Electronics Co., LTD.**          represented by   **Jonathan Patrick Crawford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Samuel Namrow**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Counter Claimant**</u>

**Samsung Telecommunications**          represented by **Jonathan Patrick Crawford**
**America, LLC.**                                        (See above for address)
                                                        *LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Samuel Namrow**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Samsung Electronics America, Inc.**        represented by   **Jonathan Patrick Crawford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Samuel Namrow**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Samsung Electronics Co., LTD.**          represented by   **Jonathan Patrick Crawford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Samsung Telecommunications**          represented by   **Jonathan Patrick Crawford**
**America, LLC.**                                         (See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Samuel Namrow**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Samsung Electronics Co., LTD.**          represented by **Jonathan Patrick Crawford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Samuel Namrow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Samsung Electronics America, Inc.**          represented by     **Jonathan Patrick Crawford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Samuel Namrow**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Samsung Telecommunications America, LLC.**                represented by    **Jonathan Patrick Crawford**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric Samuel Namrow**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Robert William McFarland**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Virginia Innovation Sciences, Inc.**          represented by **Timothy E. Grochocinski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Ryan Snow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Ward Purser**
(See above for address)
*TERMINATED: 03/31/2014*

**Anthony Michael Vecchione**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Claire Abernathy Henry**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Caldwell Hartnett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward E Casto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward R Nelson , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Hart Rastegar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Paul Oldaker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas C Cecil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas John Ward , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 10/04/2012 | 1 | COMPLAINT against Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. ( Filing fee $ 350.00, receipt number 14683031470), filed by Virginia Innovation Sciences, Inc. (received in Norfolk Clerks Office on |

| | | 10/11/2012. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Civil Cover Sheet, # 8 Receipt)(rsim, ) (Entered: 10/12/2012) |
|---|---|---|
| 10/04/2012 | 2 | Financial Interest Disclosure Statement (Local Rule 7.1) by Virginia Innovation Sciences, Inc. (rsim, ) (Entered: 10/12/2012) |
| 10/04/2012 | 🔒 | (Court only) Abatement deadline for 2/1/2013. One of the defendants is an international company (rsim, ) . (Entered: 10/12/2012) |
| 10/04/2012 | 🔒 | (Court only) JURY and PATENT flags set. (rsim, ) (Entered: 10/12/2012) |
| 10/12/2012 | 3 | Report on the filing of an action regarding patents: 7,899,492, 8,050,711, 8,145,268,8,224,381, 7,957,733, and 8,135,398 transmitted to Director of the U.S. Patent and Trademark Office, Alexandria, VA. (rsim, ) (Entered: 10/12/2012) |
| 10/12/2012 | 4 | Three Summonses with one copy each issued as to Samsung Electronics America, Inc., Samsung Electronics Co., LTD., and Samsung Telecommunications America, LLC. and mailed to counsel for service. (Attachments: # 1 Magistrate Judge Notice & Judge's Instructions)(rsim, ) (Entered: 10/12/2012) |
| 10/25/2012 | 5 | NOTICE of Appearance by W. Ryan Snow on behalf of Virginia Innovation Sciences, Inc. (Snow, W. Ryan) (Entered: 10/25/2012) |
| 10/25/2012 | 6 | NOTICE of Appearance by David Caldwell Hartnett on behalf of Virginia Innovation Sciences, Inc. (Hartnett, David) (Entered: 10/25/2012) |
| 10/26/2012 | 7 | Consent MOTION to Withdraw as Attorney by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Reilly, Craig) (Entered: 10/26/2012) |
| 10/30/2012 | | MOTION REFERRED to Magistrate Judge Douglas E. Miller. 7 Consent MOTION to Withdraw as Attorney (rsim, ) (Entered: 10/30/2012) |
| 10/30/2012 | 8 | ORDER granting 7 Motion to Withdraw as Attorney; that the Clerk of the Court shall strike his appearance and to remove him from the CM/ECF service list in this matter; that parties need not serve any further pleadings, motions, or other papers on Craig C. Reilly in this matter. Attorney Craig Crandall Reilly terminated. Signed by Magistrate Judge Douglas E. Miller and filed on 10/30/2012. (rsim, ) (Entered: 10/30/2012) |
| 11/05/2012 | 9 | MOTION for Extension *of Time to File Responsive Pleadings* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A) (Hartnett, David) (Entered: 11/05/2012) |
| 11/06/2012 | 🔒 | (Court only) Suspense response to (9) Motion for extension of time to file due by 11/19/2012. (rsim, ) (Entered: 11/06/2012) |
| | | |

| 11/08/2012 | 10 | SUMMONS Returned Executed as to Samsung Electronics America, Inc. served on 10/23/2012; and as to Samsung Telecommunications America, LLC. served on 10/23/2012 (rsim, ) (Entered: 11/08/2012) |
| 11/08/2012 | 🔒 | (Court only) Deadline 1 Suspense Answers by Samsung Electronics America and Samsung Telecommunications America due by 11/13/2012. (rsim, ) (Entered: 11/08/2012) |
| 11/09/2012 | 🔒 | (Court only) ***Staff notes - Proposed order re: (9) Motion for Extension of Time to file received and forwarded to Judge Miller. (rsim, ) (Entered: 11/09/2012) |
| 11/09/2012 | 11 | AGREED ORDER granting 9 Motion for Extension of Time to File and that Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America LLC shall have through and including January 14, 2013 to answer, plead or otherwise respond to the Complaint filed by VIS in this action. Signed by Magistrate Judge Douglas E. Miller and filed on 11/9/2012. (rsim, ) (Entered: 11/13/2012) |
| 11/13/2012 | 🔒 | (Court only) Deadline 1 Suspense Answers by Samsung Electronics America and Samsung Telecommunications America due by 1/17/2012. (rsim, ) (Entered: 11/13/2012) |
| 11/20/2012 | 🔒 | (Court only) ***Deadlines terminated - response to (9) Motion for extension of time to file. (rsim, ) (Entered: 11/20/2012) |
| 11/20/2012 | 🔒 | (Court only) ***Deadlines terminated - abatement. (rsim, ) (Entered: 11/20/2012) |
| 11/20/2012 | 12 | Motion to appear Pro Hac Vice by Edward E. Casto, Jr. and Certification of Local Counsel W. Ryan Snow Filing fee $ 75, receipt number 0422-3293511. by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 11/20/2012) |
| 11/20/2012 | 13 | Motion to appear Pro Hac Vice by Thomas C. Cecil and Certification of Local Counsel W. Ryan Snow Filing fee $ 75, receipt number 0422-3293528. by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 11/20/2012) |
| 11/20/2012 | 14 | Motion to appear Pro Hac Vice by Edward R. Nelson, III and Certification of Local Counsel W. Ryan Snow Filing fee $ 75, receipt number 0422-3293533. by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 11/20/2012) |
| 11/20/2012 | 15 | Motion to appear Pro Hac Vice by Jonathan H. Rastegar and Certification of Local Counsel W. Ryan Snow Filing fee $ 75, receipt number 0422-3293540. by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 11/20/2012) |
| 11/21/2012 | 🔒 | (Court only) ***Staff notes - Pro Hac Vice motions for Jonathan Hart Rastegar, Edward R. Nelson, III, Thomas C. Cecil and Edward E. Casto, Jr. referred to chambers for consideration. (tlev, ) (Entered: 11/21/2012) |

| | | |
|---|---|---|
| 11/26/2012 | 16 | ORDER granting 12 Motion for Edward E Casto, Jr to appear Pro Hac Vice for Virginia Innovation Sciences, Inc. Signed by District Judge Mark S. Davis and filed on 11/26/2012. (rsim, ) (Entered: 11/26/2012) |
| 11/26/2012 | 17 | ORDER granting 13 Motion for Thomas C Cecil to appear Pro Hac Vice for Virginia Innovation Sciences, Inc. Signed by District Judge Mark S. Davis and filed on 11/26/2012. (rsim, ) (Entered: 11/26/2012) |
| 11/26/2012 | 18 | ORDER granting 14 Motion for Edward R Nelson, III to appear Pro Hac Vice for Virginia Innovation Sciences, Inc. Signed by District Judge Mark S. Davis and filed on 11/26/2012. (rsim, ) (Entered: 11/26/2012) |
| 11/26/2012 | 19 | ORDER granting 15 Motion for Jonathan Hart Rastegar to appear Pro Hac Vice for Virginia Innovation Sciences, Inc. Signed by District Judge Mark S. Davis and filed on 11/26/2012. (rsim, ) (Entered: 11/26/2012) |
| 01/10/2013 | 20 | NOTICE of Appearance by Robert William McFarland on behalf of Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. (McFarland, Robert) (Entered: 01/10/2013) |
| 01/10/2013 | 21 | Motion to appear Pro Hac Vice by Brett Johnston Williamson and Certification of Local Counsel Robert W. McFarland Filing fee $ 75, receipt number 0422-3351317. by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 01/10/2013) |
| 01/10/2013 | 22 | Motion to appear Pro Hac Vice by Cameron William Westin and Certification of Local Counsel Robert W. McFarland Filing fee $ 75, receipt number 0422-3351325. by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 01/10/2013) |
| 01/10/2013 | 23 | Motion to appear Pro Hac Vice by Sanjeev Mehta and Certification of Local Counsel Robert W. McFarland Filing fee $ 75, receipt number 0422-3351333. by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 01/10/2013) |
| 01/10/2013 | 24 | Motion to appear Pro Hac Vice by Eric Samuel Namrow and Certification of Local Counsel Robert W. McFarland Filing fee $ 75, receipt number 0422-3351335. by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 01/10/2013) |
| 01/11/2013 | 🔋 | (Court only) ***Staff notes - Pro Hac Vice motions for Cameron William Westin, Sanjeev Mehta, Brett Johnston Williamson and Eric Samuel Namrow referred to chambers for consideration. (tlev, ) (Entered: 01/11/2013) |
| 01/14/2013 | 25 | Financial Interest Disclosure Statement (Local Rule 7.1) by Samsung |

| | | |
|---|---|---|
| | | Telecommunications America, LLC.. (McFarland, Robert) (Entered: 01/14/2013) |
| 01/14/2013 | 26 | Financial Interest Disclosure Statement (Local Rule 7.1) by Samsung Electronics Co., LTD.. (McFarland, Robert) (Entered: 01/14/2013) |
| 01/14/2013 | 27 | Financial Interest Disclosure Statement (Local Rule 7.1) by Samsung Electronics America, Inc.. (McFarland, Robert) (Entered: 01/14/2013) |
| 01/14/2013 | 28 | ANSWER to 1 Complaint,, COUNTERCLAIM S against Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC..(McFarland, Robert) (Entered: 01/14/2013) |
| 01/14/2013 | 29 | MOTION to Transfer Case by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 01/14/2013) |
| 01/14/2013 | 30 | Brief in Support to 29 MOTION to Transfer Case filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(McFarland, Robert) (Entered: 01/14/2013) |
| 01/14/2013 | 31 | Declaration re 30 Brief in Support, 29 MOTION to Transfer Case *of Christina (Eun Young) Shin* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 01/14/2013) |
| 01/14/2013 | 32 | Declaration re 30 Brief in Support, 29 MOTION to Transfer Case *of Justin Denison* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 01/14/2013) |
| 01/14/2013 | 33 | Declaration re 30 Brief in Support, 29 MOTION to Transfer Case *of James Kiczek* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 01/14/2013) |
| 01/14/2013 | 34 | Declaration re 30 Brief in Support, 29 MOTION to Transfer Case *of Travis Merrill* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 01/14/2013) |
| 01/14/2013 | 35 | Declaration re 30 Brief in Support, 29 MOTION to Transfer Case *of Robert W. McFarland* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 01/14/2013) |
| 01/15/2013 | 🔋 | (Court only) Deadline 1 Suspense due by 1/31/2013 response to 29 motion to transfer. (ldab, ) (Entered: 01/15/2013) |
| 01/15/2013 | | Refer for 16(b) (ldab, ) (Entered: 01/15/2013) |
| | | |

| 01/16/2013 | 36 | ORDER granting 23 Motion for Pro hac vice, Appointed Sanjeev Mehta for Samsung Electronics America, Inc., for Samsung Electronics Co., LTD., and for Samsung Telecommunications America, LLC.. Signed by District Judge Mark S. Davis on 1/15/13 and filed on 1/16/13. (jcow, ) (Entered: 01/17/2013) |
| 01/16/2013 | 37 | ORDER granting 24 Motion for Pro hac vice, Appointed Eric Samuel Namrow for Samsung Electronics America, Inc., for Samsung Electronics Co., LTD., and for Samsung Telecommunications America, LLC.. Signed by District Judge Mark S. Davis on 1/15/13 and filed on 1/16/13. (jcow, ) (Entered: 01/17/2013) |
| 01/16/2013 | 38 | ORDER granting 22 Motion for Pro hac vice, Appointed Cameron William Westin for Samsung Electronics America, Inc., for Samsung Electronics Co., LTD., and for Samsung Telecommunications America, LLC.. Signed by District Judge Mark S. Davis on 1/15/13 and filed on 1/16/13. (jcow, ) (Entered: 01/17/2013) |
| 01/16/2013 | 39 | ORDER granting 21 Motion for Pro hac vice, Appointed Brett Johnston Williamson for Samsung Electronics America, Inc., for Samsung Electronics Co., LTD., and for Samsung Telecommunications America, LLC.. Signed by District Judge Mark S. Davis on 1/15/13 and filed on 1/16/13. (jcow, ) (Entered: 01/17/2013) |
| 01/23/2013 | 40 | RULE 26(f) PRETRIAL ORDER: 16(b) Scheduling Conference set for 2/12/2013 at 10:00 AM in Norfolk. Status Conference set for 2/12/2013 at 10:30 AM in Norfolk Courtroom 5 before District Judge Mark S. Davis. Signed by District Judge Mark S. Davis on 1/22/13, filed 1/23/13. (vwar) (Entered: 01/23/2013) |
| 01/28/2013 | 41 | RESPONSE in Opposition re 29 MOTION to Transfer Case filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (Snow, W. Ryan) (Entered: 01/28/2013) |
| 01/28/2013 | 🔒 | (Court only) Deadline 1 Suspense due by 2/11/2013 reply to 41 response in opposition. (ldab, ) (Entered: 01/28/2013) |
| 01/29/2013 | 42 | ANSWER to Counterclaim re 28 Answer to Complaint, Counterclaim,, by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 01/29/2013) |
| 01/29/2013 | 43 | Motion to appear Pro Hac Vice by Timothy E. Grochocinski and Certification of Local Counsel David C. Hartnett Filing fee $ 75, receipt number 0422-3375919. by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 01/29/2013) |
| 01/29/2013 | 44 | Motion to appear Pro Hac Vice by Aaron Ward Purser and Certification of Local Counsel David C. Hartnett Filing fee $ 75, receipt number 0422-3375975. by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 01/29/2013) |
| 01/30/2013 | 🔒 | (Court only) ***Staff notes - Pro Hac Vice motions for Timothy E. |

| | | Grochocinski and Aaron Ward Purser referred to chambers for consideration. (tlev, ) (Entered: 01/30/2013) |
|---|---|---|
| 01/30/2013 | 48 | ORDER granting 43 Motion for Pro hac vice Appointed Timothy E. Grochocinski for Virginia Innovation Sciences, Inc.. Signed by District Judge Mark S. Davis and filed on 1/30/13. (ldab, ) (Entered: 02/01/2013) |
| 01/30/2013 | 49 | ORDER granting 44 Motion for Pro hac vice Appointed Aaron Ward Purser for Virginia Innovation Sciences, Inc.. Signed by District Judge Mark S. Davis and filed on 1/30/13. (ldab, ) (Entered: 02/01/2013) |
| 01/31/2013 | 45 | NOTICE of Appearance by Sarah Kate McConaughy on behalf of Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. (McConaughy, Sarah) (Entered: 01/31/2013) |
| 01/31/2013 | 46 | Rebuttal Brief re 29 MOTION to Transfer Case filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McConaughy, Sarah) (Entered: 01/31/2013) |
| 01/31/2013 | 🔒 | (Court only) Deadline 2 Suspense due by 2/7/2013 reply to 46 rebuttal brief. (ldab, ) (Entered: 02/01/2013) |
| 02/01/2013 | 47 | Request for Hearing by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 29 MOTION to Transfer Case (McFarland, Robert) (Entered: 02/01/2013) |
| 02/04/2013 | 🔒 | (Court only) ***Staff notes notified MSD chambers about 47 request for hearing (ldab, ) (Entered: 02/04/2013) |
| 02/05/2013 | 50 | Motion to appear Pro Hac Vice by Susan van Keulen and Certification of Local Counsel Robert W. McFarland Filing fee $ 75, receipt number 0422-3384214. by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 02/05/2013) |
| 02/05/2013 | | Motion Hearing set as to 29 MOTION to Transfer Case for 2/12/2013 at 10:30 AM in Norfolk Courtroom 5 before District Judge Mark S. Davis. (vwar) (Entered: 02/05/2013) |
| 02/06/2013 | 🔒 | (Court only) ***Staff notes - Pro Hac Vice motion for Susan van Keulen referred to chambers for consideration. (tlev, ) (Entered: 02/06/2013) |
| 02/06/2013 | 51 | Motion to appear Pro Hac Vice by Marc M. Breverman and Certification of Local Counsel Robert W. McFarland Filing fee $ 75, receipt number 0422-3387158. by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 02/06/2013) |
| 02/06/2013 | 52 | ORDER granting 50 Motion for Pro hac vice Appointed Susan van |

| | | |
|---|---|---|
| | | Keulen for Samsung Telecommunications America, LLC.. Signed by District Judge Mark S. Davis and filed on 2/6/13. (ldab, ) (Entered: 02/08/2013) |
| 02/07/2013 | 🔒 | (Court only) ***Staff notes - Pro Hac Vice motion for Marc M. Breverman referred to chambers for consideration. (tlev, ) (Entered: 02/07/2013) |
| 02/07/2013 | 53 | ORDER granting 51 Motion for Pro hac vice Appointed Marc M. Breverman for Samsung Electronics America, Inc.,Marc M. Breverman for Samsung Electronics Co., LTD.,Marc M. Breverman for Samsung Telecommunications America, LLC.. Signed by District Judge Mark S. Davis and filed on 2/7/13. (ldab, ) (Entered: 02/08/2013) |
| 02/11/2013 | | Scheduling Conference reset for 2/19/2013 at 02:00 PM in Norfolk Courtroom 5 before District Judge Mark S. Davis. Status Conference reset for 2/19/2013 at 02:30 PM in Norfolk Courtroom 5 before District Judge Mark S. Davis. (vwar) (Entered: 02/11/2013) |
| 02/11/2013 | | Motion Hearing reset as to 29 MOTION to Transfer Case for 2/19/2013 at 02:30 PM in Norfolk Courtroom 5 before District Judge Mark S. Davis. (vwar) (Entered: 02/11/2013) |
| 02/19/2013 | | Scheduling Conference - Rule 16b held on 2/19/2013. (vwar) (Entered: 02/19/2013) |
| 02/19/2013 | 54 | STATUS CONFERENCE AND MOTION HEARING held before District Judge Mark S. Davis:Paul McManus, OCR. Edward Casto, Jr. and W. Ryan Snow, present on behalf of the plaintiff. Robert McFarland, present on behalf of the defendant. Matter came on for a status conference and a hearing on defendants 29 motion to transfer case. Motion Hearing held on 2/19/2013 re 29 MOTION to Transfer Case. Argument heard from counsel on motion to transfer and on the present status of the case. Comments of the Court. Court will issue an order.Court adjourned. (vwar) (Entered: 02/20/2013) |
| 02/19/2013 | 🔒 | (Court only) ***Deadlines terminated (Status Conference held). (vwar) (Entered: 02/20/2013) |
| 02/25/2013 | 55 | Motion to appear Pro Hac Vice by Anthony M. Vecchione and Certification of Local Counsel W. Ryan Snow Filing fee $ 75, receipt number 0422-3410484. by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A)(Snow, W. Ryan) (Entered: 02/25/2013) |
| 02/25/2013 | 56 | Order Rule 16(b) Scheduling Order - Pursuant to the Rule 16(b) Conference it is ordered that the Final Pretrial Conference set for 10/25/2013 at 11:00 AM in Chambers before Magistrate Judge Douglas E. Miller. Markman Hearing set for 6/11/2013 at 10:00 AM in Norfolk Courtroom 5 before District Judge Mark S. Davis. Jury Trial set for 11/12/2013 at 10:00 AM in Norfolk Courtroom 5 before District Judge Mark S. Davis. The parties shall exchange list of claims to be construed by 3/12/13; parties shall exchange a preliminary proposed contruction of each claim term by 4/2/13; the parties shall file opening claim |

| | | |
|---|---|---|
| | | construction briefs by 4/16/13; the parties shall file their reply claim construction briefs by 4/30/13; the parties shall prepare and file a joint claim construction and prehearing statements that identifies both agreed disputed terms by 5/14/13; and any dispositive motions shall be filed by 8/13/13. The following named counsel shall be responsible for signing any motion or brief related to discovery matter and arguing the discovery before the Court: Edward Casto, Jr. and Susan Van Keulen. Signed by District Judge Mark S. Davis on 2/19/13, filed 2/25/13. (vwar) (Entered: 02/25/2013) |
| 02/26/2013 | 🔒 | (Court only) ***Staff notes - Pro Hac Vice motion for Anthony Michael Vecchione referred to chambers for consideration. (tlev, ) (Entered: 02/26/2013) |
| 02/28/2013 | 57 | ORDER Granting 55 Motion for Pro hac vice Appointed Anthony Michael Vecchione for Virginia Innovation Sciences, Inc.. Signed by District Judge Mark S. Davis and filed on 2/28/13. Copies distributed to all parties 3/4/13. (ldab, ) (Entered: 03/04/2013) |
| 03/06/2013 | 58 | OPINION AND ORDER - The Court DENIES Defendants' Motion to Transfer Venue and further DENIES Defendants' alternative request for limited, venue-related discovery. IT IS SO ORDERED. Signed by District Judge Mark S. Davis and filed on 3/6/13. Copies distributed to all parties 3/6/13.(ldab, ) (Entered: 03/06/2013) |
| 04/02/2013 | 59 | MOTION to Compel *Defendants to Complete Their Responsive Production with Respect to Plaintiff's First Set of Requests for Production* by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 04/02/2013) |
| 04/02/2013 | 60 | Memorandum in Support re 59 MOTION to Compel *Defendants to Complete Their Responsive Production with Respect to Plaintiff's First Set of Requests for Production* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Declaration of Edward E. Casto, Jr., # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Proposed Order) (Hartnett, David) (Entered: 04/02/2013) |
| 04/03/2013 | 🔒 | (Court only) ***Staff notes fully endorsed proposed stipulated protective order sent to DEM chambers. (ldab, ) (Entered: 04/03/2013) |
| 04/05/2013 | 61 | PROTECTIVE ORDER entered as MODIFIED by the court on page 14, Paragraph 5(B)(4).. Signed by Magistrate Judge Douglas E. Miller and filed on 4/5/13. Copies distributed to all parties 4/5/13.(ldab, ) (Entered: 04/05/2013) |
| 04/15/2013 | 62 | Opposition to 59 MOTION to Compel *Defendants to Complete Their Responsive Production with Respect to Plaintiff's First Set of Requests for Production* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 04/15/2013) |
| 04/15/2013 | 63 | Declaration re 62 Opposition, by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications |

| | | |
|---|---|---|
| | | America, LLC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F(1), # 7 Exhibit F(2), # 8 Exhibit F(3), # 9 Exhibit F(4), # 10 Exhibit F(5), # 11 Exhibit F(6), # 12 Exhibit F(7), # 13 Exhibit F(8))(McFarland, Robert) (Entered: 04/15/2013) |
| 04/16/2013 | 64 | Claim Construction Brief filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Snow, W. Ryan) (Entered: 04/16/2013) |
| 04/16/2013 | 65 | Claim Construction Brief filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q)(McFarland, Robert) (Entered: 04/16/2013) |
| 04/18/2013 | 66 | Rebuttal Brief re 59 MOTION to Compel *Defendants to Complete Their Responsive Production with Respect to Plaintiff's First Set of Requests for Production* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 04/18/2013) |
| 04/18/2013 | 67 | Declaration re 66 Rebuttal Brief by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Snow, W. Ryan) (Entered: 04/18/2013) |
| 04/25/2013 | | Set Deadlines as to 59 MOTION to Compel *Defendants to Complete Their Responsive Production with Respect to Plaintiff's First Set of Requests for Production*. Motion Hearing set for 5/14/2013 at 12:00 PM in Chambers before Magistrate Judge Douglas E. Miller. (cdod, ) (Entered: 04/25/2013) |
| 04/25/2013 | 68 | Notice of Hearing Date set for May 14, 2013 at 12:00 p.m. EST re 59 MOTION to Compel *Defendants to Complete Their Responsive Production with Respect to Plaintiff's First Set of Requests for Production* (Hartnett, David) (Entered: 04/25/2013) |
| 04/30/2013 | 69 | Claim Construction Brief *Responsive* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1)(Hartnett, David) (Entered: 04/30/2013) |
| 04/30/2013 | 70 | Reply to 64 Claim Construction Brief filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit R, # 2 Exhibit S, # 3 Exhibit T)(McFarland, Robert) (Entered: 04/30/2013) |
| 04/30/2013 | 71 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 04/30/2013) |
| 04/30/2013 | 72 | Memorandum in Support re 71 MOTION to Seal filed by Samsung |

| | | |
|---|---|---|
| | | Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 04/30/2013) |
| 04/30/2013 | 73 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 71 MOTION to Seal (McFarland, Robert) (Entered: 04/30/2013) |
| 04/30/2013 | 🔒 | (Court only) Deadline 1 Suspense due by 5/16/2013 response to 71 motion to seal. (ldab, ) (Entered: 05/01/2013) |
| 05/01/2013 | 🔒 74 | Sealed Defendants' reply claim construction brief. (Attachments: # 1 Letter, # 2 exhibit u, # 3 exhibit v)(ldab, ) (Entered: 05/01/2013) |
| 05/10/2013 | 75 | Joint MOTION for Protective Order *Supplemental* by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 05/10/2013) |
| 05/10/2013 | 76 | Memorandum in Support re 75 Joint MOTION for Protective Order *Supplemental* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A)(Hartnett, David) (Entered: 05/10/2013) |
| 05/13/2013 | 🔒 | (Court only) ***Staff notes placed supplemental protective order endorsed by counsel of record in DEM pick-up box. (ldab, ) (Entered: 05/13/2013) |
| 05/13/2013 | 77 | Motion to appear Pro Hac Vice by Brian M. Berliner and Certification of Local Counsel Robert W. McFarland Filing fee $ 75, receipt number 0422-3513650. by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 05/13/2013) |
| 05/13/2013 | 78 | SUPPLEMENTAL PROTECTIVE ORDER. Signed by Magistrate Judge Douglas E. Miller and filed on 5/13/13. Copies distributed to all parties 5/14/13.(ldab, ) (Entered: 05/14/2013) |
| 05/14/2013 | 79 | Minute Entry for Telephonic Motion Hearing re 59 MOTION to Compel held 5/14/13 before Magistrate Judge Douglas E. Miller. The matter came before the Court on a telephone conference on the Motion to Compel (ECF 59). Edward Casto, Ryan Snow, Anthony Vecchione, Jonathan Rastegar and David Hartnett appeared on behalf of the plaintiff. Susan van Keulen and Robert McFarland appeared on behalf of the defendant. Argument by Mr. Casto. Rebuttal by Ms. van Keulen. Comments of the Court. The Court to GRANT IN PART the Motion to Compel, directing Samsung to produce remaining e-mail communications by May 20, 2013 and remaining financial data 14 days from todays date, May 28, 2013. If agreed protective order with Silicon cannot be achieved, a supplemental response to the request for production of documents must be filed.The Court to issue an Order. Court in recess. (Court Reporter Heidi Jeffreys, OCR.)(lwoo) (Entered: 05/14/2013) |
| 05/14/2013 | 🔓 80 | TRANSCRIPT of proceedings (Teleconference) held on 05/14/13, before Judge Douglas E. Miller, Court Reporter/Transcriber Heidi |

| | | |
|---|---|---|
| | | Jeffreys, Telephone number 757-222-7075. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 6/13/2013. Redacted Transcript Deadline set for 7/15/2013. Release of Transcript Restriction set for 8/12/2013.(jeffreys, heidi) (Entered: 05/14/2013)** |
| 05/14/2013 | 🔒 | (Court only) ***Staff notes - Pro Hac Vice motion for Brian M. Berliner referred to chambers for consideration. (tlev, ) (Entered: 05/14/2013) |
| 05/14/2013 | 81 | ORDER Granting in part 59 Motion to Compel. Signed by Magistrate Judge Douglas E. Miller and filed on 5/14/13. Copies distributed to all parties 5/14/13. (ldab, ) (Entered: 05/14/2013) |
| 05/14/2013 | 82 | Pretrial Statement (Exhibits and Witness Lists) by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A)(Hartnett, David) (Entered: 05/14/2013) |
| 05/15/2013 | 🔒 | (Court only) ***Pro Hac Vice Attorney Brian Berliner for Samsung Electronics America, Inc.,Samsung Electronics Co., LTD. and Samsung Telecommunications America, LLC. added. (tlev, ) (Entered: 05/16/2013) |
| 05/16/2013 | 83 | ORDER granting 77 Motion for Pro hac vice for Brian M. Berliner as to Samsung Electronics Co., LTD, Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC.. Signed by District Judge Mark S. Davis on 05/15/13. (tlev, ) Modified on 5/16/2013 to correct spelling error(tlev, ). (Entered: 05/16/2013) |
| 05/21/2013 | | MOTION REFERRED to Magistrate Judge Douglas Miller 71 MOTION to Seal (ldab, ) (Entered: 05/21/2013) |
| 05/21/2013 | 84 | Amended MOTION to Seal *(Unopposed)* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 05/21/2013) |
| 05/21/2013 | 85 | Memorandum in Support re 84 Amended MOTION to Seal *(Unopposed)* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 05/21/2013) |
| 05/21/2013 | 86 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 84 |

| | | |
|---|---|---|
| | | Amended MOTION to Seal *(Unopposed)* (McFarland, Robert) (Entered: 05/21/2013) |
| 05/22/2013 | | MOTION REFERRED to Magistrate Judge Douglas Miller 84 Amended MOTION to Seal *(Unopposed)* (ldab, ) (Entered: 05/22/2013) |
| 05/23/2013 | 87 | ORDER ON MOTION TO SEAL: This matter is before the Court to resolve pending 71 Motion to Seal and an 84 Amended Motion to Seal, both filed by Defendants, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC, (collectively "Defendants"). As outlined in this Order the Court ORDERS the following documents to be maintained under seal in connection with the pending motion they support. ECF No. 74-2 - Exhibit U to Defendants' Reply Claim Construction Brief; ECF No. 74-3 - Exhibit V to Defendants' Reply Claim Construction Brief. The Amended Motion to Seal requests that the unredacted Reply Brief originally filed under seal (ECF No. 74) be unsealed. The Court therefore ORDERS the following document originally requested to be filed under seal, to be re-filed bycounsel. The unsealed version shall be filed in the public record via CM/ECF with appropriate docket references to the underlying Claim Construction argument which it supports: ECF No. 74 - Defendants' Reply Claim Construction Brief. Original redacted public version filed at ECF No. 70. (See Order for Specifics) Entered and filed 5/23/13. (Signed by Magistrate Judge Douglas E. Miller on 5/23/13). (ecav) (Entered: 05/24/2013) |
| 05/24/2013 | 88 | Reply to 64 Claim Construction Brief filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit R, # 2 Exhibit S, # 3 Exhibit T)(McFarland, Robert) (Entered: 05/24/2013) |
| 06/10/2013 | 89 | ORDER - Counsel for Plaintiff requested permission to bring certain electronic equipment into the courtroom for use during the Markman hearing scheduled in this matter on June 11, 2013. Signed by District Judge Mark S. Davis and filed on 6/10/13. Copies distributed to all parties 6/10/13.(ldab, ) (Entered: 06/10/2013) |
| 06/10/2013 | 90 | ORDER - Counsel for Defendants requested permission to bring a laptop computer and related power cords and connectors into the courtroom for use during the Markman hearing scheduled in this matter on June 11, 2013. The Court approves this request with the understanding that this equipment will not have, or will be disabled of, the capacity to record, transmit, or photograph any court proceedings. Moreover, no internet access or use will be permitted during trial. Counsel may use the Court's evidence presentation system, pursuant to the rules and information on the Court's website. It is SO ORDERED. Signed by District Judge Mark S. Davis and filed on 6/10/13. Copies distributed to all parties 6/10/13.(ldab, ) (Entered: 06/10/2013) |
| 06/11/2013 | 91 | MARKMAN HEARING held before District Judge Mark S. Davis: Paul McManus, OCR. Timothy Grochocinski, Edward Casto, Jr., W. |

