# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
## 717 MADISON PLACE, N.W.
## WASHINGTON, D.C. 20439

DANIEL E. O'TOOLE
CLERK OF COURT

TELEPHONE: 202-275-8000

May 20, 2014

To: Timothy Edward Grochocinski

Re:  14-1477 - Virginia Innovation Sciences. v. Samsung Electronics Co., Ltd.

### NOTICE OF REJECTION

Dear Counsel:

Your recently submitted document(s) cannot be filed for the following reason(s):

- All PDFs submitted to the Court must be text-searchable. ECF-5(B)

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel O'Toole
Daniel O'Toole
Clerk of Court

cc: Robert William McFarland
W. Ryan Snow