Form 8

**FORM 8. Entry of Appearance**

### UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Virginia Innovation Sciences, Inc.   v.  Samsung Electronics Co., Ltd.

No. 14-1477

### ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:    Virginia Innovation Sciences, Inc.
                                       Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant
[✓] Appellant     [ ] Appellee      [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name:                Timothy E. Grochocinski
Law firm:            InnovaLaw, P.C.
Address:             1900 Ravinia Place
City, State and ZIP: Orland Place, Illinois  60462
Telephone:           708-675-1974
Fax #:               708-675-1786
E-mail address:      teg@innovalaw.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10-21-2009

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

5/21/14
Date                                      Signature of pro se or counsel

cc: _____