Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on May 21, 2014 by:

- ☐ US mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by email or CM/ECF)

| Timothy E. Grochocinski | /s/ Timothy E. Grochocinski |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: InnovaLaw, P.C.
Address: 1900 Ravinia Place
City, State, ZIP: Orland Park, Illinois 60462
Telephone Number: 708-675-1974
FAX Number: 708-675-1786
E-mail Address: teg@innovalaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.