**FORM 26. Docketing Statement**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

No. 2014-1477

Virginia Innovation Sciences, Inc.

v.

Samsung Electronics Co., Ltd.

# DOCKETING STATEMENT

This Docketing Statement must be completed by all counsel and filed with the court within 14 days of the date of docketing. When the United States or its officer or agency is a party, this Docketing Statement must be completed by all counsel and filed with the court within 30 days of docketing. All questions must be answered or the statement will be rejected.

Name of the party you represent  Samsung Electronics Co., Ltd.

Party is (select one)   ☐ Appellant/Petitioner    ☐ Cross-Appellant
                        ☑ Appellee/Respondent    ☐ Intervenor

Tribunal appealed from and Case No. E.D. Va., 12-cv-00548, E.D. Va., 13-cv-00332

Date of Judgment/Order May 5, 2014   Type of Case Patent

Relief sought on appeal  Denial of all relief sought by Appellant/Petitioner.

Relief awarded below (if damages, specify)
Stipulated final judgment of non-infringement.

Briefly describe the judgment/order appealed from
See Appellant/Petitioner's Docketing Statement.

**FORM 26. Docketing Statement (continued)**

Nature of judgment (select one)

☑ Final Judgment, 28 USC 1295

☐ Rule 54(b)

☐ Interlocutory Order (specify type) _____

☐ Other (explain; *see* Fed. Cir. R. 28(a)(5)) _____

_____

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued _____
None.

_____

Brief statement of the issues to be raised on appeal _____
See Appellant/Petitioner's Docketing Statement.

_____

Have there been discussions with other parties relating to settlement of this case?

☑ Yes    ☐ No

If "yes," when were the last such discussions?

☐ Before the case was filed below?

☑ During the pendency of the case below?

☐ Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?    ☑ Yes    ☐ No

If they were mediated, by whom? _____
Magistrate Judge Douglas E. Miller

**FORM 26. Docketing Statement (continued)**

---

Do you believe that this case may be amenable to mediation?   ☑ Yes   ☐ No

If you answered no, explain why not _____

_____

Provide any other information relevant to the inclusion of this case in the court's mediation program. _____

_____

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this _____ day of May_____, 2014_____

by: Case Management/Electronic Case Filing (ECF)
      (manner of service)

George A. Riley                                    /s/ George A. Riley
——————————————                          ——————————————
Name of Counsel                                  Signature of Counsel

Law Firm  O'Melveny & Myers LLP

Address  Two Embarcadero Enter, 28th Floor

City, State, ZIP  San Francisco, CA 94111-3823

Telephone Number  (415) 984-8700

FAX Number  (415) 984-8701

E-mail Address  ariley@omm.com

# **CERTIFICATE OF SERVICE AND FILING**

    I hereby certify that on May 28, 2014, I electronically filed the foregoing document using the Court's CM/ECF filing system. Counsel was served via CM/ECF which constitutes service, pursuant to Fed.R.App.P.25(c)(2), Fed. Cir. R. 25(a), and the Court's Administrative Order Regarding Electronic Case Filing 6(A) (May 17, 2012), to all registered CM/ECF users.

                                      O'MELVENY & MYERS LLP

                                      By: /s/ George A. Riley
                                              George A. Riley