CASE NO. 14-1477

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

VIRGINIA INNOVATION SCIENCES, INC.

*Plaintiff-Appellant,*

v.

SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., AND SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

*Defendant-Appellee*

Appeal from the United States District Court for the Eastern District of Virginia in Case Nos. 2:12-cv-548, 2:13-cv-332, Judge Mark S. Davis

**PLAINTIFF-APPELLANT VIRGINIA INNOVATION SCIENCES, INC.'S NOTICE OF CORRECTION TO THE OPENING BRIEF**

DATED: July 15, 2014

| | |
|---|---|
| Timothy E. Grochocinski | Edward E. Casto, Jr. |
| INNOVALAW, P.C. | NELSON BUMGARDNER CASTO, P.C. |
| 1900 Ravinia Place | 3131 West 7th Street, Suite 300 |
| Orland Park, Illinois 60462 | Fort Worth, Texas 76107 |
| P. 708-675-1975 | P. 817-377-9111 |
| F. 708-675-1786 | |

*Attorneys for Plaintiff-Appellant*
*Virginia Innovation Sciences, Inc.*

Comes Now the Plaintiff-Appellant Virginia Innovation Sciences, Inc. ("Plaintiff-Appellant"), by and through counsel, Timothy E. Grochocinski, and herewith notifies the Court and the Clerk of the Court that an error was discovered in the addendum to the Brief of Plaintiff-Appellant Virginia Innovation Sciences, Inc. (the "Brief") which was filed on July 14, 2014 in the captioned appeal. Page A00174 to the addendum to the Brief was inadvertently left blank. Page A00174 of the addendum to the Brief should have contained text. A corrected Brief with page A00174 to the addendum is being filed concurrently. Plaintiff-Appellant respectfully requests that the Corrected Brief be inserted into the record.

Dated: July 15, 2014                    */s/Timothy E. Grochocinski*____
                                         Timothy E. Grochocinski

                                         Counsel for Virginia Innovation Sciences, Inc., Appellant-Plaintiff

## **PROOF OF SERVICE**

I hereby certify that the foregoing Plaintiff-Appellant Virginia Innovation Sciences, Inc.'s Notice of Correction to the Opening Brief was served by electronic transmittal, this 15th day of July, 2014, upon the following counsel of record:

Brett J. Williamson
O'Melveny & Myers LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660

Dated: July 15, 2014                    */s/Timothy E. Grochocinski*
                                        Timothy E. Grochocinski

                                        Counsel for Virginia Innovation Sciences, Inc., Appellant-Plaintiff