| | | | |
|---|---|---|---|
| | | | Ryan Snow, David Hartnett, and Jonathan Rastegar, present on behalf of the Plaintiff. Brett Williamson, Brian Berliner, Cameron Westin, and Robert McFarland, present on behalf of the Defendants. Anthony Kahng, representative for Samsung present. Matter came on for a Markman Hearing. Markman Hearing held on 6/11/2013. Opening presentations by counsel heard. Argument of counsel re: claims to be construed by the Court. Court takes matter under advisement and will issue an opinion. Court adjourned. Lunch: 12:05 p.m. - 1:05 p.m. (vwar) (Entered: 06/12/2013) |
| 06/26/2013 | | 92 | TRANSCRIPT of Markman hearing proceedings held on 6/11/2013, before Judge Mark S. Davis, Court Reporter/Transcriber Paul McManus, Telephone number 757-222-7077. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 7/26/2013. Redacted Transcript Deadline set for 8/26/2013. Release of Transcript Restriction set for 9/24/2013.**(mcmanus, paul) (Entered: 06/26/2013) |
| 07/09/2013 | | 93 | MOTION to Compel *Defendants to Designate Witnesses for Certain Matters Pursuant to Federal Rule of Civil Procedure 30(b)(6)* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order Proposed Order)(Snow, W. Ryan) (Entered: 07/09/2013) |
| 07/09/2013 | | 94 | Memorandum in Support re 93 MOTION to Compel *Defendants to Designate Witnesses for Certain Matters Pursuant to Federal Rule of Civil Procedure 30(b)(6) (Redacted)* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B (Redacted), # 3 Exhibit C (Redacted), # 4 Exhibit D (Redacted), # 5 Exhibit E (Redacted), # 6 Exhibit F (Redacted))(Snow, W. Ryan) (Entered: 07/09/2013) |
| 07/09/2013 | | 95 | MOTION to Seal *Portions of Plaintiff's Memorandum in Support of its Motion to Compel Defendants to Designate Witnesses Pursuant to Federal Rule of Civil Procedure 30(b)(6)* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order Proposed Order) (Snow, W. Ryan) (Entered: 07/09/2013) |
| 07/09/2013 | | 96 | Memorandum in Support re 95 MOTION to Seal *Portions of Plaintiff's Memorandum in Support of its Motion to Compel Defendants to Designate Witnesses Pursuant to Federal Rule of Civil Procedure 30(b)(6)* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 07/09/2013) |
| 07/09/2013 | | 97 | NOTICE by Virginia Innovation Sciences, Inc. re 95 MOTION to Seal |

| | | |
|---|---|---|
| | | *Portions of Plaintiff's Memorandum in Support of its Motion to Compel Defendants to Designate Witnesses Pursuant to Federal Rule of Civil Procedure 30(b)(6)* (Snow, W. Ryan) (Entered: 07/09/2013) |
| 07/09/2013 | 98 | STIPULATION *regarding Extension of Time for Non-Party Silicon Image Inc's Response to Rule 45 Subpoenas* by Silicon Image, Inc.. (Trocki, John) (Entered: 07/09/2013) |
| 07/09/2013 | 99 | STIPULATION *regarding Extension of Time for Non-Party MHL, LLC's Response to Rule 45 Subpoenas* by MHL, LLC. (Trocki, John) (Entered: 07/09/2013) |
| 07/09/2013 | 100 | MOTION to Expedite *Briefing on Plaintiff's Motion to Compel Defendants to Designate Witnesses for Certain Matters Pursuant to Federal Rule of Civil Procedure 30(b)(6)* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 07/09/2013) |
| 07/09/2013 | 101 | Memorandum in Support re 100 MOTION to Expedite *Briefing on Plaintiff's Motion to Compel Defendants to Designate Witnesses for Certain Matters Pursuant to Federal Rule of Civil Procedure 30(b)(6)* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 07/09/2013) |
| 07/09/2013 | 102 | Request for Hearing by Virginia Innovation Sciences, Inc. re 93 MOTION to Compel *Defendants to Designate Witnesses for Certain Matters Pursuant to Federal Rule of Civil Procedure 30(b)(6) and Request for Expedited Oral Argument* (Snow, W. Ryan) (Entered: 07/09/2013) |
| 07/09/2013 | 🔒 | (Court only) Deadline 1 Suspense due by 7/25/2013 response to 95 & 100 . (ldab, ) (Entered: 07/10/2013) |
| 07/10/2013 | 🔒 103 | Sealed Exhibits re 94 Memorandum in Support,. (Attachments: # 1 Exhibit A, # 2 SEALED EXHIBIT B, # 3 SEALED EXHIBIT C, # 4 SEALED EXHIBIT D, # 5 SEALED EXHIBIT E, # 6 SEALED EXHIBIT F)(ldab, ) (Entered: 07/10/2013) |
| 07/10/2013 | | Telephone Conference set for 7/11/2013 at 03:00 PM in Chambers before Magistrate Judge Douglas E. Miller. (lwoo) (Entered: 07/10/2013) |
| 07/10/2013 | 104 | RESPONSE to Motion re 100 MOTION to Expedite *Briefing on Plaintiff's Motion to Compel Defendants to Designate Witnesses for Certain Matters Pursuant to Federal Rule of Civil Procedure 30(b)(6)* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 07/10/2013) |
| 07/11/2013 | 105 | ORDER granting in part and denying in part 100 Motion to Expedite Briefing. Defendants shall respond to Plaintiff's Motion to Compel (ECF No. 93) on or before July 19, 2013. Plaintiffs shall have three days to reply, and the Court will hear oral argument two days after |

| | | |
|---|---|---|
| | | briefing is completed. Signed by Magistrate Judge Douglas E. Miller on July 11, 2013. (Miller, Douglas) (Entered: 07/11/2013) |
| 07/11/2013 | 106 | Minute Entry for proceedings held before Magistrate Judge Douglas E. Miller:Telephone Conference held on 7/11/2013. Matter came on for telephone conference on pending Motion to Expedite Briefing on Plaintiffs Motion to Compel Defendants to Designate Witnesses For Certain Matters Pursuant to FRCP 30(b)(6) (#100). Present by telephone were W. Ryan Snow, Anthony Vecchione and Edward Casto, Jr. on behalf of the plaintiff. Brett Williamson, Rob McFarland and Sanjeev Mehta present by telephone on behalf of the defendants. Mr. Snow argues his position on the motion. Defendants respond. The Court makes a ruling on the record and grants the motion in part. The defendants shall respond to plaintiffs motion to compel (#93) on or before July 19, 2013. The plaintiffs will have three days to reply and the Court will hear oral argument two days after briefing is completed. Counsel are to contact the courtroom deputies to schedule a hearing on this matter. The hearing may be by telephone or in person. The Court will do a gavel order on this motion. Telephone conference is adjourned. (cdod, ) (Entered: 07/12/2013) |
| 07/15/2013 | 107 | ORDER - Pursuant to Local Civil Rule 83.6, counsel for the parties are DIRECTED to contact the docket clerk, at 757-222-7222, within ten (10) days next after the date of entry of this Order to schedule a settlement conference before United States Magistrate Judge Douglas E. Miller. The settlement conference shall be held at least seventy-five (75) days before trial which is currently scheduled for November 12, 2013. IT IS SO ORDERED. Signed by District Judge Mark S. Davis on 7/14/13 and filed 7/15/13. Copies distributed to all parties 7/16/13. (ldab, ) (Entered: 07/16/2013) |
| 07/16/2013 | | Motion Hearing as to 93 MOTION to Compel *Defendants to Designate Witnesses for Certain Matters Pursuant to Federal Rule of Civil Procedure 30(b)(6)* set for 7/25/2013 at 11:00 AM in Norfolk Mag Courtroom 1 w/OCR before Magistrate Judge Douglas E. Miller. (lwoo) (Entered: 07/16/2013) |
| 07/19/2013 | 108 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 07/19/2013) |
| 07/19/2013 | 109 | Memorandum in Support re 108 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 07/19/2013) |
| 07/19/2013 | 110 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 108 MOTION to Seal (McFarland, Robert) (Entered: 07/19/2013) |
| 07/19/2013 | 111 | RESPONSE to Motion re 93 MOTION to Compel *Defendants to Designate Witnesses for Certain Matters Pursuant to Federal Rule of* |

| | | |
|---|---|---|
| | | *Civil Procedure 30(b)(6) REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 07/19/2013) |
| 07/19/2013 | 112 | Declaration re 111 Response to Motion, *Declaration of Susan van Keulen* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit F, # 6 Exhibit K, # 7 Exhibit M)(McFarland, Robert) (Entered: 07/19/2013) |
| 07/19/2013 | 🔒 | (Court only) Deadline 2 Suspense to 8/2/2013 for response to Motion #108. (ecav, ) (Entered: 07/22/2013) |
| 07/22/2013 | 113 | Consent MOTION for Leave to File *First Amended Complaint* by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 07/22/2013) |
| 07/22/2013 | 114 | Memorandum in Support re 113 Consent MOTION for Leave to File *First Amended Complaint* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1 - First Amended Complaint, # 2 Exhibit 2 - Agreed Order)(Hartnett, David) (Entered: 07/22/2013) |
| 07/22/2013 | 🔒 116 | Sealed Documents re 108 MOTION to Seal . (Attachments: # 1 doc 111, # 2 Exhibit E, # 3 Exhibit G, # 4 Exhibit H, # 5 Exhibit I, # 6 Exhibit J, # 7 Exhibit L)(ldab, ) (Entered: 07/23/2013) |
| 07/23/2013 | | MOTION REFERRED to Magistrate Judge Douglas Miller 113 Consent MOTION for Leave to File *First Amended Complaint* (ldab, ) (Entered: 07/23/2013) |
| 07/23/2013 | 🔒 | (Court only) ***Deadlines terminated. Issue resolved, no need for hearing. (cdod, ) (Entered: 07/23/2013) |
| 07/23/2013 | 115 | Withdrawal of Motion by Virginia Innovation Sciences, Inc. re 93 MOTION to Compel *Defendants to Designate Witnesses for Certain Matters Pursuant to Federal Rule of Civil Procedure 30(b)(6) and Cancellation of Hearing* (Hartnett, David) (Entered: 07/23/2013) |
| 07/23/2013 | | Set Deadlines/Hearings Settlement Conference set for 8/29/2013 at 10:00 AM in Chambers before Magistrate Judge Douglas E. Miller. (afor, ) (Entered: 07/23/2013) |
| 07/24/2013 | 117 | ORDER Granting 113 Motion for Leave to File. Signed by Magistrate Judge Douglas E. Miller and filed on 7/24/13. Copies distributed to all parties 7/24/13. (ldab, ) (Entered: 07/24/2013) |
| 07/24/2013 | 118 | Settlement Conference Order. Signed by Magistrate Judge Douglas E. Miller and filed on 7/24/13. Copies distributed to all parties 7/24/13. (ldab, ) (Entered: 07/24/2013) |
| 07/24/2013 | 119 | MOTION for Leave to File Excess Pages *Unopposed Motion for Leave to Exceed Page Limits for Summary Judgment Briefing* by Samsung |

|  |  | Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 07/24/2013) |
|---|---|---|
| 07/24/2013 | 120 | Memorandum in Support re 119 MOTION for Leave to File Excess Pages *Unopposed Motion for Leave to Exceed Page Limits for Summary Judgment Briefing* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 07/24/2013) |
| 07/24/2013 | 121 | AMENDED COMPLAINT *(First)* against Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC., filed by Virginia Innovation Sciences, Inc..(Hartnett, David) (Entered: 07/24/2013) |
| 07/24/2013 |  | MOTION REFERRED to Magistrate Judge Douglas Miller 119 MOTION for Leave to File Excess Pages *Unopposed Motion for Leave to Exceed Page Limits for Summary Judgment Briefing* (ldab, ) (Entered: 07/24/2013) |
| 07/25/2013 | 122 | ORDER Granting 119 Motion for Leave to File Excess Pages. Signed by Magistrate Judge Douglas E. Miller and filed on 7/25/13. Copies distributed to all parties 7/29/13. (ldab, ) (Entered: 07/29/2013) |
| 07/26/2013 |  | MOTION REFERRED to Magistrate Judge: Douglas Miller. 95 MOTION to Seal *Portions of Plaintiff's Memorandum in Support of its Motion to Compel Defendants to Designate Witnesses Pursuant to Federal Rule of Civil Procedure 30(b)(6)* (ldab, ) (Entered: 07/26/2013) |
| 07/30/2013 | 123 | ORDER Granting 95 Motion to Seal Accordingly, the Motion to Seal is GRANTED and VIS is permitted to file under seal certain portions of the Memorandum in Support and also the Exhibits attached thereto. These documents shall be treated in accordance with the terms and conditions of the Protective Order. The Court shall retain sealed materials until forty-five (45) days after entry of a final order. If the case is not appealed, any sealed materials should then be returned to counsel for the filing party. Signed by Magistrate Judge Douglas E. Miller and filed on 7/30/13. Copies distributed to all parties 7/30/13. (ldab, ) (Entered: 07/30/2013) |
| 08/01/2013 | 124 | MOTION to Dismiss for Failure to State a Claim *and to Strike Allegations and Prayer for Relief* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 08/01/2013) |
| 08/01/2013 | 125 | Memorandum in Support re 124 MOTION to Dismiss for Failure to State a Claim *and to Strike Allegations and Prayer for Relief* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 08/01/2013) |
| 08/01/2013 | 126 | MOTION Request for Judicial Notice *and Memorandum in Support* by |

| | | |
|---|---|---|
| | | Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit A)(McFarland, Robert) (Entered: 08/01/2013) |
| 08/01/2013 | 🔒 | (Court only) Deadline 2 Suspense due by 8/15/2013 response to 124 motion to dismiss & 126 miscellaneous rlief. (ldab, ) (Entered: 08/02/2013) |
| 08/02/2013 | | MOTION REFERRED to Magistrate Judge Douglas E. Miller 108 MOTION to Seal (ldab, ) (Entered: 08/02/2013) |
| 08/05/2013 | 127 | ORDER granting 108 Motion to Seal. Signed by Magistrate Judge Douglas E. Miller on 8/5/13. (afar) (Entered: 08/06/2013) |
| 08/07/2013 | 128 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 08/07/2013) |
| 08/07/2013 | 129 | Memorandum in Support re 128 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 08/07/2013) |
| 08/07/2013 | 130 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 128 MOTION to Seal (McFarland, Robert) (Entered: 08/07/2013) |
| 08/07/2013 | 131 | *REDACTED* ANSWER to Complaint *, Affirmative Defenses,* COUNTERCLAIM against Virginia Innovation Sciences, Inc. by Samsung Electronics Co., LTD., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC..(McFarland, Robert) (Entered: 08/07/2013) |
| 08/07/2013 | 🔒 132 | Sealed Document re 128 MOTION to Seal . (Attachments: # 1 Sealed Initial Answer, Affirmative Defenses, and Counterclaims to the First Amended Complaint)(bnew) (Entered: 08/08/2013) |
| 08/08/2013 | 🔒 | (Court only) Deadline 1 Suspense - Response to 128 due by 8/22/2013. (bnew) (Entered: 08/08/2013) |
| 08/12/2013 | 133 | Memorandum in Opposition re 124 MOTION to Dismiss for Failure to State a Claim *and to Strike Allegations and Prayer for Relief* filed by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 08/12/2013) |
| 08/13/2013 | 🔒 | (Court only) Suspense reply to response to (124) motion to dismiss due by 8/19/2013. (rsim, ) (Entered: 08/13/2013) |
| 08/13/2013 | 134 | MOTION for Summary Judgment *of Patent Invalidity and No Willful Infringement* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 08/13/2013) |
| 08/13/2013 | 135 | Memorandum in Support re 134 MOTION for Summary Judgment *of* |

| | | |
|---|---|---|
| | | *Patent Invalidity and No Willful Infringement REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 08/13/2013) |
| 08/13/2013 | 136 | Declaration re 134 MOTION for Summary Judgment *of Patent Invalidity and No Willful Infringement Declaration of Dr. Kevin C. Almeroth* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit Q, # 16 Exhibit T, # 17 Exhibit U) (McFarland, Robert) (Entered: 08/13/2013) |
| 08/13/2013 | 137 | Declaration re 134 MOTION for Summary Judgment *of Patent Invalidity and No Willful Infringement Declaration of Brian Berliner* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit W, # 2 Exhibit X, # 3 Exhibit Y)(McFarland, Robert) (Entered: 08/13/2013) |
| 08/13/2013 | 138 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 08/13/2013) |
| 08/13/2013 | 139 | Memorandum in Support re 138 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 08/13/2013) |
| 08/13/2013 | 140 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 138 MOTION to Seal (McFarland, Robert) (Entered: 08/13/2013) |
| 08/13/2013 | 141 | MOTION to Strike 131 Answer to Complaint, Counterclaim,, *or, in the Alternative, Motion for Summary Judgment on Defendants' Thirteenth Counterclaim Related to Inequitable Conduct* by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 08/13/2013) |
| 08/13/2013 | 142 | Memorandum in Support re 141 MOTION to Strike 131 Answer to Complaint, Counterclaim,, *or, in the Alternative, Motion for Summary Judgment on Defendants' Thirteenth Counterclaim Related to Inequitable Conduct* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 |

|  |  |  | Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40)(Snow, W. Ryan) (Entered: 08/13/2013) |
|---|---|---|---|
| 08/14/2013 | 🔒 |  | (Court only) Deadline 3 Suspense response to (134) due by 8/29/2013. (rsim, ) (Entered: 08/14/2013) |
| 08/14/2013 | 🔒 |  | (Court only) Deadline4 Suspense response to (138) due by 8/29/2013. (rsim, ) (Entered: 08/14/2013) |
| 08/14/2013 | 🔒 | 144 | Sealed VERSION of re 135 Memorandum in Support re 134 MOTION for Summary Judgment of Patent Invalidity and No Willful Infringement by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. filed under seal. (rsim, ) (Entered: 08/15/2013) |
| 08/14/2013 | 🔒 | 145 | Sealed Version of EXHIBITS O, P, R, S to re 136 Declaration of Dr. Kevin C. Almeroth by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. filed under seal. (Attachments: # 1 Exhibit O, # 2 Exhibit P, # 3 Exhibit R, # 4 Exhibit S)(rsim, ) (Entered: 08/15/2013) |
| 08/14/2013 | 🔒 | 146 | Sealed EXHIBIT V re 137 Declaration of Brian Berliner by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. filed under seal. (Attachments: # 1 Exhibit V)(rsim, ) (Entered: 08/15/2013) |
| 08/15/2013 |  | 143 | REPLY to 133 Memorandum in Opposition re 124 MOTION to Dismiss for Failure to State a Claim *and to Strike Allegations and Prayer for Relief* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 08/15/2013) |
| 08/15/2013 | 🔒 |  | (Court only) Deadline5 Suspense response to (141) Motion to Strike due by 8/29/2013. (rsim, ) (Entered: 08/15/2013) |
| 08/19/2013 | 🔒 |  | (Court only) ***Staff notes referred 126 to MSD chambers (ldab, ) (Entered: 08/19/2013) |
| 08/20/2013 | 🔒 |  | (Court only) ***Staff notes : referred 124 motion to dismiss to MSD chambers (ldab, ) (Entered: 08/20/2013) |
| 08/21/2013 |  | 147 | ANSWER to Counterclaim re 131 Answer to Complaint, Counterclaim,, by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 08/21/2013) |
| 08/23/2013 |  |  | MOTION REFERRED to Magistrate Judge Douglas E. Miller 128 MOTION to Seal (ldab, ) (Entered: 08/23/2013) |
| 08/23/2013 |  | 148 | Joint MOTION to Amend/Correct *The Scheduling Order with Respect to Two Expert Disclosure Dates* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A - Proposed Order)(Hartnett, David) (Entered: 08/23/2013) |
|  |  |  |  |

| 08/23/2013 | 149 | Memorandum in Support re 148 Joint MOTION to Amend/Correct *The Scheduling Order with Respect to Two Expert Disclosure Dates* filed by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 08/23/2013) |
|---|---|---|
| 08/23/2013 | 150 | ORDER granting 148 Motion to Amend/Correct . The Court GRANTS the Joint Motion and sets the following modified case management deadlines:The service of expert disclosures intended solely to respond to, contradict or rebut evidence on the same subject matter disclosed by another party under Rule 26(a)(2)(B) or pursuant to the Scheduling Order New Deadline September 4, 2013. The service of rebuttal disclosures by the party bearing the initial burden of proof New Deadline September 17,2013. Signed by Magistrate Judge Douglas E. Miller and filed on 8/23/13. Copies distributed to all parties 8/23/13. (ldab, ) (Entered: 08/23/2013) |
| 08/26/2013 | 151 | ORDER - The Court FINDS and ORDERS that less drastic alternatives to sealing are not feasible, and therefore ORDERS that the unredacted version of Defendants' Initial Answer, Affirmative Defenses, and Counterclaims to the First Amended Complaint, (ECF No. 132), be filed under seal by the Clerk. The Court shall maintain the pleading under seal until further Order of the Court. Signed by Magistrate Judge Douglas E. Miller and filed on 8/26/13. Copies distributed to all parties 8/26/13. (ldab, ) (Entered: 08/26/2013) |
| 08/26/2013 | 152 | RESPONSE in Opposition re 141 MOTION to Strike 131 Answer to Complaint, Counterclaim,, *or, in the Alternative, Motion for Summary Judgment on Defendants' Thirteenth Counterclaim Related to Inequitable Conduct* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 08/26/2013) |
| 08/26/2013 | 153 | Declaration re 152 Response in Opposition to Motion, *Declaration of Brett Williamson* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 08/26/2013) |
| 08/26/2013 | 154 | MOTION and Memorandum in Support of Request for Judicial Notice re 152 Response in Opposition to Motion, by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 08/26/2013) |
| 08/26/2013 | 155 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 152 Response in Opposition to Motion, *Appendix of Evidence* (Attachments: # 1 Copy of the Declaration of Dr. Kevin Almeroth, # 2 Exhibit B to the Declaration of Brett Williamson, # 3 Exhibit F to the Declaration of Brett Williamson, # 4 Exhibit H to the Declaration of Brett Williamson, # 5 Exhibit I to the Declaration of Brett Williamson, # 6 Exhibit J to the Declaration of Brett Williamson, # 7 Exhibit K to the Request for Judicial Notice, # 8 Exhibit L to the Request for |

| | | |
|---|---|---|
| | | Judicial Notice, # 9 Exhibit M to the Request for Judicial Notice, # 10 Exhibit N to the Request for Judicial Notice)(McFarland, Robert) (Entered: 08/26/2013) |
| 08/26/2013 | 156 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 08/26/2013) |
| 08/26/2013 | 157 | Memorandum in Support re 156 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 08/26/2013) |
| 08/26/2013 | 158 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 156 MOTION to Seal (McFarland, Robert) (Entered: 08/26/2013) |
| 08/26/2013 | 159 | Memorandum in Opposition re 134 MOTION for Summary Judgment *of Patent Invalidity and No Willful Infringement* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit A-1, # 3 Exhibit A-2, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit D-1, # 8 Exhibit D-2, # 9 Exhibit D-3, # 10 Exhibit D-4, # 11 Exhibit D-5, # 12 Exhibit D-6, # 13 Exhibit D-7, # 14 Exhibit D-8, # 15 Exhibit D-9, # 16 Exhibit D-10, # 17 Exhibit D-11, # 18 Exhibit D-12, # 19 Exhibit D-13, # 20 Exhibit D-14, # 21 Exhibit D-15, # 22 Exhibit D-16, # 23 Exhibit D-17, # 24 Exhibit D-18, # 25 Exhibit D-19, # 26 Exhibit D-20, # 27 Exhibit D-21, # 28 Exhibit D-22, # 29 Exhibit D-23, # 30 Exhibit D-24, # 31 Exhibit D-25)(Snow, W. Ryan) (Entered: 08/26/2013) |
| 08/26/2013 | 160 | MOTION to Seal *Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment of Patent Invalidity and No Willful Infringement* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1 (Proposed Order))(Snow, W. Ryan) (Entered: 08/26/2013) |
| 08/26/2013 | 161 | Memorandum in Support re 160 MOTION to Seal *Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment of Patent Invalidity and No Willful Infringement* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 08/26/2013) |
| 08/26/2013 | 162 | NOTICE by Virginia Innovation Sciences, Inc. re 160 MOTION to Seal *Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment of Patent Invalidity and No Willful Infringement* (Snow, W. Ryan) (Entered: 08/26/2013) |
| 08/26/2013 | 🔒 | (Court only) Deadline 3 Suspense due by 9/3/2013 reply to 159 memorandum in opposition to 134 . (ldab, ) (Entered: 08/27/2013) |
| 08/26/2013 | 🔒 | (Court only) Deadline5 Suspense due by 9/3/2013 reply to 152 response in opposition to 141 motion to strike. (ldab, ) (Entered: 08/27/2013) |
| | | |

| 08/26/2013 | 🔒 | | (Court only) Suspense due by 9/12/2013 response to 154 MOTION and Memorandum in Support of Request for Judicial Notice (ldab, ) (Entered: 08/27/2013) |
|---|---|---|---|
| 08/26/2013 | 🔒 | | (Court only) Deadline 1 Suspense due by 9/12/2013 response to 156 MOTION to Seal & 160 MOTION to Seal. (ldab, ) (Entered: 08/27/2013) |
| 08/27/2013 | 🔒 | 163 | Sealed Documents re 159 Memorandum in Opposition,,,. (Attachments: # 1 Letter, # 2 Exhibit A, # 3 Exhibit 1 part 1, # 4 Exhibit 1 part 2, # 5 Exhibit 2 part 1, # 6 Exhibit 2 part 2, # 7 Exhibit 2 part 3, # 8 Exhibit B, # 9 Exhibit C, # 10 Exhibit 5, # 11 Exhibit 6, # 12 Exhibit 21)(ldab, ) (Entered: 08/27/2013) |
| 08/27/2013 | | 164 | Joint MOTION for Extension *of the Deadline for Filing Rebuttal Briefs to the Parties Dual Motions for Summary Judgment* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A (Proposed Order))(Hartnett, David) (Entered: 08/27/2013) |
| 08/27/2013 | | 165 | Memorandum in Support re 164 Joint MOTION for Extension *of the Deadline for Filing Rebuttal Briefs to the Parties Dual Motions for Summary Judgment* filed by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 08/27/2013) |
| 08/27/2013 | 🔒 | 179 | Sealed Exhibits A,C,D,E, and G re 153 Declaration of Brett Williamson. (Attachments: # 1 Exhibit C, # 2 Exhibit D, # 3 Exhibit E, # 4 Exhibit G)(ldab, ) (Entered: 09/06/2013) |
| 08/28/2013 | | | MOTION REFERRED to Magistrate Judge Douglas E. Miller 164 Joint MOTION for Extension *of the Deadline for Filing Rebuttal Briefs to the Parties Dual Motions for Summary Judgment* (ldab, ) (Entered: 08/28/2013) |
| 08/28/2013 | | 166 | ORDER Granting 164 Motion for Extension of Time to File The Court GRANTS the Joint Motion and ORDERS both parties to file their respective rebuttal briefs on or before Wednesday, September 4, 2013. It is so ORDERED. Signed by Magistrate Judge Douglas E. Miller and filed on 8/28/13. Copies distributed to all parties 8/28/13. (ldab, ) (Entered: 08/28/2013) |
| 08/28/2013 | 🔒 | | (Court only) Deadline5 Suspense due by 9/4/2013 the Court GRANTS the Joint Motion and ORDERS both parties to file their respective rebuttal briefs on or before Wednesday, September 4, 2013 as to doc 134 & 141 . (ldab, ) (Entered: 08/28/2013) |
| 08/29/2013 | | | Minute Entry for proceedings held before Magistrate Judge Douglas E. Miller:Settlement Conference held on 8/29/2013. (cdod, ) (Entered: 08/29/2013) |
| 09/03/2013 | | | MOTION REFERRED to Magistrate Judge Douglas E. Miller 138 MOTION to Seal (ldab, ) (Entered: 09/03/2013) |
| 09/04/2013 | | 167 | Joint MOTION to Amend/Correct *the Scheduling Order and Memorandum in Support of Joint Motion to Modify the Scheduling* |

| | | |
|---|---|---|
| | | *Order* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1 (Proposed Order))(Hartnett, David) (Entered: 09/04/2013) |
| 09/04/2013 | 168 | Rebuttal Brief re 134 MOTION for Summary Judgment *of Patent Invalidity and No Willful Infringement REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 09/04/2013) |
| 09/04/2013 | 169 | Declaration re 168 Rebuttal Brief, 134 MOTION for Summary Judgment *of Patent Invalidity and No Willful Infringement* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit AA, # 2 Exhibit BB, # 3 Exhibit DD, # 4 Exhibit EE, # 5 Exhibit FF, # 6 Exhibit GG, # 7 Exhibit HH, # 8 Exhibit II, # 9 Exhibit JJ)(McFarland, Robert) (Entered: 09/04/2013) |
| 09/04/2013 | 170 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 09/04/2013) |
| 09/04/2013 | 171 | Memorandum in Support re 170 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 09/04/2013) |
| 09/04/2013 | 172 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 170 MOTION to Seal (McFarland, Robert) (Entered: 09/04/2013) |
| 09/04/2013 | 173 | Rebuttal Brief re 141 MOTION to Strike 131 Answer to Complaint, Counterclaim,, *or, in the Alternative, Motion for Summary Judgment on Defendants' Thirteenth Counterclaim Related to Inequitable Conduct* filed by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 09/04/2013) |
| 09/04/2013 | 174 | Declaration re 173 Rebuttal Brief, by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 41 (Redacted), # 2 Exhibit 42 (Redacted))(Hartnett, David) (Entered: 09/04/2013) |
| 09/04/2013 | 175 | MOTION to Seal *Portions of Plaintiff's Rebuttal Brief in Support of its Motion to Strike Defendants Thirteenth Counterclaim or, in the Alternative, Motion for Summary Judgment on Defendants Thirteenth Counterclaim Related to Inequitable Conduct* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1 (Proposed Order))(Hartnett, David) (Entered: 09/04/2013) |
| 09/04/2013 | 176 | Memorandum in Support re 175 MOTION to Seal *Portions of Plaintiff's Rebuttal Brief in Support of its Motion to Strike Defendants Thirteenth Counterclaim or, in the Alternative, Motion for Summary Judgment on Defendants Thirteenth Counterclaim Related to Inequitable Conduc* filed by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 09/04/2013)* |

| | | |
|---|---|---|
| 09/04/2013 | 177 | NOTICE by Virginia Innovation Sciences, Inc. re 175 MOTION to Seal *Portions of Plaintiff's Rebuttal Brief in Support of its Motion to Strike Defendants Thirteenth Counterclaim or, in the Alternative, Motion for Summary Judgment on Defendants Thirteenth Counterclaim Related to Inequitable Conduc* (Hartnett, David) (Entered: 09/04/2013) |
| 09/04/2013 | 🔒 180 | Sealed Pleading & Exhibits Z & Exhibits CC re 171 Memorandum in Support. (Attachments: # 1 Exhibit Z, # 2 Exhibit CC)(ldab, ) (Entered: 09/06/2013) |
| 09/04/2013 | 🔒 | (Court only) Deadline5 Suspense due by 9/19/2013 response to 170 motion to seal. (ldab, ) (Entered: 09/06/2013) |
| 09/04/2013 | 🔒 | (Court only) Deadline 2 Suspense due by 9/19/2013 response to 175 motion to seal. (ldab, ) (Entered: 09/06/2013) |
| 09/05/2013 | 182 | AGREED ORDER re 56 Order Rule 16(b) Scheduling Order,,,, Modification of the Scheduling Order shall not adjust the other dates set forth in the Scheduling Order, including without limitation the trial date. Signed by Magistrate Judge Douglas E. Miller and filed on 9/5/13. Copies distributed to all parties 9/8/13.(ldab, ) (Entered: 09/08/2013) |
| 09/05/2013 | 🔒 188 | Sealed Documents re 174 Declaration, 173 Rebuttal Brief,. (Attachments: # 1 rebuttal brief, # 2 Exhibit 41, # 3 Exhibit 42)(ldab, ) (Entered: 09/10/2013) |
| 09/06/2013 | 178 | ORDER - Accordingly, the Clerk is DIRECTED to assign this case to Magistrate Judge Tommy E. Miller (presently assigned to the related case 2:13cv332), for purposes of resolving nondispositive or pretrial matters ordinarily referred to magistrate judges in this Court. The undersigned shall remain available to the parties for further settlement discussions and conferences as necessary with regard to both pending matters. It is further ORDERED that within one week following the issuance of an opinion regarding the parties' claim construction, counsel for the parties shall contact the Magistrate Courtroom Deputies at (757) 222-7222 to schedule a teleconference with the undersigned to discuss settlement status. Signed by Magistrate Judge Douglas E. Miller and filed on 9/6/13. Copies distributed to all parties 9/6/13.(ldab, ) (Entered: 09/06/2013) |
| 09/06/2013 | | Case reassigned to Magistrate Judge Tommy E. Miller. Magistrate Judge Douglas E. Miller no longer assigned to the case. (ldab, ) (Entered: 09/06/2013) |
| 09/06/2013 | 181 | ORDER Granting 156 Motion to Seal. Signed by Magistrate Judge Douglas E. Miller and filed on 9/6/13. Copies distributed to all parties 9/6/13. (ldab, ) (Entered: 09/06/2013) |
| 09/06/2013 | | MOTION REFERRED to Magistrate Judge Tommy E. Miller 167 Joint MOTION to Amend/Correct *the Scheduling Order and Memorandum in Support of Joint Motion to Modify the Scheduling Order* (ldab, ) (Entered: 09/06/2013) |

| 09/06/2013 | 183 | ORDER Granting 138 Motion to Seal The Court shall maintain the filings under seal until further Order of the Court. Signed by Magistrate Judge Douglas E. Miller and filed on 9/6/13. Copies distributed to all parties 9/8/13. (ldab, ) (Entered: 09/08/2013) |
| 09/06/2013 | 🔒 | (Court only) Motion No Longer Referred to Judge Tommy E. Miller: 167 Joint MOTION to Amend/Correct *the Scheduling Order and Memorandum in Support of Joint Motion to Modify the Scheduling Order* (ldab, ) (Entered: 09/09/2013) |
| 09/09/2013 | 184 | Request for Hearing by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 134 MOTION for Summary Judgment *of Patent Invalidity and No Willful Infringement* (McConaughy, Sarah) (Entered: 09/09/2013) |
| 09/09/2013 | 185 | Motion to appear Pro Hac Vice by Thomas John Ward, Jr. and Certification of Local Counsel W. Ryan Snow Filing fee $ 75, receipt number 0422-3660122. by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 09/09/2013) |
| 09/09/2013 | 186 | Motion to appear Pro Hac Vice by Joseph Paul Oldaker and Certification of Local Counsel W. Ryan Snow Filing fee $ 75, receipt number 0422-3660177. by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 09/09/2013) |
| 09/09/2013 | 187 | NOTICE by Virginia Innovation Sciences, Inc. re 159 Memorandum in Opposition,,, *Correcting Error in Memorandum* (Hartnett, David) (Entered: 09/09/2013) |
| 09/10/2013 | 🔒 | (Court only) ***Staff notes - Pro Hac Vice motions for Joseph Paul Oldaker and Thomas John Ward, Jr. referred to chambers for consideration. (tlev, ) (Entered: 09/10/2013) |
| 09/10/2013 | 189 | Request for Hearing by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 141 MOTION to Strike 131 Answer to Complaint, Counterclaim,, *or, in the Alternative, Motion for Summary Judgment on Defendants' Thirteenth Counterclaim Related to Inequitable Conduct* (McConaughy, Sarah) (Entered: 09/10/2013) |
| 09/10/2013 | 190 | Request for Hearing by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 124 MOTION to Dismiss for Failure to State a Claim *and to Strike Allegations and Prayer for Relief* (McConaughy, Sarah) (Entered: 09/10/2013) |
| 09/10/2013 | 191 | ORDER Granting 160 Motion to Seal. Signed by Magistrate Judge Douglas E. Miller and filed on 9/10/13. Copies distributed to all parties 9/11/13. (ldab, ) (Entered: 09/11/2013) |
| 09/10/2013 | 192 | ORDER Granting 170 Motion to Seal. Signed by Magistrate Judge Douglas E. Miller and filed on 9/10/13. Copies distributed to all parties 9/11/13. (ldab, ) (Entered: 09/11/2013) |

| 09/12/2013 | 193 | ORDER granting 185 Motion for Pro hac vice for Thomas John Ward, Jr as to Virginia Innovation Sciences, Inc. Signed by District Judge Mark S. Davis on 09/12/13. (tlev, ) (Entered: 09/13/2013) |
| 09/12/2013 | 194 | ORDER granting 186 Motion for Pro hac vice for Joseph Paul Oldaker as to Virginia Innovation Sciences, Inc. Signed by District Judge Mark S. Davis on 09/12/13. (tlev, ) (Entered: 09/13/2013) |
| 09/13/2013 | 195 | ORDER Granting 175 Motion to Seal. Signed by Magistrate Judge Douglas E. Miller on 9/12/13 and filed 9/13/13. Copies distributed to all parties 9/13/13. (ldab, ) (Entered: 09/13/2013) |
| 09/16/2013 | | MOTIONS REFERRED to Magistrate Judge Tommy E. Miller. 154 MOTION and Memorandum in Support of Request for Judicial Notice re 152 Response in Opposition to Motion, (ldab, ) (Entered: 09/16/2013) |
| 09/17/2013 | 🔒 | (Court only) Motion No Longer Referred to Magistrate Judge Tommy E. Miller. 154 MOTION and Memorandum in Support of Request for Judicial Notice re 152 Response in Opposition to Motion, (ldab, ) (Entered: 09/17/2013) |
| 09/17/2013 | 🔒 | (Court only) ***Staff notes : referred 154 motion and memorandum to MSD chambers (ldab, ) (Entered: 09/17/2013) |
| 09/18/2013 | 196 | ORDER - This matter is before the Court following a Markman hearing. In anticipation of the issuance of the Markman opinion, the Court amends the Rule 16(b) Scheduling Order as follows: All discovery of experts, and all depositions taken by the proponent of a witness for presentation in evidence in lieu of the appearance of the witness at trial, shall be concluded on or before October 4, 2013. IT IS SO ORDERED. Signed by District Judge Mark S. Davis and filed on 9/18/13. Copies distributed to all parties 9/18/13.(ldab, ) (Entered: 09/18/2013) |
| 09/25/2013 | 197 | Motion to appear Pro Hac Vice by Claire Abernathy Henry and Certification of Local Counsel David C. Hartnett Filing fee $ 75, receipt number 0422-3681964. by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 09/25/2013) |
| 09/25/2013 | 198 | OPINION AND ORDER - For the reasons set forth above, the Court issues this Opinion and Order as the construction of the disputed claim terms in the '492 patent family and the '733 patent family. It is SO ORDERED. Signed by District Judge Mark S. Davis and on 9/25/13. Copies distributed to all parties 9/25/13.(ldab, ) (Entered: 09/25/2013) |
| 09/26/2013 | 🔒 | (Court only) ***Staff notes - Pro Hac Vice motion for Claire Abernathy Henry referred to chambers for consideration. (tlev, ) (Entered: 09/26/2013) |
| 09/26/2013 | 201 | ORDER granting 197 Motion for Pro hac vice for Claire Abernathy Henry as to Virginia Innovation Sciences, Inc. Signed by District Judge Mark S. Davis on 09/26/13. (tlev, ) (Entered: 10/01/2013) |

| | | |
|---|---|---|
| 09/30/2013 | 199 | Joint MOTION to Amend/Correct *the Scheduling Order* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC., Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A (Proposed Order))(McFarland, Robert) (Entered: 09/30/2013) |
| 09/30/2013 | 200 | Memorandum in Support re 199 Joint MOTION to Amend/Correct *the Scheduling Order* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC., Virginia Innovation Sciences, Inc.. (McFarland, Robert) (Entered: 09/30/2013) |
| 09/30/2013 | | Set Deadlines/Hearings Telephone Conference set for 10/3/2013 at 10:30 AM in Chambers before Magistrate Judge Douglas E. Miller. (afor) (Entered: 09/30/2013) |
| 09/30/2013 | 🔒 | (Court only) ***Staff notes : Sent TEM chambers proposed order to amend scheduling order (ldab, ) (Entered: 09/30/2013) |
| 10/01/2013 | 202 | ORDER granting 199 Motion to Amend the Scheduling Order. Signed by Magistrate Judge Tommy E. Miller and filed on 10/1/2013. (rsim, ) (Entered: 10/02/2013) |
| 10/03/2013 | | Minute Entry for proceedings held before Magistrate Judge Douglas E. Miller:Telephone Conference held on 10/3/2013. (afor) (Entered: 10/04/2013) |
| 10/09/2013 | 203 | MOTION in Limine *#1 of 10 to Exclude Evidence or Argument Regarding VIS's Improper Application of the Entire Market Value Rule* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 204 | Memorandum in Support re 203 MOTION in Limine *#1 of 10 to Exclude Evidence or Argument Regarding VIS's Improper Application of the Entire Market Value Rule REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 205 | MOTION to Seal *the unredacted version of Defendants' Memorandum in Support of Samsung's Motion in Limine # 1 of 10* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 206 | Memorandum in Support re 205 MOTION to Seal *the unredacted version of Defendants' Memorandum in Support of Samsung's Motion in Limine # 1 of 10* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/09/2013) |
| | | |

| 10/09/2013 | 207 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 205 MOTION to Seal *the unredacted version of Defendants' Memorandum in Support of Samsung's Motion in Limine # 1 of 10* (McFarland, Robert) (Entered: 10/09/2013) |
| --- | --- | --- |
| 10/09/2013 | 208 | MOTION in Limine *#2 of 10 to Exclude Evidence or Argument Regarding Irrelevant and Prejudicial Financial Information* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 209 | Memorandum in Support re 208 MOTION in Limine *#2 of 10 to Exclude Evidence or Argument Regarding Irrelevant and Prejudicial Financial Information REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 210 | MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #2 of 10* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 211 | Memorandum in Support re 210 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #2 of 10* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 212 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 210 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #2 of 10* (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 213 | MOTION in Limine *#3 of 10 to Exclude Evidence of Commercial Success* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 214 | Memorandum in Support re 213 MOTION in Limine *#3 of 10 to Exclude Evidence of Commercial Success REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 215 | MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #3 of 10* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: |

| | | 10/09/2013) |
|---|---|---|
| 10/09/2013 | 216 | Memorandum in Support re 215 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #3 of 10* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 217 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 215 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #3 of 10* (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 218 | MOTION in Limine *#4 of 10 to Exclude Irrelevant Evidence of Samsung's Non-Asserted Patent Applications* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 219 | Memorandum in Support re 218 MOTION in Limine *#4 of 10 to Exclude Irrelevant Evidence of Samsung's Non-Asserted Patent Applications* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 220 | MOTION in Limine *#5 of 10 to Exclude Evidence or Argument Regarding Alleged "Copying" by Samsung* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 221 | Memorandum in Support re 220 MOTION in Limine *#5 of 10 to Exclude Evidence or Argument Regarding Alleged "Copying" by Samsung REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 222 | MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #5 of 10* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 223 | Memorandum in Support re 222 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #5 of 10* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 224 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics |

| | | |
|---|---|---|
| | | Co., LTD., Samsung Telecommunications America, LLC. re 222 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #5 of 10* (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 225 | MOTION in Limine *#6 of 10 to Bar Uncorroborated Evidence of Alleged Conception or Priority Date Before the Application Filing Date* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 226 | Memorandum in Support re 225 MOTION in Limine *#6 of 10 to Bar Uncorroborated Evidence of Alleged Conception or Priority Date Before the Application Filing Date REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 227 | MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #6 of 10* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 228 | Memorandum in Support re 227 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #6 of 10* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 229 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 227 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #6 of 10* (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 230 | MOTION in Limine *#7 of 10 to Exclude Any Reliance by VIS's Experts on Unsupported Survey Information* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 231 | Memorandum in Support re 230 MOTION in Limine *#7 of 10 to Exclude Any Reliance by VIS's Experts on Unsupported Survey Information REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 232 | MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #7 of 10* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |

| 10/09/2013 | 233 | Memorandum in Support re 232 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #7 of 10* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/09/2013) |
| --- | --- | --- |
| 10/09/2013 | 234 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 232 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #7 of 10* (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 235 | MOTION in Limine *#8 of 10 to Exclude Television Commercials Referencing DLNA Within the Accused Products* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 236 | Memorandum in Support re 235 MOTION in Limine *#8 of 10 to Exclude Television Commercials Referencing DLNA Within the Accused Products* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 237 | MOTION in Limine *#9 of 10 to Exclude Evidence or Argument Regarding VIS's Improper Reliance on Third-Party Agreements and Licensing Information* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 238 | Memorandum in Support re 237 MOTION in Limine *#9 of 10 to Exclude Evidence or Argument Regarding VIS's Improper Reliance on Third-Party Agreements and Licensing Information REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 239 | MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #9 of 10* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 240 | Memorandum in Support re 239 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #9 of 10* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 241 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 239 |

| | | MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #9 of 10* (McFarland, Robert) (Entered: 10/09/2013) |
|---|---|---|
| 10/09/2013 | 242 | MOTION in Limine *#10 of 10 to Bar Expert Opinion Testimony Based on Testing Not Disclosed in Opening Expert Report* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 243 | Memorandum in Support re 242 MOTION in Limine *#10 of 10 to Bar Expert Opinion Testimony Based on Testing Not Disclosed in Opening Expert Report REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 244 | MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #10 of 10* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 245 | Memorandum in Support re 244 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #10 of 10* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 246 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 244 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #10 of 10* (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 247 | Declaration re 203 MOTION in Limine *#1 of 10 to Exclude Evidence or Argument Regarding VIS's Improper Application of the Entire Market Value Rule*, 220 MOTION in Limine *#5 of 10 to Exclude Evidence or Argument Regarding Alleged "Copying" by Samsung*, 218 MOTION in Limine *#4 of 10 to Exclude Irrelevant Evidence of Samsung's Non-Asserted Patent Applications*, 225 MOTION in Limine *#6 of 10 to Bar Uncorroborated Evidence of Alleged Conception or Priority Date Before the Application Filing Date*, 235 MOTION in Limine *#8 of 10 to Exclude Television Commercials Referencing DLNA Within the Accused Products*, 237 MOTION in Limine *#9 of 10 to Exclude Evidence or Argument Regarding VIS's Improper Reliance on Third-Party Agreements and Licensing Information*, 242 MOTION in Limine *#10 of 10 to Bar Expert Opinion Testimony Based on Testing Not Disclosed in Opening Expert Report*, 213 MOTION in Limine *#3 of 10 to Exclude Evidence of Commercial Success*, 230 MOTION in Limine *#7 of 10 to Exclude Any Reliance by VIS's Experts on Unsupported Survey Information*, 208 MOTION in Limine *#2 of 10 to Exclude* |

| | | |
|---|---|---|
| | | *Evidence or Argument Regarding Irrelevant and Prejudicial Financial Information* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit 7, # 2 Exhibit 9, # 3 Exhibit 14, # 4 Exhibit 15, # 5 Exhibit 16, # 6 Exhibit 21, # 7 Exhibit 23, # 8 Exhibit 25, # 9 Exhibit 28)(McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 248 | MOTION to Seal *Exhibits 1, 2, 3, 4, 5, 6, 8, 10, 11, 12, 13, 17, 18, 19, 20, 22, 24, 26, 27, and 29 to the Declaration of Susan Van Keulen in Support of Samsung's Motions in Limine Nos. 1 through 10* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 249 | Memorandum in Support re 248 MOTION to Seal *Exhibits 1, 2, 3, 4, 5, 6, 8, 10, 11, 12, 13, 17, 18, 19, 20, 22, 24, 26, 27, and 29 to the Declaration of Susan Van Keulen in Support of Samsung's Motions in Limine Nos. 1 through 10* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 250 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 248 MOTION to Seal *Exhibits 1, 2, 3, 4, 5, 6, 8, 10, 11, 12, 13, 17, 18, 19, 20, 22, 24, 26, 27, and 29 to the Declaration of Susan Van Keulen in Support of Samsung's Motions in Limine Nos. 1 through 10* (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 251 | MOTION to Exclude *the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 252 | Memorandum in Support re 251 MOTION to Exclude *the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Declaration of Susan van Keulen in Support of Samsung's Daubert Motion to Exclude the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson)(McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 253 | MOTION to Seal *(1) the Unredacted Version of Samsung's Daubert Motion to Exclude the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson and (2) Exhibits 1 through 8 to the Declaration of Susan van Keulen in Support of Samsung's Daubert Motion* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/09/2013) |

| 10/09/2013 | 254 | Memorandum in Support re 253 MOTION to Seal *(1) the Unredacted Version of Samsung's Daubert Motion to Exclude the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson and (2) Exhibits 1 through 8 to the Declaration of Susan van Keulen in Support of* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/09/2013) |
|---|---|---|
| 10/09/2013 | 255 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 253 MOTION to Seal *(1) the Unredacted Version of Samsung's Daubert Motion to Exclude the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson and (2) Exhibits 1 through 8 to the Declaration of Susan van Keulen in Support of* (McFarland, Robert) (Entered: 10/09/2013) |
| 10/09/2013 | 256 | MOTION to Exclude *Defendants' New Invalidity Contentions and to Preclude Defendants' Expert from Asserting Such Contentions at Trial* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 10/09/2013) |
| 10/09/2013 | 257 | Memorandum in Support re 256 MOTION to Exclude *Defendants' New Invalidity Contentions and to Preclude Defendants' Expert from Asserting Such Contentions at Trial* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8) (Snow, W. Ryan) (Entered: 10/09/2013) |
| 10/09/2013 | 258 | MOTION to Seal *Certain Exhibits to Plaintiff's Memorandum in Support of its Motion to Exclude Defendants New Invalidity Contentions and to Preclude Defendants Expert from Asserting Such Contentions at Trial* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Hartnett, David) (Entered: 10/09/2013) |
| 10/09/2013 | 259 | Memorandum in Support re 258 MOTION to Seal *Certain Exhibits to Plaintiff's Memorandum in Support of its Motion to Exclude Defendants New Invalidity Contentions and to Preclude Defendants Expert from Asserting Such Contentions at Trial* filed by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 10/09/2013) |
| 10/09/2013 | 260 | NOTICE by Virginia Innovation Sciences, Inc. re 258 MOTION to Seal *Certain Exhibits to Plaintiff's Memorandum in Support of its Motion to Exclude Defendants New Invalidity Contentions and to Preclude Defendants Expert from Asserting Such Contentions at Trial* (Hartnett, David) (Entered: 10/09/2013) |
| 10/09/2013 | 261 | MOTION to Strike *Portions of Dr. Kevin C. Almeroth's Expert Report* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 10/09/2013) |
| 10/09/2013 | 262 | Memorandum in Support re 261 MOTION to Strike *Portions of Dr.* |

| | | |
|---|---|---|
| | | *Kevin C. Almeroth's Expert Report* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Snow, W. Ryan) (Entered: 10/09/2013) |
| 10/09/2013 | 263 | MOTION to Seal *Exhibits to Plaintiff's Memorandum in Support of its Motion to Strike Portions of Dr. Kevin C. Almeroths Expert Report.* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order) (Hartnett, David) (Entered: 10/09/2013) |
| 10/09/2013 | 264 | Memorandum in Support re 263 MOTION to Seal *Exhibits to Plaintiff's Memorandum in Support of its Motion to Strike Portions of Dr. Kevin C. Almeroths Expert Report.* filed by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 10/09/2013) |
| 10/09/2013 | 265 | NOTICE by Virginia Innovation Sciences, Inc. re 263 MOTION to Seal *Exhibits to Plaintiff's Memorandum in Support of its Motion to Strike Portions of Dr. Kevin C. Almeroths Expert Report.* (Hartnett, David) (Entered: 10/09/2013) |
| 10/09/2013 | 266 | MOTION to Bifurcate by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 10/09/2013) |
| 10/09/2013 | 267 | Memorandum in Support re 266 MOTION to Bifurcate filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/09/2013) |
| 10/09/2013 | 268 | First MOTION in Limine *to Exclude Inadmissible Evidence* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order) (Snow, W. Ryan) (Entered: 10/09/2013) |
| 10/09/2013 | 269 | Memorandum in Support re 268 First MOTION in Limine *to Exclude Inadmissible Evidence* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Snow, W. Ryan) (Entered: 10/09/2013) |
| 10/09/2013 | 270 | Second MOTION in Limine *to Exclude Non-Comparable License Agreements* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 10/09/2013) |
| 10/09/2013 | 271 | Memorandum in Support re 270 Second MOTION in Limine *to Exclude Non-Comparable License Agreements* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12)(Snow, W. Ryan) (Entered: 10/09/2013) |
| 10/09/2013 | 272 | MOTION to Seal *Portions of Plaintiffs Memorandum in Support of its Second Motion in Limine to Exclude Non-Comparable License Agreements* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Hartnett, David) (Entered: 10/09/2013) |
| 10/09/2013 | 273 | Memorandum in Support re 272 MOTION to Seal *Portions of Plaintiffs Memorandum in Support of its Second Motion in Limine to Exclude* |

| | | |
|---|---|---|
| | | *Non-Comparable License Agreements* filed by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 10/09/2013) |
| 10/09/2013 | [274](#) | NOTICE by Virginia Innovation Sciences, Inc. re [272](#) MOTION to Seal *Portions of Plaintiffs Memorandum in Support of its Second Motion in Limine to Exclude Non-Comparable License Agreements* (Hartnett, David) (Entered: 10/09/2013) |
| 10/09/2013 | 🔒 | (Court only) Deadline 1 Suspense due by 10/24/2013 response to [205](#), [210](#), [215](#), [222](#), [227](#), [232](#), [239](#), [244](#), [248](#), [251](#), [253](#), [256](#), [258](#), [266](#), & [272](#). (ldab, ) (Entered: 10/11/2013) |
| 10/10/2013 | 🔒 [275](#) | Sealed Exhibit 4 re [257](#) Memorandum in Support,. (ldab, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 [276](#) | Sealed Exhibit 6 re [257](#) Memorandum in Support,. (ldab, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 [277](#) | Sealed Exhibit 7 re [257](#) Memorandum in Support,. (ldab, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 [278](#) | Sealed Exhibit 8 re [257](#) Memorandum in Support,. (Attachments: # [1](#) Exhibit)(ldab, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 [279](#) | Sealed Exhibit A re [262](#) Memorandum in Support,. (Attachments: # [1](#) Exhibit)(bgra, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 [280](#) | Sealed Exhibit B re [262](#) Memorandum in Support,. (Attachments: # [1](#) Exhibit, # [2](#) Exhibit)(bgra, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 [281](#) | Sealed Exhibits 1-12 re [271](#) Memorandum in Support,. (Attachments: # [1](#) Exhibit, # [2](#) Exhibit, # [3](#) Exhibit, # [4](#) Exhibit, # [5](#) Exhibit, # [6](#) Exhibit, # [7](#) Exhibit, # [8](#) Exhibit, # [9](#) Exhibit, # [10](#) Exhibit, # [11](#) Exhibit, # [12](#) Exhibit)(bgra, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 [282](#) | Sealed Memorandum in Support re [203](#) MOTION in Limine *#1 of 10 to Exclude Evidence or Argument Regarding VIS's Improper Application of the Entire Market Value Rule*. (ldab, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 [283](#) | Sealed Memorandum in Support re [208](#) MOTION in Limine *#2 of 10 to Exclude Evidence or Argument Regarding Irrelevant and Prejudicial Financial Information*. (ldab, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 [284](#) | Sealed Memorandum in Support re [213](#) MOTION in Limine *#3 of 10 to Exclude Evidence of Commercial Success*. (ldab, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 [285](#) | Sealed Memorandum in Support re [222](#) MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #5 of 10*, [218](#) MOTION in Limine *#4 of 10 to Exclude Irrelevant Evidence of Samsung's Non-Asserted Patent Applications*. (ldab, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 [286](#) | Sealed Memorandum in Support re [225](#) MOTION in Limine *#6 of 10 to Bar Uncorroborated Evidence of Alleged Conception or Priority Date* |

| | | | |
|---|---|---|---|
| | | | *Before the Application Filing Date.* (ldab, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 | 287 | Sealed Memorandum in Support re 232 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #7 of 10.* (ldab, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 | 288 | Sealed Memorandum in Support re 239 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #9 of 10,* 237 MOTION in Limine *#9 of 10 to Exclude Evidence or Argument Regarding VIS's Improper Reliance on Third-Party Agreements and Licensing Information.* (ldab, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 | 289 | Sealed Memorandum in Support re 244 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #10 of 10.* (ldab, ) (Entered: 10/15/2013) |
| 10/10/2013 | 🔒 | 290 | Sealed Exhibits re 247 Declaration,,,,,,. (Attachments: # 1 Exhibit 2, # 2 Exhibit 3, # 3 Exhibit 5, # 4 Exhibit 6, # 5 Exhibit 8, # 6 Exhibit 10, # 7 Exhibit 11, # 8 Exhibit 12, # 9 Exhibit 13, # 10 Exhibit 17, # 11 Exhibit 18 PART ONE, # 12 Exhibit 18 PART TWO, # 13 Exhibit 19, # 14 Exhibit 20 PART ONE, # 15 Exhibit 20 PART TWO, # 16 Exhibit 20 PART THREE, # 17 Exhibit 22, # 18 Exhibit 24, # 19 Exhibit 26, # 20 Exhibit 27, # 21 Exhibit 29)(ldab, ) (Entered: 10/16/2013) |
| 10/10/2013 | 🔒 | 291 | Sealed Exhibits re 252 Memorandum in Support,. (Attachments: # 1 1, # 2 2, # 3 3 PART ONE, # 4 3 PART TWO, # 5 4, # 6 5, # 7 6, # 8 7, # 9 8 PART ONE, # 10 8 PART TWO, # 11 8 PART THREE, # 12 8 PART FOUR)(ldab, ) (Entered: 10/16/2013) |
| 10/17/2013 | | 292 | ORDER - Counsel for both parties are ORDERED to submit simultaneous briefs outlining their position on the issue of whether the Court, for judicial economy reasons, should consolidate these cases and continue the trial in Case No. 2:12cv548. Counsel are DIRECTED to submit briefs, limited to no more than 12 pages, by October 21, 2013 at 12:00 p.m. (noon). The Court's Courtroom Deputy Clerk has already scheduled a telephonic status conference for October 23, 2013 at 3:00 p.m. to discuss various logistical issues raised by the parties. The Court will entertain further argument on possible consolidation and continuation of the trial at that time, if necessary. IT IS SO ORDERED. Signed by District Judge Mark S. Davis on 10/17/13. Copies distributed to all counsel of record 10/17/13.(ldab, ) (Entered: 10/17/2013) |
| 10/17/2013 | | 293 | RESPONSE in Opposition re 218 MOTION in Limine *#4 of 10 to Exclude Irrelevant Evidence of Samsung's Non-Asserted Patent Applications* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | | 294 | MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsung's Motion in Limine # 4 of 10 to Exclude (Allegedly) Irrelevant Evidence of Samsungs Non-Asserted Patent Applications* by Virginia |

| | | Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 10/17/2013) |
|---|---|---|
| 10/17/2013 | 295 | Memorandum in Support re 294 MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsung's Motion in Limine # 4 of 10 to Exclude (Allegedly) Irrelevant Evidence of Samsungs Non-Asserted Patent Applications* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 296 | NOTICE by Virginia Innovation Sciences, Inc. re 294 MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsung's Motion in Limine # 4 of 10 to Exclude (Allegedly) Irrelevant Evidence of Samsungs Non-Asserted Patent Applications* (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 297 | RESPONSE in Opposition re 230 MOTION in Limine *#7 of 10 to Exclude Any Reliance by VIS's Experts on Unsupported Survey Information* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 298 | MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsungs Motion in Limine # 7 of 10 to Exclude Any Reliance by VISs Experts on (Allegedly) Unsupported Survey Information* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 299 | Memorandum in Support re 298 MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsungs Motion in Limine # 7 of 10 to Exclude Any Reliance by VISs Experts on (Allegedly) Unsupported Survey Information* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 300 | NOTICE by Virginia Innovation Sciences, Inc. re 298 MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsungs Motion in Limine # 7 of 10 to Exclude Any Reliance by VISs Experts on (Allegedly) Unsupported Survey Information* (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 301 | RESPONSE in Opposition re 242 MOTION in Limine *#10 of 10 to Bar Expert Opinion Testimony Based on Testing Not Disclosed in Opening Expert Report* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 302 | MOTION to Seal *Exhibit #2 to Plaintiffs Response in Opposition to Samsungs Motion in Limine # 10 of 10 to Bar Expert Testing (Allegedly) Not Disclosed in Opening Expert Report* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 303 | Memorandum in Support re 302 MOTION to Seal *Exhibit #2 to Plaintiffs Response in Opposition to Samsungs Motion in Limine # 10 of 10 to Bar Expert Testing (Allegedly) Not Disclosed in Opening* |

| | | |
|---|---|---|
| | | *Expert Report* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 304 | NOTICE by Virginia Innovation Sciences, Inc. re 302 MOTION to Seal *Exhibit #2 to Plaintiffs Response in Opposition to Samsungs Motion in Limine # 10 of 10 to Bar Expert Testing (Allegedly) Not Disclosed in Opening Expert Report* (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 305 | RESPONSE in Opposition re 203 MOTION in Limine *#1 of 10 to Exclude Evidence or Argument Regarding VIS's Improper Application of the Entire Market Value Rule,* 220 MOTION in Limine *#5 of 10 to Exclude Evidence or Argument Regarding Alleged "Copying" by Samsung,* 235 MOTION in Limine *#8 of 10 to Exclude Television Commercials Referencing DLNA Within the Accused Products* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 306 | RESPONSE in Opposition re 251 MOTION to Exclude *the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Declaration of Counsel, # 2 Exhibit 1, # 3 Exhibit 2)(Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 307 | MOTION to Seal *Portions of Plaintiff's Memorandum in Opposition to Defendants Daubert Motion to Exclude the Opinion and Testimony of Plaintiffs Damages Expert Dr. Laura Robinson* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 308 | Memorandum in Support re 307 MOTION to Seal *Portions of Plaintiff's Memorandum in Opposition to Defendants Daubert Motion to Exclude the Opinion and Testimony of Plaintiffs Damages Expert Dr. Laura Robinson* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 309 | NOTICE by Virginia Innovation Sciences, Inc. re 308 Memorandum in Support, (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 310 | Opposition to 270 Second MOTION in Limine *to Exclude Non-Comparable License Agreements REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 311 | MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Second Motion in Limine to Exclude Non-Comparable License Agreements* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 312 | Memorandum in Support re 311 MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Second Motion in Limine to* |

| | | |
|---|---|---|
| | | *Exclude Non-Comparable License Agreements* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 313 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 311 MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Second Motion in Limine to Exclude Non-Comparable License Agreements* (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 314 | Opposition to 256 MOTION to Exclude *Defendants' New Invalidity Contentions and to Preclude Defendants' Expert from Asserting Such Contentions at Trial REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 315 | MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Motion to Exclude Defendants' "New" Invalidity Contentions and to Preclude Defendants' Expert from Asserting Such Contentions at Trial* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 316 | Memorandum in Support re 315 MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Motion to Exclude Defendants' "New" Invalidity Contentions and to Preclude Defendants' Expert from Asserting Such Contentions at Trial* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 317 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 315 MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Motion to Exclude Defendants' "New" Invalidity Contentions and to Preclude Defendants' Expert from Asserting Such Contentions at Trial* (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 318 | Opposition to 266 MOTION to Bifurcate filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 319 | Opposition to 261 MOTION to Strike *Portions of Dr. Kevin C. Almeroth's Expert Report REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 320 | MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Motion to Strike Portions of Dr. Kevin C. Almeroth's Expert* |

| | | |
|---|---|---|
| | | *Report* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 321 | Memorandum in Support re 320 MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Motion to Strike Portions of Dr. Kevin C. Almeroth's Expert Report* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 322 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 320 MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Motion to Strike Portions of Dr. Kevin C. Almeroth's Expert Report* (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 323 | Opposition to 268 First MOTION in Limine *to Exclude Inadmissible Evidence REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 324 | MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Motion in Limine to Exclude Inadmissible Evidence* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 325 | Memorandum in Support re 324 MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Motion in Limine to Exclude Inadmissible Evidence* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 326 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 324 MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Motion in Limine to Exclude Inadmissible Evidence* (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | 327 | RESPONSE in Opposition re 208 MOTION in Limine *#2 of 10 to Exclude Evidence or Argument Regarding Irrelevant and Prejudicial Financial Information* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Declaration of Counsel, # 2 Exhibit 1)(Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 328 | MOTION to Seal *Exhibit 1 to Plaintiffs Response in Opposition to Samsungs Motion in Limine # 2 of 10 to Exclude Evidence or Argument Regarding (Allegedly) Irrelevant and (Allegedly) Prejudicial Financial Information* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 10/17/2013) |
| | | |

| 10/17/2013 | [329](#) | Memorandum in Support re [328](#) MOTION to Seal *Exhibit 1 to Plaintiffs Response in Opposition to Samsungs Motion in Limine # 2 of 10 to Exclude Evidence or Argument Regarding (Allegedly) Irrelevant and (Allegedly) Prejudicial Financial Information* filed by Virginia Innovation Sciences, Inc. (Snow, W. Ryan) (Entered: 10/17/2013) |
| --- | --- | --- |
| 10/17/2013 | [330](#) | Declaration re [319](#) Opposition, [310](#) Opposition, [314](#) Opposition, [323](#) Opposition, [318](#) Opposition by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # [1](#) Exhibit 7, # [2](#) Exhibit 8, # [3](#) Exhibit 9, # [4](#) Exhibit 10, # [5](#) Exhibit 12, # [6](#) Exhibit 13, # [7](#) Exhibit 14, # [8](#) Exhibit 16, # [9](#) Exhibit 18, # [10](#) Exhibit 19, # [11](#) Exhibit 21, # [12](#) Exhibit 22, # [13](#) Exhibit 23, # [14](#) Exhibit 25, # [15](#) Exhibit 26, # [16](#) Exhibit 27, # [17](#) Exhibit 28, # [18](#) Exhibit 29, # [19](#) Exhibit 30, # [20](#) Exhibit 31, # [21](#) Exhibit 34)(McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | [331](#) | NOTICE by Virginia Innovation Sciences, Inc. re [328](#) MOTION to Seal *Exhibit 1 to Plaintiffs Response in Opposition to Samsungs Motion in Limine # 2 of 10 to Exclude Evidence or Argument Regarding (Allegedly) Irrelevant and (Allegedly) Prejudicial Financial Information* (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | [332](#) | MOTION to Seal *Exhibits 1, 2, 3, 4, 5, 6, 11, 15, 17, 20, 24, 32 and 33 to the Declaration of Susan van Keulen in Support of Samsung's Oppositions* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | [333](#) | RESPONSE in Opposition re [213](#) MOTION in Limine *#3 of 10 to Exclude Evidence of Commercial Success* filed by Virginia Innovation Sciences, Inc.. (Attachments: # [1](#) Declaration of Counsel, # [2](#) Exhibit 1, # [3](#) Exhibit 2)(Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | [334](#) | Memorandum in Support re [332](#) MOTION to Seal *Exhibits 1, 2, 3, 4, 5, 6, 11, 15, 17, 20, 24, 32 and 33 to the Declaration of Susan van Keulen in Support of Samsung's Oppositions* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # [1](#) Proposed Order)(McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | [335](#) | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re [332](#) MOTION to Seal *Exhibits 1, 2, 3, 4, 5, 6, 11, 15, 17, 20, 24, 32 and 33 to the Declaration of Susan van Keulen in Support of Samsung's Oppositions* (McFarland, Robert) (Entered: 10/17/2013) |
| 10/17/2013 | [336](#) | MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsungs Motion in Limine # 3 of 10 to Exclude Evidence of Commercial Success* by Virginia Innovation Sciences, Inc.. (Attachments: # [1](#) Proposed Order)(Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | [337](#) | Memorandum in Support re [336](#) MOTION to Seal *Portions of* |

|  |  |  |
|---|---|---|
|  |  | *Plaintiff's Response in Opposition to Samsungs Motion in Limine # 3 of 10 to Exclude Evidence of Commercial Success* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 338 | NOTICE by Virginia Innovation Sciences, Inc. re 336 MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsungs Motion in Limine # 3 of 10 to Exclude Evidence of Commercial Success* (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 339 | RESPONSE in Opposition re 225 MOTION in Limine *#6 of 10 to Bar Uncorroborated Evidence of Alleged Conception or Priority Date Before the Application Filing Date* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 340 | RESPONSE in Opposition re 237 MOTION in Limine *#9 of 10 to Exclude Evidence or Argument Regarding VIS's Improper Reliance on Third-Party Agreements and Licensing Information* filed by Virginia Innovation Sciences, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Declaration of Counsel)(Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 341 | MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsungs Motion in Limine # 9 of 10 to Exclude Evidence or Argument Regarding VISs Reliance on Third-Party Agreements and Licensing Information* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 342 | Memorandum in Support re 341 MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsungs Motion in Limine # 9 of 10 to Exclude Evidence or Argument Regarding VISs Reliance on Third-Party Agreements and Licensing Information* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 343 | NOTICE by Virginia Innovation Sciences, Inc. re 341 MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsungs Motion in Limine # 9 of 10 to Exclude Evidence or Argument Regarding VISs Reliance on Third-Party Agreements and Licensing Information* (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/17/2013 | 🔒 | (Court only) Deadline 2 Suspense due by 10/31/2013 response to 294,298,302,307,311,315,320,324,328,332,336,341,. (ldab, ) (Entered: 10/18/2013) |
| 10/17/2013 | 🔒 | (Court only) Deadline 3 Suspense due by 10/24/2013 reply to 306,314,318,. (ldab, ) (Entered: 10/18/2013) |
| 10/18/2013 | 🔒 354 | ***SEALED*** re 306 Response in Opposition to Motion to Exclude the Opinion and Testimony of Plantiff's Damages Expert Dr. Laura Robinson with Exhibits 1 and 2. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(bgra, ) (Entered: 10/31/2013) |
| 10/18/2013 | 🔒 355 | ***SEALED*** re 293 Response in Opposition to Samsung's Motion in Limine #4 of 10 to Exclude (Allegedly) Irrelevant Evidence of Samsung's Non-Asserted Patent Applications with Exhibits 3, 4, and 5. |

| | | | |
|---|---|---|---|
| | | | (Attachments: # 1 Exhibit 3, # 2 Exhibit 4, # 3 Exhibit 5)(bgra) (Entered: 10/31/2013) |
| 10/18/2013 | 🔒 | 356 | ***SEALED*** re 297 Response in Opposition to Samsung's Motion in Limine #7 of 10 to Exclude Any Reliance by VIS's Experts on (Allegedly) Unsupported Survey Information. (Attachments: # 1 Exhibit 1)(bgra, ) (Entered: 10/31/2013) |
| 10/18/2013 | 🔒 | 357 | ***SEALED*** re 302 MOTION to Seal *Exhibit #2 to Plaintiffs Response in Opposition to Samsungs Motion in Limine # 10 of 10 to Bar Expert Testing (Allegedly) Not Disclosed in Opening Expert Report*. (Attachments: # 1 Exhibit 2)(bgra) (Entered: 10/31/2013) |
| 10/18/2013 | 🔒 | 358 | ***SEALED*** re 327 Response in Opposition to Motion in Limine #2 of 10 to Exclude Evidence or Argument Regarding Irrelevant and Prejudicial Financial Information. (Attachments: # 1 Exhibit 1)(bgra) (Entered: 10/31/2013) |
| 10/18/2013 | 🔒 | 359 | ***SEALED*** re 333 Response in Opposition to Motion in Limine #3 of 10 to Exclude Evidence of Commercial Success with Exhibits 1 and 2. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(bgra, ) (Entered: 10/31/2013) |
| 10/18/2013 | 🔒 | 360 | ***SEALED*** re 340 Response in Opposition to Motion in Limine #9 of 10 to Exclude Evidence or Argument Regarding VIS's Improper Reliance on Third-Party Agreements and Licensing Information with Exhibits 1 and 2. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(bgra, ) (Entered: 10/31/2013) |
| 10/18/2013 | 🔒 | 361 | ***SEALED*** re 310 Opposition To Plaintiff's Second Motion in Limine To Exclude Non-comparable License Agreements. (bgra, ) (Entered: 10/31/2013) |
| 10/18/2013 | 🔒 | 362 | ***SEALED*** re 314 Opposition To Plaintiff's Motion To Exclude Defendants' "New" Invalidity Contentions and to Preclude Defendants' Expert From Asserting Such Contentions at Trial. (bgra, ) (Entered: 10/31/2013) |
| 10/18/2013 | 🔒 | 363 | ***SEALED*** re 319 Opposition to Plaintiff's Motion to Strike Portions of Dr. Kevin C. Almeroth's Expert Report. (bgra, ) (Entered: 10/31/2013) |
| 10/18/2013 | 🔒 | 364 | ***SEALED*** re 323 Opposition to Plaintiff's Motion in Limine to Exclude Inadmissible Evidence. (bgra, ) (Entered: 10/31/2013) |
| 10/18/2013 | 🔒 | 365 | ***SEALED*** re 330 Exhibits 1, 2, 3, 4, 5, 6, 11, 15, 17, 20, 24, 32, and 33 to the Declaration of Susan van Keulen in Support of Samsung's Oppositions. (Attachments: # 1 1, # 2 2, # 3 3, # 4 4, # 5 5, # 6 6, # 7 11, # 8 15 Part One, # 9 15 Part Two, # 10 17, # 11 20, # 12 24, # 13 32, # 14 33)(bgra) (Entered: 11/01/2013) |
| 10/21/2013 | | 344 | Memorandum *Requesting That Cases Not Be Consolidated And That The Forthcoming Trial Remain Set For November 12, 2013* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A, # 2 |

| | | |
|---|---|---|
| | | Exhibit B - Declaration, # 3 Exhibit C - Declaration, # 4 Exhibit D - Declaration)(Snow, W. Ryan) (Entered: 10/21/2013) |
| 10/21/2013 | 345 | Response to 292 Order,,, filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/21/2013) |
| 10/21/2013 | 346 | REPLY to Response to Motion re 266 MOTION to Bifurcate filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/21/2013) |
| 10/21/2013 | 347 | REPLY to Response to Motion re 261 MOTION to Strike *Portions of Dr. Kevin C. Almeroth's Expert Report* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/21/2013) |
| 10/21/2013 | 348 | REPLY to Response to Motion re 251 MOTION to Exclude *the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/21/2013) |
| 10/21/2013 | 349 | MOTION to Seal *Unredacted Version of Defendants' Reply Brief in Support of Samsung's Daubert Motion to Exclude the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 10/21/2013) |
| 10/21/2013 | 350 | Memorandum in Support re 349 MOTION to Seal *Unredacted Version of Defendants' Reply Brief in Support of Samsung's Daubert Motion to Exclude the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 10/21/2013) |
| 10/21/2013 | 351 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 349 MOTION to Seal *Unredacted Version of Defendants' Reply Brief in Support of Samsung's Daubert Motion to Exclude the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson* (McFarland, Robert) (Entered: 10/21/2013) |
| 10/21/2013 | 🔒 | (Court only) Deadline4 Suspense due by 11/4/2013 response to 349 motion to seal. (ldab, ) (Entered: 10/22/2013) |
| 10/22/2013 | 🔒 366 | Sealed Reply Brief re 349 MOTION to Seal *Unredacted Version of Defendants' Reply Brief in Support of Samsung's Daubert Motion to Exclude the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson*. (Attachments: # 1 Letter)(ldab, ) (Entered: 11/04/2013) |
| 10/23/2013 | 352 | TELEPHONE STATUS CONFERENCE held before District Judge |

| | | |
|---|---|---|
| | | Mark S. Davis: Paul McManus, OCR. Telephone Conference held on 10/23/2013. Present on the Telephone: Plaintiff: Timothy Grochocinski, Ryan Snow; A. Vecchione, Clarie Henry, Edward Casto, Jr., Jonathan Rastegar. Defendant: Brett Williamson, Robert McFarland, Susan Keulen. Matter came on for a status conference re: consolidation of cases 2:12cv548 and 2:13cv332. Court directed that the cases be consolidated for purposes of trial. New trial date is April 21, 2014, at 10:00 a.m. in Norfolk. A new final pretrial conference date will also be set. Oral argument on the pending motions for summary judgment will be held on November 13, 2013, at 10:30 a.m. in Norfolk. (vwar) (Entered: 10/24/2013) |
| 10/23/2013 | | Motion Hearing set as to 134 MOTION for Summary Judgment *of Patent Invalidity and No Willful Infringement for 11/13/2013 at 10:30 AM in Norfolk Courtroom 5 before District Judge Mark S. Davis. (vwar) (Entered: 10/24/2013)* |
| 10/24/2013 | | Reset Hearings: Final Pretrial Conference set for 4/10/2014 at 09:00 AM in Chambers before Magistrate Judge Tommy E. Miller. (cdod, ) (Entered: 10/24/2013) |
| 10/25/2013 | 353 | ORDER : The Court has determined pursuant to Rule 42 that the actions "involve a common question of law or fact" and that consolidation of the matters for trial would serve judicial economy and "avoid unnecessary cost or delay" without unduly prejudicing either party. Therefore, the two above referenced cases are consolidated for trial purposes only. The parties have indicated that they will work together to prepare a new discovery plan and the Court will therefore leave it to the parties to address that issue. To the extent that any further guidance is needed with regard to discovery issues, the parties are free to seek guidance from the co-assigned Magistrate Judge in this case. Furthermore, the trial of the above referenced consolidated matters is scheduled to begin on Monday April 21, 2014. Signed by District Judge Mark S. Davis on 10/24/13 and filed 10/25/13. Copies distributed to all parties 10/25/13. (ldab, ) (Entered: 10/25/2013) |
| 10/25/2013 | | Jury Trial reset for 4/21/2014 at 10:00 AM in Norfolk Courtroom 5 before District Judge Mark S. Davis. (vwar) (Entered: 10/28/2013) |
| 10/29/2013 | | MOTIONS REFERRED to Magistrate Judge: Tommy E. Miller. 253 MOTION to Seal *(1) the Unredacted Version of Samsung's Daubert Motion to Exclude the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson and (2) Exhibits 1 through 8 to the Declaration of Susan van Keulen in Support of,* 232 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #7 of 10,* 239 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #9 of 10,* 215 MOTION to Seal *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #3 of 10,* 272 MOTION to Seal *Portions of Plaintiffs Memorandum in Support of its Second Motion in Limine to Exclude Non-Comparable License Agreements,* 244 MOTION to Seal |

| | | |
|---|---|---|
| | | *the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #10 of 10,* 227 *MOTION to Seal the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #6 of 10,* 222 *MOTION to Seal the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #5 of 10,* 248 *MOTION to Seal Exhibits 1, 2, 3, 4, 5, 6, 8, 10, 11, 12, 13, 17, 18, 19, 20, 22, 24, 26, 27, and 29 to the Declaration of Susan Van Keulen in Support of Samsung's Motions in Limine Nos. 1 through 10,* 258 *MOTION to Seal Certain Exhibits to Plaintiff's Memorandum in Support of its Motion to Exclude Defendants New Invalidity Contentions and to Preclude Defendants Expert from Asserting Such Contentions at Trial,* 210 *MOTION to Seal the Unredacted Version of Defendants' Memorandum in Support of Samsung's Motion in Limine #2 of 10,* 205 *MOTION to Seal the unredacted version of Defendants' Memorandum in Support of Samsung's Motion in Limine # 1 of 10 (ldab, ) (Entered: 10/29/2013)* |
| 10/29/2013 | 🔒 | (Court only) ***Staff notes : referred 251 , 256 , & 266 to MSD chambers (ldab, ) (Entered: 10/29/2013) |
| 10/29/2013 | | Motion Hearing reset as to 134 MOTION for Summary Judgment *of Patent Invalidity and No Willful Infringement* for 11/13/2013 at 10:00 AM in Norfolk Courtroom 5 before District Judge Mark S. Davis. (vwar) (Entered: 10/29/2013) |
| 11/04/2013 | | MOTIONS REFERRED to Magistrate Judge Tommy E. Miller 302 MOTION to Seal *Exhibit #2 to Plaintiffs Response in Opposition to Samsungs Motion in Limine # 10 of 10 to Bar Expert Testing (Allegedly) Not Disclosed in Opening Expert Report,* 328 MOTION to Seal *Exhibit 1 to Plaintiffs Response in Opposition to Samsungs Motion in Limine # 2 of 10 to Exclude Evidence or Argument Regarding (Allegedly) Irrelevant and (Allegedly) Prejudicial Financial Information,* 294 MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsung's Motion in Limine # 4 of 10 to Exclude (Allegedly) Irrelevant Evidence of Samsungs Non-Asserted Patent Applications,* 324 MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Motion in Limine to Exclude Inadmissible Evidence,* 315 MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Motion to Exclude Defendants' "New" Invalidity Contentions and to Preclude Defendants' Expert from Asserting Such Contentions at Trial,* 307 MOTION to Seal *Portions of Plaintiff's Memorandum in Opposition to Defendants Daubert Motion to Exclude the Opinion and Testimony of Plaintiffs Damages Expert Dr. Laura Robinson,* 341 MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsungs Motion in Limine # 9 of 10 to Exclude Evidence or Argument Regarding VISs Reliance on Third-Party Agreements and Licensing Information,* 311 MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Second Motion in Limine to Exclude Non-Comparable License Agreements,* 320 MOTION to Seal *Unredacted Version of Defendants' Opposition to Plaintiff's Motion to Strike Portions of Dr. Kevin C. Almeroth's Expert* |

| | | |
|---|---|---|
| | | *Report*, 298 MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsungs Motion in Limine # 7 of 10 to Exclude Any Reliance by VISs Experts on (Allegedly) Unsupported Survey Information*, 336 MOTION to Seal *Portions of Plaintiff's Response in Opposition to Samsungs Motion in Limine # 3 of 10 to Exclude Evidence of Commercial Success*, 332 MOTION to Seal *Exhibits 1, 2, 3, 4, 5, 6, 11, 15, 17, 20, 24, 32 and 33 to the Declaration of Susan van Keulen in Support of Samsung's Oppositions* (ldab, ) (Entered: 11/04/2013) |
| 11/05/2013 | 367 | ORDER granting 205 Motion to Seal. The Court shall retain sealed materials until further order of this Court.. Signed by Magistrate Judge Tommy E. Miller and filed on 11/5/13. (ldab, ) (Entered: 11/07/2013) |
| 11/05/2013 | 368 | ORDER granting 210 Motion to Seal. The Courtshall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 11/5/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/05/2013 | 369 | ORDER granting 215 Motion to Seal. The Court shall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 11/5/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/05/2013 | 370 | ORDER granting 222 Motion to Seal. The Court shall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 11/5/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/05/2013 | 371 | ORDER granting 227 Motion to Seal. The Court shall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 11/5/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/05/2013 | 372 | ORDER granting 232 Motion to Seal. The Court shall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 11/5/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/05/2013 | 373 | ORDER granting 239 Motion to Seal. The Court shall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 11/5/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/05/2013 | 374 | ORDER granting 244 Motion to Seal The Court shall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 11/5/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/05/2013 | 375 | ORDER granting 248 Motion to Seal. The Court shall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 11/5/13. Copies distributed to all parties |

| | | |
|---|---|---|
| | | 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/05/2013 | 376 | ORDER granting 253 Motion to Seal. The Court shall retain sealed materials until furtherorder of this Court.. Signed by Magistrate Judge Tommy E. Miller and filed on 11/5/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/05/2013 | 377 | ORDER granting 258 Motion to Seal. Accordingly, the Motion to Seal is GRANTED and VIS is permitted to file under seal Exhibits 4, 6, 7 and 8 to Plaintiffs Memorandum in Support of its Motion to Exclude Defendants' New Invalidity Contentions and to Preclude Defendants' Expert from Asserting Such Contentions at Trial. These documents shall be treated in accordance with the terms and conditions of the Protective Order. The Court shall retain sealed materials until forty-five (45) days after entry of a final order. If the case is not appealed, any sealed materials should then be returned to counsel for the filing party. Signed by Magistrate Judge Tommy E. Miller and filed on 11/5/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/05/2013 | 378 | ORDER granting 272 Motion to Seal. Accordingly, the Motion to Seal is GRANTED and VIS is permitted to file under seal portions of Plaintiffs Memorandum in Support of its Second Motion in Limine to Exclude Non- Comparable License Agreements and the Exhibits thereto. These documents shall be treated in accordance with the terms and conditions of the Protective Order. The Court shall retain sealed materials until forty-five (45) days after entry of a final order. If the case is not appealed, any sealed materials should then be returned to counsel for the filing party. Signed by Magistrate Judge Tommy E. Miller and filed on 11/5/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/06/2013 | 379 | ORDER granting 294 Motion to Seal Accordingly, the Motion to Seal is GRANTED and VIS is permitted to file under seal certain portions of its Response in Opposition to Samsung's Motion in Limine # 4 of 10 to Exclude (Allegedly) Irrelevant Evidence of Samsung's Non-Asserted Patent Applications ("Response in Opposition") and accompanying Exhibits 3, 4, and 5. These documents shall be treated in accordance with the terms and conditions of the Protective Order. The Court shall retain sealed materials until forty-five (45) days after entry of a final order. If the case is not appealed, any sealed materials should then be returned to counsel for the filing party. Signed by Magistrate Judge Tommy E. Miller and filed on 11/6/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/06/2013 | 380 | ORDER granting 298 Motion to Seal. Accordingly, the Motion to Seal is GRANTED and VIS is permitted to file under seal certain portions of its Response in Opposition to Samsung's Motion in Limine # 7 of 10 to Exclude Any Reliance by VIS's Experts on (Allegedly) Unsupported Survey Information ("Response in Opposition") and accompanying Exhibit #1. These documents shall be treated in accordance with the terms and conditions of the Protective Order. The Court shall retain sealed materials until forty-five (45) days after entry of a final order. If |

| | | |
|---|---|---|
| | | the case is not appealed, any sealed materials should then be returned to counsel for the filing party. Signed by Magistrate Judge Tommy E. Miller on 11/6/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/06/2013 | 381 | ORDER granting 302 Motion to Seal. Accordingly, the Motion to Seal is GRANTED and VIS is permitted to file under seal Exhibit #2 to Plaintiffs Response in Opposition to Samsung's Motion in Limine # 10 of 10 to Bar Expert Testing (Allegedly) Not Disclosed in Opening Expert Report. These documents shall be treated in accordance with the terms and conditions of the Protective Order. The Court shall retain sealed materials until forty-five (45) days after entry of a final order. If the case is not appealed, any sealed materials should then be returned to counsel for the filing party. Signed by Magistrate Judge Tommy E. Miller on 11/6/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/06/2013 | 382 | ORDER granting 307 Motion to Seal. Accordingly, the Motion to Seal is GRANTED and VIS is permitted to file under seal certain portions of its Memorandum in Opposition to Defendants' Daubert Motion to Exclude the Opinion and Testimony of Plaintiffs Damages Expert Dr. Laura Robinson and accompanying Exhibits 1 and 2. These documents shall be treated in accordance with the terms and conditions of the Protective Order. The Court shall retain sealed materials until forty-five (45) days after entry of a final order. If the case is not appealed, any sealed materials should then be returned to counsel for the filing party. Signed by Magistrate Judge Tommy E. Miller and filed on 11/6/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/06/2013 | 383 | ORDER granting 311 Motion to Seal. The Court shall retain materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 11/6/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/06/2013 | 384 | ORDER granting 315 Motion to Seal. The Court shall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 11/6/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/06/2013 | 385 | ORDER granting 320 Motion to Seal. The Court shall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller on 11/6/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/06/2013 | 386 | ORDER granting 324 Motion to Seal. The Court shall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 11/6/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/06/2013 | 387 | ORDER granting 328 Motion to Seal. Accordingly, the Motion to Seal is GRANTED and VIS is permitted to file under seal Exhibit 1 to its Response in Opposition to Motion in Limine # 2 of 10 to Exclude |

| | | |
|---|---|---|
| | | Evidence or Argument Regarding (Allegedly) Irrelevant and (Allegedly) Prejudicial Financial Information ("Response in Opposition"). These documents shall be treated in accordance with the terms and conditions of the Protective Order. The Court shall retain sealed materials until forty-five (45) days after entry of a final order. If the case is not appealed, any sealed materials should then be returned to counsel for the filing party. Signed by Magistrate Judge Tommy E. Miller and filed on 11/6/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/06/2013 | 388 | ORDER granting 332 Motion to Seal. The Court shall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 11/6/13. Copies distributed to all parties 11/7/13. (ldab, ) (Entered: 11/07/2013) |
| 11/06/2013 | 389 | ORDER granting 336 Motion to Seal These documents shall be treated in accordance with the terms and conditions of the Protective Order. The Court shall retain sealed materials until forty-five (45) days after entry of a final order. If the case is not appealed, any sealed materials should then be returned to counsel for the filing party. Signed by Magistrate Judge Tommy E. Miller and filed on 11/6/13. Copies distributed to all parties 11/8/13. (ldab, ) (Entered: 11/08/2013) |
| 11/06/2013 | 390 | ORDER granting 341 Motion to Seal. These documents shall be treated in accordance with the terms and conditions of the Protective Order. The Court shall retain sealed materials until forty-five (45) days after entry of a final order. If the case is not appealed, any sealed materials should then be returned to counsel for the filing party. Signed by Magistrate Judge Tommy E. Miller and filed on 11/6/13. Copies distributed to all parties 11/8/13. (ldab, ) (Entered: 11/08/2013) |
| 11/07/2013 | | MOTION REFERRED to Magistrate Judge: Tommy E. Miller. 349 MOTION to Seal *Unredacted Version of Defendants' Reply Brief in Support of Samsung's Daubert Motion to Exclude the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson* (ldab, ) (Entered: 11/07/2013) |
| 11/08/2013 | 391 | ORDER - The Court approves both parties' requests with the understanding that this equipment will not have, or will be disabled of, the capacity to record, transmit, or photograph any court proceedings. Moreover, no internet access or use will be permitted. Counsel may use the Court's evidence presentation system, pursuant to the rules and information on the Court's website. Signed by District Judge Mark S. Davis and filed on 11/8/13. Copies distributed to all parties 11/12/13. (Attachments: # 1 Letter 1, # 2 Letter 2)(ldab, ) (Entered: 11/12/2013) |
| 11/12/2013 | 392 | TRANSCRIPT of Telephonic Status Conference held on 10/23/2013, before Judge Mark S. Davis, Court Reporter/Transcriber Paul McManus, Telephone number 757-222-7077. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the** |

| | | |
|---|---|---|
| | | **transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 12/12/2013. Redacted Transcript Deadline set for 1/13/2014. Release of Transcript Restriction set for 2/10/2014.(mcmanus, paul) (Entered: 11/12/2013)** |
| 11/12/2013 | 393 | ORDER Granting 349 Motion to Seal. The Court FINDS and ORDERS that less drastic alternatives to sealing are not feasible, and therefore orders that the unredacted version of Defendants' Reply Brief in Support of Samsung's Daubert Motion to Exclude the Opinion and Testimony of Plaintiffs Damages Expert Dr. Laura Robinson, be filed under seal by the Clerk. The Court shall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 11/12/13. Copies distributed to all parties 11/12/13. (ldab, ) (Entered: 11/12/2013) |
| 11/13/2013 | 394 | MOTION HEARING held before District Judge Mark S. Davis: Paul McManus, OCR. Timothy Grochocinski, Jonathan Rastegar, and W. Ryan Snow, present on behalf of the Plaintiff. Brett Williamson, Cameron Westin, and Robert McFarland, present on behalf of the Defendants. Anthony Kahng and Rett Snotherly, representatives for Samsung present. Matter came on for a hearing on defendants 134 motion for summary judgment. Motion Hearing held on 11/13/2013 re 134 MOTION for Summary Judgment *of Patent Invalidity and No Willful Infringement. Argument of counsel heard. Court takes matter under advisement and will issue an opinion. Court adjourned.* (vwar) *(Entered: 11/13/2013)* |
| 11/15/2013 | 395 | OPINION AND ORDER granting in part and denying in part 124 Motion to Dismiss for Failure to State a Claim; granting 126 Motion. Defendants' Motion to Dismiss Count VIII, alleging willful infringement, (ECF No. 124) is GRANTED with respect to the '711, '268, and '381 patents, and DENIED with respect to the '492, '733, and '398 patents. Defendants' Motion to Strike (ECF No. 124) is DENIED. Defendants' Request for Judicial Notice (ECF No. 126) is GRANTED. IT IS SO ORDERED. Signed by District Judge Mark S. Davis and filed on 11/15/13. Copies distributed to all counsel of record 11/17/13. (ldab, ) (Entered: 11/17/2013) |
| 11/18/2013 | 396 | TRANSCRIPT of proceedings, hearing on Motion for Summary Judgment held on 11/13/2013, before Judge Mark S. Davis, Court Reporter/Transcriber Paul McManus, Telephone number 757-222-7077. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is** |

| | | located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 12/18/2013. Redacted Transcript Deadline set for 1/21/2014. Release of Transcript Restriction set for 2/18/2014.(mcmanus, paul) (Entered: 11/18/2013) |
|---|---|---|
| 11/20/2013 | 397 | Declaration *of W. Ryan Snow Tendering Documents Presented at Argument on Defendants Motion for Summary Judgment of Patent Invalidity and No Willful Infringement* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1)(Snow, W. Ryan) (Entered: 11/20/2013) |
| 11/20/2013 | 398 | MOTION to Seal *Portions of Exhibit 1 to Declaration of W. Ryan Snow Tendering Documents Presented at Argument on Defendants Motion for Summary Judgment of Patent Invalidity and No Willful Infringement by Virginia Innovation Sciences, Inc..* by Virginia Innovation Sciences, Inc. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 11/20/2013) |
| 11/20/2013 | 399 | Memorandum in Support re 398 MOTION to Seal *Portions of Exhibit 1 to Declaration of W. Ryan Snow Tendering Documents Presented at Argument on Defendants Motion for Summary Judgment of Patent Invalidity and No Willful Infringement by Virginia Innovation Sciences, Inc..* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 11/20/2013) |
| 11/20/2013 | 400 | NOTICE by Virginia Innovation Sciences, Inc. re 398 MOTION to Seal *Portions of Exhibit 1 to Declaration of W. Ryan Snow Tendering Documents Presented at Argument on Defendants Motion for Summary Judgment of Patent Invalidity and No Willful Infringement by Virginia Innovation Sciences, Inc..* (Snow, W. Ryan) (Entered: 11/20/2013) |
| 11/20/2013 | 🔒 | (Court only) Deadline 1 Suspense due by 12/5/2013 response to 398 . (ldab, ) (Entered: 11/20/2013) |
| 11/21/2013 | 401 | Declaration *of Robert W. McFarland Tendering Documents Presented at Argument on Samsung's Motion for Summary Judgment of Patent Invalidity and No Willful Infringement* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit 1 (REDACTED))(McFarland, Robert) (Entered: 11/21/2013) |
| 11/21/2013 | 402 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 11/21/2013) |
| 11/21/2013 | 403 | Memorandum in Support re 402 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 11/21/2013) |
| | | |

| 11/21/2013 | | 404 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 402 MOTION to Seal (McFarland, Robert) (Entered: 11/21/2013) |
|---|---|---|---|
| 11/21/2013 | | | Telephone Conference - DOCKETED IN ERROR. This entry has been removed by the Clerk (lwoo) Modified on 11/21/2013 (lwoo). (Entered: 11/21/2013) |
| 11/21/2013 | 🔒 | 405 | Sealed Exhibit 1 re 397 Declaration,. (Attachments: # 1 Letter)(ldab, ) (Entered: 11/29/2013) |
| 11/21/2013 | 🔒 | 406 | Sealed Exhibit 1 re 401 Declaration,. (Attachments: # 1 Letter)(ldab, ) (Entered: 11/29/2013) |
| 11/22/2013 | 🔒 | | (Court only) Suspense response to 402 due by 12/5/2013. (rsim, ) (Entered: 11/25/2013) |
| 12/03/2013 | 🔒 | | (Court only) ***Staff notes : Received proposed Agreed Dismissal Order and placed in MSD pick-up box. (ldab, ) (Entered: 12/03/2013) |
| 12/03/2013 | | 407 | STIPULATION by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC., Virginia Innovation Sciences, Inc.. (McConaughy, Sarah) (Entered: 12/03/2013) |
| 12/03/2013 | | 408 | AGREED DISMISSAL ORDER REGARDING U.S. PATENT NO. 7,957,733 AND U.S. PATENT NO. 8,417,290. Signed by District Judge Mark S. Davis and filed on 12/3/13. Copies distributed to all parties 12/5/13.(ldab, ) (Entered: 12/05/2013) |
| 12/09/2013 | | 409 | ORDER - In support of Plaintiff's position on summary judgment, Plaintiff submitted Exhibit 1 to the Declaration of Arthur T. Brody. That exhibit references VIS 002975 at page 1. However, no such figure was submitted. There are figures on pages 2, 3 and 4 of Exhibit 1, but they all reference different VIS numbers. The parties seem to know what VIS 002975 represents, but the Court does not have access to such information. Plaintiff is ordered to immediately submit such document by filing it as a response to this Order. IT IS SO ORDERED. Signed by District Judge Mark S. Davis and filed on 12/9/13. Copies distributed to all parties 12/9/13.(ldab, ) (Entered: 12/09/2013) |
| 12/09/2013 | | 410 | Response to 409 Order,, filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1)(Hartnett, David) (Entered: 12/09/2013) |
| 12/11/2013 | | | MOTIONS REFERRED to Magistrate Judge Tommy E. Miller 402 MOTION to Seal , 398 MOTION to Seal *Portions of Exhibit 1 to Declaration of W. Ryan Snow Tendering Documents Presented at Argument on Defendants Motion for Summary Judgment of Patent Invalidity and No Willful Infringement by Virginia Innovation Sciences, Inc..* (ldab, ) (Entered: 12/11/2013) |
| 12/12/2013 | | 411 | ORDER granting 398 Motion to Seal; and VIS is permitted to file under seal portions of Exhibit 1 to the Declaration of W. Ryan Snow Tendering Documents Presented at Argument on Defendants Motion |

|  |  | for Summary Judgment of Patent Invalidity and No Willful Infringement. Signed by Magistrate Judge Tommy E. Miller and filed on 12/12/2013. (rsim, ) (Entered: 12/12/2013) |
| 12/12/2013 | 412 | ORDER re 402 Motion to Seal; that less drastic alternatives to sealing are not feasible, and therefore orders that the unredacted version of the Slide Presentation be filed under seal by the Clerk. The Court shall retain sealed materials until further order of this Court. Signed by Magistrate Judge Tommy E. Miller and filed on 12/12/2013. (rsim, ) (Entered: 12/12/2013) |
| 01/08/2014 | 413 | OPINION AND ORDER granting in part and denying in part 134 Motion for Summary Judgment. Defendants' summary judgment motion is hereby GRANTED, in part, and DENIED, in part. ECF No.134. Defendants' motion is GRANTED as to the invalidity of claims 21, 22, 25, 28, and 29 of the '268 patent as anticipated by U.S. Patent No. 7,850,005 ("Palin"). Defendants' motion is GRANTED as to claims 15, 60, 61 and 62 of the '398 patent as anticipated by "DLNA Home Networked Device Interoperability Guidelines expanded: October 2006" (hereinafter "DLNAvl.5"). Defendants' motion is DENIED as to invalidity of claim 27 of the '268 patent. Defendants' motion is DENIED as to invalidity of all asserted claims of the '492 patent. Defendant's motion is DENIED as to invalidity of all asserted claims of the '711 patent. Defendants' motion is DENIED as to invalidity of all asserted claims of the '381 patent. Defendants' motion is DENIED as to invalidity of claims 58 and 63 of the '398 patent. Defendants' motion is GRANTED as to a finding of no willful infringement. IT IS SO ORDERED. Signed by District Judge Mark S. Davis on 1/8/14. Copies distributed to all counsel of record 1/8/14. (ldab, ) (Entered: 01/08/2014) |
| 03/06/2014 | 414 | ORDER Granting 263 MOTION to Seal Exhibits to Plaintiff's Memorandum in Support of its Motion to Strike Portions of Dr. Kevin C. Almeroths Expert Report. The Court shall retain sealed materials until forty-five (45) days after entry of a final order. If the case is not appealed, any sealed materials should then be returned to counsel for the filing party. (Signed by Magistrate Judge Tommy E. Miller and filed on 3/6/2014). (bgra) (Entered: 03/10/2014) |
| 03/11/2014 | 415 | MOTION to Withdraw as Attorney *and Brief in Support* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order Exhibit A) (Snow, W. Ryan) (Entered: 03/11/2014) |
| 03/11/2014 | 🔋 | (Court only) Deadline 1 Suspense due by 3/27/2014 response to 415 . (ldab, ) (Entered: 03/13/2014) |
| 03/12/2014 | 416 | MOTION for Reconsideration re 413 Order on Motion for Summary Judgment,,,,, *in Light of the United States Patent and Trademark Offices Inter Partes Review Decisions Regarding the Patents-in-Suit* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order) (Snow, W. Ryan) (Entered: 03/12/2014) |
|  |  |  |

| 03/12/2014 | 417 | Memorandum in Support re 416 MOTION for Reconsideration re 413 Order on Motion for Summary Judgment,,,,, *in Light of the United States Patent and Trademark Offices Inter Partes Review Decisions Regarding the Patents-in-Suit* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Declaration of Counsel, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6) (Snow, W. Ryan) (Entered: 03/12/2014) |
|---|---|---|
| 03/12/2014 | 🔋 | (Court only) Deadline 2 Suspense due by 3/27/2014 response to 416 (ldab, ) (Entered: 03/13/2014) |
| 03/21/2014 | 418 | NOTICE by Virginia Innovation Sciences, Inc. re 256 MOTION to Exclude *Defendants' New Invalidity Contentions and to Preclude Defendants' Expert from Asserting Such Contentions at Trial (Withdrawing Motion)* (Snow, W. Ryan) (Entered: 03/21/2014) |
| 03/21/2014 | 419 | RESPONSE to Motion re 230 MOTION in Limine *#7 of 10 to Exclude Any Reliance by VIS's Experts on Unsupported Survey Information (Supplemental Based on New Evidence Disclosed in VIS II)* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A (under seal), # 2 Exhibit B (under seal), # 3 Affidavit)(Snow, W. Ryan) (Entered: 03/21/2014) |
| 03/21/2014 | 420 | MOTION to Exclude *Certain Improper Opinions and Testimony of Plaintiff's Technical Expert Dr. Arthur T. Brody* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 421 | MOTION to Seal *Supplemental Response to Samsung's Motion in Limine #7 of 10* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 03/21/2014) |
| 03/21/2014 | 422 | Memorandum in Support re 421 MOTION to Seal *Supplemental Response to Samsung's Motion in Limine #7 of 10* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 03/21/2014) |
| 03/21/2014 | 423 | NOTICE by Virginia Innovation Sciences, Inc. re 421 MOTION to Seal *Supplemental Response to Samsung's Motion in Limine #7 of 10* (Snow, W. Ryan) (Entered: 03/21/2014) |
| 03/21/2014 | 424 | Memorandum in Support re (420 in 2:12-cv-00548-MSD-TEM) MOTION to Exclude *Certain Improper Opinions and Testimony of Plaintiff's Technical Expert Dr. Arthur T. Brody*, (130 in 2:13-cv-00332-MSD-TEM) MOTION to Exclude *Certain Improper Opinions and Testimony of Plaintiff's Technical Expert Dr. Arthur T. Brody REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 425 | RESPONSE to Motion re 242 MOTION in Limine *#10 of 10 to Bar Expert Opinion Testimony Based on Testing Not Disclosed in Opening* |

| | | |
|---|---|---|
| | | *Expert Report (Supplemental Based on New Circumstances Presented in VIS II)* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Affidavit)(Snow, W. Ryan) (Entered: 03/21/2014) |
| 03/21/2014 | 426 | Declaration re 420 MOTION to Exclude *Certain Improper Opinions and Testimony of Plaintiff's Technical Expert Dr. Arthur T. Brody* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit 1 (Under Seal), # 2 Exhibit 2 (Under Seal), # 3 Exhibit 3 (Under Seal), # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11) (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 427 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 428 | Memorandum in Support re (427 in 2:12-cv-00548-MSD-TEM) MOTION to Seal , (133 in 2:13-cv-00332-MSD-TEM) MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 429 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 427 MOTION to Seal (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 430 | MOTION in Limine *#1 (renewed)* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 431 | MOTION in Limine *#2 (renewed)* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 432 | MOTION in Limine *#3 (renewed)* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 433 | MOTION in Limine *#5 (renewed)* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 434 | MOTION in Limine *#6 (renewed)* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 435 | MOTION in Limine *#7 (renewed)* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 436 | MOTION in Limine *#8 (renewed)* by Samsung Electronics America, |

| | | Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
|---|---|---|
| 03/21/2014 | 437 | MOTION in Limine *#9 (renewed)* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 438 | Memorandum in Support re 430 MOTION in Limine *#1 (renewed)*, 433 MOTION in Limine *#5 (renewed)*, 435 MOTION in Limine *#7 (renewed)*, 431 MOTION in Limine *#2 (renewed)*, 434 MOTION in Limine *#6 (renewed)*, 432 MOTION in Limine *#3 (renewed)*, 436 MOTION in Limine *#8 (renewed)*, 437 MOTION in Limine *#9 (renewed) Addenda to Samsung's Motions in Limine Nos. 1-3 and 5-9 (REDACTED)* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 439 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 440 | Memorandum in Support re 439 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 441 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 439 MOTION to Seal (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 442 | Withdrawal of Motion by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 242 MOTION in Limine *#10 of 10 to Bar Expert Opinion Testimony Based on Testing Not Disclosed in Opening Expert Report* (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 443 | MOTION in Limine *#11* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 444 | Memorandum in Support re (149 in 2:13-cv-00332-MSD-TEM) MOTION in Limine *#11*, (443 in 2:12-cv-00548-MSD-TEM) MOTION in Limine *#11 REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. Associated Cases: 2:13-cv-00332-MSD-TEM, 2:12-cv-00548-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 445 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 446 | Memorandum in Support re (151 in 2:13-cv-00332-MSD-TEM) |

| | | |
|---|---|---|
| | | MOTION to Seal , (445 in 2:12-cv-00548-MSD-TEM) MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 447 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 445 MOTION to Seal (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 448 | MOTION in Limine #12 by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 449 | Memorandum in Support re (448 in 2:12-cv-00548-MSD-TEM) MOTION in Limine #12, (154 in 2:13-cv-00332-MSD-TEM) MOTION in Limine #12 REDACTED filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 450 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 451 | Memorandum in Support re (156 in 2:13-cv-00332-MSD-TEM) MOTION to Seal , (450 in 2:12-cv-00548-MSD-TEM) MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: # 1 Proposed Order)Associated Cases: 2:13-cv-00332-MSD-TEM, 2:12-cv-00548-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 452 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 450 MOTION to Seal (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 453 | MOTION in Limine #4 (renewed) by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 454 | Memorandum in Support re (159 in 2:13-cv-00332-MSD-TEM) MOTION in Limine #4 (renewed), (453 in 2:12-cv-00548-MSD-TEM) MOTION in Limine #4 (renewed) Addendum to Samsung's Motion in Limine #4 filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. Associated Cases: 2:13-cv-00332-MSD-TEM, 2:12-cv-00548-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 455 | MOTION in Limine #13 by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |

| 03/21/2014 | 456 | Memorandum in Support re (161 in 2:13-cv-00332-MSD-TEM) MOTION in Limine *#13*, (455 in 2:12-cv-00548-MSD-TEM) MOTION in Limine *#13* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
|---|---|---|
| 03/21/2014 | 457 | MOTION in Limine *#14* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 458 | Memorandum in Support re (163 in 2:13-cv-00332-MSD-TEM) MOTION in Limine *#14*, (457 in 2:12-cv-00548-MSD-TEM) MOTION in Limine *#14* filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. Associated Cases: 2:13-cv-00332-MSD-TEM, 2:12-cv-00548-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 459 | Declaration re 448 MOTION in Limine *#12*, 431 MOTION in Limine *#2 (renewed)*, 457 MOTION in Limine *#14*, 432 MOTION in Limine *#3 (renewed)*, 455 MOTION in Limine *#13*, 453 MOTION in Limine *#4 (renewed)*, 430 MOTION in Limine *#1 (renewed)*, 433 MOTION in Limine *#5 (renewed)*, 435 MOTION in Limine *#7 (renewed)*, 434 MOTION in Limine *#6 (renewed)*, 436 MOTION in Limine *#8 (renewed)*, 437 MOTION in Limine *#9 (renewed)*, 443 MOTION in Limine *#11* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit 1 (under seal), # 2 Exhibit 2 (under seal), # 3 Exhibit 3 (under seal), # 4 Exhibit 4 (under seal), # 5 Exhibit 5, # 6 Exhibit 6 (under seal), # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19 (under seal), # 20 Exhibit 20 (under seal), # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27)(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 460 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 459 Declaration,,,,, *Notice of Submission of Exhibits 28-47* (Attachments: # 1 Exhibit 28, # 2 Exhibit 29, # 3 Exhibit 30, # 4 Exhibit 31, # 5 Exhibit 32, # 6 Exhibit 33, # 7 Exhibit 34, # 8 Exhibit 35, # 9 Exhibit 36, # 10 Exhibit 37 (under seal), # 11 Exhibit 38 (under seal), # 12 Exhibit 39, # 13 Exhibit 40, # 14 Exhibit 41, # 15 Exhibit 42, # 16 Exhibit 43, # 17 Exhibit 44, # 18 Exhibit 45, # 19 Exhibit 46, # 20 Exhibit 47) (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 461 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 459 Declaration,,,,, *Notice of Submission of Exhibits 48-61* (Attachments: # 1 Exhibit 48, # 2 Exhibit 49, # 3 Exhibit 50, # 4 Exhibit 51, # 5 Exhibit 52, # 6 Exhibit 53, # 7 Exhibit 54, # 8 Exhibit 55, # 9 Exhibit 56, # 10 |

| | | Exhibit 57, # 11 Exhibit 58, # 12 Exhibit 59, # 13 Exhibit 60, # 14 Exhibit 61 (under seal))(McFarland, Robert) (Entered: 03/21/2014) |
|---|---|---|
| 03/21/2014 | 462 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 463 | Memorandum in Support re (168 in 2:13-cv-00332-MSD-TEM) MOTION to Seal , (462 in 2:12-cv-00548-MSD-TEM) MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 464 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 462 MOTION to Seal (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 🔒 | (Court only) Deadline 3 Suspense due by 4/4/2014 response to 420 , 421 , 427 , 439 , 445 , 450 , & 462 . (ldab, ) (Entered: 03/24/2014) |
| 03/24/2014 | 465 | Memorandum in Opposition re 416 MOTION for Reconsideration re 413 Order on Motion for Summary Judgment,,,,, *in Light of the United States Patent and Trademark Offices Inter Partes Review Decisions Regarding the Patents-in-Suit* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/24/2014) |
| 03/24/2014 | 466 | Declaration re 465 Memorandum in Opposition, by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)(McFarland, Robert) (Entered: 03/24/2014) |
| 03/24/2014 | 467 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 466 Declaration, *Notice of Submission of Exhibits 9-18* (Attachments: # 1 Exhibit 9, # 2 Exhibit 10, # 3 Exhibit 11, # 4 Exhibit 12, # 5 Exhibit 13, # 6 Exhibit 14, # 7 Exhibit 15, # 8 Exhibit 16, # 9 Exhibit 17, # 10 Exhibit 18)(McFarland, Robert) (Entered: 03/24/2014) |
| 03/24/2014 | 🔒 469 | Sealed Response, Exhibit A, & Exhibit B re 421 MOTION to Seal *Supplemental Response to Samsung's Motion in Limine #7 of 10*. (Attachments: # 1 sealed response, # 2 Exhibit A Part 1, # 3 Exhibit A Part 2, # 4 Exhibit B)(ldab, ) (Entered: 03/26/2014) |
| 03/24/2014 | 🔒 470 | Sealed Documents re 428 Memorandum in Support, 427 MOTION to Seal , 429 NOTICE. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 memo in support)(ldab, ) (Entered: 03/26/2014) |
| 03/24/2014 | 🔒 471 | Sealed Documents re 441 NOTICE, 440 Memorandum in Support, 439 MOTION to Seal . (Attachments: # 1 sealed addenda)(ldab, ) (Entered: |

| | | 03/26/2014) |
|---|---|---|
| 03/24/2014 | 🔒 472 | Sealed Documents re 445 MOTION to Seal , 446 Memorandum in Support, 447 NOTICE. (Attachments: # 1 sealed memo)(ldab, ) (Entered: 03/26/2014) |
| 03/24/2014 | 🔒 473 | Sealed Documents re 452 NOTICE, 451 Memorandum in Support, 450 MOTION to Seal . (Attachments: # 1 sealed memo)(ldab, ) (Entered: 03/26/2014) |
| 03/24/2014 | 🔒 474 | Sealed Documents re 462 MOTION to Seal , 464 NOTICE, 463 Memorandum in Support,. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 Part 1, # 4 Exhibit 3 Part 2, # 5 Exhibit 4, # 6 Exhibit 6 Part 1, # 7 Exhibit 6 Part 2, # 8 Exhibit 6 Part 3, # 9 Exhibit 19, # 10 Exhibit 20, # 11 Exhibit 37, # 12 Exhibit 38, # 13 Exhibit 61)(ldab, ) (Entered: 03/26/2014) |
| 03/25/2014 | 🔒 | (Court only) Deadline 2 Suspense due by 3/31/2014 reply to 465 . (ldab, ) (Entered: 03/25/2014) |
| 03/25/2014 | 468 | ORDER; The parties are directed to advise this Court by March 31, 2014 as to all completed and currently pending review proceedings, as well as all requests for same, before the USPTO that involve any of the claims at issue in this case. Furthermore, the parties are directed to immediately advise this Court of any such future review requests made to the USPTO. Signed by District Judge Mark S. Davis and filed on 3/25/14. (lhow) (Entered: 03/25/2014) |
| 03/25/2014 | 🔒 | (Court only) Suspense #4, Parties to advise Court as to all review proceedings/requests by 3/31/2014.(see order doc #468) (lhow) (Entered: 03/25/2014) |
| 03/26/2014 | 475 | REPLY to 465 Response in opposition to Motion re 416 MOTION for Reconsideration re 413 Order on Motion for Summary Judgment,,,,, *in Light of the United States Patent and Trademark Offices Inter Partes Review Decisions Regarding the Patents-in-Suit* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 03/26/2014) |
| 03/27/2014 | 🔒 | (Court only) ***Staff notes referred 416 to MSD chambers (ldab, ) (Entered: 03/27/2014) |
| 03/27/2014 | 476 | Supplemental MOTION to Exclude *the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/27/2014) |
| 03/27/2014 | 477 | Memorandum in Support re (178 in 2:13-cv-00332-MSD-TEM) Supplemental MOTION to Exclude *the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson*, (476 in 2:12-cv-00548-MSD-TEM) Supplemental MOTION to Exclude *the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson (REDACTED)* filed by Samsung Electronics America, Inc., Samsung |

| | | Electronics Co., Ltd, Samsung Telecommunications America LLC. Associated Cases: 2:13-cv-00332-MSD-TEM, 2:12-cv-00548-MSD-TEM(McFarland, Robert) (Entered: 03/27/2014) |
|---|---|---|
| 03/27/2014 | 478 | Declaration re 476 Supplemental MOTION to Exclude *the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit 1 (under seal), # 2 Exhibit 2 (under seal), # 3 Exhibit 3 (under seal), # 4 Exhibit 4 (under seal), # 5 Exhibit 5 (under seal), # 6 Exhibit 6 (under seal), # 7 Exhibit 7 (under seal), # 8 Exhibit 8 (under seal), # 9 Exhibit 9 (under seal), # 10 Exhibit 10 (under seal), # 11 Exhibit 11 (under seal), # 12 Exhibit 12 (under seal), # 13 Exhibit 13 (under seal)) (McFarland, Robert) (Entered: 03/27/2014) |
| 03/27/2014 | 479 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/27/2014) |
| 03/27/2014 | 480 | Memorandum in Support re 479 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 03/27/2014) |
| 03/27/2014 | 481 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 479 MOTION to Seal (McFarland, Robert) (Entered: 03/27/2014) |
| 03/27/2014 | 🔒 | (Court only) Deadline 1 Suspense due by 4/10/2014 response to 479 . (ldab, ) (Entered: 04/01/2014) |
| 03/28/2014 | 482 | Response to 453 MOTION in Limine *#4 (renewed)* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Snow, W. Ryan) (Entered: 03/28/2014) |
| 03/28/2014 | 483 | MOTION to Seal *Plaintiff's Response to Addendum to Samsung's Motion in Limine #4* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 03/28/2014) |
| 03/28/2014 | 484 | Memorandum in Support re 483 MOTION to Seal *Plaintiff's Response to Addendum to Samsung's Motion in Limine #4* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 03/28/2014) |
| 03/28/2014 | 485 | NOTICE by Virginia Innovation Sciences, Inc. re 483 MOTION to Seal *Plaintiff's Response to Addendum to Samsung's Motion in Limine #4* (Snow, W. Ryan) (Entered: 03/28/2014) |
| 03/28/2014 | 486 | Response to 443 MOTION in Limine *#11* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Snow, W. Ryan) (Entered: 03/28/2014) |
| 03/28/2014 | 487 | MOTION to Seal *Exhibit 2 to Response to Samsung's Motion in Limine* |

| | | |
|---|---|---|
| | | *#11* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 03/28/2014) |
| 03/28/2014 | 488 | Memorandum in Support re 487 MOTION to Seal *Exhibit 2 to Response to Samsung's Motion in Limine #11* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 03/28/2014) |
| 03/28/2014 | 489 | NOTICE by Virginia Innovation Sciences, Inc. re 487 MOTION to Seal *Exhibit 2 to Response to Samsung's Motion in Limine #11* (Snow, W. Ryan) (Entered: 03/28/2014) |
| 03/28/2014 | 490 | Response to 455 MOTION in Limine *#13* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 03/28/2014) |
| 03/28/2014 | 491 | Response to 457 MOTION in Limine *#14* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 03/28/2014) |
| 03/28/2014 | 🔒 | (Court only) Deadline 2 Suspense due by 4/11/2014 response to 483 & 487 (ldab, ) (Entered: 04/01/2014) |
| 03/28/2014 | 🔒 525 | Sealed Document re 479 MOTION to Seal . # 1 Letter) (ldab, (Entered: 04/03/2014) |
| 03/28/2014 | 🔒 526 | Sealed Exhibits re 479 MOTION to Seal . (Attachments: # 1 sealed exhibit 1, # 2 sealed exhibit 2, # 3 sealed exhibit 3, # 4 sealed exhibit 4, # 5 sealed exhibit 5, # 6 sealed exhibit 6, # 7 sealed exhibit 7, # 8 sealed exhibit 8, # 9 sealed exhibit 9, # 10 sealed exhibit 10, # 11 sealed exhibit 11, # 12 sealed exhibit 12, # 13 sealed exhibit 13)(ldab, ) (Entered: 04/03/2014) |
| 03/28/2014 | 🔒 528 | Sealed Exhibit re 486 Response. (Attachments: # 1 sealed exhibit 2 part 1, # 2 sealed exhibit 2 part 2, # 3 sealed exhibit 2 part 3)(ldab, ) (Entered: 04/03/2014) |
| 03/31/2014 | 492 | ORDER re: 141 Motion to Strike 141 MOTION to Strike 131 Answer to Complaint, Counterclaim,, *or, in the Alternative, Motion for Summary Judgment on Defendants' Thirteenth Counterclaim Related to Inequitable Conduct*, 266 MOTION to Bifurcate , 154 MOTION and Memorandum in Support of Request for Judicial Notice re 152 Response in Opposition to Motion, ; 154 Motion ; 266 Motion to Bifurcate. For the reasons stated above, Plaintiff's motion to strike, or, in the alternative, for summary judgment with regard to Defendants' Thirteenth Counterclaim is hereby GRANTED, in part, and DENIED, in part. ECF No. 141. Defendants were permitted to add the inequitable conduct counterclaim and affirmative defense without leave of court under either the permissive or moderate interpretations of Federal Rule of Civil Procedure 15. Accordingly, Plaintiff's Motion to Strike is DENIED. ECF No. 141. Plaintiff's Motion for Summary Judgment is GRANTED. ECF No. 141. Defendants' Request for Judicial Notice is GRANTED. ECF No. 154. Plaintiff's Motion to Bifurcate is DENIED as moot. ECF No. 266. IT IS SO ORDERED. Signed by District Judge Mark S. Davis on 3/28/14 and filed 3/31/14. Copies distributed to all parties 3/31/14. (ldab, ) (Entered: 03/31/2014) |

| 03/31/2014 | | MOTION REFERRED to Magistrate Judge Tommy E. Miller re: 415 MOTION to Withdraw as Attorney *and Brief in Support* (ldab, ) (Entered: 03/31/2014) |
|---|---|---|
| 03/31/2014 | 493 | Response to (154 in 2:13-cv-00332-MSD-TEM) MOTION in Limine *#12* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) Associated Cases: 2:13-cv-00332-MSD-TEM, 2:12-cv-00548-MSD-TEM(Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 494 | Declaration re 493 Response, by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1)(Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 495 | ORDER Granting 415 Motion to Withdraw as Attorney. On this day came Virginia Innovation Sciences, Inc., by counsel, upon its Motion for Leave to Withdraw Appearance of Aaron Purser as counsel for plaintiff, and, upon consideration thereof, it is ORDERED that the Motion is GRANTED. The Clerk shall remove Aaron Purser's name from all future service lists and indices after March 11,2014. Signed by Magistrate Judge Tommy E. Miller and filed on 3/31/14. Copies distributed to all parties 3/31/14. (ldab, ) (Entered: 03/31/2014) |
| 03/31/2014 | 496 | RESPONSE to Motion re (268 in 2:12-cv-00548-MSD-TEM) First MOTION in Limine *to Exclude Inadmissible Evidence (Supplemental Based on New Facts Arising in VIS II) (REDACTED)* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 497 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 498 | Memorandum in Support re 497 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 499 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 497 MOTION to Seal (McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 500 | Opposition to (123 in 2:13-cv-00332-MSD-TEM) Supplemental MOTION in Limine *to Exclude Inadmissible Evidence (REDACTED)* filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. Associated Cases: 2:13-cv-00332-MSD-TEM, 2:12-cv-00548-MSD-TEM(McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 501 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/31/2014) |

| 03/31/2014 | 502 | Memorandum in Support re (501 in 2:12-cv-00548-MSD-TEM) MOTION to Seal , (201 in 2:13-cv-00332-MSD-TEM) MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 03/31/2014) |
|---|---|---|
| 03/31/2014 | 503 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 501 MOTION to Seal (McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 504 | Opposition to (125 in 2:13-cv-00332-MSD-TEM) MOTION to Exclude *Defendants' Undisclosed Invalidity Contentions (REDACTED)* filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. Associated Cases: 2:13-cv-00332-MSD-TEM, 2:12-cv-00548-MSD-TEM(McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 505 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 506 | Memorandum in Support re 505 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 507 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 505 MOTION to Seal (McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 508 | Declaration re 496 Response to Motion, 504 Opposition, 500 Opposition, by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 (under seal), # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6 (under seal), # 7 Exhibit 7 (under seal), # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17 (under seal), # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20 (under seal), # 21 Exhibit 21, # 22 Exhibit 22)(McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 509 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 510 | Memorandum in Support re 509 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 511 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics |

| | | |
|---|---|---|
| | | Co., LTD., Samsung Telecommunications America, LLC. re 509 MOTION to Seal (McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 512 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC., Virginia Innovation Sciences, Inc. re 468 Order, *Joint Notice of Status of Inter Partes Proceedings of the Patents-In-Suit in the United States Patent and Trademark Office* (Attachments: # 1 Exhibit A)(McConaughy, Sarah) (Entered: 03/31/2014) |
| 03/31/2014 | 513 | Response to (144 in 2:13-cv-00332-MSD-TEM) Memorandum in Support,, *Defendants Addenda to Samsungs Motions in Limine Nos. 1-3 and 5-9* filed by Virginia Innovation Sciences, Inc.. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 514 | MOTION to Seal *Portions of Plaintiff's Response to Defendants Addenda to Samsungs Motions in Limine Nos. 1-3 and 5-9* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 515 | Memorandum in Support re 514 MOTION to Seal *Portions of Plaintiff's Response to Defendants Addenda to Samsungs Motions in Limine Nos. 1-3 and 5-9* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 516 | NOTICE by Virginia Innovation Sciences, Inc. re 514 MOTION to Seal *Portions of Plaintiff's Response to Defendants Addenda to Samsungs Motions in Limine Nos. 1-3 and 5-9* (Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 517 | Response to (420 in 2:12-cv-00548-MSD-TEM) MOTION to Exclude *Certain Improper Opinions and Testimony of Plaintiff's Technical Expert Dr. Arthur T. Brody* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 518 | MOTION to Seal *Plaintiff's Response to Defendants Daubert Motion to Exclude Certain Alleged Improper Opinions and Testimony of Plaintiffs Technical Expert Dr. Arthur T. Brody* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 519 | Memorandum in Support re 518 MOTION to Seal *Plaintiff's Response to Defendants Daubert Motion to Exclude Certain Alleged Improper Opinions and Testimony of Plaintiffs Technical Expert Dr. Arthur T. Brody* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 520 | NOTICE by Virginia Innovation Sciences, Inc. re 518 MOTION to Seal *Plaintiff's Response to Defendants Daubert Motion to Exclude* |

| | | |
|---|---|---|
| | | *Certain Alleged Improper Opinions and Testimony of Plaintiffs Technical Expert Dr. Arthur T. Brody* (Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 521 | Opposition to (476 in 2:12-cv-00548-MSD-TEM) Supplemental MOTION to Exclude *the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 3, # 2 Exhibit 4, # 3 Exhibit 5)Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 522 | MOTION to Seal *Portions of Plaintiff's Opposition to Defendants Supplemental Daubert Motion to Exclude the Opinion and Testimony of Plaintiffs Damages Expert Dr. Laura Robinson* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 523 | Memorandum in Support re 522 MOTION to Seal *Portions of Plaintiff's Opposition to Defendants Supplemental Daubert Motion to Exclude the Opinion and Testimony of Plaintiffs Damages Expert Dr. Laura Robinson* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 524 | NOTICE by Virginia Innovation Sciences, Inc. re 522 MOTION to Seal *Portions of Plaintiff's Opposition to Defendants Supplemental Daubert Motion to Exclude the Opinion and Testimony of Plaintiffs Damages Expert Dr. Laura Robinson* (Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 🔒 | (Court only) Deadline4 Suspense due by 4/14/2014 response to 497 , 505 , 509 , 514 , 518 & 522 . (ldab, ) (Entered: 04/01/2014) |
| 04/01/2014 | 🔒 539 | Sealed Document re 497 MOTION to Seal . (Attachments: # 1 sealed response)(ldab, ) (Entered: 04/07/2014) |
| 04/01/2014 | 🔒 540 | Sealed Opposition re 501 MOTION to Seal . (Attachments: # 1 Letter) (ldab, ) (Entered: 04/07/2014) |
| 04/01/2014 | 🔒 541 | Sealed Defendants' Opposition re 505 MOTION to Seal . (Attachments: # 1 Letter)(ldab, ) (Entered: 04/07/2014) |
| 04/01/2014 | 🔒 542 | Sealed Document re 509 MOTION to Seal . (Attachments: # 1 sealed exhibit 3 part 1, # 2 sealed exhibit 3 part 2, # 3 sealed exhibit 6, # 4 sealed exhibit 7, # 5 sealed exhibit 17, # 6 sealed exhibit 20)(ldab, ) (Entered: 04/07/2014) |
| 04/03/2014 | 🔒 527 | Sealed Documents re 482 Response. (Attachments: # 1 sealed exhibit 1, # 2 sealed exhibit 2, # 3 sealed exhibit 3, # 4 sealed exhibit 5, # 5 Letter)(ldab, ) (Entered: 04/03/2014) |
| 04/03/2014 | 529 | REPLY to Response to Motion re (178 in 2:13-cv-00332-MSD-TEM) Supplemental MOTION to Exclude *the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson*, (476 in 2:12-cv-00548-MSD-TEM) Supplemental MOTION to Exclude *the Opinion* |

|  |  | *and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson (REDACTED)* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 04/03/2014) |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------------------------|
| 04/03/2014 | 530 | Declaration re 529 Reply to Response to Motion,, by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Exhibit 1 (under seal), # 2 Exhibit 2 (under seal))(McFarland, Robert) (Entered: 04/03/2014) |
| 04/03/2014 | 531 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 04/03/2014) |
| 04/03/2014 | 532 | Memorandum in Support re 531 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 04/03/2014) |
| 04/03/2014 | 533 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 531 MOTION to Seal (McFarland, Robert) (Entered: 04/03/2014) |
| 04/03/2014 | 534 | REPLY to Response to Motion re (420 in 2:12-cv-00548-MSD-TEM) MOTION to Exclude *Certain Improper Opinions and Testimony of Plaintiff's Technical Expert Dr. Arthur T. Brody*, (130 in 2:13-cv-00332-MSD-TEM) MOTION to Exclude *Certain Improper Opinions and Testimony of Plaintiff's Technical Expert Dr. Arthur T. Brody (REDACTED)* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 04/03/2014) |
| 04/03/2014 | 535 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (McFarland, Robert) (Entered: 04/03/2014) |
| 04/03/2014 | 536 | Memorandum in Support re 535 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 04/03/2014) |
| 04/03/2014 | 537 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 535 MOTION to Seal (McFarland, Robert) (Entered: 04/03/2014) |
| 04/03/2014 | 538 | REPLY to Response to Motion re (256 in 2:12-cv-00548-MSD-TEM) MOTION to Exclude *Defendants' New Invalidity Contentions and to Preclude Defendants' Expert from Asserting Such Contentions at Trial*, (125 in 2:13-cv-00332-MSD-TEM) MOTION to Exclude *Defendants' Undisclosed Invalidity Contentions* filed by Virginia Innovation |

| | | |
|---|---|---|
| | | Sciences, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Declaration of Jon Rastegar)Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(Snow, W. Ryan) (Entered: 04/03/2014) |
| 04/03/2014 | 🔒 | (Court only) Deadline5 Suspense due by 4/17/2014 response to 531 & 535 . (ldab, ) (Entered: 04/04/2014) |
| 04/04/2014 | 🔒 | (Court only) ***Staff notes referred 476 to MSD chambers (ldab, ) (Entered: 04/04/2014) |
| 04/04/2014 | 🔒 543 | Sealed Document re 531 MOTION to Seal . (Attachments: # 1 sealed reply brief in support, # 2 sealed exhibit 1, # 3 sealed exhibit 2)(ldab, ) (Entered: 04/07/2014) |
| 04/04/2014 | 🔒 544 | Sealed Document re 535 MOTION to Seal . (Attachments: # 1 sealed rebuttal memorandum in support)(ldab, ) (Entered: 04/07/2014) |
| 04/07/2014 | | MOTIONs REFERRED to Magistrate Judge Tommy E. Miller re: 462 MOTION to Seal , 427 MOTION to Seal , 439 MOTION to Seal , 421 MOTION to Seal *Supplemental Response to Samsung's Motion in Limine #7 of 10*, 445 MOTION to Seal , 450 MOTION to Seal (ldab, ) (Entered: 04/07/2014) |
| 04/08/2014 | | Telephone Conference set for 4/8/2014 at 12:00 PM in Chambers before Magistrate Judge Tommy E. Miller. (lwoo) (Entered: 04/08/2014) |
| 04/08/2014 | 545 | ORDER approving defendant's request to bring 2 lap top computers and related power cords and connectors into the courthouse for use during a final pretrial conference and hearing scheduled 4/10/14. Signed by District Judge Mark S. Davis on 4/8/14. (Attachments: # 1 Letter)(afar) (Entered: 04/08/2014) |
| 04/08/2014 | 546 | ORDER approving the plaintiff's request to bring two lap top computers and related power cords and connectors into the Courthouse for use during a final pretrial conference and a hearing scheduled on 4/10/14. Signed by District Judge Mark S. Davis on 4/8/14. (Attachments: # 1 Letter) (copy given to CSO 4/8/14)(afar) (Entered: 04/08/2014) |
| 04/08/2014 | 547 | ORDER granting (421) Motion to Seal in case 2:12-cv-00548-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 4/8/14. Copies distributed to all parties 4/9/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 04/09/2014) |
| 04/08/2014 | 548 | ORDER granting (427) Motion to Seal in case 2:12-cv-00548-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 4/8/14. Copies distributed to all parties 4/9/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 04/09/2014) |
| 04/08/2014 | 549 | ORDER granting (439) Motion to Seal in case 2:12-cv-00548-MSD- |

| | | TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 4/8/14. Copies distributed to all parties 4/9/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 04/09/2014) |
|---|---|---|
| 04/08/2014 | 550 | ORDER granting (445) Motion to Seal in case 2:12-cv-00548-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 4/8/14. Copies distributed to all parties 4/9/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 04/09/2014) |
| 04/08/2014 | 551 | ORDER granting (450) Motion to Seal in case 2:12-cv-00548-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 4/8/14. Copies distributed to all parties 4/9/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 04/09/2014) |
| 04/08/2014 | 552 | ORDER granting (462) Motion to Seal in case 2:12-cv-00548-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 4/8/14. Copies distributed to all parties 4/9/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 04/09/2014) |
| 04/10/2014 | 553 | Motion Hearing before District Judge Mark S. Davis held on 4/10/2014 re 416 MOTION for Reconsideration re 413 Order on Motion for Summary Judgment,,,,, *in Light of the United States Patent and Trademark Offices Inter Partes Review Decisions Regarding the Patents-in-Suit* filed by Virginia Innovation Sciences, Inc. Attorneys Timothy Grochocinski, T. John Ward, Jr., Edward Casto, Jr., and Ryan Snow appeared on behalf of the plaintiff. Attorneys Brett Williamson, Cameron Westin, Brian Berliner, Susan Van Keulen, and Robert Mcfarland appeared on behalf of the defendants. Court conducted inquiry of counsel re: breach of obligation of the duty of candor. Argument of counsel heard re: Courts inclination to stay the proceeding pending IPR of the PTAB. Court will allow counsel to file a position on the Courts inclination to stay the entire proceedings by 5:00pm on Friday, April 11, 2014. The position shall be no more than five pages. Court will issue an order. Court adjourned. (Court Reporter Paul McManus, OCR.)(ptom) (Entered: 04/10/2014) |
| 04/10/2014 | 🔒 | (Court only) Deadline 3 Suspense due by 4/11/2014. Parties position (5 pg limit) to Courts inclination to stay the case is due by 5:00pm today, 4/11/14. (ptom, ) (Entered: 04/10/2014) |
| 04/10/2014 | 🔒 554 | TRANSCRIPT of Proceedings, Hearing on Motion for Reconsideration, held on 4/10/2014, before Judge Mark S. Davis, Court Reporter/Transcriber Paul McManus, Telephone number 757-222-7077. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is** |

| | | |
|---|---|---|
| | | located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter/transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 5/12/2014. Redacted Transcript Deadline set for 6/10/2014. Release of Transcript Restriction set for 7/9/2014.(mcmanus, paul) (Entered: 04/10/2014) |
| 04/10/2014 | 555 | ORDER ON FINAL PRETRIAL CONFERENCE. Signed by Magistrate Judge Tommy E. Miller and filed on 4/10/14. Copies distributed to all parties 4/10/14. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 04/10/2014) |
| 04/11/2014 | | MOTION REFERRED to Magistrate Judge Tommy E. Miller re: 479 MOTION to Seal (ldab, ) (Entered: 04/11/2014) |
| 04/11/2014 | 556 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. re 553 Motion Hearing,,,, *Defendants' Position Statement Regarding Proposed Stay Pending Inter Partes Review Proceedings* (McFarland, Robert) (Entered: 04/11/2014) |
| 04/11/2014 | 557 | ORDER : (443) Motion in Limine in case 2:12-cv-00548-MSD-TEM; (149) Motion in Limine in case 2:13-cv-00332-MSD-TEM. Samsung's Motion in Limine #11 is GRANTED, in part, and DENIED, in part. Mot. in Lim. #11, ECF No. 443 (Case No. 2:12cv548), ECF No. 149 (Case No. 2:13cv332). The Court GRANTS the motion with regard to VIS I, 2:12cv548. Mot. in Lim. #11, ECF No. 443 (Case No. 2:12cv548). However, with regard to VIS II, 2:13cv332, the Court DENIES the motion as moot. Mot. in Lim. #11, ECF No. 149 (Case No. 2:13cv332). IT IS SO ORDERED. Signed by District Judge Mark S. Davis on 4/11/14. Copies distributed to all counsel of record 4/11/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 04/11/2014) |
| 04/11/2014 | 558 | NOTICE by Virginia Innovation Sciences, Inc. re 553 Motion Hearing,,,, *Plaintiff's Position Regarding Stay Pending Inter Partes Review* (Snow, W. Ryan) (Entered: 04/11/2014) |
| 04/12/2014 | 559 | NOTICE by Virginia Innovation Sciences, Inc. *Plaintiff's Withdrawal of Opposition to Stay* (Snow, W. Ryan) (Entered: 04/12/2014) |
| 04/14/2014 | 560 | AMENDED ORDER ON FINAL PRETRIAL CONFERENCE. Signed by Magistrate Judge Tommy E. Miller and filed on 4/14/14. Copies distributed to all parties 4/14/14.Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 04/14/2014) |
| 04/14/2014 | 561 | Proposed Voir Dire by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: # 1 Exhibit A)Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 04/14/2014) |

| 04/14/2014 | 562 | Proposed Jury Instructions by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 04/14/2014) |
|---|---|---|
| 04/14/2014 | 563 | Proposed Jury Instructions by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 04/14/2014) |
| 04/14/2014 | 564 | Proposed Voir Dire by Virginia Innovation Sciences, Inc.. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(Snow, W. Ryan) (Entered: 04/14/2014) |
| 04/14/2014 | 565 | Proposed Jury Instructions by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1 - Proposed Jury Instructions With Citations, # 2 Exhibit 2 - Proposed Jury Instructions Without Citations) Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(Snow, W. Ryan) (Entered: 04/14/2014) |
| 04/14/2014 | | MOTIONS REFERRED to Magistrate Judge Tommy E. Miller 483 MOTION to Seal *Plaintiff's Response to Addendum to Samsung's Motion in Limine #4*, 487 MOTION to Seal *Exhibit 2 to Response to Samsung's Motion in Limine #11* (ldab, ) (Entered: 04/14/2014) |
| 04/15/2014 | 566 | TELEPHONE CONFERENCE held before District Judge Mark S. Davis on 4/15/2014. Present on the Telephone: Edward Casto, Jr. and W. Ryan Snow, on behalf of Plaintiff; Brett Williamson and Robert McFarland, on behalf of Defendants.Matter came on for a telephone conference. The parties indicated that they are working to resolve the matter in a way that will not necessitate a trial. The trial has been continued to May 27, 2014, at 10:00 a.m., to allow the parties time to resolve the case, such that trial will not be necessary. A Show Cause hearing is scheduled for May 2, 2014, at 11:00 a.m., for the parties to show cause why they have not reached such an agreement. If the parties reach an agreement and submit the appropriate notice to the Court prior to May 2, 2014, no hearing will be necessary. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(vwar) (Entered: 04/15/2014) |
| 04/15/2014 | | Jury Trial reset for 5/27/2014 at 10:00 AM in Norfolk Courtroom 5 before District Judge Mark S. Davis. Show Cause Hearing set for 5/2/2014 11:00 AM in Norfolk Courtroom 5 before District Judge Mark S. Davis. (vwar) (Entered: 04/15/2014) |
| 04/18/2014 | | MOTIONS REFERRED to Magistrate Judge Tommy E. Miller re: 497 MOTION to Seal , 505 MOTION to Seal , 514 MOTION to Seal *Portions of Plaintiff's Response to Defendants Addenda to Samsungs Motions in Limine Nos. 1-3 and 5-9*, 522 MOTION to Seal *Portions of Plaintiff's Opposition to Defendants Supplemental Daubert Motion to Exclude the Opinion and Testimony of Plaintiffs Damages Expert Dr. Laura Robinson*, 518 MOTION to Seal *Plaintiff's Response to* |

| | | |
|---|---|---|
| | | *Defendants Daubert Motion to Exclude Certain Alleged Improper Opinions and Testimony of Plaintiffs Technical Expert Dr. Arthur T. Brody*, 509 MOTION to Seal (ldab, ) (Entered: 04/18/2014) |
| 04/21/2014 | | MOTIONS REFERRED to Magistrate Judge Tommy E. Miller re: 535 MOTION to Seal , 531 MOTION to Seal (ldab, ) (Entered: 04/21/2014) |
| 04/29/2014 | 567 | STIPULATION *(JOINT)* by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 04/29/2014) |
| 04/29/2014 | 568 | NOTICE by Virginia Innovation Sciences, Inc. *of Stipulated Final Judgment* (Snow, W. Ryan) (Entered: 04/29/2014) |
| 04/30/2014 | | Notice of Correction re 568 NOTICE - An incorrect document was filed.. The filing user has been notified to refile their proposed order in the clerk's office instead of electronic or file a motion and attach proposed order with all signatures.(ldab, ) (Entered: 04/30/2014) |
| 05/02/2014 | 569 | OPINION AND ORDER Denying (416) Motion for Reconsideration in case 2:12-cv-00548-MSD-TEM. Signed by District Judge Mark S. Davis and filed on 5/2/14. Copies distributed to all parties 5/2/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/02/2014) |
| 05/02/2014 | 570 | NOTICE by Virginia Innovation Sciences, Inc. *OF STATUS OF INTER PARTES PROCEEDINGS REGARDING U.S. PATENT NOS. 7,899,492 AND 8,050,711* (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Snow, W. Ryan) (Entered: 05/02/2014) |
| 05/05/2014 | 571 | ORDER granting (479) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (181) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 572 | ORDER granting (483) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (185) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 573 | ORDER granting (487) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (189) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 574 | ORDER granting (497) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (197) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on |

| | | |
|---|---|---|
| | | 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 575 | ORDER granting (501) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (201) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 576 | ORDER granting (505) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (205) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 577 | ORDER granting (509) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (209) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 578 | ORDER granting (514) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (214) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 579 | ORDER granting (518) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (218) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 580 | ORDER granting (522) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (222) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 581 | ORDER granting (531) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (229) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |

| 05/05/2014 | 582 | ORDER granting (535) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (233) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| --- | --- | --- |
| 05/05/2014 | 583 | STIPULATED FINAL JUDGMENT - FINAL AND APPEALABLE JUDGMENT.IT IS SO ORDERED. Signed by District Judge Mark S. Davis and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/12/2014 | 584 | NOTICE OF APPEAL by Virginia Innovation Sciences, Inc.. Filing fee $ 505, receipt number 0422-3958897. (Snow, W. Ryan) (Entered: 05/12/2014) |

APPEAL,CLOSED,JURY,PATENT

# U.S. District Court
## Eastern District of Virginia - (Norfolk)
## CIVIL DOCKET FOR CASE #: 2:13-cv-00332-MSD-TEM
## Internal Use Only

| | |
|---|---|
| Virginia Innovation Sciences, Inc. v. Samsung Electronics Co., Ltd et al | Date Filed: 06/14/2013 |
| Assigned to: District Judge Mark S. Davis | Date Terminated: 05/05/2014 |
| Referred to: Magistrate Judge Tommy E. Miller | Jury Demand: Plaintiff |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Virginia Innovation Sciences, Inc.**                represented by   **David Caldwell Hartnett**
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA 23510
(757) 623-3000
Fax: (757) 623-5735
Email: dhartnett@cwm-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Ryan Snow**
Crenshaw Ware & Martin PLC
150 West Main St
Suite 1500
Norfolk, VA 23510
(757) 623-3000
Fax: (757) 623-5735
Email: wrsnow@cwm-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Ward Purser**
InnovaLaw, P. C.
1900 Ravinia Place
Orland Park, IL 60462
**NA**
(708) 675-1783
Fax: (708) 675-1786
Email: apurser@innovalaw.com
*TERMINATED: 03/12/2014*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anthony Michael Vecchione**
Nelson Bumgardner Casto, P. C.
3131 West 7th St
Suite 300
Fort Worth, TX 76107
**NA**
(817) 377-9111
Fax: (817) 377-3485
Email: avecchione@nbclaw.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Claire Abernathy Henry**
Ward & Smith Law Firm
1127 Judson Rd
Suite 220
Longview, TX 75601
**NA**
(903) 757-6400
Fax: (903) 757-2323
Email: claire@wsfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward E Casto , Jr**
Nelson Bumgardner Casto, P. C.
3131 West 7th St
Suite 300
Fort Worth, TX 76107
**NA**
(817) 377-9111
Fax: (817) 377-3485
Email: ecasto@nbclaw.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward R Nelson , III**
Nelson Bumgardner Casto, P. C.
3131 West 7th St
Suite 300
Fort Worth, TX 76107
**NA**
(817) 377-9111
Fax: (817) 377-3485
Email: enelson@nbclaw.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan Hart Rastegar**
Nelson Bumgardner Casto, P. C.

3131 West 7th St
Suite 300
Fort Worth, TX 76107
**NA**
(817) 377-9111
Fax: (817) 377-3485
Email: jrastegar@nbclaw.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Paul Oldaker**
InnovaLaw, P. C.
1900 Ravinia Place
Orland Park, IL 60462
**NA**
(708) 675-1975
Fax: (708) 675-1786
Email: joldaker@innovalaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas John Ward , Jr**
Ward & Smith Law Firm
1127 Judson Rd
Suite 220
Longview, TX 75601
**NA**
(903) 757-6400
Fax: (903) 757-2323
Email: jw@wsfirm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy E. Grochocinski**
InnovaLaw, P. C.
1900 Ravinia Place
Orland Park, IL 60462
**NA**
(708) 675-1974
Fax: (708) 675-1786
Email: teg@innovalaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung Electronics Co., Ltd**          represented by     **Robert William McFarland**
McGuireWoods LLP
101 W Main St
Suite 9000
Norfolk, VA 23510-1655

(757) 640-3700
Fax: (757) 640-3701
Email: rmcfarland@mcguirewoods.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
O'Melveny & Meyers LLP
610 Newport Center Drive17th Floor
Newport Beach, CA 92660
**NA**
(949) 760-9600
Fax: (949) 823-6994
Email: bwilliamson@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
O'Melveny & Myers LLP
400 South Hope St
18th Floor
Los Angeles, CA 90071
**NA**
(213) 430-6000
Fax: (213) 430-6407
Email: bberliner@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
O'Melveny & Meyers LLP
610 Newport Center Drive17th Floor
Newport Beach, CA 92660
**NA**
(949) 760-9600
Fax: (949) 823-6994
Email: cwestin@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Crawford**
O'Melveny & Myers LLP
2765 Sand Hill Rd
Menlo Park, CA 94025
**NA**
(650) 473-2600
Fax: (650) 473-2601
Email: jcrawford@omm.com
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
O'Melveny & Myers LLP
400 South Hope St
18th Floor
Los Angeles, CA 90071
\*\*NA\*\*
(213) 430-6000
Fax: (213) 430-6407
Email: jraphael@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
O'Melveny & Myers LLP
400 South Hope St
18th Floor
Los Angeles, CA 90071
\*\*NA\*\*
(213) 430-6000
Fax: (213) 430-6407
Email: mbreverman@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
O'Melveny & Meyers LLP
610 Newport Center Drive
17th Floor
Newport Beach, CA 92660
\*\*NA\*\*
(949) 760-9600
Fax: (949) 823-6994
Email: smehta@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
McGuireWoods LLP (Norfolk)
101 W Main St
Suite 9000
Norfolk, VA 23510-1655
(757) 640-3710
Fax: (757) 640-3939
Email:
smcconaughy@mcguirewoods.com
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**

O'Melveny & Meyers LLP
610 Newport Center Drive17th Floor
Newport Beach, CA 92660
**NA**
(949) 760-9600
Fax: (949) 823-6994
Email: srives@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
O'Melveny & Myers LLP
2765 Sand Hill Rd
Menlo Park, CA 94025
**NA**
(650) 473-2600
Fax: (650) 473-2601
Email: svankeulen@omm.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung Electronics America, Inc.**          represented by   **Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Crawford**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung Telecommunications America LLC**                    represented by    **Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Crawford**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

<u>**Counter Claimant**</u>

**Samsung Telecommunications**        represented by   **Robert William McFarland**
**America LLC**                                        (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Brett Johnston Williamson**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Brian Berliner**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Cameron William Westin**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jonathan Patrick Crawford**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Samsung Electronics Co., Ltd**            represented by  **Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Crawford**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Counter Claimant</u>**

**Samsung Electronics America, Inc.**    represented by    **Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Crawford**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Virginia Innovation Sciences, Inc.**          represented by   **David Caldwell Hartnett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Ryan Snow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Ward Purser**
(See above for address)
*TERMINATED: 03/12/2014*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Anthony Michael Vecchione**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Claire Abernathy Henry**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward E Casto , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward R Nelson , III**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan Hart Rastegar**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Paul Oldaker**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas John Ward , Jr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy E. Grochocinski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Samsung Telecommunications America LLC**                      represented by **Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Crawford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Samsung Electronics Co., Ltd**          represented by   **Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Crawford**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Raphael**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Samsung Electronics America, Inc.**          represented by     **Robert William McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brett Johnston Williamson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brian Berliner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cameron William Westin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Patrick Crawford**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Raphael**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc M. Breverman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjeev B Mehta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sarah Kate McConaughy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Scot Colin Rives**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Susan van Keulen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Virginia Innovation Sciences, Inc.**        represented by   **David Caldwell Hartnett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**W. Ryan Snow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aaron Ward Purser**
(See above for address)
*TERMINATED: 03/12/2014*
*ATTORNEY TO BE NOTICED*

**Anthony Michael Vecchione**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Claire Abernathy Henry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward E Casto , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edward R Nelson , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Hart Rastegar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph Paul Oldaker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas John Ward , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy E. Grochocinski**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2013 | 1 | COMPLAINT with jury demand against Samsung Electronics Co., Ltd; Samsung Electronics America, Inc.; Samsung Telecommunications America LLC (Filing fee $400, receipt number 24683019880), filed by Virginia Innovation Sciences, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Receipt, # 9 Civil Cover Sheet, # 10 Letter)(mwin, ) (Entered: 06/18/2013) |
| 06/14/2013 | 2 | Financial Interest Disclosure Statement (Local Rule 7.1) by Virginia Innovation Sciences, Inc. (mwin, ) (Entered: 06/18/2013) |
| 06/14/2013 | 🔒 | (Court only) Abatement deadline set for 10/15/2013. (mwin, ) (Entered: 06/18/2013) |
| 06/14/2013 | 🔒 | (Court only) JURY and PATENT flags set. (mwin, ) (Entered: 06/18/2013) |
| 06/18/2013 | 🔒 | (Court only) ***Staff notes: Summons forms were NOT provided by counsel. Clerk called Sherri Parsons, paralegal to plaintiff's counsel. Ms. Parsons advised that, despite their cover letter, they are not requesting that summonses be issued at this time. Clerk mailed complaint copies back to plaintiff's counsel in envelope provided, as requested by counsel's assistant (mwin, ) (Entered: 06/18/2013) |
| 06/18/2013 | 3 | Magistrate Judge Notice and Judge's Information to counsel for plaintiff. (mwin, ) (Entered: 06/18/2013) |
| 06/18/2013 | 4 | Report on the filing or determination of an action regarding patent |

| | | |
|---|---|---|
| | | numbers 7,899,492; 8,050,711; 8,145,268; 8,224,381; 7,957,733; 8,135,398; 8,417,290 sent electronically to U.S. Patent Office. (Attachments: # 1 complaint (without exhibits))(mwin, ) (Entered: 06/18/2013) |
| 07/10/2013 | 5 | Consent MOTION for Extension *of Time for Defendants to Respond to Plaintiff's Complaint* by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 07/10/2013) |
| 07/11/2013 | 🔒 | (Court only) Suspense response to (5) or proposed order due by 7/25/2013. (rsim, ) (Entered: 07/11/2013) |
| 07/11/2013 | 🔒 | (Court only) ***Staff notes : sent proposed agreed order granting agreed motion for extension of time for defendants to respond to plaintiff's complaint to AWA chambers (ldab, ) (Entered: 07/11/2013) |
| 07/18/2013 | 6 | ORDER granting 5 Motion for Extension of Time to File; that Defendants shall have through and including September 27, 2013, to answer, plead or otherwise respond to the Complaint filed by Virginia Innovation Sciences, Inc. in this Action. Signed by Magistrate Judge Tommy E. Miller and filed on 7/18/2013. (rsim, ) (Entered: 07/18/2013) |
| 07/18/2013 | 🔒 | (Court only) Deadline 1 Suspense defendants answer to complaint due by 9/27/2013. (rsim, ) (Entered: 07/18/2013) |
| 08/22/2013 | 7 | Consent MOTION to Transfer Case *to District Judge Mark S. Davis* by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 08/22/2013) |
| 08/22/2013 | 8 | Memorandum in Support re 7 Consent MOTION to Transfer Case *to District Judge Mark S. Davis* filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 08/22/2013) |
| 08/23/2013 | 🔒 | (Court only) ***Staff notes : Referred 7 consent motion to transfer case to Judge Davis to AWA chambers (ldab, ) (Entered: 08/23/2013) |
| 08/23/2013 | 9 | ORDER granting 7 , the Consent Motion to Transfer this case to District Judge Mark S. Davis. Signed by District Judge Arenda L. Wright Allen on 08/23/2013. (Allen, Arenda) (Entered: 08/23/2013) |
| 08/23/2013 | | Case reassigned to District Judge Mark S. Davis. District Judge Arenda L. Wright Allen no longer assigned to the case. (ldab, ) (Entered: 08/26/2013) |
| 08/27/2013 | 10 | Motion to appear Pro Hac Vice by Brian M. Berliner and Certification of Local Counsel Robert W. McFarland Filing fee $ 75, receipt number 0422-3645217. by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 08/27/2013) |
| | | |

| 08/27/2013 | 11 | Motion to appear Pro Hac Vice by Sanjeev Mehta and Certification of Local Counsel Robert W. McFarland Filing fee $ 75, receipt number 0422-3645229. by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 08/27/2013) |
|---|---|---|
| 08/27/2013 | 12 | Motion to appear Pro Hac Vice by Brett Johnston Williamson and Certification of Local Counsel Robert W. McFarland Filing fee $ 75, receipt number 0422-3645244. by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 08/27/2013) |
| 08/27/2013 | 13 | Motion to appear Pro Hac Vice by Marc M. Breverman and Certification of Local Counsel Robert W. McFarland Filing fee $ 75, receipt number 0422-3645254. by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 08/27/2013) |
| 08/27/2013 | 14 | Motion to appear Pro Hac Vice by Cameron William Westin and Certification of Local Counsel Robert W. McFarland Filing fee $ 75, receipt number 0422-3645262. by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 08/27/2013) |
| 08/27/2013 | 15 | Motion to appear Pro Hac Vice by Susan van Keulen and Certification of Local Counsel Robert W. McFarland Filing fee $ 75, receipt number 0422-3645272. by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 08/27/2013) |
| 08/28/2013 | 🔒 | (Court only) ***Staff notes - Pro Hac Vice motions for Brian M. Berliner, Brett Johnston Williamson, Marc M. Breverman, Cameron William Westin, and Susan van Keulen referred to chambers for consideration. (tlev, ) (Entered: 08/28/2013) |
| 09/03/2013 | 17 | ORDER granting 12 Motion for Pro hac vice for Brett Johnston Williamson as to Samsung Electronics America, Inc., Samsung Electronics Co., Ltd and Samsung Telecommunications America LLC. Signed by District Judge Mark S. Davis on 9/3/13. (tlev, ) (Entered: 09/04/2013) |
| 09/03/2013 | 18 | ORDER granting 13 Motion for Pro hac vice for Marc M. Breverman as to Samsung Electronics America, Inc.,Samsung Electronics Co., Ltd and Samsung Telecommunications America LLC. Signed by District Judge Mark S. Davis on 9/3/13. (tlev, ) (Entered: 09/04/2013) |
| 09/03/2013 | 19 | ORDER granting 14 Motion for Pro hac vice for Cameron William Westin as to Samsung Electronics America, Inc.,Samsung Electronics Co., Ltd and Samsung Telecommunications America LLC. Signed by District Judge Mark S. Davis on 9/3/13. (tlev, ) (Entered: 09/04/2013) |
| 09/03/2013 | 20 | ORDER granting 15 Motion for Pro hac vice for Susan van Keulen as to Samsung Electronics America, Inc.,Samsung Electronics Co., Ltd |

| | | |
|---|---|---|
| | | and Samsung Telecommunications America LLC. Signed by District Judge Mark S. Davis on 9/3/13. (tlev, ) (Entered: 09/04/2013) |
| 09/03/2013 | 21 | ORDER granting 10 Motion for Pro hac vice for Brian Berliner as to Samsung Electronics America, Inc.,Samsung Electronics Co., Ltd and Samsung Telecommunications America LLC. Signed by District Judge Mark S. Davis on 9/3/13. (tlev, ) (Entered: 09/04/2013) |
| 09/04/2013 | 16 | Motion to appear Pro Hac Vice by Sanjeev B. Mehta and Certification of Local Counsel Robert W. McFarland by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 09/04/2013) |
| 09/05/2013 | 🔒 | (Court only) ***Staff notes - Pro Hac Vice motion for Sanjeev B. Mehta referred to chambers for consideration. (tlev, ) (Entered: 09/05/2013) |
| 09/05/2013 | 🔒 | (Court only) ***Motions terminated: 11 Motion to appear Pro Hac Vice by Sanjeev Mehta and Certification of Local Counsel Robert W. McFarland Filing fee $ 75, receipt number 0422-3645229. filed by Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC, Samsung Electronics America, Inc.. (tlev, ) (Entered: 09/05/2013) |
| 09/06/2013 | 22 | ORDER granting 16 Motion for Pro hac vice for Sanjeev B Mehta as to Samsung Electronics America, Inc.,Samsung Electronics Co., Ltd and Samsung Telecommunications America LLC. Signed by District Judge Mark S. Davis on 09/5/13. (tlev, ) (Entered: 09/06/2013) |
| 09/27/2013 | 23 | ANSWER to 1 Complaint, *Affirmative Defenses*, COUNTERCLAIM against Virginia Innovation Sciences, Inc. by Samsung Telecommunications America LLC, Samsung Electronics Co., Ltd, Samsung Electronics America, Inc..(McFarland, Robert) (Entered: 09/27/2013) |
| 09/27/2013 | 24 | Financial Interest Disclosure Statement (Local Rule 7.1) by Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 09/27/2013) |
| 09/27/2013 | 25 | Financial Interest Disclosure Statement (Local Rule 7.1) by Samsung Electronics Co., Ltd. (McFarland, Robert) (Entered: 09/27/2013) |
| 09/27/2013 | 26 | Financial Interest Disclosure Statement (Local Rule 7.1) by Samsung Electronics America, Inc.. (McFarland, Robert) (Entered: 09/27/2013) |
| 10/03/2013 | 🔒 | (Court only) Deadline 1 Suspense due by 10/18/2013 - Answer to counterclaim due. (tbro) (Entered: 10/03/2013) |
| 10/04/2013 | 27 | Motion to appear Pro Hac Vice by Edward E. Casto, Jr. and Certification of Local Counsel W. Ryan Snow Filing fee $ 75, receipt number 0422-3695742. by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/04/2013) |
| 10/04/2013 | 28 | Motion to appear Pro Hac Vice by Timothy E. Grochocinski and |

| | | Certification of Local Counsel W. Ryan Snow Filing fee $ 75, receipt number 0422-3695782. by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/04/2013) |
|---|---|---|
| 10/04/2013 | 29 | Motion to appear Pro Hac Vice by Joseph Paul Oldaker and Certification of Local Counsel W. Ryan Snow Filing fee $ 75, receipt number 0422-3695791. by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/04/2013) |
| 10/04/2013 | 30 | Motion to appear Pro Hac Vice by Aaron Ward Purser and Certification of Local Counsel W. Ryan Snow Filing fee $ 75, receipt number 0422-3695799. by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/04/2013) |
| 10/04/2013 | 31 | Motion to appear Pro Hac Vice by Thomas John Ward, Jr. and Certification of Local Counsel W. Ryan Snow Filing fee $ 75, receipt number 0422-3695814. by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/04/2013) |
| 10/04/2013 | 32 | Motion to appear Pro Hac Vice by Jonathan Hart Rastegar and Certification of Local Counsel W. Ryan Snow Filing fee $ 75, receipt number 0422-3695819. by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/04/2013) |
| 10/04/2013 | 33 | Motion to appear Pro Hac Vice by Anthony Michael Vecchione and Certification of Local Counsel W. Ryan Snow Filing fee $ 75, receipt number 0422-3695824. by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/04/2013) |
| 10/04/2013 | 34 | Motion to appear Pro Hac Vice by Claire Abernathy Henry and Certification of Local Counsel W. Ryan Snow Filing fee $ 75, receipt number 0422-3695828. by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/04/2013) |
| 10/04/2013 | 35 | Motion to appear Pro Hac Vice by Edward R. Nelson, III and Certification of Local Counsel W. Ryan Snow Filing fee $ 75, receipt number 0422-3695831. by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/04/2013) |
| 10/08/2013 | 🔒 | (Court only) ***Staff notes - Pro Hac Vice motions for Edward E. Casto, Jr., Timothy E. Grochocinski, Joseph Paul Oldaker, Aaron Ward Purser, Thomas John Ward, Jr., Jonathan Hart Rastegar, Anthony Michael Vecchione, Claire Abernathy Henry and Edward R. Nelson, III referred to chambers for consideration. (tlev, ) (Entered: 10/08/2013) |
| 10/15/2013 | 36 | ORDER granting 27 Motion for Pro hac vice for Edward E Casto, Jr as to Virginia Innovation Sciences, Inc. Signed by District Judge Mark S. Davis on 10/11/13. (tlev, ) (Entered: 10/15/2013) |
| 10/15/2013 | 37 | ORDER granting 28 Motion for Pro hac vice for Timothy E. Grochocinski as to Virginia Innovation Sciences, Inc. Signed by District Judge Mark S. Davis on 10/11/13. (tlev, ) (Entered: 10/15/2013) |

| 10/15/2013 | 38 | ORDER granting 29 Motion for Pro hac vice for Joseph Paul Oldaker as to Virginia Innovation Sciences, Inc. Signed by District Judge Mark S. Davis on 10/11/13. (tlev, ) (Entered: 10/15/2013) |
| 10/15/2013 | 39 | ORDER granting 30 Motion for Pro hac vice for Aaron Ward Purser as to Virginia Innovation Sciences, Inc. Signed by District Judge Mark S. Davis on 10/11/13. (tlev, ) (Entered: 10/15/2013) |
| 10/15/2013 | 40 | ORDER granting 31 Motion for Pro hac vice for Thomas John Ward, Jr as to Virginia Innovation Sciences, Inc. Signed by District Judge Mark S. Davis on 10/11/13. (tlev, ) (Entered: 10/15/2013) |
| 10/15/2013 | 41 | ORDER granting 32 Motion for Pro hac vice for Jonathan Hart Rastegar as to Virginia Innovation Sciences, Inc. Signed by District Judge Mark S. Davis on 10/11/13. (tlev, ) (Entered: 10/15/2013) |
| 10/15/2013 | 42 | ORDER granting 33 Motion for Pro hac vice for Anthony Michael Vecchione as to Virginia Innovation Sciences, Inc. Signed by District Judge Mark S. Davis on 10/11/13. (tlev, ) (Entered: 10/15/2013) |
| 10/15/2013 | 43 | ORDER granting 34 Motion for Pro hac vice for Claire Abernathy Henry as to Virginia Innovation Sciences, Inc. Signed by District Judge Mark S. Davis on 10/11/13. (tlev, ) (Entered: 10/15/2013) |
| 10/15/2013 | 44 | ORDER granting 35 Motion for Pro hac vice for Edward R Nelson, III as to Virginia Innovation Sciences, Inc. Signed by District Judge Mark S. Davis on 10/11/13. (tlev, ) (Entered: 10/15/2013) |
| 10/17/2013 | 45 | ORDER - Counsel for both parties are ORDERED to submit simultaneous briefs outlining their position on the issue of whether the Court, for judicial economy reasons, should consolidate these cases and continue the trial in Case No. 2:12cv548. Counsel are DIRECTED to submit briefs, limited to no more than 12 pages, by October 21, 2013 at 12:00 p.m. (noon). The Court's Courtroom Deputy Clerk has already scheduled a telephonic status conference for October 23, 2013 at 3:00 p.m. to discuss various logistical issues raised by the parties. The Court will entertain further argument on possible consolidation and continuation of the trial at that time, if necessary. IT IS SO ORDERED. Signed by District Judge Mark S. Davis on 10/17/13. Copies distributed to all counsel of record 10/17/13.(ldab, ) (Entered: 10/17/2013) |
| 10/17/2013 | 46 | ANSWER to Counterclaim re 23 Answer to Complaint, Counterclaim,, by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 10/17/2013) |
| 10/18/2013 | | Refer for 16(b) (afar) (Entered: 10/18/2013) |
| 10/18/2013 | 🔒 | (Court only) ***Deadlines terminated. (afar) (Entered: 10/18/2013) |
| 10/18/2013 | 47 | AMENDED COMPLAINT against All Defendants, filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Snow, W. Ryan) (Entered: 10/18/2013) |

| 10/21/2013 | 48 | Memorandum *Requesting That Cases Not Be Consolidated And That The Forthcoming Trial Remain Set for November 12, 2013* to 45 Order,,, filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B - Declaration, # 3 Exhibit C - Declaration, # 4 Exhibit D - Declaration)(Snow, W. Ryan) (Entered: 10/21/2013) |
| --- | --- | --- |
| 10/21/2013 | 49 | Response to 45 Order,,, filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 10/21/2013) |
| 10/23/2013 | 🔒 | (Court only) Deadline 1 Suspense due by 11/4/2013 -Answer to Amended Complaint (afar) (Entered: 10/23/2013) |
| 10/25/2013 | 50 | Motion to appear Pro Hac Vice by Jordan Raphael and Certification of Local Counsel Robert W. McFarland Filing fee $ 75, receipt number 0422-3720904. by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 10/25/2013) |
| 10/25/2013 | 51 | Motion to appear Pro Hac Vice by Jonathan Patrick Crawford and Certification of Local Counsel Robert W. McFarland Filing fee $ 75, receipt number 0422-3720922. by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 10/25/2013) |
| 10/25/2013 | 52 | Motion to appear Pro Hac Vice by Scot Colin Rives and Certification of Local Counsel Robert W. McFarland Filing fee $ 75, receipt number 0422-3720938. by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 10/25/2013) |
| 10/25/2013 | 53 | ORDER : The Court has determined pursuant to Rule 42 that the actions "involve a common question of law or fact" and that consolidation of the matters for trial would serve judicial economy and "avoid unnecessary cost or delay" without unduly prejudicing either party. Therefore, the two above referenced cases are consolidated for trial purposes only. The parties have indicated that they will work together to prepare a new discovery plan and the Court will therefore leave it to the parties to address that issue. To the extent that any further guidance is needed with regard to discovery issues, the parties are free to seek guidance from the co-assigned Magistrate Judge in this case. Furthermore, the trial of the above referenced consolidated matters is scheduled to begin on Monday April 21, 2014. Signed by District Judge Mark S. Davis on 10/24/13 and filed 10/25/13. Copies distributed to all parties 10/25/13. (ldab, ) (Entered: 10/25/2013) |
| 10/25/2013 | | Jury Trial set for 4/21/2014 at 10:00 AM in Norfolk Courtroom 5 before District Judge Mark S. Davis. (vwar) (Entered: 10/28/2013) |
| 10/28/2013 | 🔒 | (Court only) ***Staff notes - Pro Hac Vice motions for Jordan Raphael, Jonathan Patrick Crawford and Scot Colin Rives referred to chabmers for consideration. (tlev, ) (Entered: 10/28/2013) |

| | | |
|---|---|---|
| 10/29/2013 | 54 | ORDER granting 50 Motion for Pro hac vice for Jordan Raphael for Samsung Electronics America, Inc.,Samsung Electronics Co., Ltd and Samsung Telecommunications America LLC. Signed by District Judge Mark S. Davis on 10/28/13. (tlev, ) (Entered: 10/29/2013) |
| 10/29/2013 | 55 | ORDER granting 52 Motion for Pro hac vice for Scot Colin Rives as to Samsung Electronics America, Inc.,Samsung Electronics Co., Ltd and Samsung Telecommunications America LLC. Signed by District Judge Mark S. Davis on 10/28/13. (tlev, ) (Entered: 10/29/2013) |
| 10/29/2013 | 56 | ORDER granting 51 Motion for Pro hac vice for Jonathan Patrick Crawford as to Samsung Electronics America, Inc.,Samsung Electronics Co., Ltd and Samsung Telecommunications America LLC. Signed by District Judge Mark S. Davis on 10/28/13. (tlev, ) (Entered: 10/29/2013) |
| 11/01/2013 | 57 | ANSWER to Complaint , COUNTERCLAIM against Virginia Innovation Sciences, Inc. by Samsung Telecommunications America LLC, Samsung Electronics Co., Ltd, Samsung Electronics America, Inc..(McFarland, Robert) (Entered: 11/01/2013) |
| 11/08/2013 | 🔋 | (Court only) ***Deadlines terminated. (afar) (Entered: 11/08/2013) |
| 11/18/2013 | 58 | ANSWER to Counterclaim re 57 Answer to Complaint, Counterclaim by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 11/18/2013) |
| 11/20/2013 | 59 | MOTION for Entry of Scheduling Order by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A)(Hartnett, David) Modified on 1/6/2014 to remove gavel from motion (tbro). (Entered: 11/20/2013) |
| 11/20/2013 | 60 | Memorandum in Support re 59 MOTION for Entry of Scheduling Order filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Hartnett, David) (Entered: 11/20/2013) |
| 11/20/2013 | 61 | MOTION for Entry of Rule 16(b) Scheduling Order by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: # 1 Exhibit A) (McFarland, Robert) Modified on 1/6/2014 to remove gavel from motion (tbro). (Entered: 11/20/2013) |
| 11/20/2013 | 62 | Memorandum in Support re 61 MOTION for Entry of Rule 16(b) Scheduling Order filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 11/20/2013) |
| 11/25/2013 | 63 | Order Rule 16(b) Scheduling Order - (See order for specific discovery deadlines)Final Pretrial Conference set for 4/10/2014 at 09:00 AM in Norfolk. Jury Trial set for 4/21/2014 at 10:00 AM in Norfolk Courtroom 5 before District Judge Mark S. Davis. Signed by District Judge Mark S. Davis and filed on 11/25/13. (vwar) (Entered: 11/25/2013) |
| | | |

| 11/26/2013 | 64 | STIPULATED PROTECTIVE ORDER. Signed by Magistrate Judge Tommy E. Miller and filed on 11/26/13. Copies distributed to all parties 11/29/13.(ldab, ) (Entered: 11/29/2013) |
|---|---|---|
| 12/03/2013 | 🔒 | (Court only) ***Staff notes : Received proposed Agreed Dismissal Order and placed in MSD pick-up box. (ldab, ) (Entered: 12/03/2013) |
| 12/03/2013 | 65 | NOTICE of Appearance by Sarah Kate McConaughy on behalf of Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC (McConaughy, Sarah) (Entered: 12/03/2013) |
| 12/03/2013 | 66 | STIPULATION by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC, Virginia Innovation Sciences, Inc.. (McConaughy, Sarah) (Entered: 12/03/2013) |
| 12/03/2013 | 67 | AGREED DISMISSAL ORDER REGARDING U.S. PATENT NO. 7,957,733 AND U.S. PATENT NO. 8,417,290. Signed by District Judge Mark S. Davis and filed on 12/3/13. Copies distributed to all parties 12/5/13.(ldab, ) (Entered: 12/05/2013) |
| 12/09/2013 | 68 | MOTION to Compel by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) Modified on 12/18/2013 to remove gavel from motion 68 (tbro). (Entered: 12/09/2013) |
| 12/09/2013 | 69 | Memorandum in Support re 68 MOTION to Compel *REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: # 1 Proposed Order)(McFarland, Robert) (Entered: 12/09/2013) |
| 12/09/2013 | 70 | Declaration re 68 MOTION to Compel by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: # 1 Exhibit A (filed under seal), # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(McFarland, Robert) (Entered: 12/09/2013) |
| 12/09/2013 | 71 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC re 68 MOTION to Compel (McFarland, Robert) (Entered: 12/09/2013) |
| 12/09/2013 | 72 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) Modified on 12/12/2013. Incorrect case number on document, removed gavel, attorney refiled document with correct case number (tbro). (Entered: 12/09/2013) |
| 12/09/2013 | 73 | Memorandum in Support re 72 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: # 1 Proposed Order) (McFarland, Robert) (Entered: 12/09/2013) |

| 12/09/2013 | | 74 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC re 72 MOTION to Seal (McFarland, Robert) (Entered: 12/09/2013) |
| --- | --- | --- | --- |
| 12/10/2013 | | 75 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC *Notice of Submission of Corrected Versions of Samsung's Motion to Seal, Memorandum in Support, and Notice* (Attachments: # 1 Defendants' Motion to File Under Seal, # 2 Memorandum in Support of Defendants' Motion to File Under Seal, # 3 Proposed Order, # 4 Notice of Filing Motion to Seal)(McFarland, Robert) (Entered: 12/10/2013) |
| 12/10/2013 | 🔒 | 79 | Sealed Document re 69 Memorandum in Support. (Attachments: # 1 Letter)(tbro) (Entered: 12/13/2013) |
| 12/10/2013 | 🔒 | 80 | Sealed Document re 70 - Declaration re 68 MOTION to Compel by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC., - Exhibit A (filed under seal). (Attachments: # 1 Letter)(tbro) (Entered: 12/13/2013) |
| 12/11/2013 | | 76 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 12/11/2013) |
| 12/11/2013 | | 77 | Memorandum in Support re 76 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: # 1 Proposed Order) (McFarland, Robert) (Entered: 12/11/2013) |
| 12/11/2013 | | 78 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC re 76 MOTION to Seal (McFarland, Robert) (Entered: 12/11/2013) |
| 12/12/2013 | 🔒 | | (Court only) Deadline 1 Suspense due by 12/26/2013 - response to motion to seal due 76 . (tbro) (Entered: 12/12/2013) |
| 12/17/2013 | | 81 | Withdrawal of Motion by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC re 68 MOTION to Compel (McConaughy, Sarah) (Entered: 12/17/2013) |
| 12/30/2013 | 🔒 | | (Court only) ***Staff notes - notified TEM Chambers of 76 , 77 ,and 78 (tbro) (Entered: 12/30/2013) |
| 01/02/2014 | | 82 | ORDER granting 76 Motion to Seal. Signed by Magistrate Judge Tommy E. Miller on 1/2/14. (tbro) (Entered: 01/02/2014) |
| 01/02/2014 | 🔒 | 83 | Sealed Document re 69 Memorandum in Support. (tbro) (Entered: 01/02/2014) |
| 01/02/2014 | 🔒 | 84 | Sealed Document re 70 Declaration, Exhibit A. (tbro) (Entered: 01/02/2014) |
| 01/31/2014 | | 85 | MOTION for Summary Judgment *(Partial) of No Infringement* by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, |

| | | |
|---|---|---|
| | | Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 01/31/2014) |
| 01/31/2014 | 86 | Memorandum in Support re 85 MOTION for Summary Judgment *(Partial) of No Infringement REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co, Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 01/31/2014) |
| 01/31/2014 | 87 | Declaration re 85 MOTION for Summary Judgment *(Partial) of No Infringement Declaration of Kevin C. Almeroth (UNDER SEAL)* by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B (Under Seal), # 3 Exhibit C, # 4 Exhibit D (Under Seal), # 5 Exhibit E (Under Seal), # 6 Exhibit F (Under Seal), # 7 Exhibit G (Under Seal), # 8 Exhibit H (Under Seal), # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N)(McFarland, Robert) (Entered: 01/31/2014) |
| 01/31/2014 | 88 | Declaration re 85 MOTION for Summary Judgment *(Partial) of No Infringement Declaration of Brian Berliner* by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: # 1 Exhibit O, # 2 Exhibit P, # 3 Exhibit Q (Under Seal), # 4 Exhibit R (Under Seal), # 5 Exhibit S (Under Seal), # 6 Exhibit T (Under Seal), # 7 Exhibit U (Under Seal), # 8 Exhibit V (Under Seal), # 9 Exhibit W (Under Seal), # 10 Exhibit X, # 11 Exhibit Y, # 12 Exhibit Z)(McFarland, Robert) (Entered: 01/31/2014) |
| 01/31/2014 | 89 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 01/31/2014) |
| 01/31/2014 | 90 | Memorandum in Support re 89 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: # 1 Proposed Order) (McFarland, Robert) (Entered: 01/31/2014) |
| 01/31/2014 | 91 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC re 89 MOTION to Seal (McFarland, Robert) (Entered: 01/31/2014) |
| 02/03/2014 | 🔒 | (Court only) ***Staff notes - referred 89 motion to seal to TEM Chambers. (tbro) (Entered: 02/03/2014) |
| 02/03/2014 | 🔒 | (Court only) Deadline 1 Suspense due by 2/14/2014 - response to 85 motion for summary judgment due. (tbro) (Entered: 02/03/2014) |
| 02/03/2014 | 🔒 92 | Sealed Document re 86 Memorandum in Support. (tbro) (Entered: 02/05/2014) |
| 02/03/2014 | 🔒 93 | Sealed Document re 87 Declaration. (Attachments: # 1 Exhibit B, # 2 Exhibit D, # 3 Exhibit E, # 4 Exhibit F, # 5 Exhibit G, # 6 Exhibit H) |

| | | | |
|---|---|---|---|
| | | | (tbro) (Entered: 02/06/2014) |
| 02/03/2014 | 🔒 | 94 | Sealed Exhibit Q re 88 Declaration. (Attachments: # 1 Exhibit R, # 2 Exhibit S, # 3 Exhibit T, # 4 Exhibit U, # 5 Exhibit V, # 6 Exhibit W) (tbro) (Entered: 02/06/2014) |
| 02/11/2014 | | 95 | Memorandum in Opposition re 85 MOTION for Summary Judgment *(Partial) of No Infringement* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Declaration of Counsel, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18)(Hartnett, David) (Entered: 02/11/2014) |
| 02/11/2014 | | 96 | MOTION to Seal by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Hartnett, David) (Entered: 02/11/2014) |
| 02/11/2014 | | 97 | Memorandum in Support re 96 MOTION to Seal filed by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 02/11/2014) |
| 02/11/2014 | | 98 | NOTICE by Virginia Innovation Sciences, Inc. re 96 MOTION to Seal (Hartnett, David) (Entered: 02/11/2014) |
| 02/12/2014 | 🔒 | | (Court only) Deadline 1 Suspense due by 2/17/2014 - reply to 95 memo in opposition due. (tbro) (Entered: 02/12/2014) |
| 02/12/2014 | 🔒 | | (Court only) Deadline 2 Suspense due by 2/14/2014 - response to 89 motion to seal due. (tbro) (Entered: 02/12/2014) |
| 02/12/2014 | 🔒 | | (Court only) Deadline 3 Suspense due by 2/25/2014 - response to 96 motion to seal due. (tbro) (Entered: 02/12/2014) |
| 02/12/2014 | 🔒 | 99 | Sealed Documents and Exhibits re 95 Memorandum in Opposition. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 4, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 11, # 7 Exhibit 15, # 8 Letter)(tbro) (Entered: 02/14/2014) |
| 02/14/2014 | | 100 | REPLY to Response to Motion re 85 MOTION for Summary Judgment *(Partial) of No Infringement REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 02/14/2014) |
| 02/14/2014 | | 101 | Declaration re 100 Reply to Response to Motion, by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: # 1 Exhibit AA, # 2 Exhibit BB, # 3 Exhibit CC, # 4 Exhibit DD, # 5 Exhibit EE, # 6 Exhibit FF, # 7 Exhibit GG, # 8 Exhibit HH, # 9 Exhibit II, # 10 Exhibit JJ (UNDER SEAL))(McFarland, Robert) (Entered: 02/14/2014) |
| 02/14/2014 | | 102 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 02/14/2014) |

| 02/14/2014 | 103 | Memorandum in Support re 102 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: # 1 Proposed Order) (McFarland, Robert) (Entered: 02/14/2014) |
| 02/14/2014 | 104 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC re 102 MOTION to Seal (McFarland, Robert) (Entered: 02/14/2014) |
| 02/18/2014 | 105 | STIPULATION *Joint Stipulation Regarding the Deposition of Samsung Electronics America, Inc.* by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC, Virginia Innovation Sciences, Inc.. (McFarland, Robert) (Entered: 02/18/2014) |
| 02/18/2014 | 106 | STIPULATION *Stipulated Entry of Judgment Regarding Count VI [Willful Infringement] of Plaintiff's Amended Complaint* by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC, Virginia Innovation Sciences, Inc.. (McFarland, Robert) (Entered: 02/18/2014) |
| 02/18/2014 | 🔒 | (Court only) ***Staff notes - referred 85 motion for summary judgment (partial) to MSD Chambers. (tbro) (Entered: 02/18/2014) |
| 02/18/2014 | 🔒 | (Court only) Deadline4 Suspense due by 2/28/2014 - response to 102 motion to seal due. (tbro) (Entered: 02/18/2014) |
| 02/18/2014 | 🔒 107 | ***Sealed Version*** of 100 Reply to Response to 85 Motion for Summary Judgment (Partial) of No Infringement by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC filed under seal. (rsim, ) (Entered: 02/20/2014) |
| 02/18/2014 | 🔒 108 | Sealed Exhibit JJ to 101 Declaration of Brian Berliner by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC filed under seal. (Attachments: # 1 Exhibit JJ)(rsim, ) (Entered: 02/20/2014) |
| 02/20/2014 | 109 | Request for Hearing by Virginia Innovation Sciences, Inc. re 85 MOTION for Summary Judgment *(Partial) of No Infringement* (Hartnett, David) (Entered: 02/20/2014) |
| 02/21/2014 | 🔒 | (Court only) ***Staff notes - referred 109 request for hearing to MSD Chambers. (tbro) (Entered: 02/21/2014) |
| 02/21/2014 | 110 | Joint MOTION to Amend/Correct *the Scheduling Order* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Hartnett, David) (Entered: 02/21/2014) |
| 02/21/2014 | 111 | Memorandum in Support re 110 Joint MOTION to Amend/Correct *the Scheduling Order* filed by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 02/21/2014) |
| 02/24/2014 | 112 | ORDER granting 110 Motion to Amend/Correct Scheduling Order. |

| | | Signed by Magistrate Judge Tommy E. Miller on 2/24/14. (tbro) (Entered: 02/24/2014) |
|---|---|---|
| 02/25/2014 | 113 | Joint MOTION to Amend/Correct *Scheduling Order (Second)* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order) (Hartnett, David) (Entered: 02/25/2014) |
| 02/25/2014 | 114 | Memorandum in Support re 113 Joint MOTION to Amend/Correct *Scheduling Order (Second)* filed by Virginia Innovation Sciences, Inc.. (Hartnett, David) (Entered: 02/25/2014) |
| 02/26/2014 | | MOTIONS REFERRED to Magistrate Judge: Tommy E. Miller. 113 Joint MOTION to Amend/Correct *Scheduling Order (Second)* (tbro) (Entered: 02/26/2014) |
| 02/27/2014 | | MOTIONS REFERRED to Magistrate Judge: Tommy E. Miller. 96 MOTION to Seal (tbro) (Entered: 02/27/2014) |
| 02/27/2014 | 115 | ORDER granting 113 Motion to Amend/Correct. Signed by Magistrate Judge Tommy E. Miller on 2/26/14. (tbro) (Entered: 02/27/2014) |
| 02/28/2014 | 116 | ORDER granting 96 Motion to Seal and VIS is permitted to file under seal Exhibits 1, 2, 4, 5, 6, 11 and 15, and certain portions of its Memorandum in Opposition to Samsung's Motion for Partial Summary Judgment of No Infringement. Signed by Magistrate Judge Tommy E. Miller on 2/28/14. (tbro) (Entered: 03/04/2014) |
| 02/28/2014 | 117 | ORDER granting 89 Motion to Seal. The Court FINDS and ORDERS that less drastic alternatives to sealing are not feasible, and therefore orders that the (1) the unredacted version of Samsung's Memorandum in Support of Samsung's Motion for Partial Summary Judgment of No Infringement, (2) Exhibits Q, R, S, T, U, V, and W to the Declaration of Brian Berliner, and (3) the Declaration of Kevin Almeroth in support of Defendants' Motion for Partial Summary Judgment and Exhibits B, D, E, F, G, and H to the Declaration of Kevin Almeroth, to be filed under seal by the Clerk. Signed by Magistrate Judge Tommy E. Miller on 2/28/14. (tbro) (Entered: 03/04/2014) |
| 03/04/2014 | | MOTIONS REFERRED to Magistrate Judge: Tommy E. Miller. 102 MOTION to Seal (tbro) (Entered: 03/04/2014) |
| 03/06/2014 | 🔒 | (Court only) ***Staff notes - proposed order entering judgment on Count VI of plaintiff's amended complaint forwarded to MSD Chambers. (tbro) (Entered: 03/06/2014) |
| 03/06/2014 | 118 | ORDER ENTERING JUDGMENT ON COUNT VI [WILLFUL INFRINGEMENT] OF PLAINTIFF'S AMENDED COMPLAINT. Signed by District Judge Mark S. Davis on 3/6/14. (tbro) (Entered: 03/11/2014) |
| 03/10/2014 | 119 | ORDER granting 102 Motion to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. Signed by Magistrate Judge Tommy E. Miller on 3/10/14. (tbro) (Entered: 03/11/2014) |

| 03/11/2014 | 120 | MOTION to Withdraw as Attorney *and Brief in Support* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order Exhibit A) (Snow, W. Ryan) (Entered: 03/11/2014) |
|------------|-----|------------------------------------------------------------------------|
| 03/12/2014 |     | MOTIONS REFERRED to Magistrate Judge: Tommy E. Miller. 120 MOTION to Withdraw as Attorney *and Brief in Support* (tbro) (Entered: 03/12/2014) |
| 03/12/2014 | 121 | ORDER granting 120 Motion to Withdraw as Attorney. Attorney Aaron Ward Purser terminated as of 3/12/14. Signed by Magistrate Judge Tommy E. Miller on 3/12/14 and filed on 3/12/14. (tbro) (Entered: 03/12/2014) |
| 03/13/2014 | 🔒 | (Court only) ***Staff notes - agreed order for joint motion to extend date for deposition forwarded to TEM Chambers. Hard copy sent in. (tbro) (Entered: 03/13/2014) |
| 03/17/2014 | 122 | AGREED ORDER:. In keeping with the Order Granting Second Joint Motion to Amend Scheduling Order (Dkt. No. 115). it appears that good cause exists for this extension, due to other commitments of the witness, and the parties representing that this extension will not affect any of the other deadlines for this case, the deadline for Defendants to complete the deposition of Plaintiffs damages expert, Dr. Laura Robinson, is extended to Friday, April 4, 2014. Signed by Magistrate Judge Tommy E. Miller on 3/17/14 and filed on 3/17/14. (tbro) (Entered: 03/17/2014) |
| 03/21/2014 | 123 | Supplemental MOTION in Limine *to Exclude Inadmissible Evidence* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 03/21/2014) |
| 03/21/2014 | 124 | Memorandum in Support re 123 Supplemental MOTION in Limine *to Exclude Inadmissible Evidence* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A, # 2 Affidavit)(Snow, W. Ryan) (Entered: 03/21/2014) |
| 03/21/2014 | 125 | MOTION to Exclude *Defendants' Undisclosed Invalidity Contentions* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 03/21/2014) |
| 03/21/2014 | 126 | Memorandum in Support re 125 MOTION to Exclude *Defendants' Undisclosed Invalidity Contentions* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E (under seal), # 6 Affidavit)(Snow, W. Ryan) (Entered: 03/21/2014) |
| 03/21/2014 | 127 | MOTION to Seal *Exhibit to Memorandum in Support of Motion to Exclude Defendants' Undisclosed Invalidity Contentions* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 03/21/2014) |
| 03/21/2014 | 128 | Memorandum in Support re 127 MOTION to Seal *Exhibit to Memorandum in Support of Motion to Exclude Defendants'* |

| | | *Undisclosed Invalidity Contentions* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 03/21/2014) |
|---|---|---|
| 03/21/2014 | 129 | NOTICE by Virginia Innovation Sciences, Inc. re 127 MOTION to Seal *Exhibit to Memorandum in Support of Motion to Exclude Defendants' Undisclosed Invalidity Contentions* (Snow, W. Ryan) (Entered: 03/21/2014) |
| 03/21/2014 | 130 | MOTION to Exclude *Certain Improper Opinions and Testimony of Plaintiff's Technical Expert Dr. Arthur T. Brody* by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 131 | Memorandum in Support re (420 in 2:12-cv-00548-MSD-TEM) MOTION to Exclude *Certain Improper Opinions and Testimony of Plaintiff's Technical Expert Dr. Arthur T. Brody*, (130 in 2:13-cv-00332-MSD-TEM) MOTION to Exclude *Certain Improper Opinions and Testimony of Plaintiff's Technical Expert Dr. Arthur T. Brody REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 🔒 | (Court only) Deadline 1 Suspense due by 4/4/2014 - response to 125 mtn to exclude, 127 mtn to seal, 130 mtn to exclude, 133 mtn to seal, 145 mtn to seal, 151 mtn to seal, 156 mtn to seal, and 168 mtn to seal due. (tbro) (Entered: 03/21/2014) |
| 03/21/2014 | 132 | Declaration re 130 MOTION to Exclude *Certain Improper Opinions and Testimony of Plaintiff's Technical Expert Dr. Arthur T. Brody* by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: # 1 Exhibit 1 (Under Seal), # 2 Exhibit 2 (Under Seal), # 3 Exhibit 3 (Under Seal), # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11) (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 133 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 134 | Memorandum in Support re (427 in 2:12-cv-00548-MSD-TEM) MOTION to Seal , (133 in 2:13-cv-00332-MSD-TEM) MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 135 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC re 133 MOTION to Seal (McFarland, Robert) (Entered: 03/21/2014) |

| 03/21/2014 | 136 | MOTION in Limine #1 (renewed) by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 03/21/2014) |
|---|---|---|
| 03/21/2014 | 137 | MOTION in Limine #2 (renewed) by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 138 | MOTION in Limine #3 (renewed) by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 139 | MOTION in Limine #5 (renewed) by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 140 | MOTION in Limine #6 (renewed) by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 141 | MOTION in Limine #7 (renewed) by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 142 | MOTION in Limine #8 (renewed) by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 143 | MOTION in Limine #9 (renewed) by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 144 | Memorandum in Support re 141 MOTION in Limine #7 (renewed), 142 MOTION in Limine #8 (renewed), 143 MOTION in Limine #9 (renewed), 136 MOTION in Limine #1 (renewed), 139 MOTION in Limine #5 (renewed), 140 MOTION in Limine #6 (renewed), 138 MOTION in Limine #3 (renewed), 137 MOTION in Limine #2 (renewed) Addenda to Samsung's Motions in Limine Nos. 1-3 and 5-9 (REDACTED) filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 145 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 146 | Memorandum in Support re 145 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: # 1 Proposed Order) (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 147 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC re 145 MOTION to Seal (McFarland, Robert) (Entered: 03/21/2014) |

| 03/21/2014 | 148 | Withdrawal of Motion by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC *Notice of Withdrawal of Samsung's Motion in Limine # 10* (McFarland, Robert) (Entered: 03/21/2014) |
| --- | --- | --- |
| 03/21/2014 | 149 | MOTION in Limine *#11* by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 150 | Memorandum in Support re (149 in 2:13-cv-00332-MSD-TEM) MOTION in Limine *#11*, (443 in 2:12-cv-00548-MSD-TEM) MOTION in Limine *#11 REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. Associated Cases: 2:13-cv-00332-MSD-TEM, 2:12-cv-00548-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 151 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 152 | Memorandum in Support re (151 in 2:13-cv-00332-MSD-TEM) MOTION to Seal , (445 in 2:12-cv-00548-MSD-TEM) MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 153 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC re 151 MOTION to Seal (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 154 | MOTION in Limine *#12* by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 155 | Memorandum in Support re (448 in 2:12-cv-00548-MSD-TEM) MOTION in Limine *#12*, (154 in 2:13-cv-00332-MSD-TEM) MOTION in Limine *#12 REDACTED* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 156 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 157 | Memorandum in Support re (156 in 2:13-cv-00332-MSD-TEM) MOTION to Seal , (450 in 2:12-cv-00548-MSD-TEM) MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: |

| | | |
|---|---|---|
| | | # 1 Proposed Order)Associated Cases: 2:13-cv-00332-MSD-TEM, 2:12-cv-00548-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 158 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC re 156 MOTION to Seal (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 159 | MOTION in Limine #4 (renewed) by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 160 | Memorandum in Support re (159 in 2:13-cv-00332-MSD-TEM) MOTION in Limine #4 (renewed), (453 in 2:12-cv-00548-MSD-TEM) MOTION in Limine #4 (renewed) Addendum to Samsung's Motion in Limine #4 filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. Associated Cases: 2:13-cv-00332-MSD-TEM, 2:12-cv-00548-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 161 | MOTION in Limine #13 by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 162 | Memorandum in Support re (161 in 2:13-cv-00332-MSD-TEM) MOTION in Limine #13, (455 in 2:12-cv-00548-MSD-TEM) MOTION in Limine #13 filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 163 | MOTION in Limine #14 by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 164 | Memorandum in Support re (163 in 2:13-cv-00332-MSD-TEM) MOTION in Limine #14, (457 in 2:12-cv-00548-MSD-TEM) MOTION in Limine #14 filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. Associated Cases: 2:13-cv-00332-MSD-TEM, 2:12-cv-00548-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 165 | Declaration re 142 MOTION in Limine #8 (renewed), 159 MOTION in Limine #4 (renewed), 143 MOTION in Limine #9 (renewed), 139 MOTION in Limine #5 (renewed), 149 MOTION in Limine #11, 138 MOTION in Limine #3 (renewed), 154 MOTION in Limine #12, 141 MOTION in Limine #7 (renewed), 163 MOTION in Limine #14, 161 MOTION in Limine #13, 136 MOTION in Limine #1 (renewed), 140 MOTION in Limine #6 (renewed), 137 MOTION in Limine #2 (renewed) by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: # 1 Exhibit 1 (under seal), # 2 Exhibit 2 (under seal), # 3 Exhibit 3 (under seal), # 4 Exhibit 4 (under seal), # 5 Exhibit 5, # 6 Exhibit 6 (under seal), # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, |

| | | |
|---|---|---|
| | | # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19 (under seal), # 20 Exhibit 20 (under seal), # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27)(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 166 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC re 165 Declaration,,,,, *Notice of Submission of Exhibits 28-47* (Attachments: # 1 Exhibit 28, # 2 Exhibit 29, # 3 Exhibit 30, # 4 Exhibit 31, # 5 Exhibit 32, # 6 Exhibit 33, # 7 Exhibit 34, # 8 Exhibit 35, # 9 Exhibit 36, # 10 Exhibit 37 (under seal), # 11 Exhibit 38 (under seal), # 12 Exhibit 39, # 13 Exhibit 40, # 14 Exhibit 41, # 15 Exhibit 42, # 16 Exhibit 43, # 17 Exhibit 44, # 18 Exhibit 45, # 19 Exhibit 46, # 20 Exhibit 47) (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 167 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC re 165 Declaration,,,,, *Notice of Submission of Exhibits 48-61* (Attachments: # 1 Exhibit 48, # 2 Exhibit 49, # 3 Exhibit 50, # 4 Exhibit 51, # 5 Exhibit 52, # 6 Exhibit 53, # 7 Exhibit 54, # 8 Exhibit 55, # 9 Exhibit 56, # 10 Exhibit 57, # 11 Exhibit 58, # 12 Exhibit 59, # 13 Exhibit 60, # 14 Exhibit 61 (under seal))(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 168 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 169 | Memorandum in Support re (168 in 2:13-cv-00332-MSD-TEM) MOTION to Seal , (462 in 2:12-cv-00548-MSD-TEM) MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 03/21/2014) |
| 03/21/2014 | 170 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC re 168 MOTION to Seal (McFarland, Robert) (Entered: 03/21/2014) |
| 03/24/2014 | 🔒 172 | Sealed Exhibit E re 127 MOTION to Seal *Exhibit to Memorandum in Support of Motion to Exclude Defendants' Undisclosed Invalidity Contentions*. (Attachments: # 1 Exhibit E)(ldab, ) (Entered: 03/26/2014) |
| 03/24/2014 | 🔒 173 | Sealed Documents re 135 NOTICE, 134 Memorandum in Support, 133 MOTION to Seal . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 memo in support)(ldab, ) (Entered: 03/26/2014) |
| 03/24/2014 | 🔒 174 | Sealed Documents re 147 NOTICE, 145 MOTION to Seal , 146 Memorandum in Support. (Attachments: # 1 sealed addenda)(ldab, ) (Entered: 03/26/2014) |
| | | |

| 03/24/2014 | 🔒 175 | Sealed Documents re 151 MOTION to Seal , 152 Memorandum in Support, 153 NOTICE. (Attachments: # 1 sealed memo)(ldab, ) (Entered: 03/26/2014) |
|---|---|---|
| 03/24/2014 | 🔒 176 | Sealed Documents re 158 NOTICE, 157 Memorandum in Support, 156 MOTION to Seal . (Attachments: # 1 sealed memo)(ldab, ) (Entered: 03/26/2014) |
| 03/24/2014 | 🔒 177 | Sealed Documents re 168 MOTION to Seal , 170 NOTICE, 169 Memorandum in Support,. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 Part 1, # 4 Exhibit 3 Part 2, # 5 Exhibit 4, # 6 Exhibit 6 Part 1, # 7 Exhibit 6 Part 2, # 8 Exhibit 6 Part 3, # 9 Exhibit 19, # 10 Exhibit 20, # 11 Exhibit 37, # 12 Exhibit 38, # 13 Exhibit 61)(ldab, ) (Entered: 03/26/2014) |
| 03/25/2014 | 171 | ORDER; The parties are directed to advise this Court by March 31, 2014 as to all completed and currently pending review proceedings, as well as all requests for same, before the USPTO that involve any of the claims at issue in this case. Furthermore, the parties are directed to immediately advise this Court of any such future review requests made to the USPTO. Signed by District Judge Mark S. Davis and filed on 3/25/14.(lhow) (Entered: 03/25/2014) |
| 03/25/2014 | 🔒 | (Court only) Suspense #2, Parties to advise Court as to all review proceedings/requests by 3/31/2014.(see order doc # 171) (lhow) (Entered: 03/25/2014) |
| 03/27/2014 | 178 | Supplemental MOTION to Exclude *the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson* by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 03/27/2014) |
| 03/27/2014 | 179 | Memorandum in Support re (178 in 2:13-cv-00332-MSD-TEM) Supplemental MOTION to Exclude *the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson*, (476 in 2:12-cv-00548-MSD-TEM) Supplemental MOTION to Exclude *the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson (REDACTED)* filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. Associated Cases: 2:13-cv-00332-MSD-TEM, 2:12-cv-00548-MSD-TEM(McFarland, Robert) (Entered: 03/27/2014) |
| 03/27/2014 | 180 | Declaration re 178 Supplemental MOTION to Exclude *the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson* by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: # 1 Exhibit 1 (under seal), # 2 Exhibit 2 (under seal), # 3 Exhibit 3 (under seal), # 4 Exhibit 4 (under seal), # 5 Exhibit 5 (under seal), # 6 Exhibit 6 (under seal), # 7 Exhibit 7 (under seal), # 8 Exhibit 8 (under seal), # 9 Exhibit 9 (under seal), # 10 Exhibit 10 (under seal), # 11 Exhibit 11 (under seal), # 12 Exhibit 12 (under seal), # 13 Exhibit 13 (under seal)) |

| | | (McFarland, Robert) (Entered: 03/27/2014) |
|---|---|---|
| 03/27/2014 | 181 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 03/27/2014) |
| 03/27/2014 | 182 | Memorandum in Support re 181 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: # 1 Proposed Order) (McFarland, Robert) (Entered: 03/27/2014) |
| 03/27/2014 | 183 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC re 181 MOTION to Seal (McFarland, Robert) (Entered: 03/27/2014) |
| 03/28/2014 | 🔒 | (Court only) Deadline 3 Suspense due by 4/10/2014 - response to 178 mtn to exclude and 181 motion to seal due. (tbro) (Entered: 03/28/2014) |
| 03/28/2014 | 🔒 225 | Sealed Document re 181 MOTION to Seal . # 1 Letter) (ldab, (Entered: 04/03/2014) |
| 03/28/2014 | 🔒 226 | Sealed Exhibits re 181 MOTION to Seal . (Attachments: # 1 sealed exhibit 1, # 2 sealed exhibit 2, # 3 sealed exhibit 3, # 4 sealed exhibit 4, # 5 sealed exhibit 5, # 6 sealed exhibit 6, # 7 sealed exhibit 7, # 8 sealed exhibit 8, # 9 sealed exhibit 9, # 10 sealed exhibit 10, # 11 sealed exhibit 11, # 12 sealed exhibit 12, # 13 sealed exhibit 13)(ldab, ) (Entered: 04/03/2014) |
| 03/31/2014 | 184 | Response to 159 MOTION in Limine #4 (renewed) filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 185 | MOTION to Seal *Plaintiff's Response to Addendum to Samsung's Motion in Limine #4* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 186 | Memorandum in Support re 185 MOTION to Seal *Plaintiff's Response to Addendum to Samsung's Motion in Limine #4* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 187 | NOTICE by Virginia Innovation Sciences, Inc. re 185 MOTION to Seal *Plaintiff's Response to Addendum to Samsung's Motion in Limine #4* (Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 188 | Response to 149 MOTION in Limine *#11* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 189 | MOTION to Seal *Exhibit 2 to Plaintiff's Response to Samsung's Motion in Limine #11* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 03/31/2014) |

| 03/31/2014 | 190 | Memorandum in Support re 189 MOTION to Seal *Exhibit 2 to Plaintiff's Response to Samsung's Motion in Limine #11* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 03/31/2014) |
|---|---|---|
| 03/31/2014 | 191 | NOTICE by Virginia Innovation Sciences, Inc. re 189 MOTION to Seal *Exhibit 2 to Plaintiff's Response to Samsung's Motion in Limine #11* (Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 192 | Response to 161 MOTION in Limine *#13* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 193 | Response to 163 MOTION in Limine *#14* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 194 | Response to (154 in 2:13-cv-00332-MSD-TEM) MOTION in Limine *#12* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) Associated Cases: 2:13-cv-00332-MSD-TEM, 2:12-cv-00548-MSD-TEM(Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 195 | Declaration re 194 Response, by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1)(Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 🔒 | (Court only) Deadline4 Suspense due by 4/14/2014 - response to 185 motion to seal and response to 189 motion to seal due. (tbro) (Entered: 03/31/2014) |
| 03/31/2014 | 196 | RESPONSE to Motion re (268 in 2:12-cv-00548-MSD-TEM) First MOTION in Limine *to Exclude Inadmissible Evidence (Supplemental Based on New Facts Arising in VIS II) (REDACTED)* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 197 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 198 | Memorandum in Support re 197 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: # 1 Proposed Order) (McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 199 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC re 197 MOTION to Seal (McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 200 | Opposition to (123 in 2:13-cv-00332-MSD-TEM) Supplemental MOTION in Limine *to Exclude Inadmissible Evidence (REDACTED)* filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. Associated Cases: 2:13-cv-00332-MSD-TEM, 2:12-cv-00548-MSD-TEM(McFarland, |

| | | Robert) (Entered: 03/31/2014) |
|---|---|---|
| 03/31/2014 | 201 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 202 | Memorandum in Support re (501 in 2:12-cv-00548-MSD-TEM) MOTION to Seal , (201 in 2:13-cv-00332-MSD-TEM) MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. (Attachments: # 1 Proposed Order)Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 203 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC re 201 MOTION to Seal (McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 204 | Opposition to (125 in 2:13-cv-00332-MSD-TEM) MOTION to Exclude *Defendants' Undisclosed Invalidity Contentions (REDACTED)* filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. Associated Cases: 2:13-cv-00332-MSD-TEM, 2:12-cv-00548-MSD-TEM(McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 205 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 206 | Memorandum in Support re 205 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: # 1 Proposed Order) (McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 207 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC re 205 MOTION to Seal (McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 208 | Declaration re 196 Response to Motion, 204 Opposition, 200 Opposition, by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 (under seal), # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6 (under seal), # 7 Exhibit 7 (under seal), # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17 (under seal), # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20 (under seal), # 21 Exhibit 21, # 22 Exhibit 22)(McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 209 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 03/31/2014) |

| 03/31/2014 | 210 | Memorandum in Support re 209 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: # 1 Proposed Order) (McFarland, Robert) (Entered: 03/31/2014) |
|---|---|---|
| 03/31/2014 | 211 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC re 209 MOTION to Seal (McFarland, Robert) (Entered: 03/31/2014) |
| 03/31/2014 | 212 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC, Virginia Innovation Sciences, Inc. re 171 Order, *Joint Notice of Status of Inter Partes Proceedings of the Patents-In-Suit in the United States Patent and Trademark Office* (Attachments: # 1 Exhibit A)(McConaughy, Sarah) (Entered: 03/31/2014) |
| 03/31/2014 | 213 | Response to (144 in 2:13-cv-00332-MSD-TEM) Memorandum in Support,, *Defendants Addenda to Samsungs Motions in Limine Nos. 1-3 and 5-9* filed by Virginia Innovation Sciences, Inc.. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 214 | MOTION to Seal *Portions of Plaintiff's Response to Defendants Addenda to Samsungs Motions in Limine Nos. 1-3 and 5-9* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 215 | Memorandum in Support re 214 MOTION to Seal *Portions of Plaintiff's Response to Defendants Addenda to Samsungs Motions in Limine Nos. 1-3 and 5-9* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 216 | NOTICE by Virginia Innovation Sciences, Inc. re 214 MOTION to Seal *Portions of Plaintiff's Response to Defendants Addenda to Samsungs Motions in Limine Nos. 1-3 and 5-9* (Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 217 | Response to (420 in 2:12-cv-00548-MSD-TEM) MOTION to Exclude *Certain Improper Opinions and Testimony of Plaintiff's Technical Expert Dr. Arthur T. Brody* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 218 | MOTION to Seal *Plaintiff's Response to Defendants Daubert Motion to Exclude Certain Alleged Improper Opinions and Testimony of Plaintiffs Technical Expert Dr. Arthur T. Brody* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 219 | Memorandum in Support re 218 MOTION to Seal *Plaintiff's Response to Defendants Daubert Motion to Exclude Certain Alleged Improper* |

| | | |
|---|---|---|
| | | *Opinions and Testimony of Plaintiffs Technical Expert Dr. Arthur T. Brody* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 220 | NOTICE by Virginia Innovation Sciences, Inc. re 218 MOTION to Seal *Plaintiff's Response to Defendants Daubert Motion to Exclude Certain Alleged Improper Opinions and Testimony of Plaintiffs Technical Expert Dr. Arthur T. Brody* (Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 221 | Opposition to (476 in 2:12-cv-00548-MSD-TEM) Supplemental MOTION to Exclude *the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 3, # 2 Exhibit 4, # 3 Exhibit 5)Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 222 | MOTION to Seal *Portions of Plaintiff's Opposition to Defendants Supplemental Daubert Motion to Exclude the Opinion and Testimony of Plaintiffs Damages Expert Dr. Laura Robinson* by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Proposed Order)(Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 223 | Memorandum in Support re 222 MOTION to Seal *Portions of Plaintiff's Opposition to Defendants Supplemental Daubert Motion to Exclude the Opinion and Testimony of Plaintiffs Damages Expert Dr. Laura Robinson* filed by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 03/31/2014) |
| 03/31/2014 | 224 | NOTICE by Virginia Innovation Sciences, Inc. re 222 MOTION to Seal *Portions of Plaintiff's Opposition to Defendants Supplemental Daubert Motion to Exclude the Opinion and Testimony of Plaintiffs Damages Expert Dr. Laura Robinson* (Snow, W. Ryan) (Entered: 03/31/2014) |
| 04/01/2014 | 🔒 | (Court only) Deadline4 Suspense due by 4/14/2014 - responses to 197 mtn to seal, 201 mtn to seal, 205 mtn to seal, 209 mtn to seal, 214 mtn to seal, 218 mtn to seal and 222 mtn to seal due. (tbro) (Entered: 04/01/2014) |
| 04/01/2014 | 🔒 | (Court only) Deadline5 Suspense due by 4/7/2014 - reply to 204 opposition to D.E. 125. (tbro) (Entered: 04/01/2014) |
| 04/01/2014 | 🔒 237 | Sealed Supplemental Response re 197 MOTION to Seal . (Attachments: # 1 sealed supplemental response)(ldab, ) (Entered: 04/07/2014) |
| 04/01/2014 | 🔒 238 | Sealed Opposition re 201 MOTION to Seal . (Attachments: # 1 sealed opposition)(ldab, ) (Entered: 04/07/2014) |
| 04/01/2014 | 🔒 239 | Sealed Document re 205 MOTION to Seal . (Attachments: # 1 sealed defendants' opposition)(ldab, ) (Entered: 04/07/2014) |
| 04/01/2014 | | Sealed Document re 209 MOTION to Seal . (Attachments: # 1 sealed |

| | 🔒 240 | exhibit 3 part 1, # 2 sealed exhibit 3 part 2, # 3 sealed exhibit 6, # 4 sealed exhibit 7, # 5 sealed exhibit 17, # 6 sealed exhibit 20)(ldab, ) (Entered: 04/07/2014) |
|---|---|---|
| 04/03/2014 | 227 | REPLY to Response to Motion re (178 in 2:13-cv-00332-MSD-TEM) Supplemental MOTION to Exclude *the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson*, (476 in 2:12-cv-00548-MSD-TEM) Supplemental MOTION to Exclude *the Opinion and Testimony of Plaintiff's Damages Expert Dr. Laura Robinson (REDACTED)* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 04/03/2014) |
| 04/03/2014 | 228 | Declaration re 227 Reply to Response to Motion,, by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: # 1 Exhibit 1 (under seal), # 2 Exhibit 2 (under seal))(McFarland, Robert) (Entered: 04/03/2014) |
| 04/03/2014 | 229 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 04/03/2014) |
| 04/03/2014 | 230 | Memorandum in Support re 229 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: # 1 Proposed Order) (McFarland, Robert) (Entered: 04/03/2014) |
| 04/03/2014 | 231 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC re 229 MOTION to Seal (McFarland, Robert) (Entered: 04/03/2014) |
| 04/03/2014 | 232 | REPLY to Response to Motion re (420 in 2:12-cv-00548-MSD-TEM) MOTION to Exclude *Certain Improper Opinions and Testimony of Plaintiff's Technical Expert Dr. Arthur T. Brody*, (130 in 2:13-cv-00332-MSD-TEM) MOTION to Exclude *Certain Improper Opinions and Testimony of Plaintiff's Technical Expert Dr. Arthur T. Brody (REDACTED)* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 04/03/2014) |
| 04/03/2014 | 233 | MOTION to Seal by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (McFarland, Robert) (Entered: 04/03/2014) |
| 04/03/2014 | 234 | Memorandum in Support re 233 MOTION to Seal filed by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: # 1 Proposed Order) (McFarland, Robert) (Entered: 04/03/2014) |
| 04/03/2014 | 235 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics |

| | | Co., Ltd, Samsung Telecommunications America LLC re 233 MOTION to Seal (McFarland, Robert) (Entered: 04/03/2014) |
|---|---|---|
| 04/03/2014 | 236 | REPLY to Response to Motion re (256 in 2:12-cv-00548-MSD-TEM) MOTION to Exclude *Defendants' New Invalidity Contentions or Preclude Defendants' Expert from Asserting Such Contentions at Trial*, (125 in 2:13-cv-00332-MSD-TEM) MOTION to Exclude *Defendants' Undisclosed Invalidity Contentions* filed by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Declaration of Jon Rastegar)Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(Snow, W. Ryan) (Entered: 04/03/2014) |
| 04/04/2014 | 🔒 | (Court only) Deadline5 Suspense due by 4/17/2014 - response to 229 mtn to seal and 233 mtn to seal due. (tbro) (Entered: 04/04/2014) |
| 04/04/2014 | 🔒 241 | Sealed Document re 229 MOTION to Seal . (Attachments: # 1 sealed reply brief in support, # 2 sealed exhibit 1, # 3 sealed exhibit 2)(ldab, ) (Entered: 04/07/2014) |
| 04/04/2014 | 🔒 242 | Sealed Document re 233 MOTION to Seal . (Attachments: # 1 sealed rebuttal memorandum in support)(ldab, ) (Entered: 04/07/2014) |
| 04/07/2014 | | Final Pretrial Conference set for 4/10/2014 at 09:00 AM in Norfolk. Jury Trial set for 4/21/2014 at 10:00 AM in Norfolk Courtroom 5 before District Judge Mark S. Davis. (See order for specific discovery deadlines)(ldab, ) (Entered: 04/07/2014) |
| 04/07/2014 | 🔒 | (Court only) ***Staff notes - referred 125 , 130 , and 178 to MSD Chambers. (tbro) (Entered: 04/07/2014) |
| 04/07/2014 | | MOTIONS REFERRED to Magistrate Judge: Tommy E. Miller. 168 MOTION to Seal , 127 MOTION to Seal *Exhibit to Memorandum in Support of Motion to Exclude Defendants' Undisclosed Invalidity Contentions*, 151 MOTION to Seal , 145 MOTION to Seal , 133 MOTION to Seal , 156 MOTION to Seal (tbro) (Entered: 04/07/2014) |
| 04/08/2014 | | Telephone Conference set for 4/8/2014 at 12:00 PM in Chambers before Magistrate Judge Tommy E. Miller. (lwoo) (Entered: 04/08/2014) |
| 04/08/2014 | 243 | ORDER granting (421) Motion to Seal in case 2:12-cv-00548-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 4/8/14. Copies distributed to all parties 4/9/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 04/09/2014) |
| 04/08/2014 | 244 | ORDER granting (427) Motion to Seal in case 2:12-cv-00548-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 4/8/14. Copies distributed to all parties 4/9/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 04/09/2014) |
| 04/08/2014 | 245 | ORDER granting (439) Motion to Seal in case 2:12-cv-00548-MSD- |

| | | |
|---|---|---|
| | | TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 4/8/14. Copies distributed to all parties 4/9/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 04/09/2014) |
| 04/08/2014 | 246 | ORDER granting (445) Motion to Seal in case 2:12-cv-00548-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 4/8/14. Copies distributed to all parties 4/9/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 04/09/2014) |
| 04/08/2014 | 247 | ORDER granting (450) Motion to Seal in case 2:12-cv-00548-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 4/8/14. Copies distributed to all parties 4/9/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 04/09/2014) |
| 04/08/2014 | 248 | ORDER granting (462) Motion to Seal in case 2:12-cv-00548-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 4/8/14. Copies distributed to all parties 4/9/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 04/09/2014) |
| 04/08/2014 | 262 | ORDER granting 133 Motion to Seal. Signed by Magistrate Judge Tommy E. Miller and filed on 4/8/14. (ldab, ) (Entered: 04/21/2014) |
| 04/08/2014 | 263 | ORDER granting 145 Motion to Seal. Signed by Magistrate Judge Tommy E. Miller and filed on 4/8/14. (ldab, ) (Entered: 04/21/2014) |
| 04/08/2014 | 264 | ORDER granting 151 Motion to Seal. Signed by Magistrate Judge Tommy E. Miller and filed on 4/8/14. (ldab, ) (Entered: 04/21/2014) |
| 04/08/2014 | 265 | ORDER granting 156 Motion to Seal. Signed by Magistrate Judge Tommy E. Miller and filed on 4/8/14. (ldab, ) (Entered: 04/21/2014) |
| 04/08/2014 | 266 | ORDER granting 168 Motion to Seal. Signed by Magistrate Judge Tommy E. Miller and filed on 4/8/14. (ldab, ) (Entered: 04/21/2014) |
| 04/10/2014 | 249 | ORDER ON FINAL PRETRIAL CONFERENCE. Signed by Magistrate Judge Tommy E. Miller and filed on 4/10/14. Copies distributed to all parties 4/10/14. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 04/10/2014) |
| 04/10/2014 | | MOTIONS REFERRED to Magistrate Judge: Tommy E. Miller. 181 MOTION to Seal (tbro) (Entered: 04/10/2014) |
| 04/11/2014 | 250 | ORDER : 85 Motion for Summary Judgment Defendants' Motion for in part, and DENIED, in part. ECF No. 85. For its failure to comply with the Court's Scheduling Order, the Court views the Defendants' Motion for Partial Summary Judgment of No Infringement as waived to the extent that it requests relief regarding products accused in VIS I. Accordingly, the Court DENIES Defendants' Motion as to those products accused in VIS I. ECF No. 85. Partial Summary Judgment of |

| | | |
|---|---|---|
| | | No Infringement is hereby GRANTED, Relying on VIS's representation to the Court that contributory infringement of the patents-in-suit is no longer asserted - at least with regard to the accused MHL-enabled products of VIS II - the Court DISMISSES as moot Samsung's motion for summary judgment of no contributory infringement through the use of the MHL-enabled products. ECF No. 85. For failing to comply with the Court's 16(b) scheduling order, the Court DENIES Defendants request for summary judgment of no direct infringement for the sale of components of a combination patented invention. ECF No. 85. The Court GRANTS summary judgment in favor of Samsung, finding that the accused MHL-enabled products of VIS II do not by themselves directly infringe the asserted claims of the '268, '381, and '398 patents, under either the literal theory of infringement or the doctrine of equivalents. ECF No. 85. The Court GRANTS summary judgment in favor of Samsung, finding that the accused MHL-enabled products of VIS II do not by themselves directly infringe the asserted claims of the '492, '711, and '268 patents. ECF No. 85. The Court GRANTS summary judgment in favor of Samsung, finding that liability for indirect infringement of the patents-in- suit, through the use of accused products "in conjunction with" intermediate devices, must be limited to the number of intermediate devices sold. ECF No. 85. IT IS SO ORDERED. Signed by District Judge Mark S. Davis and filed on 4/11/14. Copies distributed to all counsel for record. (ldab, ) (Entered: 04/11/2014) |
| 04/11/2014 | 251 | NOTICE by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC *Defendants' Position Statement Regarding Proposed Stay Pending Inter Partes Review Proceedings* (McFarland, Robert) (Entered: 04/11/2014) |
| 04/11/2014 | 252 | ORDER : (443) Motion in Limine in case 2:12-cv-00548-MSD-TEM; (149) Motion in Limine in case 2:13-cv-00332-MSD-TEM. Samsung's Motion in Limine #11 is GRANTED, in part, and DENIED, in part. Mot. in Lim. #11, ECF No. 443 (Case No. 2:12cv548), ECF No. 149 (Case No. 2:13cv332). The Court GRANTS the motion with regard to VIS I, 2:12cv548. Mot. in Lim. #11, ECF No. 443 (Case No. 2:12cv548). However, with regard to VIS II, 2:13cv332, the Court DENIES the motion as moot. Mot. in Lim. #11, ECF No. 149 (Case No. 2:13cv332). IT IS SO ORDERED. Signed by District Judge Mark S. Davis on 4/11/14. Copies distributed to all counsel of record 4/11/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 04/11/2014) |
| 04/11/2014 | 253 | NOTICE by Virginia Innovation Sciences, Inc. *Plaintiff's Position Regarding Stay Pending Inter Partes Review* (Snow, W. Ryan) (Entered: 04/11/2014) |
| 04/12/2014 | 254 | NOTICE by Virginia Innovation Sciences, Inc. *Plaintiff's Withdrawal of Opposition to Stay* (Snow, W. Ryan) (Entered: 04/12/2014) |
| 04/14/2014 | 255 | AMENDED ORDER ON FINAL PRETRIAL CONFERENCE. Signed by Magistrate Judge Tommy E. Miller and filed on 4/14/14. Copies |

| | | |
|---|---|---|
| | | distributed to all parties 4/14/14.Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 04/14/2014) |
| 04/14/2014 | 256 | Proposed Voir Dire by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. (Attachments: # 1 Exhibit A)Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 04/14/2014) |
| 04/14/2014 | 257 | Proposed Jury Instructions by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 04/14/2014) |
| 04/14/2014 | 258 | Proposed Jury Instructions by Samsung Electronics America, Inc., Samsung Electronics Co., Ltd, Samsung Telecommunications America LLC. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(McFarland, Robert) (Entered: 04/14/2014) |
| 04/14/2014 | 259 | Proposed Voir Dire by Virginia Innovation Sciences, Inc.. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(Snow, W. Ryan) (Entered: 04/14/2014) |
| 04/14/2014 | 260 | Proposed Jury Instructions by Virginia Innovation Sciences, Inc.. (Attachments: # 1 Exhibit 1 - Proposed Jury Instructions With Citations, # 2 Exhibit 2 - Proposed Jury Instructions Without Citations) Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(Snow, W. Ryan) (Entered: 04/14/2014) |
| 04/15/2014 | 261 | TELEPHONE CONFERENCE held before District Judge Mark S. Davis on 4/15/2014. Present on the Telephone: Edward Casto, Jr. and W. Ryan Snow, on behalf of Plaintiff; Brett Williamson and Robert McFarland, on behalf of Defendants.Matter came on for a telephone conference. The parties indicated that they are working to resolve the matter in a way that will not necessitate a trial. The trial has been continued to May 27, 2014, at 10:00 a.m., to allow the parties time to resolve the case, such that trial will not be necessary. A Show Cause hearing is scheduled for May 2, 2014, at 11:00 a.m., for the parties to show cause why they have not reached such an agreement. If the parties reach an agreement and submit the appropriate notice to the Court prior to May 2, 2014, no hearing will be necessary. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(vwar) (Entered: 04/15/2014) |
| 04/22/2014 | | MOTIONS REFERRED to Magistrate Judge: Tommy E. Miller. 197 MOTION to Seal , 214 MOTION to Seal *Portions of Plaintiff's Response to Defendants Addenda to Samsungs Motions in Limine Nos. 1-3 and 5-9*, 222 MOTION to Seal *Portions of Plaintiff's Opposition to Defendants Supplemental Daubert Motion to Exclude the Opinion and Testimony of Plaintiffs Damages Expert Dr. Laura Robinson*, 218 MOTION to Seal *Plaintiff's Response to Defendants Daubert Motion to Exclude Certain Alleged Improper Opinions and Testimony of Plaintiffs* |

| | | |
|---|---|---|
| | | *Technical Expert Dr. Arthur T. Brody*, 209 MOTION to Seal , 201 MOTION to Seal , 205 MOTION to Seal (tbro) (Entered: 04/22/2014) |
| 04/22/2014 | | MOTIONS REFERRED to Magistrate Judge: Tommy E. Miller. 233 MOTION to Seal , 229 MOTION to Seal (tbro) (Entered: 04/22/2014) |
| 04/29/2014 | 267 | STIPULATION *(JOINT)* by Virginia Innovation Sciences, Inc.. (Snow, W. Ryan) (Entered: 04/29/2014) |
| 04/29/2014 | 268 | NOTICE by Virginia Innovation Sciences, Inc. *of Stipulated Final Judgment* (Snow, W. Ryan) (Entered: 04/29/2014) |
| 04/30/2014 | | Notice of Correction re 268 NOTICE - An incorrect document was filed.. The filing user has been notified to refile their proposed order in the clerk's office instead of electronic or file a motion and attach proposed order with all signatures. (tbro) (Entered: 04/30/2014) |
| 05/02/2014 | 269 | OPINION AND ORDER Denying (416) Motion for Reconsideration in case 2:12-cv-00548-MSD-TEM. Signed by District Judge Mark S. Davis and filed on 5/2/14. Copies distributed to all parties 5/2/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/02/2014) |
| 05/02/2014 | 270 | NOTICE by Virginia Innovation Sciences, Inc. *OF STATUS OF INTER PARTES PROCEEDINGS REGARDING U.S. PATENT NOS. 7,899,492 AND 8,050,711* (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Snow, W. Ryan) (Entered: 05/02/2014) |
| 05/05/2014 | 271 | ORDER granting 127 Motion to Seal. Signed by Magistrate Judge Tommy E. Miller on 5/5/14 and fild on 5/5/14. (tbro) (Entered: 05/05/2014) |
| 05/05/2014 | 272 | ORDER granting (479) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (181) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 273 | ORDER granting (483) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (185) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 274 | ORDER granting (487) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (189) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 275 | ORDER granting (497) Motion to Seal in case 2:12-cv-00548-MSD- |

| | | |
|---|---|---|
| | | TEM; granting (197) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 276 | ORDER granting (501) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (201) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 277 | ORDER granting (505) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (205) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 278 | ORDER granting (509) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (209) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 279 | ORDER granting (514) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (214) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 280 | ORDER granting (518) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (218) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 281 | ORDER granting (522) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (222) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 282 | ORDER granting (531) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (229) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12- |

| | | cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
|---|---|---|
| 05/05/2014 | 283 | ORDER granting (535) Motion to Seal in case 2:12-cv-00548-MSD-TEM; granting (233) Motion to Seal in case 2:13-cv-00332-MSD-TEM. Signed by Magistrate Judge Tommy E. Miller and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/05/2014 | 284 | STIPULATED FINAL JUDGMENT - FINAL AND APPEALABLE JUDGMENT.IT IS SO ORDERED. Signed by District Judge Mark S. Davis and filed on 5/5/14. Copies distributed to all parties 5/5/14. Associated Cases: 2:12-cv-00548-MSD-TEM, 2:13-cv-00332-MSD-TEM(ldab, ) (Entered: 05/05/2014) |
| 05/12/2014 | 285 | NOTICE OF APPEAL by Virginia Innovation Sciences, Inc.. Filing fee $ 505, receipt number 0422-3958971. (Snow, W. Ryan) (Entered: 05/12/2014) |

FORM 7.    Appeal Information Sheet

## FEDERAL CIRCUIT APPEAL INFORMATION SHEET

☑ United States District Court for the _Eastern District of Virginia - Norfolk Division_

☐ United States Court of International Trade

☐ United States Court of Federal Claims

☐ United States Court of Appeals for Veterans Claims

Type of case: _Patent Infringement_

Virginia Innovation Sciences, Inc. v. Samsung Electronics Co., LTD, et al

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. _2:12cv548-MSD-TEM_        Date of Judgment or Order _05/05/2014_

Cross or related appeal? _____        Date of Notice of Appeal _05/12/2014_

Appellant is: ☑ Plaintiff    ☐ Defendant    ☐ Other (explain)_____

FEES:    Court of Appeals docket fee paid?        ☑ Yes    ☐ No

U.S. Appeal?        ☐ Yes    ☑ No

In forma pauperis?        ☐ Yes    ☑ No

Is this matter under seal?    ☐ Yes    ☑ No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

See Docket Sheet

COURT REPORTER: (Name and telephone): _Paul McManus 757-222-7077; Heidi Jeffreys 757-222-7075_

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439